**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Michael S. Helmstetter** | Social Security number or ITIN **xxx–xx–7156** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Illinois** | Date case filed for chapter **7**   **10/9/19** |
| Case number: | **19–28687** | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Michael S. Helmstetter | |
| 2. | **All other names used in the last 8 years** | aka Mike Helmstetter | |
| 3. | **Address** | PO Box 11703<br>Chicago, IL 60611–0703 | |
| 4. | **Debtor's attorney**<br>Name and address | J Kevin Benjamin Esq.<br>Benjamin & Brand LLP<br>1016 W. Jackson Boulevard<br>Chicago, IL 60607–2914 | Contact phone (312) 853–3100<br>Email: attorneys@benjaminlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Richard M. Fogel<br>Fox Rothschild LLP<br>321 N Clark Street<br>Suite 1600<br>Chicago, IL 60654 | Contact phone 312–276–1334<br>Email: rfogel@foxrothschild.com |

**For more information, see page 2 >**

| | | | |
|---|---|---|---|
| 6. | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open:<br>8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br><br>Contact phone 1–866–222–8029<br><br>Date: 10/10/19 |
| 7. | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 15, 2019 at 02:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number.** | Location:<br><br>**219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604** |
| 8. | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 1/14/20** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 19-28687-JPC
Michael S. Helmstetter                                                    Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dwilliams              Page 1 of 4                  Date Rcvd: Oct 10, 2019
                              Form ID: 309A                Total Noticed: 122

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 12, 2019.
```
db            +Michael S. Helmstetter,    PO Box 11703,    Chicago, IL 60611-0625
28275786      +2401 S. Michigan County Mayo,     2401 S. Michigan Avenue,    Chicago, IL 60616-2301
28275787      +465 N. Park,    465 N. Park Drive,    Chicago, IL 60611-0003
28275790      +ADS/COMENITY/MEIJERMC,     9200 S. Western Avenue,     Evergreen Park, IL 60805-2500
28275788      +Adrienne Berke,    34 Far Hills Drive,    Avon, CT 06001-2877
28275789      +Adrienne Berke,    36 W. Randolph Street,    Suite 701,    Chicago, IL 60601-3502
28275791       Alfa Romeo & Fiat of Chicago,     2401 S. Michigan Ave,    Chicago, IL 60616-2301
28275792      +Americus Capital LLC,     Attn: Joseph P. Simon,    2 N. LaSalle Street, Suite 1300,
                Chicago, IL 60602-3709
28275794      +Amex/Bankruptcy,    Po Box 8218,    Mason, OH 45040-8218
28275793      +Amex/Bankruptcy,    Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
28275795      +Automobile Mechanics' Local 701,     Benefit Fund Office,    361 S. Frontage Road, Suite 100,
                Burr Ridge, IL 60527-6162
28275796      +Bank of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
28275800      +Beerman LLP,    161 N Clark Street,    Suite 3000,   Chicago, IL 60601-3346
28275801       Benita Berke,    36 W. Randolph Street,    Unit 701,    Chicago, IL 60601-3502
28275802      +Bronswick Benjamin PC,     Attn: Joseph A. Benjamin, CPA,    8750 W. Bryn Mawr, Suite 650,
                Chicago, IL 60631-3668
28275803      +Brown, Udell, Pomerantz, & Delrahim,     Attn: Michael S. Pomerantz, Esq.,
                225 W. Illinois Street, Suite 300,     Chicago, IL 60654-7902
28275804     #+Brown, Udell, Pomerantz, & Delrahim,     Attn: Michael S. Pomerantz, Esq.,
                1332 N. Halsted, Suite 100,    Chicago, IL 60642-2637
28275805      +Bryan D. King,    Brown, Udell, Pomerantz & Delrahim,     225 W. Illinois Street,
