Form defntc7

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Michael S. Helmstetter
PO Box 11703
Chicago, IL 60611−0703
SSN: xxx−xx−7156 EIN: N.A.

Case No. :   19−28687
Chapter :   7
Judge :   Jacqueline P. Cox

## NOTICE OF DEFICIENCY: POSSIBLE DISMISSAL OF CASE

Section 521 of the Bankruptcy Code requires debtors to complete and file certain documents in their cases. Under Bankruptcy Rule 1007, the deadline for filing the completed documents is 14 days after the case is filed. The deadline in this case is: **October 23, 2019.**

The Clerk has determined that you have failed to file or complete the following required documents:

· **Schedule A−B (Form 106A/B,206A/B).**
· **Schedule C (Form 106C).**
· **Schedule D (Form 106D,206D).**
· **Schedule E−F (Form 106E/F,206E/F).**
· **Schedule G (Form 106G,206G).**
· **Schedule H (Form 106H,206H).**
· **Schedule I (Form 106I).**
· **Schedule J (Form 106J).**
· **Statement of Financial Affairs (Form 107/207).**
· **Statement of Monthly Income (Form 122A−1/122A−1Supp).**

If you do not complete and file these documents, your case will be dismissed on the 45th day after your case was filed.

FOR THE COURT

Dated: October 10, 2019

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:  
Michael S. Helmstetter  
      Debtor

Case No. 19-28687-JPC  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: dwilliams     Page 1 of 1     Date Rcvd: Oct 10, 2019  
                    Form ID: defntc7     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2019.  
db           +Michael S. Helmstetter,   PO Box 11703,   Chicago, IL 60611-0625

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2019                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2019 at the address(es) listed below:  
           Debra Devassy Babu    on behalf of Creditor    Santander Bank, N.A. ddevassy@askounisdarcy.com  
           J Kevin  Benjamin, Esq.    on behalf of Debtor 1 Michael S. Helmstetter attorneys@benjaminlaw.com,  
             firmecf@gmail.com;benjaminlegalservicesllp@jubileebk.net;benjamin@ecf.courtdrive.com;r54940@notify.bestcase.com;benjaminkr54940@notify.bestcase.com  
           Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov  
           Richard M. Fogel    rfogel@foxrothschild.com, il72@ecfcbis.com  
                                                                                                          TOTAL: 4