

321 N. Clark Street, Suite 1600
Chicago, IL 60654
T: 312.517.9200  F: 312.517.9201
www.foxrothschild.com

RICHARD M. FOGEL
Direct No: 312.276.1334
Email: RFogel@Foxrothschild.com

October 21, 2019

Patrick S. Layng
United States Trustee
219 S. Dearborn Street, Suite 873
Chicago, IL  60604

  Re: <u>Michael S. Helmstetter/19-28687</u>

Dear Mr. Layng:

 I hereby resign from the referenced chapter 7 case, scheduled for a 341 meeting on November 15, 2019.  My law firm represented the debtor's corporation in a chapter 11 case and we are listed as a creditor in his personal case.  Please appoint a successor trustee.

Very truly yours,

Richard M. Fogel

RMF:pyc

A Pennsylvania Limited Liability Partnership

California Colorado Delaware District of Columbia Florida Georgia Illinois Minnesota
Nevada New Jersey New York North Carolina Pennsylvania South Carolina Texas Washington