**Form ren341**

# United States Bankruptcy Court

*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Michael S. Helmstetter
PO Box 11703
Chicago, IL 60611–0703
SSN: xxx–xx–7156 EIN: N.A.
aka Mike Helmstetter

Case No. : 19–28687
Chapter : 7
Judge : Jacqueline P. Cox

---

Debtor's Attorney:
J Kevin Benjamin Esq.
Benjamin & Brand LLP
1016 W. Jackson Boulevard
Chicago, IL 60607–2914

(312) 853–3100

Trustee:
David R Herzog
Herzog & Schwartz PC
77 W Washington Suite 1400
Chicago, IL 60602

312 977–1600

## RENOTICE 341 MEETING

Please take notice that the 341 meeting date has been reset for:

November 26, 2019 , 02:30 PM
219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604

For the Court,

Dated: October 22, 2019

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court