**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Michael S. Helmstetter

Case Number: 19-28687

An appearance is hereby filed by the undersigned as attorney for:
County Mayo Corporation and 2401 So. Michigan Building Corp.

Attorney name (type or print): Whitman H. Brisky

Firm: Mauck & Baker LLC

Street address: 1 N LaSalle St., Ste 600

City/State/Zip: Chicago IL 60602

Bar ID Number: 0297151
(See item 3 in instructions)

Telephone Number: 312-726-1243

Email Address: wbrisky@mauckbaker.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | | ✔ |
| Are you a member of the court's trial bar? | ✔ | |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
    If appointed counsel, are you
    ☐ Federal Defender
    ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 10/23/2019

Attorney signature: S/ Whitman H. Brisky
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015