| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 18-17085<br>Northern District of Illinois<br>Eastern Division<br>Wed Oct 23 15:49:09 CDT 2019 | U.S. BANK NATIONAL ASSOCIATION<br>14841 Dallas Parkway, Suite 425<br>Dallas, TX 75254-8067 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| Capital Bank,n.a.<br>1 Church St<br>Rockville, MD 20850-4190 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| City of Chicago<br>Department of Revenue<br>PO Box 88292<br>Chicago, IL 60680-1292 | City of Chicago Department<br>Of Administrative Hearing<br>City of Chicago - DOAH C/O Arnold Scott<br>111 W. Jackson Ste 600<br>Chicago, IL 60604-3517 | Cook County Treasurer<br>118 North Clark Suite 112<br>Chicago, IL 60602-1590 |
| Credit One Bank Na<br>Po Box 98872<br>Las Vegas, NV 89193-8872 | I C System Inc<br>Po Box 64378<br>Saint Paul, MN 55164-0378 | (p)ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 19035<br>SPRINGFIELD IL 62794-9035 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | LVNV Funding, LLC as assignee of MHC<br>Receivables, LLC and FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 |
| Mb Financial Bank<br>800 W Madison St<br>Chicago, IL 60607-2683 | PEOPLES GAS LIGHT & COKE COMPANY<br>200 EAST RANDOLPH STREET<br>CHICAGO, ILLINOIS 60601-6433 | Peoples Engy<br>200 East Randolph<br>Chicago, IL 60601-6302 |
| Salute/atlanticus<br>Pob 105555<br>Atlanta, GA 30348-5555 | Tbom/total Crd<br>5109 S Broadband Ln<br>Sioux Falls, SD 57108-2208 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| UNITED STATES DEPARTMENT OF EDUCATION<br>CLAIMS FILING UNIT<br>P O BOX 8973<br>MADISON, WI 53708-8973 | Us Bank Home Mortgage<br>4801 Frederica St<br>Owensboro, KY 42301-7441 | Us Dept Of Ed/glelsi<br>Po Box 7860<br>Madison, WI 53707-7860 |
| Bianca L. Mayers<br>8123 South Bennet Ave.<br>Chicago, IL 60617-1022 | Chad M. Hayward<br>The Law Offices of Chad M. Hayward, P.C.<br>50 S Main<br>Suite 200<br>Naperville, IL 60540-5485 | Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Capital One<br>15000 Capital One Dr<br>Richmond, VA 23238 | Illinois Department of Revenue<br>PO Box 64338<br>Chicago, IL 60664 | U.S. Bank National Association<br>c/o U.S. Bank Home Mortgage,<br>a division of U.S. Bank N.A.<br>4801 Frederica Street<br>Owensboro, Kentucky 42301 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)U.S. Bank National Association

End of Label Matrix
Mailable recipients    27
Bypassed recipients     1
Total                  28