# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: MICHAEL HELMSTETTER

Case Number: 19-28687

An appearance is hereby filed by the undersigned as attorney for:
NISSAN NORTH AMERICA, INC.

Attorney name (type or print): CHARLES M. TATELBAUM

Firm: TRIPP SCOTT, P.A.

Street address: 110 S.E. 6TH STREET, SUITE 1500

City/State/Zip: FORT LAUDERDALE, FL  33301

Bar ID Number: 90787989 (ILLINOIS)
(See item 3 in instructions)

Telephone Number: 954-525-7500

Email Address: CMT@TRIPPSCOTT.COM

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | | ✔ |
| Are you a member of the court's trial bar? | | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 10/24/19

Attorney signature: S/ Charles M. Tatelbaum
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015