**Form ren341**

# United States Bankruptcy Court

*Northern District of Illinois*

*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Michael S. Helmstetter
PO Box 11703
Chicago, IL 60611–0703
SSN: xxx–xx–7156 EIN: N.A.
aka Mike Helmstetter

Case No. : 19–28687
Chapter : 7
Judge : Jacqueline P. Cox

---

Debtor's Attorney:
J Kevin Benjamin Esq.
Benjamin & Brand LLP
1016 W. Jackson Boulevard
Chicago, IL 60607–2914

(312) 853–3100

Trustee:
David R Herzog
Herzog & Schwartz PC
77 W Washington Suite 1400
Chicago, IL 60602

312 977–1600

## RENOTICE 341 MEETING

Please take notice that the 341 meeting date has been reset for:

November 26, 2019 , 02:30 PM
219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604

For the Court,

Dated: October 22, 2019

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 19-28687-JPC
Michael S. Helmstetter Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: evelyng              Page 1 of 4                  Date Rcvd: Oct 22, 2019
                               Form ID: ren341            Total Noticed: 122

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 24, 2019.
```
db          +Michael S. Helmstetter,    PO Box 11703,    Chicago, IL 60611-0625
28275786    +2401 S. Michigan County Mayo,    2401 S. Michigan Avenue,    Chicago, IL 60616-2301
28275787    +465 N. Park,    465 N. Park Drive,    Chicago, IL 60611-0003
28275790    +ADS/COMENITY/MEIJERMC,    9200 S. Western Avenue,    Evergreen Park, IL 60805-2500
28275788    +Adrienne Berke,    34 Far Hills Drive,    Avon, CT 06001-2877
28275789    +Adrienne Berke,    36 W. Randolph Street,    Suite 701,    Chicago, IL 60601-3502
28275791     Alfa Romeo & Fiat of Chicago,    2401 S. Michigan Ave,    Chicago, IL 60616-2301
28275792    +Americus Capital LLC,    Attn: Joseph P. Simon,    2 N. LaSalle Street, Suite 1300,
              Chicago, IL 60602-3709
28275794    +Amex/Bankruptcy,    Po Box 8218,    Mason, OH 45040-8218
28275793    +Amex/Bankruptcy,    Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
28275795    +Automobile Mechanics' Local 701,    Benefit Fund Office,    361 S. Frontage Road, Suite 100,
              Burr Ridge, IL 60527-6162
28275797    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank of America,    Po Box 982238,    El Paso, TX 79998)
28275796    +Bank of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
28275798    +Barclays Bank Delaware,    POB 13337,    Philadelphia, PA 19101-3337
28275799    +Barclays Bank Delaware,    100 West Street,    Wilmington, DE 19801-5015
28275800    +Beerman LLP,    161 N Clark Street,    Suite 3000,    Chicago, IL 60601-3346
28275801     Benita Berke,    36 W. Randolph Street,    Unit 701,    Chicago, IL 60601-3502
28275802    +Bronswick Benjamin PC,    Attn: Joseph A. Benjamin, CPA,    8750 W. Bryn Mawr, Suite 650,
              Chicago, IL 60631-3668
28275803    +Brown, Udell, Pomerantz, & Delrahim,    Attn: Michael S. Pomerantz, Esq.,
              225 W. Illinois Street, Suite 300,    Chicago, IL 60654-7902
28275804   #+Brown, Udell, Pomerantz, & Delrahim,    Attn: Michael S. Pomerantz, Esq.,
              1332 N. Halsted, Suite 100,    Chicago, IL 60642-2637
28275805    +Bryan D. King,    Brown, Udell, Pomerantz & Delrahim,    225 W. Illinois Street,
              Chicago, IL 60654-8369
28275821     CT Corporation System, As Agent/Rep,    330 N. Brand Blvd,    Suite 700 ATT,
              Glendale, CA 91203-2308
