UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: <br> Michael S. Helmstetter, <br><br><br><br><br> Debtor(s) | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | BK No.:   19-28687 <br><br> Chapter:  7 <br> Honorable Jacqueline Cox <br> SELECT IF OUTLYING AREA |

**Order on Motion to Extend Time to File Schedules and Provide Required Information**

On the motion of Debtor to extend time to file schedules and provide required information, due notice given, the Court advised, and no objections raised, it is so ordered:
The time for debtor to file schedules and provide required information is extended to and through November 4, 2019.

Enter:

*Jacqueline B. Cox*
J. Cox
Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: 10-30-19

**Prepared by:**
Benjamin Brand LLP
1016 West Jackson Boulevard
Chicago, IL 60607
(312) 853-3100