**Fill in this information to identify your case:**

Debtor 1  **Michael S. Helmstetter**
           First Name        Middle Name        Last Name

Debtor 2
(Spouse if, filing)  First Name        Middle Name        Last Name

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number  **19-28687**
(if known)

☐ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7    12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

## Part 1:    List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>☐ Yes |
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>☐ Yes |
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>☐ Yes |
| Creditor's | ☐ Surrender the property. | ☐ No |

| Debtor 1 | **Michael S. Helmstetter** | Case number (*if known*) | **19-28687** |
|---|---|---|---|

| name: | ☐ Retain the property and redeem it. | ☐ Yes |
|---|---|---|
| Description of property securing debt: | ☐ Retain the property and enter into a *Reaffirmation Agreement*. ☐ Retain the property and [explain]: | |

### Part 2:    List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

**Describe your unexpired personal property leases**                                                                                                       **Will the lease be assumed?**

| Lessor's name: | **2401 So. Michigan Building Corp** | ■ No |
|---|---|---|
| | | ☐ Yes |

| Description of leased Property: | **Guarantor on Commerical Lease - $55,000 per month from 7/1/2016 - 7/1/2021  New City Historic Auto Row LLC - doing business as Alfa Romeo & Fiat of Chicago, doing business as Kingdom Chevrolet, doing business as Kingdom Chevy, doing business as Yamaha and Zero of Chicago Illinois doing business as, Imagine KIA, that Debtor may have guaranteed is Lessee with Debtor as guarantor.  Lease from 7/1/2016-7/1/2012** | |
|---|---|---|

| Lessor's name: | **465 N. Park** | ■ No |
|---|---|---|
| | | ☐ Yes |

| Description of leased Property: | **Residential Lease from 1/10/2019 - 1/10/2020 - $2,305 per month.** | |
|---|---|---|

| Lessor's name: | **Adrienne Berke** | ■ No |
|---|---|---|
| | | ☐ Yes |

| Description of leased Property: | **New City Auto Group Inc., d/b/a Prime Time Nissan (of Schereerville) - Security Agreement - Debtor was co-signor** | |
|---|---|---|

| Lessor's name: | **County Mayo Corporation** | ■ No |
|---|---|---|
| | | ☐ Yes |

| Description of leased Property: | **Parking Lot Leases at 2408-12 S. Indiana Blvd and 119 E. 24th Street, Chicago, Illinois 60606 - Leases expire June 30, 2021. Leases are New City Historic Auto Row LLC - doing business as Alfa Romeo & Fiat of Chicago, doing business as Kingdom Chevrolet, doing business as Kingdom Chevy, doing business as Yamaha and Zero of Chicago Illinois doing business as, Imagine KIA, that Debtor may have guaranteed.  Lease from 7/1/2016-7/1/2012** | |
|---|---|---|

| Lessor's name: | **Eagle Phillips LLC** | ■ No |
|---|---|---|
| | | ☐ Yes |

| Description of leased Property: | **Loan Agreement with New City Historic Auto Row LLC DBA ALFA Romeo** | |
|---|---|---|

| Official Form 108 | **Statement of Intention for Individuals Filing Under Chapter 7** | page 2 |
|---|---|---|

| Debtor 1 | **Michael S. Helmstetter** | Case number *(if known)* | **19-28687** |
|---|---|---|---|

| | | | |
|---|---|---|---|
| | **and Fiat of Chicago - Debtor also was personally liable - Lease with New City Historic Auto Row LLC - doing business as Alfa Romeo & Fiat of Chicago, doing business as Kingdom Chevrolet, doing business as Kingdom Chevy, doing business as Yamaha and Zero of Chicago Illinois doing business as, Imagine KIA, that Debtor may have guaranteed** | | |
| Lessor's name: | **FCA** | | ■ No |
| | | | ☐ Yes |
| Description of leased Property: | **Franchise Agreements with New City Historic Auto Row LLC - doing business as Alfa Romeo & Fiat of Chicago, doing business as Kingdom Chevrolet, doing business as Kingdom Chevy, doing business as Yamaha and Zero of Chicago Illinois doing business as, Imagine KIA, that Debtor may have guaranteed.** | | |
| Lessor's name: | **Reyna Capital Corporation** | | ■ No |
| | | | ☐ Yes |
| Description of leased Property: | **Lease 232707** | | |
| Lessor's name: | **Ridgestone Bank** | | ■ No |
| | | | ☐ Yes |
| Description of leased Property: | | | |

| Part 3: | **Sign Below** |
|---|---|

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

| X | **/s/ Michael S. Helmstetter** | X | |
|---|---|---|---|
| | **Michael S. Helmstetter** | | Signature of Debtor 2 |
| | Signature of Debtor 1 | | |
| Date | **November 4, 2019** | Date | |