# United States Bankruptcy Court
## Northern District of Illinois

In re: **Michael S. Helmstetter**                                Case No. **19-28687**
Debtor(s)                                                        Chapter **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:  **152**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **November 4, 2019**          **/s/ Michael S. Helmstetter**
                                    **Michael S. Helmstetter**
                                    Signature of Debtor