# United States Bankruptcy Court
## Northern District of Illinois

In re **Michael S. Helmstetter**  
Debtor(s)

Case No. **19-28687**  
Chapter **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: **145**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **November 4, 2019**

*[signature]*  
**Michael S. Helmstetter**  
Signature of Debtor