IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| MICHAEL S. HELMSTETTER, | ) | Case No. 19 – 28687 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |
| | ) | |
| | ) | Hearing Date and Time: |
| | ) | December 4, 2019 at 9:30 am |

**AFFIDAVIT OF COUNSEL**

I, Gregory K. Stern, being first duly sworn on oath, attest and state as follows:

1. I am an attorney and counselor at law, duly admitted to practice in the State of Illinois and in this Court.

2. I am employed by Gregory K. Stern, P.C., which maintains an office for the practice of law at 53 West Jackson Boulevard, Suite 1442, Chicago, Illinois 60604.

3. I have no connections with the Debtor, his creditors, or any other party in interest herein, their respective attorneys and accountants, the United States Trustee or any other person employed in the office of the United States Trustee.

4. I represent no interest adverse to the Debtor, the Trustee, or the estate in the matters upon which I am to be engaged.

Further Affiant Sayeth Not.

_____
Gregory K. Stern

SUBSCRIBED AND SWORN to before me
this 27th day of November 2019

_____
Notary Public

OFFICIAL SEAL
MONICA C O'BRIEN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:12/04/22

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| MICHAEL S. HELMSTETTER, | ) | Case No. 19 – 28687 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |
| | ) | |
| | ) | Hearing Date and Time: |
| | ) | December 4, 2019 at 9:30 am |

## AFFIDAVIT OF COUNSEL

I, Rachel S. Sandler, being first duly sworn on oath, attest and state as follows:

1. I am an attorney and counselor at law, duly admitted to practice in the State of Illinois and in this Court.

2. I am employed by Gregory K. Stern, P.C., which maintains an office for the practice of law at 53 West Jackson Boulevard, Suite 1442, Chicago, Illinois 60604.

3. I have no connections with the Debtor, his creditors, or any other party in interest herein, their respective attorneys and accountants, the United States Trustee or any other person employed in the office of the United States Trustee.

4. I represent no interest adverse to the Debtor, the Trustee, or the estate in the matters upon which I am to be engaged.

Further Affiant Sayeth Not.

_____
Rachel S. Sandler

SUBSCRIBED AND SWORN to before me
this 27th day of November 2019

_____
Notary Public

OFFICIAL SEAL
MONICA C O'BRIEN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:12/04/22

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| MICHAEL S. HELMSTETTER, | ) | Case No. 19 – 28687 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |
| | ) | |
| | ) | Hearing Date and Time: |
| | ) | December 4, 2019 at 9:30 am |

**AFFIDAVIT OF COUNSEL**

I, Monica C. O'Brien, being first duly sworn on oath, attest and state as follows:

1. I am an attorney and counselor at law, duly admitted to practice in the State of Illinois and in this Court.

2. I am employed by Gregory K. Stern, P.C., which maintains an office for the practice of law at 53 West Jackson Boulevard, Suite 1442, Chicago, Illinois 60604.

3. I have no connections with the Debtor, his creditors, or any other party in interest herein, their respective attorneys and accountants, the United States Trustee or any other person employed in the office of the United States Trustee.

4. I represent no interest adverse to the Debtor, the Trustee, or the estate in the matters upon which I am to be engaged.

Further Affiant Sayeth Not.

_____
Monica C. O'Brien

SUBSCRIBED AND SWORN to before me
this 27th day of November 2019

_____
Notary Public

OFFICIAL SEAL
RACHEL SANDLER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/17/21

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| MICHAEL S. HELMSTETTER, | ) | Case No. 19 – 28687 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |
| | ) | |
| | ) | Hearing Date and Time: |
| | ) | December 4, 2019 at 9:30 am |

**AFFIDAVIT OF COUNSEL**

I, Dennis E. Quaid, being first duly sworn on oath, attest and state as follows:

1. I am an attorney and counselor at law, duly admitted to practice in the State of Illinois and in this Court.

2. I am employed by Gregory K. Stern, P.C., which maintains an office for the practice of law at 53 West Jackson Boulevard, Suite 1442, Chicago, Illinois 60604.

3. I have no connections with the Debtor, his creditors, or any other party in interest herein, their respective attorneys and accountants, the United States Trustee or any other person employed in the office of the United States Trustee.

4. I represent no interest adverse to the Debtor, the Trustee, or the estate in the matters upon which I am to be engaged.

Further Affiant Sayeth Not.

_____
Dennis E. Quaid

SUBSCRIBED AND SWORN to before me
this ____ day of _____ 2019

_____
Notary Public