UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>MICHAEL S. HELMSTETTER,<br><br>Debtor(s) | BK No.: 19-28687<br><br>Chapter: 7<br><br>Honorable Jacqueline Cox<br><br>SELECT IF OUTLYING AREA |

**ORDER EXTENDING TIME TO FILE ADVERSARY COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT AND, OR OBJECTIONS TO DISCHARGE**

THIS CAUSE COMING ON TO BE HEARD ON David R. Herzog, Chapter 7 Trustee's Routine Motion to Extend Time to File Adversary Complaint to Determine Dischargeability of Debt and, or Objections to Discharge, due and proper notice having been served, this Court having jurisdiction over the parties and subject matter and being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. The time for all creditors and parties in interest to file adversary complaints to determine dischargeability of debt pursuant to 11 U.S.C. § 523, and,or objections to discharge pursuant to 11 U.S.C. § 727 is extended up to and including June 30, 2020.

Enter: *Jacqueline P. Cox*
J. Cox

Dated: 12-4-19

United States Bankruptcy Judge

**Prepared by:**
Gregory K. Stern, P.C.
Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
Dennis E. Quaid (Atty. ID #02267012)
Rachel S. Sandler (Atty. ID #6310248)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558

Rev: 20130104_bko