UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 19-28687 |
| MICHAEL S. HELMSTETTER, | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Jacqueline Cox |
| Debtor(s) | ) | |

## ORDER AUTHORIZING EMPLOYMENT OF ATTORNEYS

THIS CAUSE COMING ON TO BE HEARD on the Chapter 7 Trustee's Application to Employ Attorneys, due and proper notice having been served, the Court having jurisdiction over the parties and subject matter, and being fully advised in the premises:

IT IS HEREBY ORDERED THAT:

1. David R. Herzog, Chapter 7 Trustee, is authorized to employ the services of Gregory K. Stern, Dennis E. Quaid, Monica C. O'Brien, and Rachel S. Sandler, effective November 27, 2019, as his attorneys in this proceeding, with all compensation and reimbursement of expenses being subject to approval by this Court.

Enter: *Jacqueline P. Cox*
J. Cox

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: 12-4-19

**Prepared by:**
Gregory K. Stern (Atty. ID #6183380),
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558

Rev: 20170105_bko