Form G-14

# UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS
## Eastern Division

## CHANGE OF MAILING ADDRESS FOR DEBTOR(S)

Name of Debtor(s) listed on the bankruptcy case:    CASE NO.: 19-28687

Michael S. Helmstetter                              Chapter: 7

1. This change of mailing address is requested by:   [✓] Debtor      [ ] Joint Debtor

2. **Old Address:**

    Name(s): Michael S. Helmstetter

    Mailing Address: PO Box 11703

    City, State, Zip Code: Chicago, Illinois 60611-0703

3. **New Address:**

    Mailing Address: 8500 29th Way, Unit 201

    City, State, Zip Code: Pinellas Park, Florida 33782

4. [ ]  Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Notice program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject line of all emailed court orders and notices).

Debtor's DeBN account number: _____

Joint Debtor's DeBN account number: _____

Date: 01/07/2020

Requestor's printed name(s): Michael S. Helmstetter

Requestor's signature(s): _(signed)_

Title (if applicable, of corporate officer, partner or agent): _____

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Northern District of Illinois. August 2015

8/2015bgb