# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: IN RE: MICHAEL S. HELMSTETTER

Case Number: 19-28687

An appearance is hereby filed by the undersigned as attorney for:
Kerri Fallon-Helmstetter

Attorney name (type or print): Christopher R. Schmidgall

Firm: The Law Office of Weiss, Schmidgall & Hires, P.C

Street address: Six W. 73rd Ave.

City/State/Zip: Merrillville, IN 46410

Bar ID Number: 6279405
(See item 3 in instructions)

Telephone Number: 219-736-5297

Email Address: bankruptcy@wshlegal.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☑ Yes ☐ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 2/4/2020

Attorney signature:    S/ Christopher R. Schmidgall
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015