IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| MICHAEL S. HELMSTETTER, | ) | Case No. 19 – 28687 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |

### AFFIDAVIT OF ACCOUNTANT

Lois West, being first duly sworn on oath, attest and state as follows:

1. I am a certified public accountant employed with the accounting firm of Kutchins, Robbins & Diamond, Ltd., which maintains an office located at 1101 Perimeter Drive, Schaumburg, Illinois 60173.

2. Neither Kutchins, Robbins & Diamond, Ltd., nor myself have any connection with the Debtor, his creditors, any other party in interest herein, their respective attorneys, the United States Trustee or any other person employed in the office of the United States Trustee, except that I have been previously employed as the accountant for the Chapter 7 Trustee in other unrelated cases.

3. We represent no interest adverse to the Debtor, the Trustee, or the estate in the matters upon which we are to be engaged.

Further Affiant Sayeth Not.

_____
Lois West

SUBSCRIBED AND SWORN to before me
This 19th day of February 2020

_____
Notary Public

OFFICIAL SEAL
JUDITH A. HUGHES
Notary Public- State of Illinois
My Commission Expires 07/29/2020