UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) Case Number: 19-28687
MICHAEL S. HELMSTETTER, )
) Chapter: 7
)
) Honorable Jacqueline Cox
)
Debtor(s) )

## ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANTS

THIS CAUSE COMING ON TO BE HEARD on the Chapter 7 Trustee's Application to Employ Accountants due and proper notice having been served, the Court having jurisdiction over the parties and subject matter, and being fully advised in the premises:

IT IS HEREBY ORDERED THAT:

1. David R. Herzog, Chapter 7 Trustee, is authorized to employ the services of Kutchins, Robbins & Diamond, Ltd., and Lois West effective February 19, 2020, as his accountants in this proceeding, with all compensation and reimbursement of expenses being subject to approval by this Court.

Enter:

*Jacqueline Cox*
Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: 3/3/20

**Prepared by:**
Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
Dennis E. Quaid (Atty. ID #02267012)
Rachel S. Sandler (Atty ID #6310248)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558