UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>MICHAEL S. HELMSETTER<br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 19-28687<br><br>Chapter: 7<br><br>Honorable Jacqueline Cox |

## ORDER GRANTING LEAVE FOR 2004 EXAMINATION OF THE DEBTOR

THIS CAUSE COMING ON TO BE HEARD on the Chapter 7 Trustee's Motion For Leave To Conduct 2004 Examination of the Debtor (the "Motion"), due and proper notice having been served, the Court having jurisdiction over the parties and subject matter, and being otherwise fully advised in the premises:

IT IS HEREBY ORDERED THAT:

1. The Chapter 7 Trustee is granted leave to conduct a 2004 examination of the Debtor, Michael S. Helmstetter ("Helmstetter").

2. Helmsetter is ordered and directed to produce the documents requested by the Chapter 7 Trustee in the Rider attached as Exhibit A to the Motion, care of the Trustee's attorneys, 53 West Jackson Boulevard, Suite 1442, Chicago, Illinois, on or before April 7, 2020.

3. Helmstetter is ordered and directed to produce any additional documents requested by the Chapter 7 Trustee, care of the Trustee's attorneys, 53 West Jackson Boulevard, Suite 1442, Chicago, Illinois, upon 10 days written notice from the Chapter 7 Trustee's attorney

4. Helmstetter is ordered and directed to appear for oral examination upon 10 days written notice from the Chapter 7 Trustee's attorney.

Enter:

*/s/ Jacqueline P. Cox*
Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: March 17, 2020

**Prepared by:**
Gregory K. Stern (Atty. ID #6183380)
Dennis E. Quaid (Atty ID #2267012)
Monica C. O'Brien (Atty. ID # 6216626)
Rachel S. Sandler (Atty. ID #6310248)
53 West Jackson Boulevard, Suite 1442
Chicago, Illinois 60604
(312) 427-1558

Rev: 20170105_bko