**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Michael S. Helmstetter** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | **19-28687** |

■ Check if this is an amended filing

## Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:   List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

| 2.1 **American Cycle Auto & Truck** | | |
|---|---|---|
| Creditor's Name | | |

**Describe the property that secures the claim:**    Amount of claim **$1,200.00**    Value of collateral **$3,000.00**    Unsecured portion **$0.00**

**2004 or 2005 Custom Made Soft Tail 1500 miles Custom built Motorcyle - also Kari Helmstetter**

Attn: Dan Martin
10095 N SR 55
Demotte, IN 46310

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred**   **2018-2019**     **Last 4 digits of account number** _____

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

| Debtor 1 | **Michael S. Helmstetter** | | | Case number *(if known)* | **19-28687** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| 2.2 | **Brown, Udell, Pomerantz, & Delrahim** | **Describe the property that secures the claim:** | $97,346.77 | $5,000,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Michael Helmstetter v. Kingdom Chevrolet, Inc., Richard Ruscitti and Western Avenue Nissan; 2014-CH-20208 Circuit Court of Cook County, 1st District**

**Attn: Michael S. Pomerantz, Esq. 225 W. Illinois Street, Suite 300 Chicago, IL 60654**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Perfected statutory attorneys' lien pursuant to 770 ILCS 5/1-Case 2014-CH-20208**

| Date debt was incurred | **Since 11/8/2018** | **Last 4 digits of account number** | **LI18** |
|---|---|---|---|

| 2.3 | **Centier Bank** | **Describe the property that secures the claim:** | $101,699.00 | $600,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Credit Line Secured by Ex-Wifes House**

**Attn:Collections 600 E 84th Ave Merrillville, IN 46410**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

| Date debt was incurred | **Opened 01/06 Last Active 8/26/19** | **Last 4 digits of account number** | **0010** |
|---|---|---|---|

| Add the dollar value of your entries in Column A on this page. Write that number here: | $200,245.77 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $200,245.77 |

**Part 2:**   **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ Name, Number, Street, City, State & Zip Code
**Centier Bank 600 E 84th Ave Merrillville, IN 46410**

On which line in Part 1 did you enter the creditor?   **2.3**

Last 4 digits of account number ___

| Debtor 1 | **Michael S. Helmstetter** | | | Case number (if known) | **19-28687** |
| | First Name | Middle Name | Last Name | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Michael S. Helmstetter** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | 19-28687 |

■ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:**    **List All of Your PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims against you?**
    ☐ No. Go to Part 2.
    ■ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| 2.1 | **Illinois Department of Revenue** | Last 4 digits of account number | 0579 | **$40,071.00** | Unknown | Unknown |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**Bankruptcy Unit
PO Box 19035
Springfield, IL 62794-9035**
Number Street City State Zip Code

When was the debt incurred?      7/15/2019

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Debtor 1 only

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Domestic support obligations

**Is the claim subject to offset?**

■ Taxes and certain other debts you owe the government

■ No

☐ Claims for death or personal injury while you were intoxicated

☐ Yes

☐ Other. Specify

**State Tax Lien - recording number 11590579 - Sangamon County**

Debtor 1   **Michael S. Helmstetter**

Case number (if known)   **19-28687**

---

| 2.2 | **Illinois State Disbursement Unit** | Last 4 digits of account number _____ | **$1,267.85** | **$1,267.85** | **$0.00** |

Priority Creditor's Name
**PO Box 5400**
**Carol Stream, IL 60197-5400**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**

☑ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

---

| 2.3 | **Internal Revenue Service** | Last 4 digits of account number _____ | **$220,000.00** | **$0.00** | **$220,000.00** |

Priority Creditor's Name
**Centralized Insolvency Operation**
**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**For tax year 2017 or 2018**

---

| 2.4 | **Internal Revenue Service** | Last 4 digits of account number _____ | **$12,000.00** | **$0.00** | **$12,000.00** |

Priority Creditor's Name
**Centralized Insolvency Operation**
**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

**When was the debt incurred?**   **12/31/2015**

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**For tax year 2015 -  this is because of phantom income and fraud from Ruscitti and Kingdom Chevrolet - Debtor disputes personal liability**

---

Debtor 1    **Michael S. Helmstetter**    Case number (if known)    **19-28687**

| | | | | |
|---|---|---|---|---|
| 2.5 | **Internal Revenue Service** | | **$500,000.00** | **$500,000.00** | **$0.00** |

| 2.5 | **Internal Revenue Service** | **$500,000.00** | | |
|---|---|---|---|---|

Priority Creditor's Name

Last 4 digits of account number ___ ___ ___ ___    **$500,000.00**    $0.00

**Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

■ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of PRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Domestic support obligations

☐ **Check if this claim is for a community debt**

■ Taxes and certain other debts you owe the government

**Is the claim subject to offset?**

☐ Claims for death or personal injury while you were intoxicated

■ No

☐ Other. Specify

☐ Yes

**Business Debt (New City Historic Auto Row LLC) - not owed by Debtor**

---

| 2.6 | **Kerri Fallon** | **$115,000.00** | | |
|---|---|---|---|---|

Priority Creditor's Name

Last 4 digits of account number ___ ___ ___ ___    **$115,000.00**    $0.00

**1741a Beachview Court
180 N. La Salle Street, Suite 3700
Crown Point, IN 46307**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

■ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of PRIORITY unsecured claim:**

☐ At least one of the debtors and another

■ Domestic support obligations

☐ **Check if this claim is for a community debt**

☐ Taxes and certain other debts you owe the government

**Is the claim subject to offset?**

☐ Claims for death or personal injury while you were intoxicated

■ No

☐ Other. Specify

☐ Yes

**Support and property settlement per divorce court order - centier and ex wife Kerri are the same**

---

**Part 2:    List All of Your NONPRIORITY Unsecured Claims**

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

Debtor 1  **Michael S. Helmstetter**

Case number (if known)  **19-28687**

---

**4.1** | **2401 So. Michigan Building Corp** | | **Last 4 digits of account number** | | **$0.00**

Nonpriority Creditor's Name

**c/o Mauck & Baker LLC**
**1 N LaSalle St., Ste 600**
**Chicago, IL 60602**

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Notice Purposes**

---

**4.2** | **ADG** | | **Last 4 digits of account number** | | **$450,000.00**

Nonpriority Creditor's Name

**Attn: William H. Kelly, Partner**
**5810 W. 78th Street, Suite 300**
**Minneapolis, MN 55439**

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **2 loans that Debtor Guranteed**

---

**4.3** | **Adrienne Berke** | | **Last 4 digits of account number** | **8646** | **$0.00**

Nonpriority Creditor's Name

**34 Far Hills Drive**
**Avon, CT 06001**

**When was the debt incurred?**  **2/21/2018**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **UCC-1 Financing Statement Filed 2/21/2018 in Illinois**

---

Debtor 1    **Michael S. Helmstetter**

Case number (if known)   **19-28687**

---

| 4.4 | **ADS/COMENITY/MEIJERMC** | Last 4 digits of account number | **XXXX** | $0.00 |

Nonpriority Creditor's Name

**9200 S. Western Avenue**
**Evergreen Park, IL 60805**

When was the debt incurred?   **7/23/2013**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify

---

| 4.5 | **Americus Capital LLC** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name

**Attn: Joseph P. Simon**
**2 N. LaSalle Street, Suite 1300**
**Chicago, IL 60602**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Notice Purposes**

---

| 4.6 | **Amex/Bankruptcy** | Last 4 digits of account number | **7180** | $5,712.00 |

Nonpriority Creditor's Name

**Correspondence/Bankruptcy**
**Po Box 981540**
**El Paso, TX 79998**

When was the debt incurred?   **Opened 07/12  Last Active 1/26/19**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Credit Card**

