Form NTCFTFC7

# United States Bankruptcy Court

*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Michael S. Helmstetter
8500 29th Way, Unit 201
Pinellas Park, FL 33782
SSN: xxx−xx−7156 EIN: N.A.
aka Mike Helmstetter

Case No. : 19−28687
Chapter : 7
Judge : Jacqueline P. Cox

---

Debtor's Attorney:
J Kevin Benjamin Esq.
Benjamin Legal Services PLC
1016 W. Jackson Boulevard
Chicago, IL 60607−2914

(312) 853−3100

Trustee:
David R Herzog
Herzog & Schwartz PC
77 W Washington Suite 1400
Chicago, IL 60602

312 977−1600

## NOTICE FIXING TIME FOR FILING CLAIMS

To the Debtor(s), Creditors, and other Parties in Interest:

A petition under Chapter 7 of the U.S. Bankruptcy Code has been filed by (or against) the above−named debtor(s) on *October 9, 2019* .

1. *August 14, 2020* is fixed as the last day for the filing of claims by creditors other than governmental units.

2. *August 14, 2020* is fixed as the last day for the filing of claims by governmental units.

In order to have a claim allowed and share in any distribution from the estate, a creditor must file a claim, whether or not the creditor was included in the schedules filed by the debtor(s). Claims which are not filed on or before the date fixed as the last day for the filing of claims as specified in #1 and #2 above, will not be timely, except as otherwise provided by law.

**Attorneys must file this claim electronically via the CM/ECF system. Non−Attorneys may file in person or by mail at the Clerk of the Bankruptcy Court's address shown at the top of the form. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerks office.**

For the Court,

Dated: May 14, 2020

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court