Form NTCFTFC7

# United States Bankruptcy Court
*Northern District of Illinois*

*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Michael S. Helmstetter
8500 29th Way, Unit 201
Pinellas Park, FL 33782
SSN: xxx−xx−7156  EIN: N.A.
aka Mike Helmstetter

Case No. : 19−28687
Chapter : 7
Judge : Jacqueline P. Cox

---

Debtor's Attorney:

J Kevin Benjamin Esq.
Benjamin Legal Services PLC
1016 W. Jackson Boulevard
Chicago, IL 60607−2914

(312) 853−3100

Trustee:

David R Herzog
Herzog & Schwartz PC
77 W Washington Suite 1400
Chicago, IL 60602

312 977−1600

## NOTICE FIXING TIME FOR FILING CLAIMS

To the Debtor(s), Creditors, and other Parties in Interest:

A petition under Chapter 7 of the U.S. Bankruptcy Code has been filed by (or against) the above−named debtor(s) on ***October 9, 2019*** .

1. ***August 14, 2020*** is fixed as the last day for the filing of claims by creditors other than governmental units.

2. ***August 14, 2020*** is fixed as the last day for the filing of claims by governmental units.

In order to have a claim allowed and share in any distribution from the estate, a creditor must file a claim, whether or not the creditor was included in the schedules filed by the debtor(s). Claims which are not filed on or before the date fixed as the last day for the filing of claims as specified in #1 and #2 above, will not be timely, except as otherwise provided by law.

**Attorneys must file this claim electronically via the CM/ECF system. Non−Attorneys may file in person or by mail at the Clerk of the Bankruptcy Court's address shown at the top of the form. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerks office.**

