IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Bankruptcy Case No. 19-28687 |
| MICHAEL HELMSTETTER, | ) | Chapter 7 |
| | ) | Judge Jacqueline P. Cox |
| Debtor. | ) | |

**NOTICE OF MOTION**

TO:    See attached list

PLEASE TAKE NOTICE that on Tuesday, May 26, 2020, at 1:00 p.m., I will appear before the Honorable Jacqueline P. Cox, or any judge sitting in that judge's place, and present the motion of Debtor for Motion for Substitution of Attorneys, a copy of which is attached.

This motion will be presented and heard telephonically. No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.Court-Solutions.com or by calling Court Solutions at (917) 746-7476.

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

By: Richard L. Hirsh (Atty #1225936)
Richard L. Hirsh, P.C.
1500 Eisenhower Lane, #800
Lisle, IL 60532
630.434.2600
richard@bankruptcy-dupage.com

**CERTIFICATE OF SERVICE**

I, Richard L. Hirsh, certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on May 20, 2020, at or before 5:00 p.m.

## **SERVICE LIST**

### *VIA ECF*

Patrick Layng, U.S. Trustee
David Herzog, Trustee
Gregory K Stern, Gregory K. Stern, P.C. , representing Trustee David Herzog
J Kevin Benjamin, Esq., Benjamin Legal Services PLC
Theresa Benjamin, Esq., Benjamin Legal Services PLC
Debra Devassy Babu, Askounis & Darcy, PC representing creditor Santander Bank, N.A.
Whitman H. Brisky, Mauck & Baker, LLC representing creditors 2401 So. Michigan Building Corporation and representing County Mayo Corporation
Jamie L Burns, Levenfeld Pearlstein LLC representing xcreditors Kingdom Chevrolet and representing Richard Ruscitti
Christopher R Schmidgall, Law Office of Garry A. Weiss, P.C. representing creditor Kerri Fallon-Helmstetter
Charles Tatelbaum, Tripp Scott, P.A. representing creditor Nissan North America, Inc.
James M Yannakopoulos, Koransky, Bouwer & Poracky, P.C. representing creditor Centier Bank

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Bankruptcy Case No. 19-28687 |
| MICHAEL HELMSTETTER, | ) | Chapter 7 |
| | ) | Judge Jacqueline P. Cox |
| Debtor. | ) | |

**MOTION TO SUBSTITUTE ATTORNEYS**

NOW COMES Richard L. Hirsh on behalf of the Debtor, Michael Helmstetter, and moves the Court for entry of an order substituting counsel, and in support states as follows:

1. This case is a pending Chapter 7, the automatic stay remains in effect.

2. At the commencement of this case the Debtor was represented by attorney Kevin Benjamin.

3. Mr. Helmstetter has determined to hire the undersigned as substitute counsel.

4. Attached herewith please find an Agreed Substitution of Attorneys that has been executed by the Debtor and the undersigned and the prior counsel Kevin Benjamin.

WHEREFORE the Debtor and Richard L. Hirsh move for entry of an order permitting substitution of counsel as set forth in the attached proposed agreed order, and for such other relief the Court deems just and appropriate.

Respectfully submitted,

Michael Helmstetter

By: /s/ Richard L. Hirsh

Richard L. Hirsh (Atty #1225936)
Richard L. Hirsh, P.C.
1500 Eisenhower Lane, #800
Lisle, IL 60532
630.434.2600
richard@bankruptcy-dupage.com