IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:               )
                     )   Bankruptcy Case No. 19-28687
MICHAEL HELMSTETTER, )   Chapter 7
                     )   Judge Jacqueline P. Cox
       Debtor.       )

### AGREED SUBSTITUTION OF ATTORNEYS

I hereby withdraw my appearance for Michael Helmstetter in the above captioned action.

_____
Kevin Benjamin

I hereby enter by appearance for Michael Helmstetter in the above captioned action.

_____
Richard L. Hirsh

I, Michael Helmstetter, debtor in the above captioned action, hereby direct and consent to the foregoing substitution of attorneys.

_____
Michael Helmstetter

Richard L. Hirsh (Atty #1225936)
Richard L. Hirsh, P.C.
1500 Eisenhower Lane, #800
Lisle, IL 60532
630.434.2600
richard@bankruptcy-dupage.com