Form G5 (20200113_bko)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )   Case Number: 19-28687
Michael Helmstetter,  )
  )   Chapter: 7
  )
  )   Honorable Jacqueline Cox
  )
Debtor(s)  )

## AGREED ORDER ALLOWING SUBSTITION OF ATTORNEYS

THIS MATTER coming to be heard upon the Motion for Substitution of Attorneys, due notice having been given and the Court being duly advised in the premises, IT IS ORDERED:

A. The appearance of Kevin Benjamin for the Debtor in this matter shall be and hereby is deemed withdrawn.

B. Richard L. Hirsh is granted leave to file his appearance for the Debtor, Michael Helmstetter.

Enter:  *Jacqueline P. Cox*
Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: 5-26-20

**Prepared by:**
Richard L. Hirsh (Atty #1225936)
Richard L. Hirsh, P.C.
1500 Eisenhower Lane, #800
Lisle, IL 60532
630.434.2600
richard@bankruptcy-dupage.com