United States Bankruptcy Court
Northern Dist of Illinois

Michael S. Helmstetter
SSN:XXX-XX-7156

case: 19-28687
Chapter [7] Judge Jacqueline P. Cox.

**Change of Address for Michael Helmstetter**

I have secured a new address located:
P.O. box 1092
Safety Harbor Fl 34695

Sincerely

Michael S. Helmstetter
MikeHelmstetter@hotmail.com
(773)892-7547

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

JUN 09 2020

JEFFREY P. ALLSTEADT, CLERK
INTAKE 2