UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )   BK No.:  19-28687
MICHAEL S. HELMSTETTER )
)   Chapter: 7
)   Honorable Jacqueline P Cox
)
)
Debtor(s) )

## ORDER EXTENDING TIME TO FILE ADVERSARY COMPLAINT OBJECTING TO DISCHARGE

THIS CAUSE COMING ON TO BE HEARD ON David R. Herzog, Chapter 7 Trustee's Routine Motion to Extend Time to File Adversary Complaint Objecting to Discharge, due and proper notice having been served, this Court having jurisdiction over the parties and subject matter and being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. The time for the Chapter 7 Trustee to file an adversary complaint objecting to discharge pursuant to 11 U.S.C. § 727 is extended up to and including September 30, 2020

Enter:  *Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated:  June 23, 2020

**Prepared by:**

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
Dennis E. Quaid (Atty. ID #02267012)
Rachel S. Sandler (Atty. ID #6310248)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558