IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| MICHAEL S. HELMSTETTER, | ) | Case No. 19-28687 |
| Debtor. | ) | Chapter 7 |
| | ) | Hon. Jacqueline P. Cox |

**NOTICE OF OBJECTION PURSUANT TO
SECOND AMENDED GENERAL ORDER NO. 20-03
"Court Proceedings During COVID-19 Public Emergency"**

Pursuant to the SECOND AMENDED GENERAL ORDER NO. 20-03 "Court Proceedings During COVID-19 Public Emergency, paragraphs 6(b), (c) and (d) the undersigned counsel for Michael S. Helmstetter, debtor object to Notice of Motion and Motion to Approve Compromise or Settlement per Rule 9019 with Kingdom Chevrolet, Inc., Western Avenue Nissan, Inc. and Richard Ruscitti (Docket 59), said motion to be presented to the Court on September 1, 2020

/s/ Richard L. Hirsh

**CERTIFICATE OF SERVICE**

I, Richard L. Hirsh, an attorney, certify that a copy of this Notice of Objection was served upon the persons listed on the attached service list on August 25, 2020, via electronic notice by Pacer/ECF.

/s/ Richard L. Hirsh

Richard L. Hirsh
Richard L. Hirsh, P.C.
1500 Eisenhower Lane, #800
Lisle, IL 60532
630.434.2600
richard@bankruptcy-dupage.com
Atty. #1225936

SERVICE LIST

Patrick S. Layng, U.S. Trustee

David R. Herzog, Herzog & Schwartz PC

Gregory K. Stern, Gregory K. Stern, P.C.

Debra Devassy Babu, Askounis & Darcy, PC

Jamie L Burns, Levenfeld Pearlstein, LLC

Whitman H. Brisky, Mauck & Baker LLC

Christopher R. Schmidgall, Law Office of Garry A. Weiss, PC

Charles Tatelbaum, Tripp Scott PA

James M. Yannakopoulos, Koransky Bouwer & Poracky PC