                Chicago, IL 60654-8369
28275821       CT Corporation System, As Agent/Rep,     330 N. Brand Blvd,    Suite 700 ATT,
                Glendale, CA 91203-2308
28275809      +Centier Bank,    600 E 84th Ave,    Merrillville, IN 46410-6366
28275808      +Centier Bank,    Attn:Collections,    600 E 84th Ave,    Merrillville, IN 46410-6366
28275817      +Community Tax, LLC,    17 N. State Street,    Suite 210,    Chicago, IL 60602-3560
28275818       Consumer Services Corp.,    POB 801,    #6873,   New York, NY 10001
28275819      +Consumer Services, Inc.,    3780 Old Norcross Road,     Suite 103,    Duluth, GA 30096-1762
28275820       Credit Services,    PO Box 1687 #2147,    New York, NY 10040
28275824       Eagle Phillips LLC,    20200 W. Dixie Hwy,    Suite 802,    Miami, FL 33180-1920
28275825      +FCA US LLC,    c/o Quarles & Brady LLP,    300 N. LaSalle Street, Suite 4000,
                Chicago, IL 60654-3422
28275826      +Fort Worth Brothers Automotive,     c/oBurke Warren MacKay & Serritella,
                330 N. Wabash Avenue, 21st Floor,     Chicago, IL 60611-3586
28275828      +Fort Worth Brothers Automotive LLC,     c/o Burke Warren & Mackay,    330 N. Wabash, #2100,
                Chicago, IL 60611-3673
28275827      +Fort Worth Brothers Automotive LLC,     d/b/a Alfa Romeo Fiat of Fort Worth,    400 W Loop 820 S,
                Fort Worth, TX 76108-2679
28275829     #+Fox Rothschild LLP,    Attn: David Doyle,    321 N. Clark Street, Suite 800,
                Chicago, IL 60654-4766
28275830     #+Gordon E. Gouveia II,    Fox Rothschild LLP,    321 North Clark Street, Suite 800,
                Chicago, IL 60654-4766
28275832       Imagination KIA,    2401 S. Michigan Ave,    Chicago, IL 60616-2301
28275833       Imagine Cars LLC,    2401 S. Michigan Ave,    Chicago, IL 60616-2301
28275834       Imagine Motorcycles LLC,    2401 S. Michigan Ave,    Chicago, IL 60616-2301
28275836       Invest In Tonight LLC,    2401 S. Michigan Ave,    Chicago, IL 60616-2301
28275837      +James Jacob Lessmeister,    Lessmeister & Associates,     105 W. Adams, Suite 2020,
                Chicago, IL 60603-6214
28275838      +Jennifer Prokop,    Office of the U.S. Trustee,    100 E. Wayne Street, Suite 555,
                South Bend, IN 46601-2394
28275839      +Joel F. Handler,    Law Office of Joel Handler,    1 E. Wacker Drive, Suite 510,
                Chicago, IL 60601-2005
28275840      +Johnson & Krol, LLC,    Attn: Jeffrey A. Krol, Esq.,     311 S. Wacker Drive, Suite 1050,
                Chicago, IL 60606-6603
28275841      +Jonathan William Young,    Lock Lord LLP,    111 South Wacker Drive,    Chicago, IL 60606-4302
28275843      +Jordan & Zito LLC,    Attn: Mark R. Zito, Esq.,    55 W. Monroe Street,    Chicago, IL 60603-5026
28275842      +Jordan & Zito LLC,    Attn: Gregory J. Jordan, Esq.,     55 W. Monroe Street, Suite 3600,
                Chicago, IL 60603-5026
28275844      +Kerri Fallon,    fka Kerri Fallon Helmstetter,    1741 A Beachview Court,
                Crown Point, IN 46307-9411
28275846      +Kingdom Chevrolet, Inc.,    c/o Karr Herschman Eggert LLP,     150 N. Wacker Drive, Suite 940,
                Chicago, IL 60606-1627
28275848       Kingdom Chevy,    2401 S. Michigan Ave,    Chicago, IL 60616-2301
28275852      +LCA Bank Corporation,    c/o Seth R. Buitendorp (AMG),     7900 Broadway,
                Merrillville, IN 46410-5524
28275850      +Last Chance Funding Inc.,    aka The LCF Group,    411 Hempstead Turnpike, Suite 101,
                West Hempstead, NY 11552-1350
28275851      +Laura Lantry fka Laura Helmstettler,     c/o Levine Wittenberg Shugan & Scha,
                18400 Maple Creek Drive,    Tinley Park, IL 60477-2976
28275853      +Levin & Associates,    180 North LaSalle Street,    Suite 1822,    Chicago, IL 60601-2604