28275809    +Centier Bank,    600 E 84th Ave,    Merrillville, IN 46410-6366
28275808    +Centier Bank,    Attn:Collections,    600 E 84th Ave,    Merrillville, IN 46410-6366
28275810    +Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
28275811    +Chase Card Services,    Po Box 15369,    Wilmington, DE 19850-5369
28275813    +Citibank,    Po Box 6217,    Sioux Falls, SD 57117-6217
28275812    +Citibank,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
28275817    +Community Tax, LLC,    17 N. State Street,    Suite 210,    Chicago, IL 60602-3560
28275818     Consumer Services Corp.,    POB 801,    #6873,    New York, NY 10001
28275819    +Consumer Services, Inc.,    3780 Old Norcross Road,    Suite 103,    Duluth, GA 30096-1762
28275820     Credit Services,    PO Box 1687 #2147,    New York, NY 10040
28275824     Eagle Phillips LLC,    20200 W. Dixie Hwy,    Suite 802,    Miami, FL 33180-1920
28275825    +FCA US LLC,    c/o Quarles & Brady LLP,    300 N. LaSalle Street, Suite 4000,
              Chicago, IL 60654-3422
28275826    +Fort Worth Brothers Automotive,    c/oBurke Warren MacKay & Serritella,
              330 N. Wabash Avenue, 21st Floor,    Chicago, IL 60611-3586
28275828    +Fort Worth Brothers Automotive LLC,    c/o Burke Warren & Mackay,    330 N. Wabash, #2100,
              Chicago, IL 60611-3673
28275827    +Fort Worth Brothers Automotive LLC,    d/b/a Alfa Romeo Fiat of Fort Worth,    400 W Loop 820 S,
              Fort Worth, TX 76108-2679
28275829   #+Fox Rothschild LLP,    Attn: David Doyle,    321 N. Clark Street, Suite 800,
              Chicago, IL 60654-4766
28275830   #+Gordon E. Gouveia II,    Fox Rothschild LLP,    321 North Clark Street, Suite 800,
              Chicago, IL 60654-4766
28275832     Imagination KIA,    2401 S. Michigan Ave,    Chicago, IL 60616-2301
28275833     Imagine Cars LLC,    2401 S. Michigan Ave,    Chicago, IL 60616-2301
28275834     Imagine Motorcycles LLC,    2401 S. Michigan Ave,    Chicago, IL 60616-2301
28275836     Invest In Tonight LLC,    2401 S. Michigan Ave,    Chicago, IL 60616-2301
28275837    +James Jacob Lessmeister,    Lessmeister & Associates,    105 W. Adams, Suite 2020,
              Chicago, IL 60603-6214
28275838    +Jennifer Prokop,    Office of the U.S. Trustee,    100 E. Wayne Street, Suite 555,
              South Bend, IN 46601-2394
28275839    +Joel F. Handler,    Law Office of Joel Handler,    1 E. Wacker Drive, Suite 510,
              Chicago, IL 60601-2005
28275840    +Johnson & Krol, LLC,    Attn: Jeffrey A. Krol, Esq.,    311 S. Wacker Drive, Suite 1050,
              Chicago, IL 60606-6603
28275841    +Jonathan William Young,    Lock Lord LLP,    111 South Wacker Drive,    Chicago, IL 60606-4302
28275843    +Jordan & Zito LLC,    Attn: Mark R. Zito, Esq.,    55 W. Monroe Street,    Chicago, IL 60603-5026
28275842    +Jordan & Zito LLC,    Attn: Gregory J. Jordan, Esq.,    55 W. Monroe Street, Suite 3600,
              Chicago, IL 60603-5026
28275844    +Kerri Fallon,    fka Kerri Fallon Helmstetter,    1741 A Beachview Court,
              Crown Point, IN 46307-9411
28275845    +Kerri Fallon Helmstetter,    c/o Karr Eggert LLP,    180 N. La Salle Street, Suite 3700,
              Chicago, IL 60601-2809
```

```
District/off: 0752-1          User: evelyng              Page 2 of 4                   Date Rcvd: Oct 22, 2019
                              Form ID: ren341            Total Noticed: 122

28275846      +Kingdom Chevrolet, Inc.,   c/o Karr Herschman Eggert LLP,   150 N. Wacker Drive, Suite 940,