---

Debtor 1   **Michael S. Helmstetter**

Case number (if known)   **19-28687**

---

| 4.7 | **Automobile Mechanics' Local 701** | Last 4 digits of account number | **5441** | **$0.00** |

Nonpriority Creditor's Name
**Benefit Fund Office**
**361 S. Frontage Road, Suite 100**
**Burr Ridge, IL 60527**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice Purposes regarding #24152 Liquidated Damages and Interest v. New City Nissan dba Primetime Nissan**

□ Yes

---

| 4.8 | **Bank of America** | Last 4 digits of account number | **6608** | **$2,669.00** |

Nonpriority Creditor's Name
**4909 Savarese Circle**
**Fl1-908-01-50**
**Tampa, FL 33634**

When was the debt incurred?    **Opened 08/13  Last Active 3/15/19**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit Card**

□ Yes

---

| 4.9 | **Barclays Bank Delaware** | Last 4 digits of account number | **XXXX** | **$0.00** |

Nonpriority Creditor's Name
**POB 13337**
**Philadelphia, PA 19101**

When was the debt incurred?    **7/5/2000**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice Purposes**

□ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1   **Michael S. Helmstetter**

Case number (if known)   **19-28687**

---

**4.1**
**0**

**Barclays Bank Delaware**

Nonpriority Creditor's Name

**POB 13337**
**Philadelphia, PA 19101**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **XXXX**              $0.00

**When was the debt incurred?**   **7/29/2013**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice Purposes**

---

**4.1**
**1**

**Beerman LLP**

Nonpriority Creditor's Name

**161 N Clark Street**
**Suite 3000**
**Chicago, IL 60601**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number              $35,000.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Legal Fees from 2nd Ex-Wife Laura Lantry**

---

**4.1**
**2**

**Benita Berke**

Nonpriority Creditor's Name

**36 W. Randolph Street**
**Unit 701**
**Chicago, IL 60601-3502**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

■ Yes

Last 4 digits of account number              $1,000,000.00

**When was the debt incurred?**   **7/29/2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Promissory Note - loan to New City Historic Auto Row LLC and Michael Helmstettler**

---

Debtor 1   **Michael S. Helmstetter**                                    Case number (if known)    **19-28687**

---

| 4.1 3 | **Benita Berke** | Last 4 digits of account number | **4902** | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**36 W. Randolph Street**
**Unit 701**
**Chicago, IL 60601-3502**

When was the debt incurred?    **9/2/2016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ Contingent
☐ Unliquidated
☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ No
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Yes
■ Other. Specify    **UCC-1 Financing Statement filed in Illinois**

---

| 4.1 4 | **Bronswick Benjamin PC** | Last 4 digits of account number | **0054** | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Joseph A. Benjamin, CPA**
**8750 W. Bryn Mawr, Suite 650**
**Chicago, IL 60631**

When was the debt incurred?    **2018-4/30/2019's Invoice #170985**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

**Notice Only - Accounting services - Debtor had paid retainer of $3,000 at the end of 2018-early 2019 where $1,660.00 was earned and $1,340.00 unearned, subject to refund to Debtor of $1,340.00 as indicated**

☐ Yes
■ Other. Specify   **on Debtors amended Schedule B.**

---

Debtor 1   **Michael S. Helmstetter**

Case number (if known)   **19-28687**

---

| 4.1 5 | **Brown, Udell, Pomerantz, & Delrahim** | Last 4 digits of account number | **LI18** | $33,012.27 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Michael S. Pomerantz, Esq.**
**225 W. Illinois Street, Suite 300**
**Chicago, IL 60654**

When was the debt incurred?    **10/5/2018**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Legal Fees and expenses - New City Historic Auto Row adv. Santander Bank Case No. 18-CV-201.**

---

| 4.1 6 | **Brown, Udell, Pomerantz, & Delrahim** | Last 4 digits of account number | **LI19** | $9,900.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Michael S. Pomerantz, Esq.**
**225 W. Illinois Street, Suite 300**
**Chicago, IL 60654**

When was the debt incurred?    **1/8/2019**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Legal Fees and Expenses. General legal Services - General Matters**

---

Debtor 1    **Michael S. Helmstetter**                                          Case number (if known)    **19-28687**

---

| 4.1 7 | **Bryan D. King** | Last 4 digits of account number | **TR18** | **$8,910.00** |

Nonpriority Creditor's Name

**Brown, Udell, Pomerantz & Delrahim**
**225 W. Illinois Street, Suite 300**
**Chicago, IL 60654**

When was the debt incurred?    **9/17/2018**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify

**Legal Fees. Santander Bank v. New City Historic Auto Row LLC doing business as Alfa Romeo & Fiat of Chicago and Michael S. Helmstetter, Defendants. Case No. 1:18-cv-00201 (The Original Alpha Chicago LLC Law Firm Matter ID: 5763-001-TR-18**

---

| 4.1 8 | **Capital One/Carson** | Last 4 digits of account number | **9256** | **$0.00** |

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept**
**Po Box 30285**
**Salt Lake City, UT 84130**

When was the debt incurred?    **Opened  7/22/12  Last Active 7/24/12**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify    **Charge Account**

---

Debtor 1    **Michael S. Helmstetter**                                    Case number (if known)    **19-28687**

---

| 4.19 | | | |
|---|---|---|---|

**Chase Card Services**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 15298**
**Wilmington, DE 19850**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **5668**                                    **$43,293.00**

**When was the debt incurred?**         **Opened 10/15  Last Active 2/12/19**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Credit Card**

---

| 4.20 | | | |
|---|---|---|---|

**Chase Card Services**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 15298**
**Wilmington, DE 19850**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **6687**                                    **$13,875.00**

**When was the debt incurred?**         **Opened 01/14  Last Active 2/06/19**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Credit Card**

---

| 4.21 | | | |
|---|---|---|---|

**Chase Card Services**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 15298**
**Wilmington, DE 19850**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **XXXX**                                    **$0.00**

**When was the debt incurred?**         **3/27/2006**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Credit Card**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Michael S. Helmstetter**                                    Case number (if known)    **19-28687**

---

| 4.2 2 | **Chuhak & Tecson, PC** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: David B. Shiner**
**30 S. Wacker Drive, Suite 2600**
**Chicago, IL 60606**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**Notice Purposes**

■ Other. Specify **Attorney fees for representation before the IRS**

---

| 4.2 3 | **Citibank** | Last 4 digits of account number | **7786** | $16,978.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Recovery/Centralized Bankruptcy**
**Po Box 790034**
**St Louis, MO 63179**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** **Opened 01/13 Last Active 2/10/19**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Credit Card**

---

Debtor 1  **Michael S. Helmstetter**                                    Case number (if known)    **19-28687**

---

| 4.2 4 | **Citibank** | Last 4 digits of account number | **0545** | **$16,666.00** |

Nonpriority Creditor's Name

**Attn: Recovery/Centralized
Bankruptcy
Po Box 790034
St Louis, MO 63179**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?    **Opened 01/02  Last Active
2/03/19**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community
debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

---

| 4.2 5 | **Citibank** | Last 4 digits of account number | **XXXX** | **$0.00** |

Nonpriority Creditor's Name

**Attn: Recovery/Centralized
Bankruptcy
Po Box 790034
St Louis, MO 63179**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?    **11/21/2008**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community
debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

---

| 4.2 6 | **Citibank** | Last 4 digits of account number | **XXXX** | **$0.00** |

Nonpriority Creditor's Name

**Attn: Recovery/Centralized
Bankruptcy
Po Box 790034
St Louis, MO 63179**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?    **4/17/2006**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community
debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