For the Court,

Dated: May 14, 2020

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

```
                            United States Bankruptcy Court
                             Northern District of Illinois

In re:                                                              Case No. 19-28687-JPC
Michael S. Helmstetter                                              Chapter 7
       Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0752-1          User: nbatson              Page 1 of 5              Date Rcvd: May 14, 2020
                              Form ID: ntcftfc7          Total Noticed: 151


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2020.
db             #+Michael S. Helmstetter,    8500 29th Way, Unit 201,    Pinellas Park, FL 33782-6209
28275786        +2401 S. Michigan County Mayo,    2401 S. Michigan Avenue,    Chicago, IL 60616-2301
28790086        +2401 So Michigan Building Corp,    c/o Mauck & Baker LLC,    1 N LaSalle St Ste 600,
                  Chicago IL 60602-3981
28275787        +465 N. Park,    465 N. Park Drive,    Chicago, IL 60611-0003
28790087        +ADG,    Attn: William H. Kelly, Partner,    5810 W 78th St Suite 300,    Minneapolis MN 55439-2614
28275790        +ADS/COMENITY/MEIJERMC,    9200 S. Western Avenue,    Evergreen Park, IL 60805-2500
28275788        +Adrienne Berke,    34 Far Hills Drive,    Avon, CT 06001-2877
28275789        +Adrienne Berke,    36 W. Randolph Street,    Suite 701,    Chicago, IL 60601-3502
28275791         Alfa Romeo & Fiat of Chicago,    2401 S. Michigan Ave,    Chicago, IL 60616-2301
28790082        +American Cycle Auto & Truck,    Attn Dan Martin,    10095 N SR 55,    Demotee IN 46310-9674
28275792        +Americus Capital LLC,    Attn: Joseph P. Simon,    2 N. LaSalle Street, Suite 1300,
                  Chicago, IL 60602-3709
28275794        +Amex/Bankruptcy,    Po Box 8218,    Mason, OH 45040-8218
28356853        +Askounis & Darcy, P.C.,    Attn: Debra Devassy Babu,    444 N. Michigan Avenue, Suite 3270,
                  Chicago, IL 60611-3906
28275795        +Automobile Mechanics' Local 701,    Benefit Fund Office,    361 S. Frontage Road, Suite 100,
                  Burr Ridge, IL 60527-6162
28275800        +Beerman LLP,    161 N Clark Street,    Suite 3000,    Chicago, IL 60601-3346
28275801         Benita Berke,    36 W. Randolph Street,    Unit 701,    Chicago, IL 60601-3502
28275802        +Bronswick Benjamin PC,    Attn: Joseph A. Benjamin, CPA,    8750 W. Bryn Mawr, Suite 650,
                  Chicago, IL 60631-3668
28275803        +Brown, Udell, Pomerantz, & Delrahim,    Attn: Michael S. Pomerantz, Esq.,
                  225 W. Illinois Street, Suite 300,    Chicago, IL 60654-7902
28275805        +Bryan D. King,    Brown, Udell, Pomerantz & Delrahim,    225 W. Illinois Street,
                  Chicago, IL 60654-8369
28790092        +CNA National Warranty Company,    PO Box 2840,    Scottsdale AZ 85252-2840
28275821         CT Corporation System, As Agent/Rep,    330 N. Brand Blvd,    Suite 700 ATT,
                  Glendale, CA 91203-2308
28275809        +Centier Bank,    600 E 84th Ave,    Merrillville, IN 46410-6366
28275808        +Centier Bank,    Attn:Collections,    600 E 84th Ave,    Merrillville, IN 46410-6366
28790091        +Chuhak & Tecson PC,    Attn David B Shiner,    30 S Wacker Drive Suite 2600,
                  Chicago IL 60606-7512
28275817        +Community Tax, LLC,    17 N. State Street,    Suite 210,    Chicago, IL 60602-3560
28275818         Consumer Services Corp.,    POB 801,    #6873,    New York, NY 10001
28275819        +Consumer Services, Inc.,    3780 Old Norcross Road,    Suite 103,    Duluth, GA 30096-1762
28790095        +County Mayo Corporation,    c/o Mauck & Baker LLC,    1 N LaSalle St Ste 600,
                  Chicago IL 60602-3981
28275820         Credit Services,    PO Box 1687 #2147,    New York, NY 10040
28790097        +Cutler Law Firm P.C,    AttnL Robert C. Gainer Esq,    1307 50th St,
                  West Des Moines, IA 50266-1782
28275824         Eagle Phillips LLC,    20200 W. Dixie Hwy,    Suite 802,    Miami, FL 33180-1920
28790098        +Eagle Phillips LLC,    dba Cash Cloud,    20200 W Dixie Hwy Suite 802,    Miami FL 33180-1920
28275825        +FCA US LLC,    c/o Quarles & Brady LLP,    300 N. LaSalle Street, Suite 4000,
                  Chicago, IL 60654-3422
28275826        +Fort Worth Brothers Automotive,    c/oBurke Warren MacKay & Serritella,
                  330 N. Wabash Avenue, 21st Floor,    Chicago, IL 60611-3586
28275828        +Fort Worth Brothers Automotive LLC,    c/o Burke Warren & Mackay,    330 N. Wabash, #2100,