28275854      +Lyman Law Firm,    227 West Monroe Street,    Suite 2650,    Chicago, IL 60606-5081
```

```
District/off: 0752-1           User: dwilliams              Page 2 of 4                   Date Rcvd: Oct 10, 2019
                               Form ID: 309A                Total Noticed: 122


28275856      +Manatt Phelps & Phillips, LLP,    151 N. Franklin Street,    Suite 2600,    Chicago, IL 60606-1915
28275857      +Mark Rooney,    c/o David Axelrod & Associates,    20 S. Clark Street, Suite 1800,
                Chicago, IL 60603-1841
28275858      +Merchants Credit Guide Co,    223 West Jackson Boulevard,    Suite 700,    Chicago, IL 60606-6914
28275859      +Michael C. Moody, Esq.,    O'Rourke & Moody,    55 W. Wacker Drive, Suite 1400,
                Chicago, IL 60601-1799
28275860      +Midwest Orthopaedics at Rush,    1611 W. Harrison Street,    Chicago, IL 60612-4861
28275861      +Molzahn Rocco Rouse Berge,    20 N. Clark Street, Suite 2300,    Chicago, IL 60602-4377
28275862       Nancy J. Gargula, UST,    100 East Wayne Street,    5th Floor,   South Bend, IN 46601-2349
28275865     #+New City Auto Group, Inc.,    1301 U.S. Highway 41,    Schererville, IN 46375-1313
28275868       New City Historic Auto Row LLC,    2401 S. Michigan Avenue,    Chicago, IL 60616-2301
28275867      +New City Historic Auto Row LLC,    Attn: Terry Gaouette, Reg Agent,    2401 S. Michigan Avenue,
                Chicago, IL 60616-2301
28275866      +New City Historic Auto Row LLC,    c/o Terry Gaouette, Reg Agent,    2401 S. Michigan Avenue,
                Chicago, IL 60616-2301
28275869      +New City Nissan dba Primetime Nissa,    C/o Jordan & Zito LLC,    55 W. Monroe Street, Suite 3600,
                Chicago, IL 60603-5026
28275870       Nissan Infiniti LT,    PO Box 390889,    Minneapolis, MN 55439
28275871      +Nissan North America, Inc.,    c/o Tripp Scott. P.A.,    110 S.E. 6th Street, Suite 1500,
                Fort Lauderdale, FL 33301-5039
28275872      +O'Rourke LLP,    Attn: Michael C. Moody, Esq.,    55 W. Wacker Drive, Suite 1400,
                Chicago, IL 60601-1799
28275873      +O'Rourke& Moody,    Attn: Michael C. Moody, Esq.,    55 W. Wacker Drive, Suite 1400,
                Chicago, IL 60601-1799
28275874       Oceantime LLC,    3208 NE 10th Street,    Pompano Beach, FL 33062-3908
28275875      +Paint-A-Pole,    c/o David M. Zerante, Esq.,    30 W. Lincoln Hwy,
                Chicago Heights, IL 60411-2617
28275876      +Patrick Daly,    c/o Daniel G. Berry, Esq.,    3012 W 111th Street,    Chicago, IL 60655-2204
28275877      +Pearl Capital Business Funding, LLC,    525 Washington Blvd,    22nd Floor,
                Jersey City, NJ 07310-2606
28275878      +Premium Business Solutions,    8019 N. HImes,    Tampa, FL 33614-2761
28275879      +Reyna Capital Corporation,    One Reynolds Way,    Kettering, OH 45430-1586
28275882      +Robert Gainer, Esq.,    Cutler Law Firm, P.C.,    1307 50th Street,
                West Des Moines, IA 50266-1699
28275883      +Santander Bank, N.A.,    c/o Askounis & Darcy, P.C.,    444 N. Michigan Avenue, Suite 3270,
                Chicago, IL 60611-3906
28275884      +Santander Bank, N.A.,    c/o Lock Lord LLP,    111 South Wacker Drive,    Chicago, IL 60606-4302
28275885       Santander Chrysler Capital,    PO Box 660335,    Dallas, TX 75266-0335
28275886      +Scott Kindybaylk,    5859 N. Kirby Avenue,    Chicago, IL 60646-6626
28275888      +Steven Dobrofsky,    dba Steven Dobrovsky,    3280 Oleander Way,
                Lauderdale By the Sea, FL 33062-6808
28275887      +Steven Dobrofsky,    dba Steven Dobrovsky,    3208 NE 10th Street,    Pompano Beach, FL 33062-3908
28275889     #+Swope Law Offices LLC,    833 W. Lincoln Hwy,    305 W,    Schererville, IN 46375-1651