                Chicago, IL 60606-1627
28275848       Kingdom Chevy,   2401 S. Michigan Ave,   Chicago, IL 60616-2301
28275852      +LCA Bank Corporation,   c/o Seth R. Buitendorp (AMG),   7900 Broadway,
                Merrillville, IN 46410-5524
28275850      +Last Chance Funding Inc.,   aka The LCF Group,   411 Hempstead Turnpike, Suite 101,
                West Hempstead, NY 11552-1350
28275851      +Laura Lantry fka Laura Helmstettler,   c/o Levine Wittenberg Shugan & Scha,
                18400 Maple Creek Drive,   Tinley Park, IL 60477-2976
28275853      +Levin & Associates,   180 North LaSalle Street,   Suite 1822,   Chicago, IL 60601-2604
28275854      +Lyman Law Firm,   227 West Monroe Street,   Suite 2650,   Chicago, IL 60606-5081
28275855      +Macys,   POB 183083,   Columbus, OH 43218-3083
28275856      +Manatt Phelps & Phillips, LLP,   151 N. Franklin Street,   Suite 2600,   Chicago, IL 60606-1915
28275857      +Mark Rooney,   c/o David Axelrod & Associates,   20 S. Clark Street, Suite 1800,
                Chicago, IL 60603-1841
28275858      +Merchants Credit Guide Co,   223 West Jackson Boulevard,   Suite 700,   Chicago, IL 60606-6914
28275859      +Michael C. Moody, Esq.,   O'Rourke & Moody,   55 W. Wacker Drive, Suite 1400,
                Chicago, IL 60601-1799
28275860      +Midwest Orthopaedics at Rush,   1611 W. Harrison Street,   Chicago, IL 60612-4861
28275861      +Molzahn Rocco Rouse Berge,   20 N. Clark Street, Suite 2300,   Chicago, IL 60602-4377
28275862       Nancy J. Gargula, UST,   100 East Wayne Street,   5th Floor,   South Bend, IN 46601-2349
28275865     #+New City Auto Group, Inc.,   1301 U.S. Highway 41,   Schererville, IN 46375-1313
28275868       New City Historic Auto Row LLC,   2401 S. Michigan Avenue,   Chicago, IL 60616-2301
28275867      +New City Historic Auto Row LLC,   Attn: Terry Gaouette, Reg Agent,   2401 S. Michigan Avenue,
                Chicago, IL 60616-2301
28275866      +New City Historic Auto Row LLC,   c/o Terry Gaouette, Reg Agent,   2401 S. Michigan Avenue,
                Chicago, IL 60616-2301
28275869      +New City Nissan dba Primetime Nissa,   C/o Jordan & Zito LLC,   55 W. Monroe Street, Suite 3600,
                Chicago, IL 60603-5026
28275870       Nissan Infiniti LT,   PO Box 390889,   Minneapolis, MN 55439
28275871      +Nissan North America, Inc.,   c/o Tripp Scott. P.A.,   110 S.E. 6th Street, Suite 1500,
                Fort Lauderdale, FL 33301-5039
28275872      +O'Rourke LLP,   Attn: Michael C. Moody, Esq.,   55 W. Wacker Drive, Suite 1400,
                Chicago, IL 60601-1799
28275873      +O'Rourke& Moody,   Attn: Michael C. Moody, Esq.,   55 W. Wacker Drive, Suite 1400,
                Chicago, IL 60601-1799
28275874       Oceantime LLC,   3208 NE 10th Street,   Pompano Beach, FL 33062-3908
28275875      +Paint-A-Pole,   c/o David M. Zerante, Esq.,   30 W. Lincoln Hwy,
                Chicago Heights, IL 60411-2617
28275876      +Patrick Daly,   c/o Daniel G. Berry, Esq.,   3012 W 111th Street,   Chicago, IL 60655-2204
28275877      +Pearl Capital Business Funding, LLC,   525 Washington Blvd,   22nd Floor,
                Jersey City, NJ 07310-2606
28275878      +Premium Business Solutions,   8019 N. HImes,   Tampa, FL 33614-2761
28275879      +Reyna Capital Corporation,   One Reynolds Way,   Kettering, OH 45430-1586
28275880      +Richard Ruscitti,   c/o Karr Eggert LLP,   180 N. LaSalle Street, Suite 3700,