---

Debtor 1   **Michael S. Helmstetter**                                    Case number (if known)    **19-28687**

---

| 4.2 7 | **Citibank** | Last 4 digits of account number | **XXXX** | $95.00 |

Nonpriority Creditor's Name
**Attn: Recovery/Centralized Bankruptcy**
**Po Box 790034**
**St Louis, MO 63179**
Number Street City State Zip Code

When was the debt incurred?    **1/23/2013**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Credit Card**

---

| 4.2 8 | **CNA National Warranty Company** | Last 4 digits of account number | **6920** | $236.00 |

Nonpriority Creditor's Name
**PO Box 2840**
**Scottsdale, AZ 85252-2840**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify

---

| 4.2 9 | **Comenity Bank** | Last 4 digits of account number | **XXXX** | $0.00 |

Nonpriority Creditor's Name
**PO Box 182789**
**Columbus, OH 43218**
Number Street City State Zip Code

When was the debt incurred?    **7/22/2012**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **Michael S. Helmstetter**                                            Case number (if known)    **19-28687**

---

| 4.3 0 | **Comenity Bank/Carsons** | Last 4 digits of account number | **2904** | $0.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ **Debtor 1 only**
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ **No**
☐ Yes

**When was the debt incurred?**    **Opened 07/12  Last Active 10/18/12**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Charge Account**

---

| 4.3 1 | **Commonewealth Edison** | Last 4 digits of account number | **7848** | $12,370.82 |

Nonpriority Creditor's Name
**3 Lincoln Centre
Villa Park, IL 60181**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ **Debtor 1 only**
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ **No**
☐ Yes

**When was the debt incurred?**    **2019**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Utility**

---

| 4.3 2 | **Community Tax, LLC** | Last 4 digits of account number | **2134** | $0.00 |

Nonpriority Creditor's Name
**17 N. State Street
Suite 210
Chicago, IL 60602**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ **Debtor 1 only**
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ **No**
☐ Yes

**When was the debt incurred?**    **3/3/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    _____

---

Debtor 1   **Michael S. Helmstetter**

Case number (if known)   **19-28687**

---

| 4.3 | | | |
|---|---|---|---|
| 3 | **Consumer Services Corp.** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name

**POB 801**
**#6873**
**New York, NY 10001**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.3 | | | |
|---|---|---|---|
| 4 | **Consumer Services, Inc.** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name

**3780 Old Norcross Road**
**Suite 103**
**Duluth, GA 30096-1741**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.3 | | | |
|---|---|---|---|
| 5 | **County Mayo Corporation** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name

**c/o Mauck & Baker LLC**
**1 N LaSalle St., Ste 600**
**Chicago, IL 60602**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Notice Purposes** _____

---

Debtor 1    **Michael S. Helmstetter**

Case number (if known)    **19-28687**

---

| 4.3 6 | **CT Corporation System, As Agent/Rep** | Last 4 digits of account number | **3731** | $0.00 |

Nonpriority Creditor's Name
**330 N. Brand Blvd
Suite 700 ATT
Glendale, CA 91203-2308**
Number Street City State Zip Code

When was the debt incurred?    **5/19/2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **UCC-1 Financing Statement filed in Illinois**

---

| 4.3 7 | **Cutler Law Firm, P.C.** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**AttnL Robert C. Gainer, Esq.
1307 50th Street
West Des Moines, IA 50266**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Attorney Fees - In Re Gretter Autoland, Inc. - Notice Purposes**

---

| 4.3 8 | **Discover Financial Services LLC** | Last 4 digits of account number | **XXXX** | $0.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy Department
PO Box 15316
Wilmington, DE 19850**
Number Street City State Zip Code

When was the debt incurred?    **4/2/2006**

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

---

Debtor 1    **Michael S. Helmstetter**                                    Case number (if known)    **19-28687**

---

| 4.3 9 | **Diversified Consultant** | Last 4 digits of account number | **25XX** | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**DCI**
**Po Box 551268**                              When was the debt incurred?    **12/08/2017**
**Jacksonville, FL 32255**
Number Street City State Zip Code              **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                ☐ Contingent
☐ Debtor 2 only                                ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                   ☐ Disputed
☐ At least one of the debtors and another      Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community**   ☐ Student loans
**debt**                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                report as priority claims
■ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                          ■ Other. Specify    **Notice Purposes**

---

| 4.4 0 | **Eagle Phillips LLC** | Last 4 digits of account number | **4641** | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**dba Cash Cloud**
**20200 W. Dixie Hwy, Suite 802**             When was the debt incurred?    **8/31/2017**
**Miami, FL 33180-1920**
Number Street City State Zip Code              **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                ☐ Contingent
☐ Debtor 2 only                                ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                   ☐ Disputed
■ At least one of the debtors and another      Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community**   ☐ Student loans
**debt**                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                report as priority claims
■ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts
                                               **UCC-1 Financing Statement Filed against**
                                               **Michael Helmstetter and New City Historic**
☐ Yes                                          ■ Other. Specify  **Auto Row LLC**

---

| 4.4 1 | **FCA US LLC** | Last 4 digits of account number | **0201** | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**c/o Quarles & Brady LLP**
**300 N. LaSalle Street, Suite 4000**          When was the debt incurred?
**Chicago, IL 60654**
Number Street City State Zip Code              **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                ☐ Contingent
☐ Debtor 2 only                                ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                   ☐ Disputed
☐ At least one of the debtors and another      Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community**   ☐ Student loans
**debt**                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                report as priority claims
■ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts
                                               **Santander Bank, N.A. v. New City Historic**
☐ Yes                                          ■ Other. Specify  **Auto Row LLC et al - 1:18-cv-00201**

---

Debtor 1    **Michael S. Helmstetter**                                             Case number (if known)    **19-28687**

---

| 4.4 2 | **Fort Worth Brothers Automotive LLC** | Last 4 digits of account number | **0201** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**d/b/a Alfa Romeo Fiat of Fort Worth**
**400 W Loop 820 S**
**Fort Worth, TX 76108**

When was the debt incurred?    **1/10/2018**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Santander Bank, N.A. v. New City Historic Auto Row LLC et al - 1:18-cv-00201**

---

| 4.4 3 | **Fort Worth Brothers Automotive LLC** | Last 4 digits of account number | **0135** | **$317,038.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**c/o Burke Warren & Mackay**
**330 N. Wabash, #2100**
**Chicago, IL 60611**

When was the debt incurred?    **10/5/2017**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Fort Worth Brothers Automotive v. Alfa Romeo Fiat Chicago, Michael Helmstetter, Scott Kindybalyk and New City Historic Auto Row**

---

Debtor 1  **Michael S. Helmstetter**                                     Case number (if known)   **19-28687**

---

| 4.4 4 | **Fox Rothschild LLP** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**Attn: David Doyle**
**321 N. Clark Street, Suite 800**
**Chicago, IL 60654**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.4 5 | **Gaouetter & Associates** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**8021 Greanmeadow Lane**
**Greendale, WI 53129**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice Purposes**

---

| 4.4 6 | **Illinois Secretary of State Police** | Last 4 digits of account number _____ | $500.00 |

Nonpriority Creditor's Name
**103 Roosevelt Rd**
**Villa Park, IL 60181**

When was the debt incurred?   **2019**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Citations**

---

Debtor 1    **Michael S. Helmstetter**                                                Case number (if known)    **19-28687**

---

**4.4 7**

**Insight Tax Group**                                  Last 4 digits of account number _____        $0.00
Nonpriority Creditor's Name
**4520 Dixie Highway NE**                              When was the debt incurred?    **2019**
**Palm Bay, FL 32905**
Number Street City State Zip Code                      As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                        ☐ Contingent
☐ Debtor 2 only                                        ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                           ☐ Disputed
☐ At least one of the debtors and another             Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community**           ☐ Student loans
**debt**                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                        report as priority claims