                  Chicago, IL 60611-3673
28275827        +Fort Worth Brothers Automotive LLC,    d/b/a Alfa Romeo Fiat of Fort Worth,    400 W Loop 820 S,
                  Fort Worth, TX 76108-2679
28275829       #+Fox Rothschild LLP,    Attn: David Doyle,    321 N. Clark Street, Suite 800,
                  Chicago, IL 60654-4766
28790127        +Gaouetter & Associates,    8021 Creanmeadow Lane,    Greendale WI 53129
28275830       #+Gordon E. Gouveia II,    Fox Rothschild LLP,    321 North Clark Street, Suite 800,
                  Chicago, IL 60654-4766
28790133        +Illinois Secretary of State Police,    103 Roosevelt Rd,    Villa Park IL 60181-3551
28790083        +Illinois State Disbursement unit,    PO Box 5400,    Carol Stream IL 60197-5400
28275832         Imagination KIA,    2401 S. Michigan Ave,    Chicago, IL 60616-2301
28275833         Imagine Cars LLC,    2401 S. Michigan Ave,    Chicago, IL 60616-2301
28275834         Imagine Motorcycles LLC,    2401 S. Michigan Ave,    Chicago, IL 60616-2301
28790134        +Insight Tax Group,    4520 Dixie Highway NE,    Palm Bay FL 32905-4343
28275836         Invest In Tonight LLC,    2401 S. Michigan Ave,    Chicago, IL 60616-2301
28275837        +James Jacob Lessmeister,    Lessmeister & Associates,    105 W. Adams, Suite 2020,
                  Chicago, IL 60603-6214
28275838        +Jennifer Prokop,    Office of the U.S. Trustee,    100 E. Wayne Street, Suite 555,
                  South Bend, IN 46601-2394
28275839        +Joel F. Handler,    Law Office of Joel Handler,    1 E. Wacker Drive, Suite 510,
                  Chicago, IL 60601-2005
28275840        +Johnson & Krol, LLC,    Attn: Jeffrey A. Krol, Esq.,    311 S. Wacker Drive, Suite 1050,
                  Chicago, IL 60606-6603
28275841        +Jonathan William Young,    Lock Lord LLP,    111 South Wacker Drive,    Chicago, IL 60606-4302
28275843        +Jordan & Zito LLC,    Attn: Mark R. Zito, Esq.,    55 W. Monroe Street,    Chicago, IL 60603-5026
```

```
District/off: 0752-1                  User: nbatson                Page 2 of 5                  Date Rcvd: May 14, 2020
                                      Form ID: ntcftc7             Total Noticed: 151


28275842      +Jordan & Zito LLC,    Attn: Gregory J. Jordan, Esq.,    55 W. Monroe Street, Suite 3600,
                Chicago, IL 60603-5026
28275844      +Kerri Fallon,   fka Kerri Fallon Helmstetter,    1741 A Beachview Court,
                Crown Point, IN 46307-9411
28275845      +Kerri Fallon Helmstetter,    c/o Karr Eggert LLP,    180 N. La Salle Street, Suite 3700,
                Chicago, IL 60601-2809
28652412      +Kerri Fallon-Helmstetter,    c/o Christopher Schmidgall,    6 W 73rd Avenue,
                Merrillville, IN 46410-3802
28275846      +Kingdom Chevrolet, Inc.,    c/o Karr Herschman Eggert LLP,    150 N. Wacker Drive, Suite 940,
                Chicago, IL 60606-1627
28275848       Kingdom Chevy,    2401 S. Michigan Ave,    Chicago, IL 60616-2301
28275852      +LCA Bank Corporation,    c/o Seth R. Buitendorp (AMG),    7900 Broadway,
                Merrillville, IN 46410-5524
28275850      +Last Chance Funding Inc.,    aka The LCF Group,    411 Hempstead Turnpike, Suite 101,
                West Hempstead, NY 11552-1350
28275851      +Laura Lantry fka Laura Helmstettler,    c/o Levine Wittenberg Shugan & Scha,
                18400 Maple Creek Drive,    Tinley Park, IL 60477-2976
28275853      +Levin & Associates,    180 North LaSalle Street,    Suite 1822,    Chicago, IL 60601-2604
28275854      +Lyman Law Firm,    227 West Monroe Street,    Suite 2650,    Chicago, IL 60606-5081
28275856      +Manatt Phelps & Phillips, LLP,    151 N. Franklin Street,    Suite 2600,    Chicago, IL 60606-1939
28275857      +Mark Rooney,    c/o David Axelrod & Associates,    20 S. Clark Street, Suite 1800,
                Chicago, IL 60603-1841
28356858      +Mauck & Baker LLC,    Attn: Whitman H. Brisky,    1 N LaSalle St., Ste 600,
                Chicago, IL 60602-3981
28790137      +Merchant Cash Cloud,    5757 NW 151st St,    Miami Lakes FL 33014-2482
28275858      +Merchants Credit Guide Co,    223 West Jackson Boulevard,    Suite 700,    Chicago, IL 60606-6914
28275859      +Michael C. Moody, Esq.,    O'Rourke & Moody,    55 W. Wacker Drive, Suite 1400,
                Chicago, IL 60601-1799
28275860      +Midwest Orthopaedics at Rush,    1611 W. Harrison Street,    Chicago, IL 60612-4861
28275861      +Molzahn Rocco Rouse Berge,    20 N. Clark Street, Suite 2300,    Chicago, IL 60602-4377
28275862       Nancy J. Gargula, UST,    100 East Wayne Street,    5th Floor,    South Bend, IN 46601-2349