28275894       Temptation Trtansportation LLC,    2401 S. Michigan Ave,    Chicago, IL 60616-2301
28275895      +Terry Gaouette,    728 Diamond Lake Road,    Mundelein, IL 60060-3501
28275896      +Todd E. Feiwell PC,    20 N Clark Street,    Suite 3300,    Chicago, IL 60602-5089
28275898       US Bank/RMS CC,    Cb Disputes,    Saint Louis, MO 63166
28275899      +WBL SPO I, LLC,    c/o Plunkett Cooney PC,    221 N. LaSalle St, Suite 1550,
                Chicago, IL 60601-1224
28275900      +West Town Bt,    7820 West 26th Street,    North Riverside, IL 60546-1599
28275901      +Western Avenue Nissan,    c/o Karr Eggert LLP,    180 N. LaSalle Street, Suite 3700,
                Chicago, IL 60601-2809
28275903       Westlake Flooring Company LLC,    4751 Wilshire Blvd.,    Suite 100,    Los Angeles, CA 90010-3847
28275904      +World Business Lenders,    101 Hudson St,    33rd Floor,    Jersey City, NJ 07302-3905
28275905      +World Business Lenders,    c/o William Jeffrey Factor,    105 W. Madison,
                Chicago, IL 60602-4602
28275906       Yamaha and Zero of Chicago Illinois,    2401 S. Michigan Ave,    Chicago, IL 60616-2301

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: attorneys@benjaminlaw.com Oct 11 2019 01:05:06      J Kevin Benjamin, Esq.,
                Benjamin & Brand LLP,    1016 W. Jackson Boulevard,    Chicago, IL  60607-2914
tr            +EDI: BRMFOGEL.COM Oct 11 2019 04:48:00      Richard M. Fogel,    Fox Rothschild LLP,
                321 N Clark Street,    Suite 1600,    Chicago, IL 60654-4614
28275797       EDI: BANKAMER.COM Oct 11 2019 04:48:00      Bank of America,    Po Box 982238,
                El Paso, TX 79998
28275798      +EDI: TSYS2.COM Oct 11 2019 04:48:00      Barclays Bank Delaware,    POB 13337,
                Philadelphia, PA 19101-3337
28275799      +EDI: TSYS2.COM Oct 11 2019 04:48:00      Barclays Bank Delaware,    100 West Street,
                Wilmington, DE 19801-5015
28275806      +EDI: CAPITALONE.COM Oct 11 2019 04:48:00      Capital One/Carson,    Attn: Bankruptcy Dept,
                Po Box 30285,    Salt Lake City, UT 84130-0285
28275807      +EDI: CAPITALONE.COM Oct 11 2019 04:48:00      Capital One/Carson,    Po Box 30253,
                Salt Lake City, UT 84130-0253
28275810      +EDI: CHASE.COM Oct 11 2019 04:48:00      Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,
                Wilmington, DE 19850-5298
28275811      +EDI: CHASE.COM Oct 11 2019 04:48:00      Chase Card Services,    Po Box 15369,
                Wilmington, DE 19850-5369
28275812      +EDI: CITICORP.COM Oct 11 2019 04:48:00      Citibank,    Attn: Recovery/Centralized Bankruptcy,
                Po Box 790034,    St Louis, MO 63179-0034
```

```
District/off: 0752-1           User: dwilliams              Page 3 of 4              Date Rcvd: Oct 10, 2019
                               Form ID: 309A                Total Noticed: 122

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
28275813        +EDI: CITICORP.COM Oct 11 2019 04:48:00      Citibank,   Po Box 6217,
                 Sioux Falls, SD 57117-6217
28275814        +EDI: WFNNB.COM Oct 11 2019 04:48:00      Comenity Bank,   PO Box 182789,
                 Columbus, OH 43218-2789
28275815        +EDI: WFNNB.COM Oct 11 2019 04:48:00      Comenity Bank/Carsons,    Attn: Bankruptcy,
                 Po Box 182125,   Columbus, OH 43218-2125
28275816        +EDI: WFNNB.COM Oct 11 2019 04:48:00      Comenity Bank/Carsons,   Po Box 182789,
                 Columbus, OH 43218-2789
28275822         EDI: DISCOVER.COM Oct 11 2019 04:48:00      Discover Financial Services LLC,
                 Attn: Bankruptcy Department,   PO Box 15316,    Wilmington, DE 19850
28275823        +EDI: DCI.COM Oct 11 2019 04:49:00      Diversified Consultant,   DCI,   Po Box 551268,