                Chicago, IL 60601-2809
28275882      +Robert Gainer, Esq.,   Cutler Law Firm, P.C.,   1307 50th Street,
                West Des Moines, IA 50266-1699
28275883      +Santander Bank, N.A.,   c/o Askounis & Darcy, P.C.,   444 N. Michigan Avenue, Suite 3270,
                Chicago, IL 60611-3906
28275884      +Santander Bank, N.A.,   c/o Lock Lord LLP,   111 South Wacker Drive,   Chicago, IL 60606-4302
28275885       Santander Chrysler Capital,   PO Box 660335,   Dallas, TX 75266-0335
28275886      +Scott Kindybaylk,   5859 N. Kirby Avenue,   Chicago, IL 60646-6626
28275888      +Steven Dobrofsky,   dba Steven Dobrovsky,   3280 Oleander Way,
                Lauderdale By the Sea, FL 33062-6808
28275887      +Steven Dobrofsky,   dba Steven Dobrovsky,   3208 NE 10th Street,   Pompano Beach, FL 33062-3908
28275889     #+Swope Law Offices LLC,   833 W. Lincoln Hwy,   305 W,   Schererville, IN 46375-1651
28275894       Temptation Trtansportation LLC,   2401 S. Michigan Ave,   Chicago, IL 60616-2301
28275895      +Terry Gaouette,   728 Diamond Lake Road,   Mundelein, IL 60060-3501
28275896      +Todd E. Feiwell PC,   20 N Clark Street,   Suite 3300,   Chicago, IL 60602-5089
28275897     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court: US Bank/RMS CC,   Attn: Bankruptcy,   Po Box 5229,
                Cincinnati, OH 45201)
28275898       US Bank/RMS CC,   Cb Disputes,   Saint Louis, MO 63166
28275899      +WBL SPO I, LLC,   c/o Plunkett Cooney PC,   221 N. LaSalle St, Suite 1550,
                Chicago, IL 60601-1224
28275900      +West Town Bt,   7820 West 26th Street,   North Riverside, IL 60546-1599
28275901      +Western Avenue Nissan,   c/o Karr Eggert LLP,   180 N. LaSalle Street, Suite 3700,
                Chicago, IL 60601-2809
28275903       Westlake Flooring Company LLC,   4751 Wilshire Blvd.,   Suite 100,   Los Angeles, CA 90010-3847
28275904      +World Business Lenders,   101 Hudson St,   33rd Floor,   Jersey City, NJ 07302-3905
28275905      +World Business Lenders,   c/o William Jeffrey Factor,   105 W. Madison,
                Chicago, IL 60602-4602
28275906       Yamaha and Zero of Chicago Illinois,   2401 S. Michigan Ave,   Chicago, IL 60616-2301
```

```
District/off: 0752-1          User: evelyng              Page 3 of 4           Date Rcvd: Oct 22, 2019
                              Form ID: ren341            Total Noticed: 122

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
28275806      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 23 2019 02:46:38      Capital One/Carson,
               Attn: Bankruptcy Dept,    Po Box 30285,   Salt Lake City, UT 84130-0285
28275807      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 23 2019 02:47:11      Capital One/Carson,
               Po Box 30253,   Salt Lake City, UT 84130-0253
28275814      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 23 2019 02:37:31      Comenity Bank,
               PO Box 182789,   Columbus, OH 43218-2789
28275815      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 23 2019 02:37:31      Comenity Bank/Carsons,
               Attn: Bankruptcy,   Po Box 182125,   Columbus, OH 43218-2125
28275816      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 23 2019 02:37:31      Comenity Bank/Carsons,
               Po Box 182789,   Columbus, OH 43218-2789
28275822       E-mail/Text: mrdiscen@discover.com Oct 23 2019 02:36:50      Discover Financial Services LLC,