■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                  ■ Other. Specify    **Notice Purposes - Accounting Services**

---

**4.4 8**

**James Jacob Lessmeister**                            Last 4 digits of account number    **0201**        $0.00
Nonpriority Creditor's Name
**Lessmeister & Associates**                           When was the debt incurred?    **1/10/2018**
**105 W. Adams, Suite 2020**
**Chicago, IL 60603**
Number Street City State Zip Code                      As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                        ☐ Contingent
☐ Debtor 2 only                                        ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                           ☐ Disputed
☐ At least one of the debtors and another             Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community**           ☐ Student loans
**debt**                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                        report as priority claims

■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                  ■ Other. Specify    **Santander Bank, N.A. v. New City Historic
                                                        Auto Row LLC et al - 1:18-cv-00201**

---

**4.4 9**

**Joel F. Handler**                                    Last 4 digits of account number    **9533**        $26,214.00
Nonpriority Creditor's Name
**Law Office of Joel Handler**                          When was the debt incurred?    **7/18/2017**
**1 E. Wacker Drive, Suite 510**
**Chicago, IL 60601**
Number Street City State Zip Code                      As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                        ☐ Contingent
☐ Debtor 2 only                                        ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                           ☐ Disputed
☐ At least one of the debtors and another             Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community**           ☐ Student loans
**debt**                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                        report as priority claims

■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                       **Joel F. Handler v. Michael Helmstetter,**
                                                       **Case No. 17M1109533 - Judgment Vacated**
☐ Yes                                                  ■ Other. Specify    **7/9/2018**

---

Debtor 1   **Michael S. Helmstetter**

Case number (if known)   **19-28687**

---

| 4.5 0 | **Johnson & Krol, LLC** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

**Attn: Jeffrey A. Krol, Esq.**
**311 S. Wacker Drive, Suite 1050**
**Chicago, IL 60606**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Notice Purposes**

---

| 4.5 1 | **Jordan & Zito LLC** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

**Attn: Gregory J. Jordan, Esq.**
**55 W. Monroe Street, Suite 3600**
**Chicago, IL 60603**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   _____

---

| 4.5 2 | **Kerri Fallon** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

**fka Kerri Fallon Helmstetter**
**1741 A Beachview Court**
**Crown Point, IN 46307**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Ex Wife - Debtor is to pay off former Mortgage with Centier**

---

Debtor 1    **Michael S. Helmstetter**

Case number (if known)    **19-28687**

---

**4.5 3**

**Kingdom Chevrolet, Inc.**
Nonpriority Creditor's Name

**c/o Karr Herschman Eggert LLP**
**150 N. Wacker Drive, Suite 940**
**Chicago, IL 60606**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    **0208**    **$0.00**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice Purposes**

---

**4.5 4**

**Kingdom Chevrolet, Inc.**
Nonpriority Creditor's Name

**c/o Levenfeld Pearlstein LLC**
**2 N. La Salle Street, Suite 1300**
**Chicago, IL 60602**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    **0208**    **$0.00**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice Purposes**

---

**4.5 5**

**Kingdom Chevrolet, Inc.**
Nonpriority Creditor's Name

**c/o Levenfeld Pearlstein LLC**
**2 N. La Salle Street, Suite 1300**
**Chicago, IL 60602**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No


☐ Yes

Last 4 digits of account number    **2134**    **$700,000.00**

When was the debt incurred?    **3/3/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Fraud Complaint - Kingdom Chevrolet & Western Avenue Nissan v. Michael Helmstetter, et al**
■ Other. Specify

---

Debtor 1   **Michael S. Helmstetter**                                    Case number (if known)      **19-28687**

---

| 4.5 6 | **Kohls/Chase Payment Center** | Last 4 digits of account number | **1852** | **$0.00** |

Nonpriority Creditor's Name

**POB 2983**
**Milwaukee, WI 53201-2983**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**        **Opened 06/96  Last Active 10/09**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.5 7 | **Last Chance Funding Inc.** | Last 4 digits of account number | **2312** | **$8,820.00** |

Nonpriority Creditor's Name
**aka The LCF Group**
**411 Hempstead Turnpike, Suite 101**
**West Hempstead, NY 11552**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**        **11/14/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Civil Judgment in NY Case no. EC17612312 - Lien Recorded 11/14/2017 - NASSAU COUNTY SUPREME COURT, NY - Book K160 - Page 51**

---

| 4.5 8 | **Laura Lantry fka Laura Helmstettler** | Last 4 digits of account number | **1855** | **$0.00** |

Nonpriority Creditor's Name
**c/o Levine Wittenberg Shugan & Scha**
**18400 Maple Creek Drive**
**Tinley Park, IL 60477**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**        **3/1/20107**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **2nd Ex-Wife**

---

Debtor 1    **Michael S. Helmstetter**                                Case number (if known)    **19-28687**

---

| 4.5 9 | **LCA Bank Corporation** | Last 4 digits of account number | **5jra** | **$0.00** |

Nonpriority Creditor's Name

**c/o Seth R. Buitendorp (AMG)**
**7900 Broadway**
**Merrillville, IN 46410**

Number Street City State Zip Code

When was the debt incurred?    **9/18/2018**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

**U.S. Bankruptcy Court - Northern District of Indiana (Hammond Division) -Adversary Proceeding #: 18-02055-jra Lead BK Case No. 18-21890 (New City Auto Group, Inc.) Recovery of Money/Property and Declaratory Judgment**

- ☐ Yes
- ■ Other. Specify

---

| 4.6 0 | **Levin & Associates** | Last 4 digits of account number | **1855** | **$25,000.00** |

Nonpriority Creditor's Name

**180 North LaSalle Street**
**Suite 1822**
**Chicago, IL 60601**

Number Street City State Zip Code

When was the debt incurred?    **2018**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Legal Fees**

---

Debtor 1   **Michael S. Helmstetter**                                           Case number (if known)   **19-28687**

---

| 4.6 1 | **Lyman Law Firm** | | Last 4 digits of account number | **0208** | $0.00 |

Nonpriority Creditor's Name

**227 West Monroe Street**
**Suite 2650**
**Chicago, IL 60606**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **12/17/2014 - 10/2/2019**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Legal Fees - Michael Helmstetter v. Kingdom Chevrolet, Inc. 2014-CH-20208**

---

| 4.6 2 | **Lyman Law Firm** | | Last 4 digits of account number | **2134** | $0.00 |

Nonpriority Creditor's Name

**227 West Monroe Street**
**Suite 2650**
**Chicago, IL 60606**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **3/3/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Legal Fees - Kingdom Chevrolet, Inc. v. Michael Helmstetter, et al.**

---

| 4.6 3 | **Macys** | | Last 4 digits of account number | **7180** | $0.00 |

Nonpriority Creditor's Name

**POB 183083**
**Columbus, OH 43085**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit Card**

---

Debtor 1   **Michael S. Helmstetter**                                          Case number (if known)   **19-28687**

---

| 4.6 4 | **Mark Rooney** | Last 4 digits of account number   **5954** | $0.00 |

Nonpriority Creditor's Name

**c/o David Axelrod & Associates**
**20 S. Clark Street, Suite 1800**
**Chicago, IL 60603**

When was the debt incurred?   **5/14/2019**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Declaratory Judgement Complaint - Mark Rooney, James Kanzler and Meninder Bhambra**
**v.**
**Chatham 8700 LLC, Karen Daly, Patick Daly, Michael Helmstetter, Muhammad Howard, John Monroe and World Business Lenders 2019-CH-05954**