28275865     #+New City Auto Group, Inc.,    1301 U.S. Highway 41,    Schererville, IN 46375-1313
28275868       New City Historic Auto Row LLC,    2401 S. Michigan Avenue,    Chicago, IL 60616-2301
28275867      +New City Historic Auto Row LLC,    Attn: Terry Gaouette, Reg Agent,    2401 S. Michigan Avenue,
                Chicago, IL 60616-2301
28275866      +New City Historic Auto Row LLC,    c/o Terry Gaouette, Reg Agent,    2401 S. Michigan Avenue,
                Chicago, IL 60616-2301
28275869      +New City Nissan dba Primetime Nissa,    C/o Jordan & Zito LLC,    55 W. Monroe Street, Suite 3600,
                Chicago, IL 60603-5026
28275870       Nissan Infiniti LT,    PO Box 390889,    Minneapolis, MN 55439
28324131      +Nissan North America, Inc.,    c/o Charles Tatelbaum, Esq. of Tripp Sco,
                110 S.E. 6th Street, Suite 1500,    Fort Lauderdale, FL 33301-5039
28275871      +Nissan North America, Inc.,    c/o Tripp Scott. P.A.,    110 S.E. 6th Street, Suite 1500,
                Fort Lauderdale, FL 33301-5039
28275872      +O'Rourke LLP,    Attn: Michael C. Moody, Esq.,    55 W. Wacker Drive, Suite 1400,
                Chicago, IL 60601-1799
28275873      +O'Rourke& Moody,    Attn: Michael C. Moody, Esq.,    55 W. Wacker Drive, Suite 1400,
                Chicago, IL 60601-1799
28790139      +Oak Group,    dba Warranty Solutions Mngt Corp,    7125 W Jefferson Ave S-200,
                Denver CO 80235-2333
28275874       Oceantime LLC,    3208 NE 10th Street,    Pompano Beach, FL 33062-3908
28275875      +Paint-A-Pole,    c/o David M. Zerante, Esq.,    30 W. Lincoln Hwy,
                Chicago Heights, IL 60411-2617
28275876      +Patrick Daly,    c/o Daniel G. Berry, Esq.,    3012 W 111th Street,    Chicago, IL 60655-2239
28275877      +Pearl Capital Business Funding, LLC,    525 Washington Blvd,    22nd Floor,
                Jersey City, NJ 07310-2606
28275878      +Premium Business Solutions,    8019 N. HImes,    Tampa, FL 33614-2761
28275879      +Reyna Capital Corporation,    One Reynolds Way,    Kettering, OH 45430-1586
28275880      +Richard Ruscitti,    c/o Karr Eggert LLP,    180 N. LaSalle Street, Suite 3700,
                Chicago, IL 60601-2809
28315776      +Richard Ruscitti, Kingdom Chevrolet, Inc. and West,    2 N. La Salle, suite 1300,
                Chicago, Il 60602-3709
28790142      +Ridgestone Bank,    500 Elm Grove Road,    Suite 102,    Elm Grove WI 53122-2546
28275882      +Robert Gainer, Esq.,    Cutler Law Firm, P.C.,    1307 50th Street,
                West Des Moines, IA 50266-1699
28790143      +Rush University Medical Center,    Patient Financial Services,    PO Box 4075,
                Carol Stream IL 60197-4075
28275883      +Santander Bank, N.A.,    c/o Askounis & Darcy, P.C.,    444 N. Michigan Avenue, Suite 3270,
                Chicago, IL 60611-3906
28275884      +Santander Bank, N.A.,    c/o Lock Lord LLP,    111 South Wacker Drive,    Chicago, IL 60606-4302
28275885       Santander Chrysler Capital,    PO Box 660335,    Dallas, TX 75266-0335
28275886      +Scott Kindybaylk,    5859 N. Kirby Avenue,    Chicago, IL 60646-6626
28790145      +Self Help Credit Union,    645 E 87th St,    Chicago IL 60619-6101
28275888      +Steven Dobrofsky,    dba Steven Dobrovsky,    3280 Oleander Way,
                Lauderdale By the Sea, FL 33062-6808
28275887      +Steven Dobrofsky,    dba Steven Dobrovsky,    3208 NE 10th Street,    Pompano Beach, FL 33062-3908
28790146     #+Tammy Paternoster,    17 W 766 Lowell Lane,    Villa Park IL 60181-3726
28275894       Temptation Trtansportation LLC,    2401 S. Michigan Ave,    Chicago, IL 60616-2301
28275895      +Terry Gaouette,    728 Diamond Lake Road,    Mundelein, IL 60060-3501
28275896      +Todd E. Feiwell PC,    20 N Clark Street,    Suite 3300,    Chicago, IL 60602-5089
```

```
District/off: 0752-1              User: nbatson              Page 3 of 5                   Date Rcvd: May 14, 2020
                                  Form ID: ntcftfc7         Total Noticed: 151


28790147       +Trade River USA,    401 E Pratt St,    Baltimore MD 21202-3004
28356859       +Tripp Scott. P.A.,    Charles M. . Tatelbaum,    110 S.E. 6th Street, Suite 1500,
                 Fort Lauderdale, FL 33301-5039
28275898        US Bank/RMS CC,    Cb Disputes,   Saint Louis, MO 63166
28275899       +WBL SPO I, LLC,    c/o Plunkett Cooney PC,    221 N. LaSalle St, Suite 1550,
                 Chicago, IL 60601-1224
28275900       +West Town Bt,    7820 West 26th Street,    North Riverside, IL 60546-1599