                 Jacksonville, FL 32255-1268
28275831         E-mail/Text: rev.bankruptcy@illinois.gov Oct 11 2019 01:06:31
                 Illinois Department of Revenue,   Bankruptcy Unit,   PO Box 19035,
                 Springfield, IL 62794-9035
28275835         EDI: IRS.COM Oct 11 2019 04:49:00      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,   Philadelphia, PA 19101-7346
28275847        +E-mail/Text: jfriedland@lplegal.com Oct 11 2019 01:06:24       Kingdom Chevrolet, Inc.,
                 c/o Levenfeld Pearlstein LLC,   2 N. La Salle Street, Suite 1300,    Chicago, IL 60602-3709
28275849         E-mail/Text: bncnotices@becket-lee.com Oct 11 2019 01:05:59       Kohls/Chase Payment Center,
                 POB 2983,   Milwaukee, WI 53201-2983
28275855        +EDI: TSYS2.COM Oct 11 2019 04:48:00      Macys,   POB 183083,   Columbus, OH 43218-3083
28275863        +EDI: NFCU.COM Oct 11 2019 04:49:00      Navy FCU,   Attn: Bankruptcy Dept,   Po Box 3000,
                 Merrifield, VA 22119-3000
28275864        +EDI: NFCU.COM Oct 11 2019 04:49:00      Navy FCU,   820 Follin Lane,   Vienna, VA 22180-4907
28275881        +E-mail/Text: jfriedland@lplegal.com Oct 11 2019 01:06:24       Richard Ruscitti,
                 c/o Levenfeld Pearlstein LLC,   2 N. LaSalle Street, Suite 1300,    Chicago, IL 60602-3709
28275891        +EDI: RMSC.COM Oct 11 2019 04:48:00      Syncb/PPC,   Po Box 965005,   Orlando, FL 32896-5005
28275890        +EDI: RMSC.COM Oct 11 2019 04:48:00      Syncb/PPC,   Attn: Bankruptcy,   Po Box 965060,
                 Orlando, FL 32896-5060
28275892        +EDI: RMSC.COM Oct 11 2019 04:48:00      Syncb/sams Club Dc,   PO Box 965005,
                 Orlando, FL 32896-5005
28275893        +EDI: RMSC.COM Oct 11 2019 04:48:00      Synchrony Bank/Care Credit,   POB 965036,
                 Orlando, FL 32896-5036
28275897         EDI: USBANKARS.COM Oct 11 2019 04:48:00      US Bank/RMS CC,   Attn: Bankruptcy,   Po Box 5229,
                 Cincinnati, OH 45201
28275902        +E-mail/Text: jfriedland@lplegal.com Oct 11 2019 01:06:24       Western Avenue Nissan,
                 c/o Levenfeld Pearlstein,   2 N. LaSalle Street, Suite 1300,    Chicago, IL 60602-3709
                                                                                               TOTAL: 30

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
28275845       ##+Kerri Fallon Helmstetter,    c/o Karr Eggert LLP,    180 N. La Salle Street, Suite 3700,
                 Chicago, IL 60601-2809
28275880       ##+Richard Ruscitti,    c/o Karr Eggert LLP,   180 N. LaSalle Street, Suite 3700,
                 Chicago, IL 60601-2809
                                                                                         TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2019                                    Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: dwilliams              Page 4 of 4              Date Rcvd: Oct 10, 2019
                              Form ID: 309A                Total Noticed: 122
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2019 at the address(es) listed below:
              Debra Devassy Babu    on behalf of Creditor    Santander Bank, N.A. ddevassy@askounisdarcy.com
              J Kevin  Benjamin, Esq.    on behalf of Debtor 1 Michael S. Helmstetter attorneys@benjaminlaw.com,
               firmecf@gmail.com;benjaminlegalservicesllp@jubileebk.net;benjamin@ecf.courtdrive.com;r54940@notif
               y.bestcase.com;benjaminkr54940@notify.bestcase.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard M. Fogel    rfogel@foxrothschild.com, il72@ecfcbis.com
                                                                                             TOTAL: 4
```