               Attn: Bankruptcy Department,    PO Box 15316,   Wilmington, DE 19850
28275823      +E-mail/Text: bankruptcynotices@dcicollect.com Oct 23 2019 02:39:20      Diversified Consultant,
               DCI,   Po Box 551268,   Jacksonville, FL 32255-1268
28275831       E-mail/Text: rev.bankruptcy@illinois.gov Oct 23 2019 02:37:57
               Illinois Department of Revenue,    Bankruptcy Unit,   PO Box 19035,
               Springfield, IL 62794-9035
28275835       E-mail/Text: cio.bncmail@irs.gov Oct 23 2019 02:37:12      Internal Revenue Service,
               Centralized Insolvency Operation,    PO Box 7346,   Philadelphia, PA 19101-7346
28275847      +E-mail/Text: jfriedland@lplegal.com Oct 23 2019 02:37:55      Kingdom Chevrolet, Inc.,
               c/o Levenfeld Pearlstein LLC,    2 N. La Salle Street, Suite 1300,   Chicago, IL 60602-3709
28275849       E-mail/Text: bncnotices@becket-lee.com Oct 23 2019 02:36:56      Kohls/Chase Payment Center,
               POB 2983,   Milwaukee, WI 53201-2983
28275863      +E-mail/Text: ext_ebn_inbox@navyfederal.org Oct 23 2019 02:40:16      Navy FCU,
               Attn: Bankruptcy Dept,    Po Box 3000,   Merrifield, VA 22119-3000
28275864      +E-mail/Text: ext_ebn_inbox@navyfederal.org Oct 23 2019 02:40:16      Navy FCU,   820 Follin Lane,
               Vienna, VA 22180-4907
28275881      +E-mail/Text: jfriedland@lplegal.com Oct 23 2019 02:37:55      Richard Ruscitti,
               c/o Levenfeld Pearlstein LLC,    2 N. LaSalle Street, Suite 1300,   Chicago, IL 60602-3709
28275891      +E-mail/PDF: gecsedi@recoverycorp.com Oct 23 2019 02:46:02      Syncb/PPC,   Po Box 965005,
               Orlando, FL 32896-5005
28275890      +E-mail/PDF: gecsedi@recoverycorp.com Oct 23 2019 02:46:02      Syncb/PPC,   Attn: Bankruptcy,
               Po Box 965060,   Orlando, FL 32896-5060
28275892      +E-mail/PDF: gecsedi@recoverycorp.com Oct 23 2019 02:46:03      Syncb/sams Club Dc,
               PO Box 965005,   Orlando, FL 32896-5005
28275893      +E-mail/PDF: gecsedi@recoverycorp.com Oct 23 2019 02:46:32      Synchrony Bank/Care Credit,
               POB 965036,   Orlando, FL 32896-5036
28275902      +E-mail/Text: jfriedland@lplegal.com Oct 23 2019 02:37:55      Western Avenue Nissan,
               c/o Levenfeld Pearlstein,    2 N. LaSalle Street, Suite 1300,   Chicago, IL 60602-3709
                                                                                             TOTAL: 19

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2019                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1           User: evelyng              Page 4 of 4                  Date Rcvd: Oct 22, 2019
                               Form ID: ren341            Total Noticed: 122
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 22, 2019 at the address(es) listed below:
         David R Herzog    drhlaw@mindspring.com,
          herzogschwartz@gmail.com;il59@ecfcbis.com;drh@trustesolutions.net
         Debra Devassy Babu    on behalf of Creditor    Santander Bank, N.A. ddevassy@askounisdarcy.com
         J Kevin  Benjamin, Esq.    on behalf of Debtor 1 Michael S. Helmstetter attorneys@benjaminlaw.com,
          firmecf@gmail.com;benjaminlegalservicesllp@jubileebk.net;benjamin@ecf.courtdrive.com;r54940@notif
          y.bestcase.com;benjaminkr54940@notify.bestcase.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                       TOTAL: 4