☑ Other. Specify

---

| 4.6 5 | **Merchant Cash Cloud** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name

**5757 NW 151st Street**
**Miami Lakes, FL 33014**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Notice Purposes re loan with New City Historic Auto Row LLC DBA ALFA Romeo and Fiat of Chicago**

☑ Other. Specify

---

Debtor 1    **Michael S. Helmstetter**                                    Case number (if known)    **19-28687**

---

<table>
<tr><td>4.6<br>6</td><td colspan="2">

**Merchants Credit Guide Co**

Nonpriority Creditor's Name

**223 West Jackson Boulevard
Suite 700
Chicago, IL 60606**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes
</td><td>

Last 4 digits of account number    **0926**

When was the debt incurred?    **Opened 08/18**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Collection Attorney Midwest Orthopaedics At Rush L**
</td><td>**$2,124.00**</td></tr>
</table>

---

<table>
<tr><td>4.6<br>7</td><td colspan="2">

**Merchants Credit Guide Co**

Nonpriority Creditor's Name

**223 West Jackson Boulevard
Suite 700
Chicago, IL 60606**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes
</td><td>

Last 4 digits of account number    **0911**

When was the debt incurred?    **Opened 04/19  Last Active 5/31/19**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Collection Attorney Amita Health Adventist Health**
</td><td>**$185.00**</td></tr>
</table>

---

<table>
<tr><td>4.6<br>8</td><td colspan="2">

**Merchants Credit Guide Co**

Nonpriority Creditor's Name

**223 West Jackson Boulevard
Suite 700
Chicago, IL 60606**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes
</td><td>

Last 4 digits of account number    **0912**

When was the debt incurred?    **Opened 04/19**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Collection Attorney Amita Health Adventist Health**
</td><td>**$125.00**</td></tr>
</table>

---

Debtor 1    **Michael S. Helmstetter**                                      Case number (if known)    **19-28687**

---

| 4.6 9 | **Merchants Credit Guide Co** | Last 4 digits of account number    **3508** | $78.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**223 West Jackson Boulevard**
**Suite 700**
**Chicago, IL 60606**

**When was the debt incurred?**    **Opened 09/18  Last Active 10/26/18**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☑ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☑ Other. Specify    **Collection Attorney Midwest Orthopaedics At Rush L**

---

| 4.7 0 | **Michael C. Moody, Esq.** | Last 4 digits of account number    **0201** | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**O'Rourke & Moody**
**55 W. Wacker Drive, Suite 1400**
**Chicago, IL 60601**

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☑ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☑ Other. Specify

---

| 4.7 1 | **Molzahn Rocco Rouse Berge** | Last 4 digits of account number    **0768** | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**20 N. Clark Street, Suite 2300**
**Chicago, IL 60602**

**When was the debt incurred?**    **12/28/2011**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☑ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No

☐ Debts to pension or profit-sharing plans, and other similar debts

**Notice Purposes - Legal Fees related to Sherida Shepherd v. Michael Helmstetter, Tom Ownens, Dan Pulhr, Western Avenue Nissan**

☐ Yes

☑ Other. Specify

---

Debtor 1    **Michael S. Helmstetter**                                    Case number (if known)    **19-28687**

---

| 4.7 2 | **Nancy J. Gargula, UST** | | Last 4 digits of account number | **5jra** | $0.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**100 East Wayne Street**
**5th Floor**
**South Bend, IN 46601-2349**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **9/18/2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Notice Purposes - U.S. Bankruptcy Court - Northern District of Indiana (Hammond Division) -Adversary Proceeding #: 18-02055-jra Lead BK Case No. 18-21890 (New City Auto Group, Inc.) Recovery of**
☒ Other. Specify **Money/Property and Declaratory Judgment**

---

| 4.7 3 | **Navy FCU** | | Last 4 digits of account number | **4982** | $6,265.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept**
**Po Box 3000**
**Merrifield, VA 22119**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**When was the debt incurred?**    **Opened 09/16  Last Active 9/04/19**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify    **Credit Card**

---

Debtor 1   **Michael S. Helmstetter**                                   Case number (if known)   **19-28687**

---

| 4.7 4 | **New City Auto Group, Inc.** | | Last 4 digits of account number | **0jra** | | **$0.00** |

Nonpriority Creditor's Name

**1301 U.S. Highway 41**
**Schererville, IN 46375**

When was the debt incurred?   **7/16/2018**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

**dba Prime Time Nissan**
**dba Prime Time Nissan of Schererville**
**fdba New City Auto Group, LLC**

☐ Yes

■ Other. Specify   **Notice Purposes - Chapter 11 Case**

---

| 4.7 5 | **New City Historic Auto Row LLC** | | Last 4 digits of account number | **1239** | | **$0.00** |

Nonpriority Creditor's Name

**c/o Terry Gaouette, Reg Agent**
**2401 S. Michigan Avenue**
**Chicago, IL 60616**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Notice Purposes**

---

| 4.7 6 | **New City Nissan dba Primetime Nissa** | | Last 4 digits of account number | | | **$0.00** |

Nonpriority Creditor's Name

**C/o Jordan & Zito LLC**
**55 W. Monroe Street, Suite 3600**
**Chicago, IL 60603**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify

---

Debtor 1   **Michael S. Helmstetter**                                          Case number (if known)   **19-28687**

---

| 4.7 7 | **Nissan Infiniti LT** | Last 4 digits of account number | **XXXX** | **$0.00** |

Nonpriority Creditor's Name
**PO Box 390889**
**Minneapolis, MN 55439**

When was the debt incurred?   **1/2/2013**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

---

| 4.7 8 | **Nissan North America, Inc.** | Last 4 digits of account number | **5jra** | **$1,300,000.00** |

Nonpriority Creditor's Name
**c/o Tripp Scott. P.A.**
**110 S.E. 6th Street, Suite 1500**
**Fort Lauderdale, FL 33301**

When was the debt incurred?   **9/18/2018**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**U.S. Bankruptcy Court - Northern District of Indiana (Hammond Division) -Adversary Proceeding #: 18-02055-jra Lead BK Case No. 18-21890 (New City Auto Group, Inc.) Recovery of Money/Property and Declaratory Judgment**

☐ Yes
■ Other. Specify

---

| 4.7 9 | **O'Rourke LLP** | Last 4 digits of account number | | **$0.00** |

Nonpriority Creditor's Name
**Attn: Michael C. Moody, Esq.**
**55 W. Wacker Drive, Suite 1400**
**Chicago, IL 60601**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice Purposes**

---

Debtor 1   **Michael S. Helmstetter**                                          Case number (if known)   **19-28687**

---

**4.80**   **O'Rourke& Moody**                    Last 4 digits of account number   **0208**                    $0.00
Nonpriority Creditor's Name
**Attn: Michael C. Moody, Esq.**          When was the debt incurred?   **12/17/2014 - 10/2/2019**
**55 W. Wacker Drive, Suite 1400**
**Chicago, IL 60601**
Number Street City State Zip Code         As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                           ☐ Contingent
☐ Debtor 2 only                           ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only              ☐ Disputed
☐ At least one of the debtors and another  **Type of NONPRIORITY unsecured claim:**
■ **Check if this claim is for a community**  ☐ Student loans
**debt**                                  ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims
                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                          **Legal Fees - Michael Helmstetter**
                                          **v.**
                                          **Kingdom Chevrolet, Inc.**
☐ Yes                                     ■ Other. Specify  **2014-CH-20208**