28275901       +Western Avenue Nissan,    c/o Karr Eggert LLP,    180 N. LaSalle Street, Suite 3700,
                 Chicago, IL 60601-2809
28275903        Westlake Flooring Company LLC,    4751 Wilshire Blvd.,    Suite 100,    Los Angeles, CA 90010-3847
28275904       +World Business Lenders,    101 Hudson St,    33rd Floor,    Jersey City, NJ 07302-3905
28275905       +World Business Lenders,    c/o William Jeffrey Factor,    105 W. Madison,
                 Chicago, IL 60602-4602
28275906        Yamaha and Zero of Chicago Illinois,    2401 S. Michigan Ave,    Chicago, IL 60616-2301
28790149       #+Zavella Inernists SC,    4200 Cantera Drive,    Suite 204,    Warrenville IL 60555-3040

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr              +EDI: FDRHERZOG.COM May 15 2020 05:28:00      David R Herzog,    Herzog & Schwartz PC,
                 77 W Washington Suite 1400,    Chicago, IL 60602-3228
28275793       +EDI: AMEREXPR.COM May 15 2020 05:28:00       Amex/Bankruptcy,    Correspondence/Bankruptcy,
                 Po Box 981540,    El Paso, TX 79998-1540
28275797        EDI: BANKAMER.COM May 15 2020 05:28:00       Bank of America,    Po Box 982238,
                 El Paso, TX 79998
28790088       +EDI: BANKAMER.COM May 15 2020 05:28:00       Bank of America,    4909 Savarese Circle,
                 FI1-908-01-50,    Tampa FL 33634-2413
28275796       +EDI: BANKAMER.COM May 15 2020 05:28:00       Bank of America,    4909 Savarese Circle,
                 Fl1-908-01-50,    Tampa, FL 33634-2413
28275798       +EDI: TSYS2.COM May 15 2020 05:28:00      Barclays Bank Delaware,    POB 13337,
                 Philadelphia, PA 19101-3337
28275799       +EDI: TSYS2.COM May 15 2020 05:28:00      Barclays Bank Delaware,    100 West Street,
                 Wilmington, DE 19801-5015
28275806       +EDI: CAPITALONE.COM May 15 2020 05:28:00       Capital One/Carson,    Attn: Bankruptcy Dept,
                 Po Box 30285,    Salt Lake City, UT 84130-0285
28275807       +EDI: CAPITALONE.COM May 15 2020 05:28:00       Capital One/Carson,    Po Box 30253,
                 Salt Lake City, UT 84130-0253
28275812       +EDI: CITICORP.COM May 15 2020 05:28:00       Citibank,   Attn: Recovery/Centralized Bankruptcy,
                 Po Box 790034,    St Louis, MO 63179-0034
28275813       +EDI: CITICORP.COM May 15 2020 05:28:00       Citibank,   Po Box 6217,
                 Sioux Falls, SD 57117-6217
28275814       +EDI: WFNNB.COM May 15 2020 05:28:00      Comenity Bank,    PO Box 182789,
                 Columbus, OH 43218-2789
28275815       +EDI: WFNNB.COM May 15 2020 05:28:00      Comenity Bank/Carsons,     Attn: Bankruptcy,
                 Po Box 182125,    Columbus, OH 43218-2125
28275816       +EDI: WFNNB.COM May 15 2020 05:28:00      Comenity Bank/Carsons,     Po Box 182789,
                 Columbus, OH 43218-2789
28790094       +E-mail/Text: comedbankruptcygroup@exeloncorp.com May 15 2020 01:44:56       Commonwealth Edison,
                 3 Lincoln Centre,    Villa Park IL 60181-4204
28275822        EDI: DISCOVER.COM May 15 2020 05:28:00       Discover Financial Services LLC,
                 Attn: Bankruptcy Department,    PO Box 15316,    Wilmington, DE 19850
28275823       +EDI: DCI.COM May 15 2020 05:28:00      Diversified Consultant,    DCI,    Po Box 551268,
                 Jacksonville, FL 32255-1268
28275831        E-mail/Text: rev.bankruptcy@illinois.gov May 15 2020 01:44:24
                 Illinois Department of Revenue,    Bankruptcy Unit,    PO Box 19035,
                 Springfield, IL 62794-9035
28275835        EDI: IRS.COM May 15 2020 05:28:00      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
28275810        EDI: JPMORGANCHASE May 15 2020 05:28:00       Chase Card Services,    Attn: Bankruptcy,
                 Po Box 15298,    Wilmington, DE 19850
28275811        EDI: JPMORGANCHASE May 15 2020 05:28:00       Chase Card Services,    Po Box 15369,
                 Wilmington, DE 19850
28275847       +E-mail/Text: jfriedland@lplegal.com May 15 2020 01:44:22       Kingdom Chevrolet, Inc.,
                 c/o Levenfeld Pearlstein LLC,    2 N. La Salle Street, Suite 1300,    Chicago, IL 60602-3709
28275849        E-mail/Text: bncnotices@becket-lee.com May 15 2020 01:44:02       Kohls/Chase Payment Center,
                 POB 2983,    Milwaukee, WI 53201-2983
28356854       +E-mail/Text: jfriedland@lplegal.com May 15 2020 01:44:22       Levenfeld Pearlstein, LLC,
                 Attn: Jamie L. Burns,    2 N. LaSalle Street, Suite 1300,    Chicago, IL 60602-3709
28275855       +EDI: TSYS2.COM May 15 2020 05:28:00      Macys,    POB 183083,    Columbus, OH 43218-3083