---

**4.81**   **Oak Group**                          Last 4 digits of account number                    $750,000.00
Nonpriority Creditor's Name
**dba Warranty Solutions Mngt Corp**      When was the debt incurred?
**7125 W. Jefferson Avevnue, S-200**
**Denver, CO 80235**
Number Street City State Zip Code         As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                           ☐ Contingent
☐ Debtor 2 only                           ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only              ■ Disputed
☐ At least one of the debtors and another  **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**  ☐ Student loans
**debt**                                  ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims
                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
☐ Yes                                     ■ Other. Specify   **Advance on Warranty**

---

**4.82**   **Oceantime LLC**                      Last 4 digits of account number   **8654**                    $0.00
Nonpriority Creditor's Name
**3208 NE 10th Street**                   When was the debt incurred?   **2/21/2018**
**Pompano Beach, FL 33062-3908**
Number Street City State Zip Code         As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                           ☐ Contingent
☐ Debtor 2 only                           ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only              ☐ Disputed
☐ At least one of the debtors and another  **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**  ☐ Student loans
**debt**                                  ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims
                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                          **UCC-1 Financing Statement Filed 2/21/2018**
☐ Yes                                     ■ Other. Specify  **in Illinois**

---

Debtor 1   **Michael S. Helmstetter**                                      Case number (if known)   **19-28687**

---

**4.8 3**

**Paint-A-Pole**
Nonpriority Creditor's Name
**c/o David M. Zerante, Esq.**
**30 W. Lincoln Hwy**
**Chicago Heights, IL 60411**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Yes

| Last 4 digits of account number | **3383** | **$2,500.00** |
|---|---|---|

**When was the debt incurred?**    **9/21/2010**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Breach of contract complaint Paint-A-Pole v. Michael Helmstetter, Rich Rushetti and South Chicago Nissan**

---

**4.8 4**

**Patrick Daly**
Nonpriority Creditor's Name
**c/o Daniel G. Berry, Esq.**
**3012 W 111th Street**
**Chicago, IL 60655**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

| Last 4 digits of account number | **5954** | **$0.00** |
|---|---|---|

**When was the debt incurred?**    **5/14/2019**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.8 5**

**Pearl Capital Business Funding, LLC**
Nonpriority Creditor's Name
**525 Washington Blvd**
**22nd Floor**
**Jersey City, NJ 07310**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

| Last 4 digits of account number | **2017** | **$75,923.00** |
|---|---|---|

**When was the debt incurred?**    **6/6/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Civil Judgment**

---

Debtor 1    **Michael S. Helmstetter**                                    Case number (if known)    **19-28687**

---

| 4.8 6 | **Premium Business Solutions** | Last 4 digits of account number    **2017** | **$289,144.00** |

Nonpriority Creditor's Name

**8019 N. HImes**
**Tampa, FL 33611**

When was the debt incurred?    **9/28/2017**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only

□ Contingent

□ Debtor 2 only

□ Unliquidated

□ Debtor 1 and Debtor 2 only

□ Disputed

□ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

**Civil Judgment - Orance County Supreme Court, NY, - Case No. EF0077462017 - Premium Business Solutions Inc v. Michael Helmstetter, and Alfa Romeo and Fiat of Chicago and New City Historic Auto Row LLC**

□ Yes

■ Other. Specify

---

| 4.8 7 | **Reyna Capital Corporation** | Last 4 digits of account number    **2737** | **$117,267.17** |

Nonpriority Creditor's Name

**One Reynolds Way**
**Kettering, OH 45430**

When was the debt incurred?    **3/20/2019**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

□ Debtor 1 only

□ Contingent

□ Debtor 2 only

□ Unliquidated

□ Debtor 1 and Debtor 2 only

□ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

**Personal Guaranty of Lease # 232707 for New City Historic Auto and Lease # 232737 for New City Historic Auto**

□ Yes

■ Other. Specify

---

Debtor 1   **Michael S. Helmstetter**                                          Case number (if known)    **19-28687**

---

| 4.8 8 | | | |
|---|---|---|---|

**Richard Ruscitti**

Nonpriority Creditor's Name

**c/o Karr Eggert LLP**
**180 N. LaSalle Street, Suite 3700**
**Chicago, IL 60601**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                      **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice Purposes**

---

| 4.8 9 | | | |
|---|---|---|---|

**Richard Ruscitti**

Nonpriority Creditor's Name

**c/o Levenfeld Pearlstein LLC**
**2 N. LaSalle Street, Suite 1300**
**Chicago, IL 60602**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **0208**                      **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice Purposes**

---

| 4.9 0 | | | |
|---|---|---|---|

**Ridgestone Bank**

Nonpriority Creditor's Name

**500 Elm Grove Road**
**Suite 102**
**Elm Grove, WI 53122**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                      **$319,000.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Guarantor of bank loan - Tony Scalzo loan may have been to Tony Scalzo - Debtor believes loan was made to Tony Scalzo and Tony Scalzo has claimed Debtor Guranteed it but Tony Scalzo cannot be located**

■ Other. Specify

---

Debtor 1  **Michael S. Helmstetter**

Case number (if known)     **19-28687**

---

| 4.9 1 | **Robert Gainer, Esq.** | Last 4 digits of account number | **als7** | $0.00 |

Nonpriority Creditor's Name
**Cutler Law Firm, P.C.**
**1307 50th Street**
**West Des Moines, IA 50266**
Number Street City State Zip Code

**When was the debt incurred?**     **3/18/2015**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Gretter Autoland, Inc., Chapter 11 Debtor in 14- U.S. Bankruptcy Court Southern District of Iowa (Des Moines). Michael Helmstetter is a party in interest or his nominee**

---

| 4.9 2 | **Rush Univewrsity Medical Center** | Last 4 digits of account number | | $143.71 |

Nonpriority Creditor's Name
**Patient Financial Services**
**PO Box 4075**
**Carol Stream, IL 60197-4075**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Medical**

---

Debtor 1    **Michael S. Helmstetter**                                    Case number (if known)    **19-28687**

---

| 4.9 3 | **Santander Bank, N.A.** | Last 4 digits of account number | **0201** | **$5,028,740.87** |

Nonpriority Creditor's Name

**c/o Askounis & Darcy, P.C.**
**444 N. Michigan Avenue, Suite 3270**
**Chicago, IL 60611**

When was the debt incurred?    **1/10/2018**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ☐ Yes
- ■ Other. Specify    **Santander Bank, N.A. v. New City Historic Auto Row LLC et al - 1:18-cv-00201- Judge John Robert Blakey-Demand: $9,999,000-Cause: 28:1332 Diversity-Account Receivable. Default judgement issues 11/1/2019 against all defendants but Debtor**

---

| 4.9 4 | **Santander Bank, N.A.** | Last 4 digits of account number | **6861** | **$0.00** |

Nonpriority Creditor's Name

**c/o Lock Lord LLP**
**111 South Wacker Drive**
**Chicago, IL 60606**

When was the debt incurred?    **9/22/2017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ☐ Yes
- ■ Other. Specify    **Santander Bank v. New City Historic Auto Row, Imagine Cars LLC, Imagine Motorcycles LLC, Invest in Tonight LLC - Temptation Transportation LLC and Michael S. Helmstetter**

---

Debtor 1   **Michael S. Helmstetter**                                    Case number (if known)   **19-28687**

---

| 4.9 5 | **Santander Chrysler Capital** | Last 4 digits of account number | **XXXX** | $0.00 |

Nonpriority Creditor's Name

**PO Box 660335**
**Dallas, TX 75266-0335**

When was the debt incurred?   **10/29/2016**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.9 6 | **Scott Kindybaylk** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name

**5859 N. Kirby Avenue**
**Chicago, IL 60646**

When was the debt incurred?

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice Purposes**

---

| 4.9 7 | **Self Help Credit Union** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name

**645 E. 87th Street**
**Chicago, IL 60619**

When was the debt incurred?