28275863       +EDI: NFCU.COM May 15 2020 05:28:00      Navy FCU,    Attn: Bankruptcy Dept,    Po Box 3000,
                 Merrifield, VA 22119-3000
28275864       +EDI: NFCU.COM May 15 2020 05:28:00      Navy FCU,    820 Follin Lane,    Vienna, VA 22180-4907
28275881       +E-mail/Text: jfriedland@lplegal.com May 15 2020 01:44:22       Richard Ruscitti,
                 c/o Levenfeld Pearlstein LLC,    2 N. LaSalle Street, Suite 1300,    Chicago, IL 60602-3709
28275891       +EDI: RMSC.COM May 15 2020 05:28:00      Syncb/PPC,    Po Box 965005,    Orlando, FL 32896-5005
28275890       +EDI: RMSC.COM May 15 2020 05:28:00      Syncb/PPC,    Attn: Bankruptcy,    Po Box 965060,
                 Orlando, FL 32896-5060
28275892       +EDI: RMSC.COM May 15 2020 05:28:00      Syncb/sams Club Dc,    PO Box 965005,
                 Orlando, FL 32896-5005
28275893       +EDI: RMSC.COM May 15 2020 05:28:00      Synchrony Bank/Care Credit,     POB 965036,
                 Orlando, FL 32896-5036
```

```
District/off: 0752-1                  User: nbatson                 Page 4 of 5                   Date Rcvd: May 14, 2020
                                      Form ID: ntcftfc7             Total Noticed: 151
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
28275897         EDI: USBANKARS.COM May 15 2020 05:28:00      US Bank/RMS CC,    Attn: Bankruptcy,    Po Box 5229,
                  Cincinnati, OH 45201
28790148        +E-mail/Text: bankruptcynotice@westlakefinancial.com May 15 2020 01:44:29
                  West Lake Financial Services,   4751 Willshire Blvd,   Suite 100,   Los Angeles CA 90010-3847
28275902        +E-mail/Text: jfriedland@lplegal.com May 15 2020 01:44:22     Western Avenue Nissan,
                  c/o Levenfeld Pearlstein,   2 N. LaSalle Street, Suite 1300,   Chicago, IL 60602-3709
                                                                                             TOTAL: 35

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
28790085*       +Internal Revenue Service,   Centralized Insolvency Operation,   PO Box 7346,
                  Philadelphia PA 19101-7346
28790090*      ++JPMORGAN CHASE BANK N A,    BANKRUPTCY MAIL INTAKE TEAM,   700 KANSAS LANE FLOOR 01,
                  MONROE LA 71203-4774
                 (address filed with court: Chase Card Services,   Attn Bankruptcy,   PO Box 15298,
                  Wilmington DE 19850)
28790136*       +Jordan & Zito LLC,   Attn Gregory J Jordan Esq,   55 W Monroe St Suite 3600,
                  Chicago IL 60603-5026
28790140*       +Oceantime lLC,   3208 NE 10th St,   Pompano Beach FL 33062-3908
28275804       ##+Brown, Udell, Pomerantz, & Delrahim,   Attn: Michael S. Pomerantz, Esq.,
                  1332 N. Halsted, Suite 100,   Chicago, IL 60642-2637
28275889       ##+Swope Law Offices LLC,   833 W. Lincoln Hwy,   305 W,   Schererville, IN 46375-1651
                                                                                   TOTALS: 0, * 4, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2020                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2020 at the address(es) listed below:
```
              Charles Tatelbaum    on behalf of Plaintiff    Nissan North America, Inc. cmt@trippscott.com,
               hbb@trippscott.com;eservice@trippscott.com
              Charles Tatelbaum    on behalf of Creditor    Nissan North America, Inc. cmt@trippscott.com,
               hbb@trippscott.com;eservice@trippscott.com
              Christopher R Schmidgall    on behalf of Creditor Kerri  Fallon-Helmstetter
               bankruptcy@garryaweiss.com,   schmidgallwr70654@notify.bestcase.com
              David R Herzog    drhlaw@mindspring.com,
               herzogschwartz@gmail.com;il59@ecfcbis.com;drh@trustesolutions.net
              Debra Devassy Babu    on behalf of Creditor    Santander Bank, N.A. ddevassy@askounisdarcy.com,
               zjohannsen@askounisdarcy.com
              Gregory K Stern    on behalf of Trustee David R Herzog greg@gregstern.com,
               steve_horvath@ilnb.uscourts.gov
              J Kevin Benjamin, Esq.    on behalf of Debtor 1 Michael S. Helmstetter attorneys@benjaminlaw.com,
               firmecf@gmail.com;benjaminlegalservicesllp@jubileebk.net;benjamin@ecf.courtdrive.com;r54940@notif
               y.bestcase.com;benjaminkr54940@notify.bestcase.com
              James M Yannakopoulos    on behalf of Creditor    Centier Bank jyannako@kblegal.net,
               khand@kblegal.net
              Jamie L Burns    on behalf of Creditor    Kingdom Chevrolet jburns@lplegal.com,
               ikropiewnicka@lplegal.com;rwilliamson@lplegal.com
```