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice Purposes**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1   **Michael S. Helmstetter**                                          Case number (if known)   **19-28687**

---

| 4.9 8 | **Steven Dobrofsky** | | Last 4 digits of account number | | **$0.00** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**dba Steven Dobrovsky**
**3208 NE 10th Street**
**Pompano Beach, FL 33062**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  _____

---

| 4.9 9 | **Swope Law Offices LLC** | | Last 4 digits of account number | **9900** | **$0.00** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**833 W. Lincoln Hwy**
**305 W**
**Schererville, IN 46375**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?  **9/23/2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Purposes - Legal Fees**

---

| 4.1 00 | **Syncb/PPC** | | Last 4 digits of account number | **7542** | **$0.00** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**Po Box 965060**
**Orlando, FL 32896**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?  **Opened 07/13  Last Active 10/19**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card**

---

Debtor 1   **Michael S. Helmstetter**                                          Case number (if known)    **19-28687**

---

**4.1
01**

**Syncb/sams Club Dc**                          Last 4 digits of account number   **XXXX**                          $0.00

Nonpriority Creditor's Name
**PO Box 965005**                               When was the debt incurred?      **1/20/2013**
**Orlando, FL 32896**
Number Street City State Zip Code               **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                 ☐ Contingent
☐ Debtor 2 only                                 ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                    ☐ Disputed
☐ At least one of the debtors and another       **Type of NONPRIORITY unsecured claim:**
**☐ Check if this claim is for a  community      ☐ Student loans
debt**                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**             report as priority claims
■ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                           ■ Other. Specify _____

---

**4.1
02**

**Synchrony Bank/Care Credit**                  Last 4 digits of account number   **XXXX**                          $0.00

Nonpriority Creditor's Name
**POB 965036**                                  When was the debt incurred?      **7/21/2017**
**Orlando, FL 32896**
Number Street City State Zip Code               **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                 ☐ Contingent
☐ Debtor 2 only                                 ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                    ☐ Disputed
☐ At least one of the debtors and another       **Type of NONPRIORITY unsecured claim:**
**☐ Check if this claim is for a  community      ☐ Student loans
debt**                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**             report as priority claims
■ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                           ■ Other. Specify _____

---

**4.1
03**

**Tammy Paternoster**                           Last 4 digits of account number   _____                        $0.00

Nonpriority Creditor's Name
**17 W. 766 Lowell Lane**                        When was the debt incurred?      _____
**Villa Park, IL 60181**
Number Street City State Zip Code               **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                 ☐ Contingent
☐ Debtor 2 only                                 ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                    ☐ Disputed
☐ At least one of the debtors and another       **Type of NONPRIORITY unsecured claim:**
**☐ Check if this claim is for a  community      ☐ Student loans
debt**                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**             report as priority claims
■ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                           ■ Other. Specify    **Notice Purposes** _____

---

Debtor 1   **Michael S. Helmstetter**                                    Case number (if known)    **19-28687**

---

| 4.1 04 | **Terry Gaouette** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name

**728 Diamond Lake Road**
**Mundelein, IL 60060**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify    **Notice Purposes**

☐ Yes

---

| 4.1 05 | **Todd E. Feiwell PC** | Last 4 digits of account number    **1855** | $0.00 |

Nonpriority Creditor's Name

**20 N Clark Street**
**Suite 3300**
**Chicago, IL 60602**

When was the debt incurred?    **2/28/2018**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify    **Legal Fees related to Laura Helmstetter v. Michael Helmstettler - Petition for Dissolution of Marriage**

☐ Yes

---

| 4.1 06 | **Trade River USA** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name

**401 E. Pratt Street**
**Baltimore, MD 21202**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify    **Notice Purposes**

☐ Yes

---

Debtor 1   **Michael S. Helmstetter**

Case number (if known)    **19-28687**

---

| 4.1 07 | **US Bank/RMS CC** | | **Last 4 digits of account number** | **9637** | | **$6,356.00** |

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**Po Box 5229**
**Cincinnati, OH 45201**

**When was the debt incurred?**    **Opened 12/16  Last Active 2/15/19**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit Card**

---

| 4.1 08 | **West Lake Financial Services** | | **Last 4 digits of account number** | | | **$28,192.00** |

Nonpriority Creditor's Name

**4751 Wilshire Blvd.**
**Suite 100**
**Los Angeles, CA 90010**

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **New City Historic Auto Row LLC is the Corp Debtor - Debtor does not believe he is personally liable.**

---

| 4.1 09 | **West Town Bt** | | **Last 4 digits of account number** | **0248** | | **$0.00** |

Nonpriority Creditor's Name

**7820 West 26th Street**
**North Riverside, IL 60546**

**When was the debt incurred?**    **Opened 7/21/14  Last Active 1/24/19**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Home Improvement - Closed - Notice Purposes**

---

Debtor 1   **Michael S. Helmstetter**                                         Case number (if known)   **19-28687**

---

| 4.1 10 | **West Town Bt** | | Last 4 digits of account number | **0714** | **$0.00** |

Nonpriority Creditor's Name

**7820 West 26th Street**
**North Riverside, IL 60546**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

**When was the debt incurred?**   **Opened  7/21/14  Last Active 3/30/16**

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Line Secured - Closed - Notice Purposes**

---

| 4.1 11 | **Western Avenue Nissan** | | Last 4 digits of account number | | **$0.00** |

Nonpriority Creditor's Name

**c/o Karr Eggert LLP**
**180 N. LaSalle Street, Suite 3700**
**Chicago, IL 60601**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice Purposes**

---

| 4.1 12 | **Western Avenue Nissan** | | Last 4 digits of account number | **0208** | **$0.00** |

Nonpriority Creditor's Name

**c/o Levenfeld Pearlstein**
**2 N. LaSalle Street, Suite 1300**
**Chicago, IL 60602**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice Purposes**

---

Debtor 1   **Michael S. Helmstetter**                                    Case number *(if known)*   **19-28687**

---

| 4.1 13 | | | |
|---|---|---|---|

**Westlake Flooring Company LLC**          Last 4 digits of account number   **4001**                    **$0.00**
Nonpriority Creditor's Name
**4751 Wilshire Blvd.**                    When was the debt incurred?   **6/20/2017**
**Suite 100**
**Los Angeles, CA 90010-3847**
Number Street City State Zip Code          **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                            ☐ Contingent
☐ Debtor 2 only                            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only               ☐ Disputed
■ At least one of the debtors and another  **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community  ☐ Student loans
debt**                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?            report as priority claims
■ No                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                      ■ Other. Specify   **UCC-1 Financing Statement filed in Illinois**

---

| 4.1 14 | | | |
|---|---|---|---|

**World Business Lenders**                 Last 4 digits of account number   **5954**                    **$0.00**
Nonpriority Creditor's Name
**101 Hudson St**                          When was the debt incurred?   **5/14/2019**
**33rd Floor**
**Jersey City, NJ 07302**
Number Street City State Zip Code          **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                            ☐ Contingent
☐ Debtor 2 only                            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only               ☐ Disputed
☐ At least one of the debtors and another  **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community  ☐ Student loans
debt**                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?            report as priority claims
■ No                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                      ■ Other. Specify   **Notice Purposes**

---

| 4.1 15 | | | |
|---|---|---|---|

**Zavella Inernists, SC**                  Last 4 digits of account number   **5563**                    **$57.17**
Nonpriority Creditor's Name
**4200 Cantera Drive**                     When was the debt incurred?   **9/24/2019**
**Suite 204**
**Warrenville, IL 60555**
Number Street City State Zip Code          **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                            ☐ Contingent
☐ Debtor 2 only                            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only               ☐ Disputed
☐ At least one of the debtors and another  **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community  ☐ Student loans
debt**                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?            report as priority claims
■ No                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                      ■ Other. Specify   **Medical Bill**