```
District/off: 0752-1          User: nbatson              Page 5 of 5              Date Rcvd: May 14, 2020
                              Form ID: ntcftfc7          Total Noticed: 151
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Jamie L Burns    on behalf of Creditor Richard  Ruscitti jburns@lplegal.com, ikropiewnicka@lplegal.com;rwilliamson@lplegal.com

        Joseph D Frank    on behalf of Plaintiff    Nissan North America, Inc. jfrank@fgllp.com, jkleinman@fgllp.com;mmatlock@fgllp.com;csucic@fgllp.com;csmith@fgllp.com

        Micah R Krohn    on behalf of Plaintiff    Nissan North America, Inc. mkrohn@fgllp.com, csmith@fgllp.com;mmatlock@fgllp.com;csucic@fgllp.com

        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

        Theresa S. Benjamin, Esq.    on behalf of Debtor 1 Michael S. Helmstetter theresa@benjaminlaw.com, firmecf@gmail.com;jkb@benjaminlaw.com;g5094@notify.cincompass.com;r54940@notify.bestcase.com

        Whitman H. Brisky    on behalf of Creditor    County Mayo Corporation wbrisky@mauckbaker.com, WHBCourt@mauckbaker.com;raguilan@mauckbaker.com;sthomas@mauckbaker.com;awillis@mauckbaker.com

        Whitman H. Brisky    on behalf of Creditor    2401 So. Michigan Building Corporation wbrisky@mauckbaker.com, WHBCourt@mauckbaker.com;raguilan@mauckbaker.com;sthomas@mauckbaker.com;awillis@mauckbaker.com

                                                                                                                               TOTAL: 16