---

**Part 3:**   **List Others to Be Notified About a Debt That You Already Listed**

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency
is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you**

Debtor 1    **Michael S. Helmstetter**    Case number (if known)    **19-28687**

have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Adrienne Berke**<br>**36 W. Randolph Street**<br>**Suite 701**<br>**Chicago, IL 60601** | Line **4.3** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **8646** |
| **Amex/Bankruptcy**<br>**Po Box 8218**<br>**Mason, OH 45040** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.6** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |
| **Askounis & Darcy, P.C.**<br>**Attn: Debra Devassy Babu**<br>**444 N. Michigan Avenue, Suite 3270**<br>**Chicago, IL 60611** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.93** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **0201** |
| **Bank of America**<br>**Po Box 982238**<br>**El Paso, TX 79998** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.8** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |
| **Barclays Bank Delaware**<br>**100 West Street**<br>**Wilmington, DE 19801** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.9** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **XXXX** |
| **Barclays Bank Delaware**<br>**100 West Street**<br>**Wilmington, DE 19801** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.10** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **XXXX** |
| **Capital One/Carson**<br>**Po Box 30253**<br>**Salt Lake City, UT 84130** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.18** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |
| **Chase Card Services**<br>**Po Box 15369**<br>**Wilmington, DE 19850** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.19** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |
| **Chase Card Services**<br>**Po Box 15369**<br>**Wilmington, DE 19850** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.20** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |
| **Chase Card Services**<br>**Po Box 15369**<br>**Wilmington, DE 19850** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.21** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |
| **Citibank**<br>**Po Box 6217**<br>**Sioux Falls, SD 57117** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.23** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Michael S. Helmstetter** | Case number *(if known)* | **19-28687** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Citibank**<br>**Po Box 6217**<br>**Sioux Falls, SD 57117** | Line **4.24** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Citibank**<br>**Po Box 6217**<br>**Sioux Falls, SD 57117** | Line **4.25** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Citibank**<br>**Po Box 6217**<br>**Sioux Falls, SD 57117** | Line **4.26** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Citibank**<br>**Po Box 6217**<br>**Sioux Falls, SD 57117** | Line **4.27** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Comenity Bank**<br>**PO Box 182789**<br>**Columbus, OH 43218** | Line **4.4** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Comenity Bank/Carsons**<br>**Po Box 182789**<br>**Columbus, OH 43218** | Line **4.30** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Credit Services**<br>**PO Box 1687 #2147**<br>**New York, NY 10040** | Line **4.33** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **FCA**<br>**901 Warrenville Road**<br>**Suite 550**<br>**Lisle, IL 60532** | Line **4.41** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **FCA**<br>**c/o The Rubin Law Firm, PLLC**<br>**90 Broad Street, 16th Floor**<br>**New York, NY 10004** | Line **4.41** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Fort Worth Brothers Automotive**<br>**c/oBurke Warren MacKay &**<br>**Serritella**<br>**330 N. Wabash Avenue, 21st Floor**<br>**Chicago, IL 60611** | Line **4.42** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | **0201** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Gordon E. Gouveia II**<br>**Fox Rothschild LLP**<br>**321 North Clark Street, Suite 800**<br>**Chicago, IL 60654** | Line **4.74** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

| Debtor 1 | **Michael S. Helmstetter** | Case number (if known) | **19-28687** |
|---|---|---|---|

| | Last 4 digits of account number | **0jra** |
|---|---|---|

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Jennifer Prokop**<br>**Office of the U.S. Trustee**<br>**100 E. Wayne Street, Suite 555**<br>**South Bend, IN 46601** | Line **4.74** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **0jra** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Jonathan William Young**<br>**Lock Lord LLP**<br>**111 South Wacker Drive**<br>**Chicago, IL 60606** | Line **4.93** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **0201** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Jordan & Zito LLC**<br>**Attn: Mark R. Zito, Esq.**<br>**55 W. Monroe Street**<br>**Chicago, IL 60603** | Line **4.74** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **0jra** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Kerri Fallon Helmstetter**<br>**c/o Karr Eggert LLP**<br>**180 N. La Salle Street, Suite 3700**<br>**Chicago, IL 60601** | Line **4.52** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **9900** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Kerri Fallon Helmstetter**<br>**c/o Sach & Hess**<br>**7880 Wicker Avenue (US 41), S-201**<br>**Saint John, IN 46373** | Line **4.52** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Levenfeld Pearlstein, LLC**<br>**Attn: Jamie L. Burns**<br>**2 N. LaSalle Street, Suite 1300**<br>**Chicago, IL 60602** | Line **4.112** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Manatt Phelps & Phillips, LLP**<br>**151 N. Franklin Street**<br>**Suite 2600**<br>**Chicago, IL 60606** | Line **4.93** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **0201** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Mauck & Baker LLC**<br>**Attn: Whitman H. Brisky**<br>**1 N LaSalle St., Ste 600**<br>**Chicago, IL 60602** | Line **4.1** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Mauck & Baker LLC**<br>**Attn: Whitman H. Brisky**<br>**1 N LaSalle St., Ste 600**<br>**Chicago, IL 60602** | Line **4.35** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Midwest Orthopaedics at Rush**<br>**1611 W. Harrison Street** | Line **4.66** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

| Debtor 1 | **Michael S. Helmstetter** | | Case number (*if known*) | **19-28687** |

**Chicago, IL 60612**

Last 4 digits of account number

---

Name and Address
**Midwest Orthopaedics at Rush**
**1611 W. Harrison Street**
**Chicago, IL 60612**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.69** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Navy FCU**
**820 Follin Lane**
**Vienna, VA 22180**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.73** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Santander Bank**
**824 N. Market Street**
**Suite 100**
**Wilmington, DE 19801**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.94** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Steven Dobrofsky**
**dba Steven Dobrovsky**
**3280 Oleander Way**
**Lauderdale By the Sea, FL 33062**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.98** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Syncb/PPC**
**Po Box 965005**
**Orlando, FL 32896**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.100** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Tripp Scott. P.A.**
**Charles M. . Tatelbaum**
**110 S.E. 6th Street, Suite 1500**
**Fort Lauderdale, FL 33301**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.78** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **5jra**

---

Name and Address
**US Bank/RMS CC**
**Cb Disputes**
**Saint Louis, MO 63166**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.107** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**WBL SPO I, LLC**
**c/o Plunkett Cooney PC**
**221 N. LaSalle St, Suite 1550**
**Chicago, IL 60601**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.114** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **5954**

---

Name and Address
**World Business Lenders**
**c/o William Jeffrey Factor**
**105 W. Madison**
**Chicago, IL 60602**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.114** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **5954**

---

Name and Address
**Zavella Inernists, SC**
**PO Box 64568**
**Suite 204**
**Phoenix, AZ 85082-4568**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.115** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **5563**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **Michael S. Helmstetter**                                    Case number (if known)    **19-28687**

---

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

|  |  |  | Total Claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ **116,267.85** |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ **772,071.00** |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ **0.00** |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ **0.00** |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ **888,338.85** |

|  |  |  | Total Claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ **0.00** |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ **0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ **0.00** |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ **10,652,390.01** |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ **10,652,390.01** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Michael S. Helmstetter** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number | **19-28687** |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☐ No

☐ Yes.  Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Michael S. Helmstetter**                          X _____
**Michael S. Helmstetter**                                  Signature of Debtor 2
Signature of Debtor 1

Date  **April 8, 2020**                                        Date _____

Official Form 106Dec                          Declaration About an Individual Debtor's Schedules