**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Michael S. Helmstetter** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS | | |
| Case number | 19-28687 | | |

■ Check if this is an
amended filing

# Official Form 106A/B
# Schedule A/B: Property                                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

■ No. Go to Part 2.
☐ Yes. Where is the property?

**Part 2:** Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | Make: | **Custom Made** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|---|
| | Model: | **Soft Tail** | ☐ Debtor 1 only | | |
| | Year: | **2004 or 2005** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Approximate mileage: | **1500** | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | | ■ At least one of the debtors and another | | |
| | **Custom built Motorcyle - also Kari Helmstetter** | | ☐ Check if this is community property (see instructions) | **$3,000.00** | **$1,500.00** |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................................................=>**

**$1,500.00**

**Part 3:** Describe Your Personal and Household Items

| Do you own or have any legal or equitable interest in any of the following items? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

| Debtor 1 | **Michael S. Helmstetter** | Case number *(if known)* | **19-28687** |

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes.  Describe.....

| Miscellaneous Household Goods and Furnishings including: A love seat, end tables, sofa tables, kitchen tables and chairs, pots/pans/cookware, one bedroom set with dresser and night stand, lamps and accessories | $1,000.00 |

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
■ Yes.  Describe.....

| 2 used TV's (55 and 70 Inch) Personal computer/printer, Cell Phone | $1,200.00 |

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☐ No
■ Yes.  Describe.....

| Some Collectibles | $600.00 |

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
☐ No
■ Yes.  Describe.....

| bicycle and camping gear, Weber Grill,   in storage unit leased by a friend | $300.00 |

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
☐ No
■ Yes.  Describe.....

| Firearms including a 9mm Smith and Wesson and 357 Smith and Wesson | $600.00 |

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
■ Yes.  Describe.....

| Used Clothing. old wedding rings | $1,000.00 |

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
■ Yes.  Describe.....

| Jewelry including rings, watches,old wedding rings | $800.00 |

8/25/20 6:20PM

| Debtor 1 | **Michael S. Helmstetter** | | Case number *(if known)* | **19-28687** |

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses
■ No
☐ Yes.  Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**
☐ No
■ Yes.  Give specific information.....

| A few books, family pictures | $10.00 |

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .............................................................................**

**$5,510.00**

**Part 4:    Describe Your Financial Assets**

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
☐ No
■ Yes..................................................................................................

| | **Cash** | **$60.00** |

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
■ Yes.......................

Institution name:

| | | | |
|---|---|---|---|
| | | **Individual Cheking Account at Navy Federal Credit Union Acct ending in 6622 (Every Day Checking)** | |
| | | **NFCU PO Box 3100 Merrifield, VA. 22119-3100** | |
| 17.1. | **Credit Union - Checking** | | $10.00 |
| | | **Individual Savings Account at Navy Federal Credit Union Acct ending in 1029 (Membership Savings Account)** | |
| | | **NFCU PO Box 3100 Merrifield, VA. 22119-3100** | |
| 17.2. | **Credit Union - Savings** | | $7.89 |
| | | **Individual Checking Account at Pacific Global Bank Acct ending in 0474 (Regular Checking)** | |
| | | **Pacific Global Bank 2323 S. Wentworth Avenue Chicago, Illinois 606016** | |
| 17.3. | **Checking** | | $395.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

8/25/20 6:20PM

| Debtor 1 | **Michael S. Helmstetter** | Case number *(if known)* | **19-28687** |

|  |  |  |  |
|---|---|---|---|
| 17.4. | **Checking** | **Individual Checking at Beverly Bank & Trust Company Acct ending in 6995  (Total Access Checking)**<br><br>**Beverly Bank & Trust Company**<br>**10258 S. Western Aven**<br>**Chicago, Illinois 60643** | **$162.34** |
| 17.5. | **Checking** | **Individual Account at JP Morgan Chase Bank Acct ending in 0769 (Chase Private Client Checking)**<br><br>**JP Morgan Chase Bank, N.A.**<br>**PO Box 182051**<br>**Columbus, OH. 43218-2051** | **$100.00** |
| 17.6. | **Checking** | **Joint Checking Account at JP Morgan Chase Bank Acct ending in 7182 (Chase Private Client Checking)  Joint with Laura A. Lantry (Ex-Wife)**<br><br>**JP Morgan Chase Bank, N.A.**<br>**PO Box 182051**<br>**Columbus, OH. 43218-2051** | **$0.35** |
| 17.7. | **Savings** | **Joint Savings Account at JP Morgan Chase Bank Acct ending in 5197(Chase Private Client Savings)  Joint with Laura A. Lantry (Ex-Wife)**<br><br>**JP Morgan Chase Bank, N.A.**<br>**PO Box 182051**<br>**Columbus, OH. 43218-2051** | **$3.09** |

18. **Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ■ No
   ☐ Yes.................        Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ☐ No
   ■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: |  |
|---|---|---|
| **Owns 51% Share interest in New City Auto Group Inc., d/b/a Prime Time Nissan (of Schereerville) (Benitta Berke and Steven Dobrofsky own the remaining 49% -24% for Benita Burke and 25% for Steven Dobrofsk);  NCAG currently in ch 11 bankruptcy; lquidation value approximately 1,000,000; subject to numerous claims of creditors** | **51%** % | **$0.00** |
| **Owns a 33% Interest in Kingdom Chevrolet (Richard Ruscitti owns the remaining 67%); debtor has claims against Ruscitti for unpaid distributions and dividends** | **33%** % | **$12,000,000.00** |

| Description | % | | Value |
|---|---|---|---|
| Owns a 25% interest in Western Avenue Nissan, Inc., f/k/a South Chicago Nissan, Inc. (Richard Ruscitti owns the remaining 75%) | **25%** | % | **$4,000,000.00** |
| Owner of New City Historic Auto Row LLC aka Alfa Romeo and Fiat of Chicago Was 100% owner but Debtor sold 49% of the company (Benitta Berke and Scott Kindybalyk own the remaining 49% - 33% for Benita Burke and 16% for Scott Kindybalyk) 2401 S. Michigan Avenue Chicago, Illinois 60616-2301;  dealrship shut down | **49%** | % | **$0.00** |
| Owns interest in 2 Reinsurance Companies - owned with | **50%** | % | **$2,500,000.00** |
| KINGDOM ADVERTISING, INC. | **49** | % | **Unknown** |
| Zephyr 2020, Inc.  Company wasintended to be 2% owned by the Helmstetter Children's Trust; debtor is unable to find documentation that was ever accomplished.  Company never did business of any kind; never filed tax return Location: 465 N. Park Drive Apt. 308, Chicago IL 60611-0003 | **98% - 100%** | % | **$0.00** |
| Imagine Cars, LLC;  55 E. Jackson ste 600, chicagao IL.  Intended  to own Kia  franchise; never obtained zoning; never operated; never filed tax returns | **100%** | % | **$0.00** |
| Imagine Motorcycles, LLC;  55 E, Jackson #600 Chicago IL; intneded to obtain a Yamaha franchise to operate at 800S. WEIls, Chicago. unable to obtain zoning; never operated; never filed tax returns | **100** | % | **$0.00** |
| Invest in Tonight, LLC, 3419 S. Parnell Chicago. never operated or filed tax returns or had any assets. | **50%** | % | **$0.00** |
| Shatterleg LLC 2681 Roosevelt Blvd., Clearwater FL; intended to operate a T-shirt company. nevor operates | **10%** | % | **$0.00** |
| Charring Cross LLC | | % | **$0.00** |
| Phoenix Motorwerks - - never operated. | **51%** | % | **Unknown** |

8/25/20  6:20PM

| Debtor 1 | **Michael S. Helmstetter** | Case number *(if known)* | **19-28687** |

<table>
<tr><td>**Helmstetter Children's trust was created in 2019. Debtor unable to locate a copy. No assets were transferred into the trust.**</td><td>%</td><td>**$0.00**</td></tr>
</table>

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

   ☒ No
   ☐ Yes. Give specific information about them
   　　　　　　　　　　Issuer name:

21. **Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

   ☒ No
   ☐ Yes. List each account separately.
   　　　　　Type of account:　　　　　Institution name:

22. **Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

   ☐ No
   ☒ Yes. ....................　　　　　　　　Institution name or individual:

| | | |
|---|---|---|
| | **$5000 With @Properties - Security Deposit to move out Randolph Location - may be personally owed to him - though owed to Business - New City Historic Auto Row - as majority owner Debtor may have a claimed** | **$5,000.00** |
| **Security Deposit** | **Debtor personally paid $10,000 as an expert witness fee to Dixon Hughes (accounting firm) in the:**<br><br>**Michael Helmstetter**<br>**v.**<br>**Kingdom Chevrolet, Inc.**<br>**2014-CH-20208**<br>**Circuit Court of Cook County** | **$10,000.00** |
| **security deposit** | **$35,000- Maureen Joyce at 2401 s michigan corp/county mayo - Security Deposit - Debtor not sure if he paid individually or if New City Historic LLC paid it** | **$35,000.00** |

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

   ☒ No
   ☐ Yes.............　　　Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

   ☒ No
   ☐ Yes.............　　　Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

   ☐ No
   ☒ Yes.  Give specific information about them...

Debtor 1    **Michael S. Helmstetter**    Case number *(if known)* **19-28687**

| | |
|---|---:|
| **Debtor created the Michael Helmstetter LIving Trust in February 2019.  to the best of his knowledge it was never funded with any assets.** | **$0.00** |

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ☐ No
    ■ Yes.  Give specific information about them...

| | |
|---|---:|
| newcity autogroup.com<br>primetimeautogroup.com<br>primetimenissan.com<br>primetimenissanschererville.com<br>westernavenissan.com | **Unknown** |

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ☐ No
    ■ Yes.  Give specific information about them...

| | |
|---|---:|
| **Illinois Drivers License - No Cash Value** | **$0.00** |

| | |
|---|---:|
| **General Motors Chevrolet** | **Unknown** |

| | |
|---|---:|
| **Nissan Franchise; divested with closing of New City Auto Group/franchise terminated**<br>**derivative owneship in GM franchise for Kingdom Chevrolet**<br>**derivate ownership in franchise for Western Avenue Nissan** | **Unknown** |

| **Money or property owed to you?** | **Current value of the portion you own?**<br>Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ☐ No
    ■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| | | |
|---|---:|---:|
| **2014 Federal Tax Refund due Debtor as a result of amended 2014 1040X related to 2017 2.5 million dollar loss allowing the amendment. IRS sent amended 1040X back to Debtor May, 2019 as first ex-wife (Kerri Fallon) was still legally married to Debtor in 2014, and they wanted her to sign. Around May 20, 2019 Debtor gave return to daughter to have ex-wife sign off and on June 18, 2019 ex-wife was supposed to send return back and never did.  All the income was generated by Debtor and refund was from Debtors wages only. As of June 20, 2019 though Debtor is now in collection status so it is disputable if the $91,196.00 would now even be sent to Debtor** | **Federal** | **$91,196.00** |

8/25/20  6:20PM

| Debtor 1 | **Michael S. Helmstetter** | Case number *(if known)* | **19-28687** |

| | | | |
|---|---|---|---|
| | **Federal Tax Refund Due Debtor for 2013 1040 X return in** | **Federal** | **Unknown** |
| | **IRS Federal Tax Refunds for Tax years 2014, 2015, 2016** | **Federal** | **$313,839.00** |
| | **State tax refunds for multiple tax years may be owed Debtor** | **State** | **Unknown** |

29. **Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
   ☒ No
   ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
   benefits; unpaid loans you made to someone else
   ☐ No
   ☒ Yes.  Give specific information..

| | |
|---|---|
| **$1,340.00 Unused refundable amount from initial $3,000.00 retainer for accounting/tax consultation servies from around the end of 2018 - April 30, 2020's invoice number 170985 showing $1,660.00 in earned professional fees (thus $1,340.00)**<br><br>**Linda Mangurten, Office Manager**<br>**Bronswick Benjamin P.C.**<br>**Certified Public Accountants**<br>**8750 W. Bryn Mawr Ave, Suite 650**<br>**Chicago, IL 60631**<br>**(847) 808-9800**<br>**bronswick.com** | **$1,340.00** |

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ☒ No
   ☐ Yes. Name the insurance company of each policy and list its value.
   | Company name: | Beneficiary: | Surrender or refund value: |

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
   someone has died.
   ☒ No
   ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
   ☐ No
   ☒ Yes.  Describe each claim.........

| | |
|---|---|
| Potential cause of action vs first ex-wife Kerri Fallon who has held up a $91,000 tax refund due Debtor for 2014 and as a result the IRS has now put Debtor into collections and most likely that refund due debtor will never come due to her intentional and wilfull and malicious act of refusing to allow Debtor to receive refund by refusing to sign off. | $91,196.00 |
| .Michael Helmstetter v.  Kingdom Chevrolet, Inc., Richard Ruscitti and Western Avenue Nissan; 2014-CH-20208 Circuit Court of Cook County, 1st Districl  SEe # 3 an 4 in attached Exhibit A to Schedule A   Claim may be personal to debtor or derivative as a shareholder of member of New City Auto Group or New City HIstoric Row Inc.  See #3 and #4 on Exhibit A to Schedule A. | $16,000,000.00 |
| Potential Cause of Action for Consumer Fraud, and Unfair and Deceptive Practices and Breach of Contract against Steve Wileman and Consumer Services Co - debt settlement scam - This is their website http://www.consumerservicesco.com/ and the main number from it 800-201-0742 The same number is tied to a similar website name from four years ago https://capitolconsumerrelief.com.cutestat.com/ | Unknown |
| Debtor personally paid $10,000 as an expert witness fee to Dixon Hughes (accounting firm) in the: Michael Helmstette v.  Kingdom Chevrolet, Inc. 2014-CH-20208 Circuit Court of Cook County | $10,000.00 |
| $50,000- expenses Monroe Capital - Paid by New City Historic Auto Row LLC - Debtor as majority owner may have an interest - paid for them to give Floor Plan for Car Dealership that number came to fruition.   Claim may be personal to debtor or derivative as a shareholder of member of New City Auto Group or New City HIstoric Row Inc. | $50,000.00 |
| Potential Cause of Action v. Rourke and Moody and Michael Moody of legal malpractice and UDAP claim and Unfair and Deceptive Business  Acts and Unfair and Deceptive Practices. See #31 listedon attached Exhibit A to Schedule A. Claim may be personal to debtor or derivative as a shareholder of member of New City Auto Group or New City HIstoric Row Inc. | Unknown |
| Potential cause of action against Gaouetter & Associates and all their dba name and Terry Gaouetter for breach of contract, fraud. misrepresentation and accounting malpractice and UDAP claim and Unfair and Deceptive Business  Acts and Unfair and Deceptive Practices.  see #26 on Exhibit A to Schedule A.   Claim may be personal to debtor or derivative as a shareholder of member of New City Auto Group or New City HIstoric Row Inc. | $3,000,000.00 |

| Debtor 1 | **Michael S. Helmstetter** | Case number *(if known)* | **19-28687** |

| | |
|---|---|
| Potential Cause of Action for Breach of contract and fraud against Ultegra for entering into agreement to fund inventory and Fraud and Misrepresentation. Fraudulently taking out loan on collateral.  see #7 on Exhibit A to Schedule A.   Claim may be personal to debtor or derivative as a shareholder of member of New City Auto Group or New City HIstoric Row Inc. | **$1,500,000.00** |
| Potential Cause of Action against FCA for  fraudlent shipment of inventory.  see #1 on Exhibit A to Schedule A.  Claim may be personal to debtor or derivative as a shareholder of member of New City Auto Group or New City HIstoric Row Inc. | **$7,500,000.00** |
| Potential Cause of Action for Bad faith lease against Maureen Joyce 2401 s michigan/county mayo as they knew property was rezoned and it was not zoned for a car dealership where $300,000 was spent in detrimantal reliance.  see #5 on Exhibit A to Schedule A.  Claim may be personal to debtor or derivative as a shareholder of member of New City Auto Group or New City HIstoric Row Inc. | **$1,700,000.00** |
| Potential Cause of Action for Nissan North America for fraudulent shipment of inventory - shipping cars that were never ordered and never requested and Fraud in charging for the cars that were not ordered and resulting injuries.see #2 on Exhibit A to Schedule A.   Claim may be personal to debtor or derivative as a shareholder of member of New City Auto Group or New City HIstoric Row Inc. | **Unknown** |
| Potential claim against Bennita BerkeBreach of Contract; Fraudulent Inducement; Misrepresentation; Claim against Bennita Berke for not contributing the value of her property in return for her ownership stake in New City Historic Auto Row, Inc. potential damages = 51% of the value of 647 W. division St, Chicago IL. see 3 6 on Exhibit A to Schedule A.   Claim may be personal to debtor or derivative as a shareholder of member of New City Auto Group or New City HIstoric Row Inc. | **Unknown** |
| Jamie Comer NOtary emplyed by Ruscitti;  Notarizing signatures on documents when the signatories were not present;  notarizing documents known to the notary to be false; dagaes TBD based on 16.5% of Kingdom and 12% of Western Ave. Nissan.  See #8 to Exhibit A to Schedule A.  Claim may be personal to debtor or derivative as a shareholder of member of New City Auto Group or New City HIstoric Row Inc. | **Unknown** |

Debtor 1    **Michael S. Helmstetter**                                      Case number *(if known)*   **19-28687**

| | |
|---|---|
| claim against Marvell Brickhouse  --Notarizing signatures on documents when the signatories were not present; notarizing documents known to the notary to be false.  See #9 to Exhibit A to Schedule A.   Claim may be personal to debtor or derivative as a shareholder of member of New City Auto Group or New City HIstoric Row Inc. #9 on Exhibit A to Schedul A   Claim may be personal to debtor or derivative as a shareholder of member of New City Auto Group or New City HIstoric Row Inc. | $1,500,000.00 |
| claim against Bennita Berke and ScottKIndybalyk - Failure to pay consideration for membership in LLC<br> -Since neither individual tendered their consideration to Helmstetter to give up his membership shares in NCHAR. (Also, question of whether they, in fact, have any ownership interest in NCHAR because of their failure to pay for what was supposed to be their interest.)  SEe #10 on Exhibit A to Schedule A.  Claim may be personal to debtor or derivative as a shareholder of member of New City Auto Group or New City HIstoric Row Inc. | Unknown |
| Ronald Richardson and others -- Fraud; writing a fraudulent check for $3.5 million, knowing he had insufficient funds; breach of contract; fraudulent inducement to contract.  See #16 on Exhibit A to Schedule A.  Claim may be personal to debtor or derivative as a shareholder of member of New City Auto Group or New City HIstoric Row Inc. | $3,500,000.00 |
| claim against Collateral Specialists'  --- Tortuous interference with Business Regarding sale of 30 vehicles to FWB and in operation of routine business. Malfeasance of conduct. #12. Claim may be personal to debtor or derivative as a shareholder of member of New City Auto Group or New City HIstoric Row Inc. | Unknown |
| claim against Stephen Michaels and others --- NCHAR paid Michaels for consulting work never provided. Michaels appears to be a pseudonym for Terry Gaouette .  #18 on Exhibit A to Schedule A.   Claim may be personal to debtor or derivative as a shareholder of member of New City Auto Group or New City HIstoric Row Inc. | $25,000.00 |
| claim against Adam Wimmer/Painted Sky LLC --- Breach of Contract; Fraudulent Inducement; Misrepresentation; Fraud; Civil RICO; Predatory Lending  #19.   Claim may be personal to debtor or as a shareholder of member of New City Auto Group or New City HIstoric Row Inc. | $1,500,000.00 |

8/25/20 6:20PM

Debtor 1     **Michael S. Helmstetter**                                    Case number *(if known)*     **19-28687**

| | |
|---|---|
| claim against World Business Lenders --- World Business Lenders executed a mortgage in favor of one John Lewis Monroe, Jr. on land without the knowledge or consent of the owner of the land. The land was to be used as collateral for financing for NCHAR and for future dealerships. As a result of the mortgage, the land could not (and still cannot) be used as collateral for financing.  #13 on Exhibit A to Schedule A. Claim may be personal to debtor or derivative as a shareholder of member of New City Auto Group or New City HIstoric Row Inc. | **$1,500,000.00** |
| RES and/or Title Company --  Res/Title assisted World Business Lenders and John Lewis Monroe, Jr.  #14 on Exhibit A to Schedule A.   Claim may be personal to debtor or derivative as a shareholder of member of New City Auto Group or New City HIstoric Row Inc. | **$1,500,000.00** |
| claim against -- John Lewis Monroe Jr -- .World Business Lenders executed a mortgage in favor of one John Lewis Monroe, Jr. on land without the knowledge or consent of the owner of the land. The land was to be used as collateral for financing for NCHAR and for future dealerships. As a result of the mortgage, the land could not (and still cannot) be used as collateral for financing. #15  on Exhibit A to Schedule A. Claim may be personal to debtor or derivative as a shareholder of member of New City Auto Group or New City HIstoric Row Inc. | **$1,500,000.00** |
| "The Indiana Group" consisting of Tom Decanter, Tom McDermott Sr., and Bill Haggerty. --  The Indiana group was presented by Terry Gaouette as a potential funder for both NCHAR and NCAG. The group met with various representatives from both dealerships for several months offering to supply nearly $29MM in exchange for 49% of both dealerships. When Helmstetter tried to meet at the bank and other locations, it became apparent this may be a scam. On July 13, 2018 the potential deal was terminated. While no money was lost directly to this group, their fraudulent interference lead the officers of New City to spend time that could have been spent pursuing legitimate lenders. #17  on Exhibit A to Schedule A.   Claim may be personal to debtor or derivative as a shareholder of member of New City Auto Group or New City HIstoric Row Inc. | **Unknown** |
| Monty Merz  --- Merz may have conspired with Wimmer, Gaouette and others to defraud Helmstetter and NCHAR through a predatory loan, which funds were never received by NCHAR  #22 on Exhibit A to Schedule A.   Claim may be personal to debtor or derivative as a shareholder of member of New City Auto Group or New City HIstoric Row Inc. | **Unknown** |

| Debtor 1 | **Michael S. Helmstetter** | Case number *(if known)* | **19-28687** |

|  |  |
|---|---|
| New Horizon Strategic Management Consultants, Inc. --- It is believed this company does not exist and is a front for Terry Gaouette. It was used to induce Helmstetter into contracting to sell New Market Tax Credits to pseudo investors, such as Ronald Richardson. #23 on Exhibit A to Schedule A.  Claim may be personal to debtor or derivative as a shareholder of member of New City Auto Group or New City HIstoric Row Inc. | **Unknown** |
| Amy Lokken --  Assistant to Terry Gaouette, Lokken assisted Gaouette in his dealings with Helmstetter, NCHAR and NCAG. She also was involved in assisting in setting up a bank account ay Summit Credit Union that was used to bank the proceeds of fraud.  #24 on Exhibit A to Schedule A. Claim may be personal to debtor or derivative as a shareholder of member of New City Auto Group or New City HIstoric Row Inc. | **Unknown** |
| Kate Heubner  ---  Heubner is Lokken's sister. She is a manager of Summit Credit Union. She was involved in assisting in setting up a bank account ay Summit Credit Union that was used to bank the proceeds of fraud.  #25 on Exhibit A to Schedule A.  Claim may be personal to debtor or derivative as a shareholder of member of New City Auto Group or New City HIstoric Row Inc. | **Unknown** |
| Trade River  ---  Breach of Contract; Fraudulent Inducement; Misrepresentation; Fraud; Predatory Lending  #29.  on Exhibit A to Schedule A.  Claim may be personal to debtor or derivative as a shareholder of member of New City Auto Group or New City HIstoric Row Inc. | **Unknown** |
| Akounis & Darcy PC (A&D) --  A&D charged at least ` dollars in legal fees to advise Capital Services and CCS in handling the UCC Auction. It was their duty to advise CCS to work with FCA first to follow 815 ILCS 710/9.5 before proceeding to a UCC auction. Furthermore, A&D charged ~ dollars in legal fees to correct errors due to improper handling of the inventory. Furthermore, A&D charged $590 to attend the auction and did not object to the improper actions of Napleton and Fisher in violation of the Sherman Anti-trust laws by working together to reduce the winning bid.    #30 on Exhibit A to Schedule A.  Claim may be personal to debtor or derivative as a shareholder of member of New City Auto Group or New City HIstoric Row Inc. | **Unknown** |
| Summit Credit Union  ---  Fraud; Accessory to Fraud; Bank Fraud   Fraud; Accessory to Fraud; Bank Fraud  #2Fraud; Accessory to Fraud; Bank Fraud; see #27 on exhibit A to Schedule A | **Unknown** |

**34.  Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☐ No

■ Yes.  Describe each claim.........

8/25/20 6:20PM

| Debtor 1 | **Michael S. Helmstetter** | Case number *(if known)* | **19-28687** |

| | |
|---|---|
| **Santander Bank v. New City Historic Auto Row LLC doing business as Alfa Romeo & Fiat of Chicago and Michael S Helmstetter, Defendants and V. Respondent FCA US LLC, Intervenor Plaintiff, Fort Worth Brothers Automotive, LLC d/b/a Alfa Romeo Fiat of Fort Worth, Counter Claimants Michael S Helmstetter And New City Historic Auto Row LLC v. Counter Claimants V. Counter Defendants Michael S Helmstetter And New City Historic Auto Row LLC Counter Claimant Michael S Helmstetter And New City Historic Auto** | **Unknown** |
| **Claims in 19-cv-01516   FCA US LLC et al v. Santander Bank, N.A. et al** | **Unknown** |

35.  **Any financial assets you did not already list**

■ No

☐ Yes.  Give specific information..

36.  Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................................................

| |
|---|
| **$59,833,309.67** |

---

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37.  **Do you own or have any legal or equitable interest in any business-related property?**

☐ No. Go to Part 6.

☒ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38.  **Accounts receivable or commissions you already earned**

☒ No

☐ Yes.  Describe.....

39.  **Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☒ No

☐ Yes.  Describe.....

40.  **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☒ No

☐ Yes.  Describe.....

41.  **Inventory**

☒ No

☐ Yes.  Describe.....

42.  **Interests in partnerships or joint ventures**

☒ No

☐ Yes.  Give specific information about them...................

Name of entity:                                    % of ownership:

8/25/20  6:20PM

| Debtor 1 | **Michael S. Helmstetter** | Case number *(if known)* | **19-28687** |

**43. Customer lists, mailing lists, or other compilations**

■ No.

☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

■ No

☐ Yes.  Describe.....

**44. Any business-related property you did not already list**

☐ No

■ Yes. Give specific information.........

**DOMAIN NAMES HOSTED BY GO DADDY**
**westernavenissan.com**
**newcity autogroup.com**
**primetimeautogroup.com**
**primetimenissanschererfille.com**                                      **Unknown**

45.  **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**.................................................................................................................    **$0.00**

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
| | If you own or have an interest in farmland, list it in Part 1. |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

■ No. Go to Part 7.

☐ Yes.  Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |

**53. Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

■ No

☐ Yes. Give specific information.........

54.  **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................    **$0.00**

| Part 8: | List the Totals of Each Part of this Form |

55.  **Part 1: Total real estate, line 2** ...........................................................................................................    **$0.00**

56.  **Part 2: Total vehicles, line 5**    **$1,500.00**

57.  **Part 3: Total personal and household items, line 15**    **$5,510.00**

58.  **Part 4: Total financial assets, line 36**    **$59,833,309.67**

59.  **Part 5: Total business-related property, line 45**    **$0.00**

60.  **Part 6: Total farm- and fishing-related property, line 52**    **$0.00**

61.  **Part 7: Total other property not listed, line 54**    +    **$0.00**

62.  **Total personal property.** Add lines 56 through 61...    **$59,840,319.67**    Copy personal property total    **$59,840,319.67**

63.  **Total of all property on Schedule A/B.** Add line 55 + line 62    **$59,840,319.67**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Michael S. Helmstetter** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | 19-28687 |

☐ Check if this is an amended filing

## Official Form 106C

## Schedule C: The Property You Claim as Exempt                    4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim.** One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Miscellaneous Household Goods and Furnishings**<br>Line from *Schedule A/B*: **6.1** | $1,000.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |
| **Electronics**<br>Line from *Schedule A/B*: **7.1** | $1,200.00 | ■ $860.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |
| **Collectibles**<br>Line from *Schedule A/B*: **8.1** | $600.00 | ■ $261.33<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |
| **Firearms**<br>Line from *Schedule A/B*: **10.1** | $600.00 | ■ $600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |
| **Neccessary Wearing Apparel**<br>Line from *Schedule A/B*: **11.1** | $1,000.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(a) |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1  **Michael S. Helmstetter**                                    Case number (if known)  **19-28687**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| **Jewelry**<br>Line from *Schedule A/B*: **12.1** | **$800.00** | ■  **$200.00**<br>☐  100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| **A few books, family pictures**<br>Line from *Schedule A/B*: **14.1** | **$10.00** | ■  **$0.00**<br>☐  100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| **Cash**<br>Line from *Schedule A/B*: **16.1** | **$60.00** | ■  **$60.00**<br>☐  100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| **Credit Union - Checking: Individual Cheking Account at Navy Federal Credit Union Acct ending in 6622 (Every Day Checking)**<br><br>**NFCU**<br>**PO Box 3100**<br>**Merrifield, VA. 22119-3100**<br>Line from *Schedule A/B*: **17.1** | **$10.00** | ■  **$10.00**<br>☐  100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| **Credit Union - Savings: Individual Savings Account at Navy Federal Credit Union Acct ending in 1029 (Membership Savings Account)**<br><br>**NFCU**<br>**PO Box 3100**<br>**Merrifield, VA. 22119-3100**<br>Line from *Schedule A/B*: **17.2** | **$7.89** | ■  **$7.89**<br>☐  100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| **Checking: Individual Checking Account at Pacific Global Bank Acct ending in 0474 (Regular Checking)**<br><br>**Pacific Global Bank**<br>**2323 S. Wentworth Avenue**<br>**Chicago, Illinois 606016**<br>Line from *Schedule A/B*: **17.3** | **$395.00** | ■  **$395.00**<br>☐  100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| **Checking: Individual Checking at Beverly Bank & Trust Company Acct ending in 6995  (Total Access Checking)**<br><br>**Beverly Bank & Trust Company**<br>**10258 S. Western Aven**<br>**Chicago, Illinois 60643**<br>Line from *Schedule A/B*: **17.4** | **$162.34** | ■  **$162.34**<br>☐  100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |

8/25/20 6:20PM

| Debtor 1 | **Michael S. Helmstetter** | | Case number (if known) | **19-28687** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **Checking: Individual Account at JP Morgan Chase Bank Acct ending in 0769 (Chase Private Client Checking)**<br><br>**JP Morgan Chase Bank, N.A.**<br>**PO Box 182051**<br>**Columbus, OH. 43218-2051**<br>Line from *Schedule A/B*: **17.5** | $100.00 | ■ | $100.00 | **735 ILCS 5/12-1001(b)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Checking: Joint Checking Account at JP Morgan Chase Bank Acct ending in 7182 (Chase Private Client Checking)  Joint with Laura A. Lantry (Ex-Wife)**<br><br>**JP Morgan Chase Bank, N.A.**<br>**PO Box 182051**<br>**Columbus, OH. 43218-2051**<br>Line from *Schedule A/B*: **17.6** | $0.35 | ■ | $0.35 | **735 ILCS 5/12-1001(b)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Savings: Joint Savings Account at JP Morgan Chase Bank Acct ending in 5197(Chase Private Client Savings) Joint with Laura A. Lantry (Ex-Wife)**<br><br>**JP Morgan Chase Bank, N.A.**<br>**PO Box 182051**<br>**Columbus, OH. 43218-2051**<br>Line from *Schedule A/B*: **17.7** | $3.09 | ■ | $3.09 | **735 ILCS 5/12-1001(b)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Refundable amount for prior accounting/tax consultation services**<br>Line from *Schedule A/B*: **30.1** | $1,340.00 | ■ | $1,340.00 | **735 ILCS 5/12-1001(b)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Michael S. Helmstetter** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number | **19-28687** |
| (if known) | |

■ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property           12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:**   List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |
| **2.1** **ACE FUNDING / EAGLE PHILIPS** | Describe the property that secures the claim: | $0.00 | $0.00 | $0.00 |
| Creditor's Name | **UCC-1 Financing Statement Filed against Michael Helmstetter and New City Historic Auto Row LLC.specific collateral unknown** | | | |
| **dba Cash Cloud 20200 W. Dixie Hwy, Suite 802 Miami, FL 33180-1920** | As of the date you file, the claim is: Check all that apply. | | | |
| Number, Street, City, State & Zip Code | ■ Contingent ☐ Unliquidated ☐ Disputed | | | |
| **Who owes the debt?** Check one. | **Nature of lien.** Check all that apply. | | | |
| ☐ Debtor 1 only | ■ An agreement you made (such as mortgage or secured car loan) | | | |
| ☐ Debtor 2 only | | | | |
| ☐ Debtor 1 and Debtor 2 only | ☐ Statutory lien (such as tax lien, mechanic's lien) | | | |
| ■ At least one of the debtors and another | ☐ Judgment lien from a lawsuit | | | |
| ☐ Check if this claim relates to a community debt | ■ Other (including a right to offset) **UCC Lien  022484001** | | | |
| Date debt was incurred  **8/31/2017** | Last 4 digits of account number  **4641** | | | |

Debtor 1    **Michael S. Helmstetter**

First Name    Middle Name    Last Name

Case number (if known)    **19-28687**

---

| 2.2 | **American Cycle Auto & Truck** | | $1,200.00 | $3,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**2004 or 2005 Custom Made Soft Tail 1500 miles**
**Custom built Motorcyle - also Kari Helmstetter**

**Attn: Dan Martin**
**10095 N SR 55**
**Demotte, IN 46310**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred**  **2018-2019**

**Last 4 digits of account number** _____

---

| 2.3 | **Brown Udell Pomerants et al** | | $218,443.79 | $0.00 | $51,822.27 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**attorney fees**

**Michael Pmerantz**
**225 W. Illinois St #300**
**Chicago, IL 60654**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____

**Last 4 digits of account number**  **5763**

---

| Debtor 1 | **Michael S. Helmstetter** | | | Case number (if known) | **19-28687** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| 2.4 | **Westlake Flooring Company LLC** | | | Unknown | Unknown | Unknown |
|---|---|---|---|---|---|---|

Creditor's Name

**4751 Wilshire Blvd.**
**Suite 100**
**Los Angeles, CA**
**90010-3847**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**UCC-1 Financing Statement filed in Illinois -- debtor; collateral is believed to be assets of New City Historic Row**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **6/20/2017**       Last 4 digits of account number   **4001**

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$219,643.79** |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$219,643.79** |

**Part 2:** **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Michael S. Helmstetter** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number | **19-28687** |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**

| **ILL. DEPT. REVENUE** | Last 4 digits of account number  9174 | $37,460.46 | $33,449.53 | $4,010.93 |
|---|---|---|---|---|

Priority Creditor's Name
**PO BOX 19038**
**Springfield, IL 62794-9035**
Number Street City State Zip Code

When was the debt incurred?   3/2018 -11/2018

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**QUARTERLY WITHHOLDING**

**2.2**

| **ILL. DEPT. REVENUE** | Last 4 digits of account number  7156 | $12,665.07 | $10,710.07 | $1,955.00 |
|---|---|---|---|---|

Priority Creditor's Name
**PO BOX 19035**
**Springfield, IL 62794-9035**
Number Street City State Zip Code

When was the debt incurred?   12/2015 - 12/2017

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**quarterly withholding taxes**

Debtor 1   **Michael S. Helmstetter**                                     Case number (if known)   **19-28687**

---

| 2.3 | **Illinois Department of Revenue** | Last 4 digits of account number   **0579** | **$3,005.32** | **Unknown** | **Unknown** |

Priority Creditor's Name
**Bankruptcy Unit**
**PO Box 19035**
**Springfield, IL 62794-9035**
Number Street City State Zip Code

When was the debt incurred?   **assessed 8/17 - 9/4/18**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**Is the claim subject to offset?**

■ No
☐ Yes

**see claim Claim 8-2 -- ASSESSMENT FOR UNPAID BUS, TAX**

---

| 2.4 | **Illinois State Disbursement Unit** | Last 4 digits of account number | **$1,267.85** | **$1,267.85** | **$0.00** |

Priority Creditor's Name
**PO Box 5400**
**Carol Stream, IL 60197-5400**
Number Street City State Zip Code

When was the debt incurred?   **unknown**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 2.5 | **IRS** | **$338,340.87** |
| | Last 4 digits of account number   **7156** | **$317,217.73** | **$21,123.14** |

Priority Creditor's Name
**PO BOX 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

When was the debt incurred?   **2015-2018**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**Is the claim subject to offset?**

■ No
☐ Yes

**past due taxes, interest and penalty -- see claim 7-1 for details**

---

Debtor 1    **Michael S. Helmstetter**    Case number (if known)    **19-28687**

| | | | $215,817.7 | | |
|---|---|---|---|---|---|
| 2.6 | **Kerri Fallon** | Last 4 digits of account number | 8 | **$114,437.78** | **$101,380.00** |

Priority Creditor's Name

**1741a Beachview Court**
**180 N. La Salle Street, Suite 3700**
**Crown Point, IN 46307**

When was the debt incurred?    **7/18**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Domestic support obligations

**Is the claim subject to offset?**

☐ Taxes and certain other debts you owe the government

☐ No

☐ Claims for death or personal injury while you were intoxicated

■ Yes

☐ Other. Specify

**Support and property settlement per divorce court order - Centier and ex wife Kerri are the same**

---

**Part 2:    List All of Your NONPRIORITY Unsecured Claims**

3.    **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.    **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | Total claim |
|---|---|---|---|
| 4.1 | **2401 So. Michigan Building Corp** | Last 4 digits of account number | **$1,105,657.62** |

Nonpriority Creditor's Name

**Maureen Joyce**
**1335 S. Prairie #2004**
**Chicago, IL 60605**

When was the debt incurred?    **8/2017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ No

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Yes

■ Other. Specify    **personal guaranty on lease for New City Historic Row. secured claim is against asset of New City Historic Row Auto Group**

---

Debtor 1   **Michael S. Helmstetter**     Case number (if known)   **19-28687**

---

| 4.2 | **ADG** | | | **$450,000.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

Last 4 digits of account number _____

**Attn: William H. Kelly, Partner**
**5810 W. 78th Street, Suite 300**
**Minneapolis, MN 55439**

When was the debt incurred? **7/2016**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **2 loans that Debtor Guranteed**

---

| 4.3 | **Adrienne Berke** | | | **$2,202,366.67** |
|---|---|---|---|---|

Nonpriority Creditor's Name

Last 4 digits of account number _____

**c/o Johnson Legal Group**
**140 S. Dearborn ste 1510**
**Chicago, IL 60603**

When was the debt incurred? **FEb 2018**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☐ No
■ Yes

■ Other. Specify   **liability on note**

---

| 4.4 | **ADS/COMENITY/MEIJERMC** | | | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

Last 4 digits of account number **XXXX**

**9200 S. Western Avenue**
**Evergreen Park, IL 60805**

When was the debt incurred? **7/23/2013**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify _____

---

Debtor 1  **Michael S. Helmstetter**                                     Case number (if known)   **19-28687**

---

| 4.5 | **Americus Capital LLC** | Last 4 digits of account number | | **$0.00** |

Nonpriority Creditor's Name
**Attn: Joseph P. Simon**
**2 N. LaSalle Street, Suite 1300**
**Chicago, IL 60602**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Notice Purposes**

---

| 4.6 | **Amex/Bankruptcy** | Last 4 digits of account number | **7180** | **$5,712.00** |

Nonpriority Creditor's Name
**Correspondence/Bankruptcy**
**Po Box 981540**
**El Paso, TX 79998**

When was the debt incurred?  **Opened 07/12  Last Active 1/26/19**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit Card**

---

| 4.7 | **Automobile Mechanics' Local 701** | Last 4 digits of account number | **5441** | **Unknown** |

Nonpriority Creditor's Name
**Benefit Fund Office**
**361 S. Frontage Road, Suite 100**
**Burr Ridge, IL 60527**

When was the debt incurred?  **8/2018**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ☐ Yes

- ■ Other. Specify  **Notice Purposes regarding #24152 Liquidated Damages and Interest v. New City Nissan dba Primetime Nissan**

---

| Debtor 1 | **Michael S. Helmstetter** | Case number (if known) | **19-28687** |

---

| 4.8 | **Bank of America** | Last 4 digits of account number | **6608** | $2,699.33 |

Nonpriority Creditor's Name

**4909 Savarese Circle**
**Fl1-908-01-50**
**Tampa, FL 33634**

When was the debt incurred?   **Opened 08/13  Last Active 3/15/19**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Credit Card**

---

| 4.9 | **Barclays Bank Delaware** | Last 4 digits of account number | **XXXX** | $0.00 |

Nonpriority Creditor's Name

**POB 13337**
**Philadelphia, PA 19101**

When was the debt incurred?   **7/5/2000**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Notice Purposes**

---

| 4.10 | **Barclays Bank Delaware** | Last 4 digits of account number | **XXXX** | $0.00 |

Nonpriority Creditor's Name

**POB 13337**
**Philadelphia, PA 19101**

When was the debt incurred?   **7/29/2013**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Notice Purposes**

---

Debtor 1    **Michael S. Helmstetter**                                    Case number (if known)    **19-28687**

---

**4.1**
**1**

**Beerman LLP**
Nonpriority Creditor's Name
**161 N Clark Street**
**Suite 3000**
**Chicago, IL 60601**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____                **$35,000.00**

When was the debt incurred?    **5/2018**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Legal Fees from 2nd Ex-Wife Laura Lantry**

---

**4.1**
**2**

**Benita Berke**
Nonpriority Creditor's Name
**Johnson Legal Group LLC**
**140 S. Dearbern St #1510**
**Chicago, IL 60603**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ No
- ■ Yes

Last 4 digits of account number _____                **$1,873,550.14**

When was the debt incurred?    **7/29/2016**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note - loan to New City Historic Auto Row LLC and Michael Helmstettler**

---

Debtor 1   **Michael S. Helmstetter**                                           Case number (if known)      **19-28687**

| | | | |
|---|---|---|---|
| 4.1 3 | **Bronswick Benjamin PC** | Last 4 digits of account number   **0054** | **$0.00** |

Nonpriority Creditor's Name
**Attn: Joseph A. Benjamin, CPA**
**8750 W. Bryn Mawr, Suite 650**
**Chicago, IL 60631**

When was the debt incurred?    **2018-4/30/2019's Invoice #170985**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                    ☐ Contingent
☐ Debtor 2 only                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only       ☐ Disputed
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
                                   ☐ Student loans

Is the claim subject to offset?    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                               ☐ Debts to pension or profit-sharing plans, and other similar debts

                                   **Notice Only - Accounting services - Debtor had paid retainer of $3,000 at the end of 2018-early 2019 where $1,660.00 was earned and $1,340.00 unearned, subject to refund to Debtor of $1,340.00 as indicated on Debtors amended Schedule B.**

☐ Yes                              ■ Other. Specify

| | | | |
|---|---|---|---|
| 4.1 4 | **Bryan D. King** | Last 4 digits of account number   **xxxx** | **$13,875.00** |

Nonpriority Creditor's Name
**Brown, Udell, Pomerantz & Delrahim**
**225 W. Illinois Street, Suite 300**
**Chicago, IL 60654**

When was the debt incurred?    **9/17/2018**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                    ☐ Contingent
☐ Debtor 2 only                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only       ☐ Disputed
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
                                   ☐ Student loans

Is the claim subject to offset?    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                               ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                              ■ Other. Specify   **Credit Card**

Debtor 1    **Michael S. Helmstetter**

Case number (if known)    **19-28687**

---

| 4.1 5 | | | |
|---|---|---|---|

**Bryan D. King**

Nonpriority Creditor's Name

**Brown, Udell, Pomerantz & Delrahim**
**225 W. Illinois Street, Suite 300**
**Chicago, IL 60654**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **TR18**                          $8,910.00

When was the debt incurred?    **9/17/2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Legal Fees. Santander Bank v. New City Historic Auto Row LLC doing business as Alfa Romeo & Fiat of Chicago and Michael S. Helmstetter, Defendants. Case No. 1:18-cv-00201 (The Original Alpha Chicago LLC Law Firm Matter ID: 5763-001-TR-18**

---

| 4.1 6 | | | |
|---|---|---|---|

**Capital One/Carson**

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept**
**Po Box 30285**
**Salt Lake City, UT 84130**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **9256**                          $0.00

When was the debt incurred?    **Opened  7/22/12  Last Active 7/24/12**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Charge Account**

---

| Debtor 1 | **Michael S. Helmstetter** | | Case number (if known) | **19-28687** |

---

| 4.1 7 | **Centier Bank** | Last 4 digits of account number | **0010** | **$101,699.00** |

Nonpriority Creditor's Name

**Attn:Collections**
**600 E 84th Ave**
**Merrillville, IN 46410**

When was the debt incurred?   **Opened 01/06  Last Active 8/26/19**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ☑ No
- ☐ Yes

☑ Other. Specify   **Credit Line Secured by Ex-Wifes House (originally marital property, deeded to ex in divorce)**

---

| 4.1 8 | **Chase Card Services** | Last 4 digits of account number | **5668** | **$43,293.00** |

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**Po Box 15298**
**Wilmington, DE 19850**

When was the debt incurred?   **Opened 10/15  Last Active 2/12/19**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ☑ No
- ☐ Yes

☑ Other. Specify   **Credit Card**

---

| 4.1 9 | **Chase Card Services** | Last 4 digits of account number | **XXXX** | **$13,875.62** |

Nonpriority Creditor's Name

**c/o Robertson, Anschultz and Schnei**
**6409 Songress Ave, ste 100**
**Boca Raton, FL 33487**

When was the debt incurred?   **3/27/2006**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ☑ No
- ☐ Yes

☑ Other. Specify   **Credit Card**

---

Debtor 1   **Michael S. Helmstetter**

Case number (if known)   **19-28687**

---

| 4.2 0 | **Chuhak & Tecson, PC** | Last 4 digits of account number | | $10,208.49 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn:  David B. Shiner**
**30 S. Wacker Drive, Suite 2600**
**Chicago, IL 60606**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?   **2/2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Attorney fees for representation -- various matters**

---

| 4.2 1 | **Citibank** | Last 4 digits of account number | **7786** | $16,978.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**5800 S. Corporate Place**
**Po Box 790034**
**Sioux Falls, SD 57108-5027**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?   **Opened 01/13  Last Active 2/10/19**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

| 4.2 2 | **Citibank** | Last 4 digits of account number | **0545** | $16,666.23 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**5800 S. Corporate Place**
**Sioux Falls, SD 57108-5027**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?   **Opened 01/02  Last Active 2/03/19**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

Debtor 1   **Michael S. Helmstetter**

Case number (*if known*)     **19-28687**

---

| 4.2 3 | **Citibank** | Last 4 digits of account number | **XXXX** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Recovery/Centralized Bankruptcy**
**Po Box 790034**
**St Louis, MO 63179**

Number Street City State Zip Code

When was the debt incurred?     **4/17/2006**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     **Credit Card**

---

| 4.2 4 | **Citibank** | Last 4 digits of account number | **XXXX** | **$95.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Recovery/Centralized Bankruptcy**
**Po Box 790034**
**St Louis, MO 63179**

Number Street City State Zip Code

When was the debt incurred?     **1/23/2013**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     **Credit Card**

---

| 4.2 5 | **CNA National Warranty Company** | Last 4 digits of account number | **6920** | **$236.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 2840**
**Scottsdale, AZ 85252-2840**

Number Street City State Zip Code

When was the debt incurred?     **2017**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

---

Debtor 1   **Michael S. Helmstetter**                                    Case number (if known)   **19-28687**

---

| 4.2 6 | | | |
|---|---|---|---|

**Comenity Bank**
Nonpriority Creditor's Name
**PO Box 182789**
**Columbus, OH 43218**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **XXXX**                              $0.00

When was the debt incurred?   **7/22/2012**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.2 7 | | | |
|---|---|---|---|

**Comenity Bank/Carsons**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 182125**
**Columbus, OH 43218**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **2904**                              $0.00

When was the debt incurred?   **Opened 07/12  Last Active 10/18/12**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Charge Account**

---

| 4.2 8 | | | |
|---|---|---|---|

**Commonwealth Edison**
Nonpriority Creditor's Name
**3 Lincoln Centre**
**Villa Park, IL 60181**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **7848**                              $12,370.82

When was the debt incurred?   **2019**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Utility for NCHAR**

---

8/25/20  6:20PM

Debtor 1    **Michael S. Helmstetter**

Case number (*if known*)    **19-28687**

---

| 4.2 9 | **Community Tax, LLC** | Last 4 digits of account number | **2134** | **$0.00** |

Nonpriority Creditor's Name

**17 N. State Street**
**Suite 210**
**Chicago, IL 60602**

When was the debt incurred?    **3/3/2015**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.3 0 | **Consumer Services Corp.** | Last 4 digits of account number | | **$0.00** |

Nonpriority Creditor's Name

**POB 801**
**#6873**
**New York, NY 10001**

When was the debt incurred?

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.3 1 | **Consumer Services, Inc.** | Last 4 digits of account number | | **$0.00** |

Nonpriority Creditor's Name

**3780 Old Norcross Road**
**Suite 103**
**Duluth, GA 30096-1741**

When was the debt incurred?

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1    **Michael S. Helmstetter**                                Case number (if known)    **19-28687**

---

| 4.3 2 | **County Mayo Corp. / Maureen Joyce** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**1335 S. Prairie, #2004**
**1 N LaSalle St., Ste 600**
**Chicago, IL 60605**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

■ Yes

**Last 4 digits of account number** _____            **$324,520.07**

**When was the debt incurred?**    **8/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **personal guaranty of commercial lease; alleged collateral was notproperty of debtor**

---

| 4.3 3 | **CT Corporation System, As Agent/Rep** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**330 N. Brand Blvd**
**Suite 700 ATT**
**Glendale, CA 91203-2308**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    **3731**            **$0.00**

**When was the debt incurred?**    **5/19/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **UCC-1 Financing Statement filed in Illinois**

---

| 4.3 4 | **Department Store National CRedit** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**Quantum3 Group LLC**
**PO Box 657**
**Kirkland, WA 98083-0657**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    **XXXX**            **$0.00**

**When was the debt incurred?**    **11/21/2008**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit Card**

---

Debtor 1    **Michael S. Helmstetter**

Case number (if known)    **19-28687**

---

| 4.3 5 | **Discover Financial Services LLC** | Last 4 digits of account number | **XXXX** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy Department**
**PO Box 15316**
**Wilmington, DE 19850**

When was the debt incurred?    **4/2/2006**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.3 6 | **Diversified Consultant** | Last 4 digits of account number | **25XX** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**DCI**
**Po Box 551268**
**Jacksonville, FL 32255**

When was the debt incurred?    **12/08/2017**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice Purposes**

---

| 4.3 7 | **FCA US LLC** | Last 4 digits of account number | **0201** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**c/o Quarles & Brady LLP**
**300 N. LaSalle Street, Suite 4000**
**Chicago, IL 60654**

When was the debt incurred?    _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Santander Bank, N.A. v. New City Historic Auto Row LLC et al - 1:18-cv-00201; possible set off in favor of New City Historic Auto Row which is owned in prt by Debtor --**

☐ Yes

■ Other. Specify

---

| Debtor 1 | **Michael S. Helmstetter** | Case number (if known) | **19-28687** |

---

| 4.38 | **Fort Worth Brothers Automotive LLC** | | |

Nonpriority Creditor's Name
**d/b/a Alfa Romeo Fiat of Fort Worth
400 W Loop 820 S
Fort Worth, TX 76108**
Number Street City State Zip Code

**Last 4 digits of account number**   **0201**

**When was the debt incurred?**   **1/10/2018**

$0.00

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Santander Bank, N.A. v. New City Historic Auto Row LLC et al - 1:18-cv-00201**

---

| 4.39 | **Fort Worth Brothers Automotive LLC** | | |

Nonpriority Creditor's Name
**c/o Burke Warren & Mackay
330 N. Wabash, #2100
Chicago, IL 60611**
Number Street City State Zip Code

**Last 4 digits of account number**   **0135**

**When was the debt incurred?**   **10/5/2017**

$317,038.00

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Fort Worth Brothers Automotive v. Alfa Romeo Fiat Chicago, Michael Helmstetter, Scott Kindybalyk and New City Historic Auto Row case 2017 L 10135**

---

Debtor 1  **Michael S. Helmstetter**

Case number (if known)   **19-28687**

---

| 4.40 | **Fox Rothschild LLP** | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
**Attn: David Doyle**
**321 N. Clark Street, Suite 800**
**Chicago, IL 60654**

When was the debt incurred?   **6/2018**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **legal services**

---

| 4.41 | **Franklin, Perry & White** | Last 4 digits of account number | | $1,383,983.34 |

Nonpriority Creditor's Name
**c/o FActor Law, Thomas H. Griseta**
**105 W. Madison, suite 1500**
**Chicago, IL 60602**

When was the debt incurred?   **6/2018**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Yes

☐ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **claim is unsecured as the collateral is not an asset of the debtor; claim baedon litigation.**

---

| 4.42 | **Ft. Worth Brothere Automotice LLC** | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
**c.o burke WArren McKay Serritella**
**330 N. Wabash  21st Floor**
**Chicago, IL 60611**

When was the debt incurred?   **8/2017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **INtervening plaintiff in SAntander Litigation**

---

8/25/20 6:20PM

Debtor 1   **Michael S. Helmstetter**

Case number (if known)   **19-28687**

---

**4.4 3**

**Gaouetter & Associates**

$0.00

Last 4 digits of account number _____

Nonpriority Creditor's Name

**8021 Greanmeadow Lane**
**Greendale, WI 53129**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a community
debt**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify   **Notice Purposes**

☐ Yes

---

**4.4 4**

**Illinois Secretary of State Police**

$500.00

Last 4 digits of account number _____

Nonpriority Creditor's Name

**103 Roosevelt Rd**
**Villa Park, IL 60181**

When was the debt incurred?   **2019**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a community
debt**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify   **Citations**

☐ Yes

---

**4.4 5**

**Insight Tax Group**

$0.00

Last 4 digits of account number _____

Nonpriority Creditor's Name

**4520 Dixie Highway NE**
**Palm Bay, FL 32905**

When was the debt incurred?   **2019**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a community
debt**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify   **Notice Purposes - Accounting Services**

☐ Yes

---

8/25/20 6:20PM

Debtor 1　**Michael S. Helmstetter**　　　　　　　　　　　　Case number (if known)　　**19-28687**

| | | | |
|---|---|---|---|
| 4.4 6 | **James Jacob Lessmeister** | Last 4 digits of account number | **0201** | **$0.00** |

Nonpriority Creditor's Name

**Lessmeister & Associates**
**105 W. Adams, Suite 2020**
**Chicago, IL 60603**

When was the debt incurred?　　**1/10/2018**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only　　　　　　　　　　☐ Contingent
☐ Debtor 2 only　　　　　　　　　　☐ Unliquidated
☐ Debtor 1 and Debtor 2 only　　　　☐ Disputed
☐ At least one of the debtors and another　**Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**　☐ Student loans
**debt**　　　　　　　　　　　　　☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**　　report as priority claims
■ No　　　　　　　　　　　　　　☐ Debts to pension or profit-sharing plans, and other similar debts

　　　　　　　　　　　　　　　**Santander Bank, N.A. v. New City Historic**
　　　　　　　　　　　　　　　**Auto Row LLC et al -**
☐ Yes　　　　　　　　　　　　　■ Other. Specify　**1:18-cv-00201;attorney for NCHRA; notice**
　　　　　　　　　　　　　　　**only**

| | | | |
|---|---|---|---|
| 4.4 7 | **Joel F. Handler** | Last 4 digits of account number | **9533** | **$26,214.00** |

Nonpriority Creditor's Name

**Law Office of Joel Handler**
**1 E. Wacker Drive, Suite 510**
**Chicago, IL 60601**

When was the debt incurred?　　**7/18/2017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only　　　　　　　　　　☐ Contingent
☐ Debtor 2 only　　　　　　　　　　☐ Unliquidated
☐ Debtor 1 and Debtor 2 only　　　　☐ Disputed
☐ At least one of the debtors and another　**Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**　☐ Student loans
**debt**　　　　　　　　　　　　　☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**　　report as priority claims
■ No　　　　　　　　　　　　　　☐ Debts to pension or profit-sharing plans, and other similar debts

　　　　　　　　　　　　　　　**Joel F. Handler v.  Michael Helmstetter,**
　　　　　　　　　　　　　　　**Case No. 17M1109533 - Judgment Vacated**
☐ Yes　　　　　　　　　　　　　■ Other. Specify　**7/9/2018 -- legal services**

8/25/20  6:20PM

Debtor 1  **Michael S. Helmstetter**                                    Case number (if known)  **19-28687**

| 4.4 8 | **Johnson & Krol, LLC** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Jeffrey A. Krol, Esq.**              When was the debt incurred?
**311 S. Wacker Drive, Suite 1050**
**Chicago, IL 60606**
Number Street City State Zip Code          As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
■ Debtor 1 only                             ☐ Contingent
☐ Debtor 2 only                             ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                ☐ Disputed
☐ At least one of the debtors and another   Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community** ☐ Student loans
**debt**                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?             report as priority claims
■ No                                        ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                       ■ Other. Specify  **Notice Purposes**

| 4.4 9 | **JOrdan & Zito** | Last 4 digits of account number | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Gregory J. Jordan, Esq.**            When was the debt incurred?  **2/2018**
**55 W. Monroe Street, Suite 3600**
**Chicago, IL 60603**
Number Street City State Zip Code          As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
■ Debtor 1 only                             ☐ Contingent
☐ Debtor 2 only                             ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                ■ Disputed
☐ At least one of the debtors and another   Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community** ☐ Student loans
**debt**                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?             report as priority claims
■ No                                        ☐ Debts to pension or profit-sharing plans, and other similar debts
                                            ■ Other. Specify  **(Notice Only) legal services rendered to**
☐ Yes                                       **New City Auto Group Bankruptcy**

| 4.5 0 | **Kingdom Chevrolet, Inc.** | Last 4 digits of account number  **0208** | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**c/o Karr Herschman Eggert LLP**            When was the debt incurred?
**150 N. Wacker Drive, Suite 940**
**Chicago, IL 60606**
Number Street City State Zip Code          As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
■ Debtor 1 only                             ☐ Contingent
☐ Debtor 2 only                             ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                ☐ Disputed
☐ At least one of the debtors and another   Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community** ☐ Student loans
**debt**                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?             report as priority claims
■ No                                        ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                       ■ Other. Specify  **Notice Purposes**

Debtor 1   **Michael S. Helmstetter**                                          Case number (if known)   **19-28687**

---

| 4.5 1 | **Kohls/Chase Payment Center** | Last 4 digits of account number | **1852** | **Unknown** |

Nonpriority Creditor's Name

**POB 2983**
**Milwaukee, WI 53201-2983**

When was the debt incurred?  **Opened 06/96  Last Active 10/09**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                               ☐ Contingent
☐ Debtor 2 only                               ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                  ☐ Disputed
☐ At least one of the debtors and another     **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**   ☐ Student loans
**debt**                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**            report as priority claims
☐ **No**                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                          ☐ **Other. Specify** _____

---

| 4.5 2 | **Last Chance Funding Inc.** | Last 4 digits of account number | **2312** | **$8,820.00** |

Nonpriority Creditor's Name

**aka The LCF Group**
**411 Hempstead Turnpike, Suite 101**
**West Hempstead, NY 11552**

When was the debt incurred?  **11/14/2017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ **Debtor 1 only**                            ☐ Contingent
☐ Debtor 2 only                               ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                  ☐ Disputed
☐ At least one of the debtors and another     **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**   ☐ Student loans
**debt**                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**            report as priority claims
☐ **No**                                       ☐ Debts to pension or profit-sharing plans, and other similar debts

**Civil Judgment in NY Case no. EC17612312**
**- Lien Recorded 11/14/2017 - NASSAU**
**COUNTY SUPREME COURT, NY - Book**
☐ Yes                                          ☐ **Other. Specify**  **K160 - Page 51**

---

| 4.5 3 | **Laura Lantry fka Laura Helmstettler** | Last 4 digits of account number | **1855** | **$0.00** |

Nonpriority Creditor's Name

**c/o Levine Wittenberg Shugan &**
**Scha**
**18400 Maple Creek Drive**
**Tinley Park, IL 60477**

When was the debt incurred?  **3/1/20107**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ **Debtor 1 only**                            ☐ Contingent
☐ Debtor 2 only                               ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                  ☐ Disputed
☐ At least one of the debtors and another     **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**   ☐ Student loans
**debt**                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**            report as priority claims
☐ **No**                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                          ☐ **Other. Specify**  **2nd Ex-Wife**

---

Debtor 1  **Michael S. Helmstetter**

Case number (if known)     **19-28687**

---

| 4.5 4 | **LCA Bank Corporation** | Last 4 digits of account number | **5jra** | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**c/o Seth R. Buitendorp (AMG)**
**7900 Broadway**
**Merrillville, IN 46410**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No

- ☐ Yes

**When was the debt incurred?**     **9/18/2018**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **U.S. Bankruptcy Court - Northern District of Indiana (Hammond Division) -Adversary Proceeding #: 18-02055-jra Lead BK Case No. 18-21890 (New City Auto Group, Inc.) Recovery of Money/Property and Declaratory Judgment**

---

| 4.5 5 | **Lessmeister & Samad PLLC** | Last 4 digits of account number | | $59,550.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**55 W., Wacker Dr., ste 1400**
**Chicago, IL 60601**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **legal services**

---

| 4.5 6 | **Levin & Associates** | Last 4 digits of account number | **1855** | $25,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**180 North LaSalle Street**
**Suite 1822**
**Chicago, IL 60601**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**     **2018**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Legal Fees**

---

Debtor 1   **Michael S. Helmstetter**                                        Case number (if known)    **19-28687**

---

| 4.5 7 | **Lyman Law Firm** | Last 4 digits of account number | **0208** | **Unknown** |

Nonpriority Creditor's Name
**227 West Monroe Street**
**Suite 2650**
**Chicago, IL 60606**

When was the debt incurred?    **12/17/2014 - 10/2/2019**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

**Legal Fees - Michael Helmstetter v. Kingdom Chevrolet, Inc. 2014-CH-20208 represented NCHAR**

- ☐ Yes
- ■ Other. Specify

---

| 4.5 8 | **Macys** | Last 4 digits of account number | **7180** | **$0.00** |

Nonpriority Creditor's Name
**POB 183083**
**Columbus, OH 43085**

When was the debt incurred?

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Credit Card**

---

8/25/20 6:20PM

Debtor 1    **Michael S. Helmstetter**        Case number (if known)    **19-28687**

---

| 4.5 9 | **Mark Rooney** | Last 4 digits of account number | **5954** | **Unknown** |

Nonpriority Creditor's Name

**c/o David Axelrod & Associates**
**20 S. Clark Street, Suite 1800**
**Chicago, IL 60603**

When was the debt incurred?    **5/14/2019**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

**Declaratory Judgement Complaint - Mark Rooney, James Kanzler and Meninder Bhambra**
**v.**
**Chatham 8700 LLC, Karen Daly, Patick Daly, Michael Helmstetter, Muhammad Howard, John Monroe and World Business Lenders 2019-CH-05954**

☐ Yes      ■ Other. Specify

---

| 4.6 0 | **Merchant Cash Cloud** | Last 4 digits of account number | | **$0.00** |

Nonpriority Creditor's Name

**5757 NW 151st Street**
**Miami Lakes, FL 33014**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

**Notice Purposes re loan with New City Historic Auto Row LLC DBA ALFA Romeo and Fiat of Chicago**

☐ Yes      ■ Other. Specify

---

8/25/20  6:20PM

| Debtor 1 | **Michael S. Helmstetter** | Case number (if known) | **19-28687** |

---

**4.6**
**1**

**Merchants Credit Guide Co**

Nonpriority Creditor's Name

**223 West Jackson Boulevard**
**Suite 700**
**Chicago, IL 60606**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    **0926**                $2,124.00

When was the debt incurred?        **Opened 08/18**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Collection Attorney Midwest Orthopaedics At Rush L**

---

**4.6**
**2**

**Merchants Credit Guide Co**

Nonpriority Creditor's Name

**223 West Jackson Boulevard**
**Suite 700**
**Chicago, IL 60606**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    **0911**                $185.00

When was the debt incurred?        **Opened 04/19  Last Active 5/31/19**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Collection Attorney Amita Health Adventist Health**

---

**4.6**
**3**

**Merchants Credit Guide Co**

Nonpriority Creditor's Name

**223 West Jackson Boulevard**
**Suite 700**
**Chicago, IL 60606**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    **0912**                $125.00

When was the debt incurred?        **Opened 04/19**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Collection Attorney Amita Health Adventist Health**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor 1   **Michael S. Helmstetter**                                Case number (if known)      **19-28687**

---

| 4.6 4 | **Merchants Credit Guide Co** | Last 4 digits of account number | **3508** | $78.00 |

Nonpriority Creditor's Name
**223 West Jackson Boulevard
Suite 700
Chicago, IL 60606**

**When was the debt incurred?**      **Opened 09/18  Last Active 10/26/18**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ☐ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community** ☐ Student loans
**debt**
**Is the claim subject to offset?**          ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                        ■ Other. Specify  **Collection Attorney Midwest Orthopaedics At Rush L**

---

| 4.6 5 | **Michael C. Moody, Esq.** | Last 4 digits of account number | **0201** | **Unknown** |

Nonpriority Creditor's Name
**O'Rourke & Moody
55 W. Wacker Drive, Suite 1400
Chicago, IL 60601**

**When was the debt incurred?**      **3/2017**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ☐ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community** ☐ Student loans
**debt**
**Is the claim subject to offset?**          ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                        ■ Other. Specify  **possible claim for attorney fees**

---

| 4.6 6 | **Molzahn Rocco Rouse Berge** | Last 4 digits of account number | **0768** | $0.00 |

Nonpriority Creditor's Name
**20 N. Clark Street, Suite 2300
Chicago, IL 60602**

**When was the debt incurred?**      **12/28/2011**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ☐ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community** ☐ Student loans
**debt**
**Is the claim subject to offset?**          ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts

                                             **Notice Purposes - Legal Fees related to Sherida Shepherd v. Michael Helmstetter, Tom Ownens, Dan Pulhr, Western Avenue Nissan**
☐ Yes                                        ■ Other. Specify

---

Debtor 1    **Michael S. Helmstetter**

Case number (if known)    **19-28687**

---

| 4.6 7 | | | |
|---|---|---|---|

**Nancy J. Gargula, UST**
Nonpriority Creditor's Name

**100 East Wayne Street**
**5th Floor**
**South Bend, IN 46601-2349**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number    **5jra**        $0.00

When was the debt incurred?    **9/18/2018**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Notice Purposes - U.S. Bankruptcy Court - Northern District of Indiana (Hammond Division) -Adversary Proceeding #: 18-02055-jra Lead BK Case No. 18-21890 (New City Auto Group, Inc.) Recovery of Money/Property and Declaratory Judgment**

---

| 4.6 8 | | | |
|---|---|---|---|

**Navy FCU**
Nonpriority Creditor's Name

**Attn: Bankruptcy Dept**
**Po Box 3000**
**Merrifield, VA 22119**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number    **4982**        $6,265.00

When was the debt incurred?    **Opened 09/16  Last Active 9/04/19**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Credit Card**

---

Debtor 1   **Michael S. Helmstetter**

Case number (if known)    **19-28687**

---

**4.69**

**New City Auto Group, Inc.**
Nonpriority Creditor's Name
**1301 U.S. Highway 41**
**Schererville, IN 46375**
Number City State Zip Code

Last 4 digits of account number    **0jra**                  Unknown

When was the debt incurred?    **7/16/2018**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

■ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify

**dba Prime Time Nissan**
**dba Prime Time Nissan of Schererville**
**fdba New City Auto Group, LLC**
**Notice Purposes - Chapter 11 Case**

---

**4.70**

**New City Historic Auto Row LLC**
Nonpriority Creditor's Name
**c/o Terry Gaouette, Reg Agent**
**2401 S. Michigan Avenue**
**Chicago, IL 60616**
Number Street City State Zip Code

Last 4 digits of account number    **1239**                  $0.00

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice Purposes**

---

**4.71**

**Nissan Infiniti LT**
Nonpriority Creditor's Name
**PO Box 390889**
**Minneapolis, MN 55439**
Number Street City State Zip Code

Last 4 digits of account number    **XXXX**                  Unknown

When was the debt incurred?    **1/2/2013**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify

---

| Debtor 1 | **Michael S. Helmstetter** | | Case number (if known) | **19-28687** |
|---|---|---|---|---|

---

| 4.7 2 | **Nissan North America, Inc.** | Last 4 digits of account number | **5jra** | **$1,305,746.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**c/o Tripp Scott. P.A.**
**110 S.E. 6th Street, Suite 1500**
**Fort Lauderdale, FL 33301**
Number Street City State Zip Code

**When was the debt incurred?**    **9/18/2018**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify  **U.S. Bankruptcy Court - N D of Indiana -Adversary Proceeding #: 18-02055-jra Lead BK Case No. 18-21890 (New City Auto Group, Inc.) and adversary objection to discharge No.19-1001 (ILNB)**

---

| 4.7 3 | **O'Rourke LLP** | Last 4 digits of account number | | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Michael C. Moody, Esq.**
**55 W. Wacker Drive, Suite 1400**
**Chicago, IL 60601**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Notice Purposes**

---

8/25/20  6:20PM

Debtor 1    **Michael S. Helmstetter**

Case number (if known)    **19-28687**

| 4.7 4 | **O'Rourke& Moody** | Last 4 digits of account number | **0208** | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Michael C. Moody, Esq.**
**55 W. Wacker Drive, Suite 1400**
**Chicago, IL 60601**

When was the debt incurred?    **12/17/2014 - 10/2/2019**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No

- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ Other. Specify    **Legal Fees - Michael Helmstetter**
**v.**
**Kingdom Chevrolet, Inc.**
**2014-CH-20208**

| 4.7 5 | **Oceantime LLC** | Last 4 digits of account number | **8654** | $1,776,379.17 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**c/o Johnson Legal Group**
**140 S. Dearborn st, #1510**
**Chicago, IL 60603**

When was the debt incurred?    **2/21/2018**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No

- ☐ Yes

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ Other. Specify    **Co-maker of note with NCHRA**

8/25/20 6:20PM

Debtor 1   **Michael S. Helmstetter**

Case number (if known)   **19-28687**

---

| 4.7 6 | **Paint-A-Pole** | Last 4 digits of account number | **3383** | $2,500.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**c/o David M. Zerante, Esq.**
**30 W. Lincoln Hwy**
**Chicago Heights, IL 60411**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **9/21/2010**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Breach of contract complaint Paint-A-Pole v. Michael Helmstetter, Rich Rushetti and South Chicago Nissan**

---

| 4.7 7 | **Patrick Daly** | Last 4 digits of account number | **5954** | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name

**c/o Daniel G. Berry, Esq.**
**3012 W 111th Street**
**Chicago, IL 60655**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **5/14/2019**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **litigation Cirucit Court of Cook County #19CH 5954**

---

| 4.7 8 | **Pearl Capital Business Funding, LLC** | Last 4 digits of account number | **2017** | $75,923.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**525 Washington Blvd**
**22nd Floor**
**Jersey City, NJ 07310**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **6/6/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Civil Judgment**

---

8/25/20 6:20PM

Debtor 1    **Michael S. Helmstetter**                                        Case number (if known)    **19-28687**

---

| 4.7 9 | **Premium Business Solutions** | Last 4 digits of account number | **2017** | **$289,144.00** |

Nonpriority Creditor's Name

**8019 N. HImes**
**Tampa, FL 33611**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    **9/28/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Civil Judgment - Orance County Supreme Court, NY, - Case No. EF0077462017 - Premium Business Solutions Inc v. Michael Helmstetter, and Alfa Romeo and Fiat of Chicago and New City Historic Auto Row LLC**

---

| 4.8 0 | **Reyna Capital Corporation** | Last 4 digits of account number | **2737** | **$117,267.17** |

Nonpriority Creditor's Name

**One Reynolds Way**
**Kettering, OH 45430**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    **3/20/2019**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal Guaranty of chattel  Lease # 232707 for New City Historic Auto and Lease # 232737 for New City Historic Auto**

---

Debtor 1   **Michael S. Helmstetter**                                          Case number (if known)    **19-28687**

---

| 4.8 1 | **Richard Ruscitti** | Last 4 digits of account number | **0208** | **Unknown** |

Nonpriority Creditor's Name

**c/o Levenfeld Pearlstein LLC**
**2 N. LaSalle Street, Suite 1300**
**Chicago, IL 60602**

When was the debt incurred?    **10/2014 or earlier**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☐ No
- ■ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Lawsuit Pending againg Ruscitti, Wesetern Ave Nissan and Kingdom Chevrolet et al**

---

| 4.8 2 | **Ridgestone Bank** | Last 4 digits of account number | | **$319,000.00** |

Nonpriority Creditor's Name

**500 Elm Grove Road**
**Suite 102**
**Elm Grove, WI 53122**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

**Guarantor of bank loan - Tony Scalzo loan may have been to Tony Scalzo - Debtor believes loan was made to Tony Scalzo and Tony Scalzo has claimed Debtor Guranteed it but Tony Scalzo cannot be located**

- ☐ Yes
- ■ Other. Specify

---

Debtor 1  **Michael S. Helmstetter**                                              Case number (if known)    **19-28687**

---

| 4.8 3 | **Rush Univewrsity Medical Center** | Last 4 digits of account number | | $143.71 |

Nonpriority Creditor's Name

**Patient Financial Services**
**PO Box 4075**
**Carol Stream, IL 60197-4075**

When was the debt incurred?    **9/2018**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                    ☐ Contingent

☐ Debtor 2 only                    ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only       ☐ Disputed

☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**    ☐ Student loans

**Is the claim subject to offset?**    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No    ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes    ■ Other. Specify    **Medical**

---

| 4.8 4 | **Santander Bank, N.A.** | Last 4 digits of account number | **0201** | $5,028,740.87 |

Nonpriority Creditor's Name

**c/o Askounis & Darcy, P.C.**
**444 N. Michigan Avenue, Suite 3270**
**Chicago, IL 60611**

When was the debt incurred?    **1/10/2018**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                    ☐ Contingent

☐ Debtor 2 only                    ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only       ■ Disputed

■ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**    ☐ Student loans

**Is the claim subject to offset?**    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ No    ☐ Debts to pension or profit-sharing plans, and other similar debts

**Santander Bank, N.A. v. New City Historic Auto Row LLC et al - 1:18-cv-00201- Judge John Robert Blakey-Demand: $9,999,000-Cause: 28:1332 Diversity-Account Receivable. Default judgement issues 11/1/2019 against all defendants but Debtor**

■ Yes    ■ Other. Specify

---

8/25/20  6:20PM

Debtor 1   **Michael S. Helmstetter**

Case number (*if known*)   **19-28687**

---

| 4.8<br>5 | | | |
|---|---|---|---|

**Scott Kindybaylk**
Nonpriority Creditor's Name

**5859 N. Kirby Avenue**
**Chicago, IL 60646**
Number City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____      $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice Purposes**

---

| 4.8<br>6 | | | |
|---|---|---|---|

**Self Help Credit Union**
Nonpriority Creditor's Name

**645 E. 87th Street**
**Chicago, IL 60619**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____      $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice Purposes**

---

| 4.8<br>7 | | | |
|---|---|---|---|

**Steven Dobrofsky**
Nonpriority Creditor's Name

**dba Steven Dobrovsky**
**3208 NE 10th Street**
**Pompano Beach, FL 33062**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____      **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   _____

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor 1   **Michael S. Helmstetter**                                    Case number (if known)   **19-28687**

---

| 4.8 8 | **Swope Law Offices LLC** | Last 4 digits of account number | **9900** | **Unknown** |

Nonpriority Creditor's Name

**833 W. Lincoln Hwy**
**305 W**
**Schererville, IN 46375**
Number Street City State Zip Code

When was the debt incurred?   **9/23/2014**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Other. Specify   **;creditor is attorney of ex-wife; potential claim for fees**

---

| 4.8 9 | **Syncb/PPC** | Last 4 digits of account number | **7542** | **$0.00** |

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**Po Box 965060**
**Orlando, FL 32896**
Number Street City State Zip Code

When was the debt incurred?   **Opened 07/13  Last Active 10/19**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Other. Specify   **Credit Card**

---

| 4.9 0 | **Syncb/sams Club Dc** | Last 4 digits of account number | **XXXX** | **$0.00** |

Nonpriority Creditor's Name

**PO Box 965005**
**Orlando, FL 32896**
Number Street City State Zip Code

When was the debt incurred?   **1/20/2013**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Other. Specify

---

8/25/20 6:20PM

Debtor 1    **Michael S. Helmstetter**

Case number (if known)    **19-28687**

---

| 4.9<br>1 | | | |
|---|---|---|---|

**Synchrony Bank/Care Credit**

Last 4 digits of account number    **XXXX**    $0.00

Nonpriority Creditor's Name
**POB 965036**
**Orlando, FL 32896**
Number Street City State Zip Code

When was the debt incurred?    **7/21/2017**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.9<br>2 | | | |
|---|---|---|---|

**Tammy Paternoster**

Last 4 digits of account number    **Unknown**

Nonpriority Creditor's Name
**17 W. 766 Lowell Lane**
**Villa Park, IL 60181**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **potential wage claim related to New City Historic Auto Row LLC**

---

| 4.9<br>3 | | | |
|---|---|---|---|

**Terry Gaouette**

Last 4 digits of account number    $0.00

Nonpriority Creditor's Name
**728 Diamond Lake Road**
**Mundelein, IL 60060**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice Purposes**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Michael S. Helmstetter**

Case number (if known)    **19-28687**

---

<table>
<tr><td>4.9 4</td><td colspan="3"></td></tr>
</table>

**Todd E. Feiwell PC**

Nonpriority Creditor's Name

**20 N Clark Street**
**Suite 3300**
**Chicago, IL 60602**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    **1855**                    **Unknown**

**When was the debt incurred?**    **2/28/2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Legal Fees related to Laura Helmstetter v. Michael Helmstettler - Petition for Dissolution of Marriage**

---

<table>
<tr><td>4.9 5</td><td colspan="3"></td></tr>
</table>

**Trade River USA**

Nonpriority Creditor's Name

**401 E. Pratt Street**
**Baltimore, MD 21202**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**                    **$0.00**

**When was the debt incurred?**    **5/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice Purposes**

---

<table>
<tr><td>4.9 6</td><td colspan="3"></td></tr>
</table>

**US Bank/RMS CC**

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**Po Box 5229**
**Cincinnati, OH 45201**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    **9637**                    **$6,356.00**

**When was the debt incurred?**    **Opened 12/16  Last Active 2/15/19**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit Card**

---

Debtor 1    **Michael S. Helmstetter**                                      Case number (if known)    **19-28687**

---

| 4.9 7 | **Warranty Solutiions - Oak Group** | Last 4 digits of account number | | $750,000.00 |

Nonpriority Creditor's Name
**dba Warranty Solutions Mngt Corp**
**7125 W. Jefferson Avevnue, S-200**
**Denver, CO 80235**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**    **2/2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify **Advance on Warranty borrowed from Warranty Solutions and turned over to New City Historic Row Auto**

---

| 4.9 8 | **West Lake Financial Services** | Last 4 digits of account number | | $28,192.00 |

Nonpriority Creditor's Name
**4751 Wilshire Blvd.**
**Suite 100**
**Los Angeles, CA 90010**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**    **8/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify **New City Historic Auto Row LLC is the Corp Debtor - Debtor does not believe he is personally liable. UC lien is not on debtor's property to the best of his knowledge.**

---

Debtor 1   **Michael S. Helmstetter**                                                   Case number (if known)    **19-28687**

---

| 4.9 9 | **Western Avenue Nissan** | Last 4 digits of account number | $1,383,596.69 |

Nonpriority Creditor's Name
**c/o Levenfeld Pearlstein**
**2 N. LaSalle St  #1300**                          When was the debt incurred?
**Chicago, IL 60602**
Number Street City State Zip Code                   **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                     ☐ Contingent
☐ Debtor 2 only                                     ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                        ■ Disputed
☐ At least one of the debtors and another           **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community          ☐ Student loans
debt**                                              ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                 report as priority claims
☐ No                                                ☐ Debts to pension or profit-sharing plans, and other similar debts
■ Yes                                               ■ Other. Specify   **COUNTERCLAIM  14 CH 20208**

---

| 4.1 00 | **Zavella Inernists, SC** | Last 4 digits of account number   **5563** | $57.17 |

Nonpriority Creditor's Name
**4200 Cantera Drive**                              When was the debt incurred?   **9/24/2019**
**Suite 204**
**Warrenville, IL 60555**
Number Street City State Zip Code                   **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                     ☐ Contingent
☐ Debtor 2 only                                     ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                        ☐ Disputed
☐ At least one of the debtors and another           **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community          ☐ Student loans
debt**                                              ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                 report as priority claims
■ No                                                ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                               ■ Other. Specify   **Medical Bill**

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency**
**is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you**
**have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be**
**notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **2401 So. Michigan Building Corp** | Line **4.32** of (Check one): |   ☐ Part 1: Creditors with Priority Unsecured Claims |
| **c/o Mauck & Baker LLC** | | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **1 N LaSalle St., Ste 600** | |
| **Chicago, IL 60602** | |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Amex/Bankruptcy** | Line **4.6** of (Check one): |   ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Po Box 8218** | | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Mason, OH 45040** | |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Askounis & Darcy, P.C.** | Line **4.84** of (Check one): |   ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Attn: Debra Devassy Babu** | | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **444 N. Michigan Avenue, Suite 3270** | |
| **Chicago, IL 60611** | |
| | Last 4 digits of account number   **0201** |

---

8/25/20 6:20PM

| Debtor 1 | **Michael S. Helmstetter** | | Case number *(if known)* | **19-28687** |

---

Name and Address
**Bank of America**
**Po Box 982238**
**El Paso, TX 79998**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.8** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Barclays Bank Delaware**
**100 West Street**
**Wilmington, DE 19801**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.9** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number        **XXXX**

---

Name and Address
**Barclays Bank Delaware**
**100 West Street**
**Wilmington, DE 19801**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.10** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number        **XXXX**

---

Name and Address
**Capital One/Carson**
**Po Box 30253**
**Salt Lake City, UT 84130**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.16** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Centier Bank**
**600 E 84th Ave**
**Merrillville, IN 46410**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.17** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Chase Card Services**
**Po Box 15369**
**Wilmington, DE 19850**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.18** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Chase Card Services**
**Po Box 15369**
**Wilmington, DE 19850**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.14** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Chase Card Services**
**Po Box 15369**
**Wilmington, DE 19850**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.19** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Citibank**
**Po Box 6217**
**Sioux Falls, SD 57117**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.21** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Citibank**
**Po Box 6217**
**Sioux Falls, SD 57117**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.22** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Citibank**
**5800 Corporate PL**
**Sioux Falls, SD 57108-5027**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.34** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Citibank**
**Po Box 6217**
**Sioux Falls, SD 57117**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.23** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

---

Debtor 1  **Michael S. Helmstetter**                    Case number (if known)  **19-28687**

---

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**Citibank**<br>**Po Box 6217**<br>**Sioux Falls, SD 57117** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.24** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**Comenity Bank**<br>**PO Box 182789**<br>**Columbus, OH 43218** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.4** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**Comenity Bank/Carsons**<br>**Po Box 182789**<br>**Columbus, OH 43218** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.27** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**Credit Services**<br>**PO Box 1687 #2147**<br>**New York, NY 10040** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.30** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**FCA**<br>**901 Warrenville Road**<br>**Suite 550**<br>**Lisle, IL 60532** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.37** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**FCA**<br>**c/o The Rubin Law Firm, PLLC**<br>**90 Broad Street, 16th Floor**<br>**New York, NY 10004** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.37** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**Fort Worth Brothers Automotive**<br>**c/oBurke Warren MacKay &**<br>**Serritella**<br>**330 N. Wabash Avenue, 21st Floor**<br>**Chicago, IL 60611** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.38** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number        **0201**

| | |
|---|---|
| Name and Address<br>**Gordon E. Gouveia II**<br>**Fox Rothschild LLP**<br>**321 North Clark Street, Suite 800**<br>**Chicago, IL 60654** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.69** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number        **0jra**

| | |
|---|---|
| Name and Address<br>**Jennifer Prokop**<br>**Office of the U.S. Trustee**<br>**100 E. Wayne Street, Suite 555**<br>**South Bend, IN 46601** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.69** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number        **0jra**

| | |
|---|---|
| Name and Address<br>**Jonathan William Young**<br>**Lock Lord LLP**<br>**111 South Wacker Drive**<br>**Chicago, IL 60606** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.84** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number        **0201**

---

8/25/20 6:20PM

| Debtor 1 | **Michael S. Helmstetter** | Case number (if known) | **19-28687** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Jordan & Zito LLC**<br>**Attn: Mark R. Zito, Esq.**<br>**55 W. Monroe Street**<br>**Chicago, IL 60603** | Line **4.69** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **0jra** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Levenfeld Pearlstein LLC**<br>**2 N. LaSAlle St, #1300**<br>**Chicago, IL 60602** | Line **4.50** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Manatt Phelps & Phillips, LLP**<br>**151 N. Franklin Street**<br>**Suite 2600**<br>**Chicago, IL 60606** | Line **4.84** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **0201** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Mauck & Baker LLC**<br>**Attn: Whitman H. Brisky**<br>**1 N LaSalle St., Ste 600**<br>**Chicago, IL 60602** | Line **4.1** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Mauck & Baker LLC**<br>**Attn: Whitman H. Brisky**<br>**1 N LaSalle St., Ste 600**<br>**Chicago, IL 60602** | Line **4.32** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Midwest Orthopaedics at Rush**<br>**1611 W. Harrison Street**<br>**Chicago, IL 60612** | Line **4.61** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Midwest Orthopaedics at Rush**<br>**1611 W. Harrison Street**<br>**Chicago, IL 60612** | Line **4.64** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Navy FCU**<br>**820 Follin Lane**<br>**Vienna, VA 22180** | Line **4.68** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Robertson Anschultz & Schneid**<br>**6409 Congress Ave, Ste 100**<br>**Boca Raton, FL 33487** | Line **4.18** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Steven Dobrofsky**<br>**dba Steven Dobrovsky**<br>**3280 Oleander Way**<br>**Lauderdale By the Sea, FL 33062** | Line **4.87** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Syncb/PPC**<br>**Po Box 965005**<br>**Orlando, FL 32896** | Line **4.89** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

8/25/20  6:20PM

| Debtor 1 | **Michael S. Helmstetter** | Case number (if known) | **19-28687** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Tripp Scott. P.A.**<br>**Charles M. . Tatelbaum**<br>**110 S.E. 6th Street, Suite 1500**<br>**Fort Lauderdale, FL 33301** | Line **4.72** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number      **5jra** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **US Bank/RMS CC**<br>**Cb Disputes**<br>**Saint Louis, MO 63166** | Line **4.96** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Zavella Inernists, SC**<br>**PO Box 64568**<br>**Suite 204**<br>**Phoenix, AZ 85082-4568** | Line **4.100** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number      **5563** |

---

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each
type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 217,085.63 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 391,471.72 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 608,557.35 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 19,150,641.11 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 19,150,641.11 |

---

8/25/20 6:20PM

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Michael S. Helmstetter** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | **19-28687** |

■ Check if this is an
amended filing

## Official Form 106G
# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | **2401 So. Michigan Building Corp**<br>**2401 S. Michigan Avenue**<br>**Chicago, IL 60611** | **Guarantor on Commerical Lease - $55,000 per month from 7/1/2016 - 7/1/2021  New City Historic Auto Row LLC - doing business as Alfa Romeo & Fiat of Chicago, doing business as Kingdom Chevrolet, doing business as Kingdom Chevy, doing business as Yamaha and Zero of Chicago Illinois doing business as, Imagine KIA, that Debtor may have guaranteed is Lessee with Debtor as guarantor.  Lease from 7/1/2016-7/1/2012** |
| 2.2 | **465 N. Park**<br>**465 N. Park Drive**<br>**Chicago, IL 60611** | **Residential Lease from 1/10/2019 - 1/10/2020 - $2,305 per month.** |
| 2.3 | **Adrienne Berke**<br>**34 Far Hills Drive**<br>**Avon, CT 06001** | **New City Auto Group Inc., d/b/a Prime Time Nissan (of Schereerville) - Security Agreement - Debtor was co-signor** |
| 2.4 | **Brown, Udell, Pomerantz, & Delrahim**<br>**Attn: Michael S. Pomerantz, Esq.**<br>**1332 N. Halsted, Suite 100**<br>**Chicago, IL 60642** | **Hybrid Contingency Agreement - 2014-CH-20208 - Rejected as cause of action is property of the estate and subject to the chapter 7 trustee assuming for the Debtor or employing Brown, Udell, Pomerantz, & Delrahim, LTD as attorneys for the chapter 7 estate to represent the estate in this cause of action, Michael Helmstetter v.  Kingdom Chevrolet, Inc., Richard Ruscitti and Western Avenue Nissan, 2014-CH-20208, currently pending in the Circuit Court of Cook County, Illinois 1st District.** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

8/25/20  6:20PM

| Debtor 1 | **Michael S. Helmstetter** | Case number *(if known)* | **19-28687** |



## Additional Page if You Have More Contracts or Leases

| | **Person or company with whom you have the contract or lease**<br>Name, Number, Street, City, State and ZIP Code | **State what the contract or lease is for** |
|---|---|---|
| 2.5 | **County Mayo Corporation**<br>**c/o Mauck & Baker LLC**<br>**1 N LaSalle St., Ste 600**<br>**Chicago, IL 60602** | **Parking Lot Leases at 2408-12 S. Indiana Blvd and 119 E. 24th Street, Chicago, Illinois 60606 - Leases expire June 30, 2021. Leases are New City Historic Auto Row LLC - doing business as Alfa Romeo & Fiat of Chicago, doing business as Kingdom Chevrolet, doing business as Kingdom Chevy, doing business as Yamaha and Zero of Chicago Illinois doing business as, Imagine KIA, that Debtor may have guaranteed.  Lease from 7/1/2016-7/1/2012** |
| 2.6 | **Eagle Phillips LLC**<br>**dba Merchant Cash Cloud**<br>**5757 NW 151st Street**<br>**Miami Lakes, FL 33014** | **Loan Agreement with New City Historic Auto Row LLC DBA ALFA Romeo and Fiat of Chicago - Debtor also was personally liable - Lease with New City Historic Auto Row LLC - doing business as Alfa Romeo & Fiat of Chicago, doing business as Kingdom Chevrolet, doing business as Kingdom Chevy, doing business as Yamaha and Zero of Chicago Illinois doing business as, Imagine KIA, that Debtor may have guaranteed** |
| 2.7 | **FCA**<br>**901 Warrenville Road**<br>**Suite 550**<br>**Lisle, IL 60532** | **Franchise Agreements with New City Historic Auto Row LLC - doing business as Alfa Romeo & Fiat of Chicago, doing business as Kingdom Chevrolet, doing business as Kingdom Chevy, doing business as Yamaha and Zero of Chicago Illinois doing business as, Imagine KIA, that Debtor may have guaranteed.** |
| 2.8 | **Reyna Capital Corporation**<br>**One Reynolds Way**<br>**Kettering, OH 45430** | **Lease 232707** |
| 2.9 | **Reyna Capital Corporation**<br>**One Reynolds Way**<br>**Kettering, OH 45430** | **Lease 232737** |
| 2.10 | **Ridgestone Bank**<br>**500 Elm Grove Road**<br>**Suite 102**<br>**Elm Grove, WI 53122** | |

8/25/20 6:20PM

**Fill in this information to identify your case:**

| Debtor 1 | **Michael S. Helmstetter** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS | | |
| Case number | 19-28687 | | |
| (if known) | | | |

☑ Check if this is an
amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                     12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married
people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page,
fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write
your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
☑ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include
Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown
in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official
Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill
out Column 2.**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
|---|---|
| Name, Number, Street, City, State and ZIP Code | Check all schedules that apply: |

| | | |
|---|---|---|
| 3.1 | **2401 So. Michigan Building Corp**<br>**2401 S. Michigan Avenue**<br>**Chicago, IL 60611** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line **4.32**<br>☐ Schedule G _____<br>**County Mayo Corp. / Maureen Joyce** |
| 3.2 | **Adrienne Berke**<br>**c/o richard Woodward Esq**<br>**200 E. 90th Drive**<br>**Merrillville, IN 46410** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line **4.72**<br>☐ Schedule G _____<br>**Nissan North America, Inc.** |
| 3.3 | **Alfa Romeo & Fiat of Chicago**<br>**2401 S. Michigan Ave**<br>**Chicago, IL 60616-2301** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line **4.33**<br>☐ Schedule G _____<br>**CT Corporation System, As Agent/Rep** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor 1 | **Michael S. Helmstetter** | Case number *(if known)* | **19-28687** |

---

■ **Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.4 | **Benetta Berke**<br>**36 W. Rankdolph**<br>**#701**<br>**Chicago, IL 60601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.72__<br>☐ Schedule G _____<br>**Nissan North America, Inc.** |
| 3.5 | **Chatham 8700 LLC**<br>**c/o Karen Daly RA**<br>**10820 S. Drew St**<br>**Chicago, IL 60643** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.59__<br>☐ Schedule G _____<br>**Mark Rooney** |
| 3.6 | **FCA US LLC**<br>**Quarles & Brady  -- Charles Harper**<br>**300 N. LaSAlle St.  #4000**<br>**Chicago, IL 60654** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.84__<br>☐ Schedule G _____<br>**Santander Bank, N.A.** |
| 3.7 | **Howar Muhammad** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.59__<br>☐ Schedule G _____<br>**Mark Rooney** |
| 3.8 | **Imagination KIA**<br>**2401 S. Michigan Ave**<br>**Chicago, IL 60616-2301** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.33__<br>☐ Schedule G _____<br>**CT Corporation System, As Agent/Rep** |
| 3.9 | **Imagine Cars LLC**<br>**2401 S. Michigan Ave**<br>**Chicago, IL 60616-2301** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.33__<br>☐ Schedule G _____<br>**CT Corporation System, As Agent/Rep** |
| 3.10 | **Imagine Motorcycles LLC**<br>**2401 S. Michigan Ave**<br>**Chicago, IL 60616-2301** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.33__<br>☐ Schedule G _____<br>**CT Corporation System, As Agent/Rep** |
| 3.11 | **Invest In Tonight LLC**<br>**2401 S. Michigan Ave**<br>**Chicago, IL 60616-2301** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.33__<br>☐ Schedule G _____<br>**CT Corporation System, As Agent/Rep** |

Debtor 1  **Michael S. Helmstetter**                                           Case number *(if known)*   **19-28687**

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.12  **Joyhn Monroe, World Business Lender**
      **c/o Wm. Factor, FActor Law**
      **105 W. Madison, stuie 1500**
      **Chicago, IL 60602**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.59**
☐ Schedule G _____
**Mark Rooney**

---

3.13  **Karen DAly, Patrick Daly**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.59**
☐ Schedule G _____
**Mark Rooney**

---

3.14  **Kerri Fallon =-Helmstetter**
      **c/o C. Schmidgal**
      **6 W. 73rd Ave**
      **Merrillville, IN 46410**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.17**
☐ Schedule G _____
**Centier Bank**

---

3.15  **Kingdom Chevy**
      **2401 S. Michigan Ave**
      **Chicago, IL 60616-2301**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.33**
☐ Schedule G _____
**CT Corporation System, As Agent/Rep**

---

3.16  **New City Auto Group**
      **c/o JOrdan & Zito LLC**
      **55 EWst Monroe Suite 3600**
      **Chicago, IL 60603**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.72**
☐ Schedule G _____
**Nissan North America, Inc.**

---

3.17  **New City Historic Auto Row LLC**
      **Attn: Terry Gaouette, Reg Agent**
      **2401 S. Michigan Avenue**
      **Chicago, IL 60616**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.80**
☐ Schedule G _____
**Reyna Capital Corporation**

---

3.18  **New City Historic Auto Row LLC**
      **Attn: Terry Gaouette, Reg Agent**
      **2401 S. Michigan Avenue**
      **Chicago, IL 60616**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.12**
☐ Schedule G _____
**Benita Berke**

---

3.19  **New City Historic Auto Row LLC**
      **2401 S. Michigan Avenue**
      **Chicago, IL 60616-2301**

■ Schedule D, line   **2.1**
☐ Schedule E/F, line _____
☐ Schedule G _____
**ACE FUNDING / EAGLE PHILIPS**

---

| Debtor 1 | **Michael S. Helmstetter** | Case number *(if known)* | **19-28687** |

▮ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.20   **New City Historic Auto Row LLC**<br>**Attn: Terry Gaouette, Reg Agent**<br>**2401 S. Michigan Avenue**<br>**Chicago, IL 60616** | ■ Schedule D, line   __2.4__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Westlake Flooring Company LLC** |
| 3.21   **New City Historic Auto Row LLC**<br>**Attn: Terry Gaouette, Reg Agent**<br>**2401 S. Michigan Avenue**<br>**Chicago, IL 60616** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   __4.33__<br>☐ Schedule G _____<br>**CT Corporation System, As Agent/Rep** |
| 3.22   **New City Historic Auto Row LLC**<br>**c/o Terry Gaouette, Reg Agent**<br>**2401 S. Michigan Avenue**<br>**Chicago, IL 60616** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   __4.60__<br>☐ Schedule G _____<br>**Merchant Cash Cloud** |
| 3.23   **New City Historic Auto Row LLC**<br>**Attn: Terry Gaouette, Reg Agent**<br>**2401 S. Michigan Avenue**<br>**Chicago, IL 60616** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   __4.97__<br>☐ Schedule G _____<br>**Warranty Solutiions - Oak Group** |
| 3.24   **New City Historic Auto Row LLC**<br>**Attn: Terry Gaouette, Reg Agent**<br>**2401 S. Michigan Avenue**<br>**Chicago, IL 60616** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   __4.3__<br>☐ Schedule G _____<br>**Adrienne Berke** |
| 3.25   **New City Historic Auto Row LLC**<br>**Attn: Terry Gaouette, Reg Agent**<br>**2401 S. Michigan Avenue**<br>**Chicago, IL 60616** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   __4.75__<br>☐ Schedule G _____<br>**Oceantime LLC** |
| 3.26   **New City Historic Row LLC**<br>**c/o Terry Gaouette, Reg Agent**<br>**2401 S. Michigan Avenue**<br>**Chicago, IL 60616** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   __4.1__<br>☐ Schedule G _____<br>**2401 So. Michigan Building Corp** |

8/25/20 6:20PM

| Debtor 1 | **Michael S. Helmstetter** | Case number *(if known)* | **19-28687** |

| | **Additional Page to List More Codebtors** |
|---|---|

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.27 | **Steven Dobrofsky**<br>**3280 Oleander Way**<br>**Pompano Beach, FL 33062** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.72___<br>☐ Schedule G _____<br>**Nissan North America, Inc.** |
| 3.28 | **Temptation Trtransportation LLC**<br>**2401 S. Michigan Ave**<br>**Chicago, IL 60616-2301** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.33___<br>☐ Schedule G _____<br>**CT Corporation System, As Agent/Rep** |
| 3.29 | **Yamaha and Zero of Chicago Illinois**<br>**2401 S. Michigan Ave**<br>**Chicago, IL 60616-2301** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.33___<br>☐ Schedule G _____<br>**CT Corporation System, As Agent/Rep** |

2401 So. Michigan Building Corp
Maureen Joyce
1335 S. Prairie #2004
Chicago, IL 60605
.

Alfa Romeo & Fiat of Chicago
2401 S. Michigan Ave
Chicago, IL 60616-2301

Barclays Bank Delaware
100 West Street
Wilmington, DE 19801

2401 So. Michigan Building Corp
c/o Mauck & Baker LLC
1 N LaSalle St., Ste 600
Chicago, IL 60602

American Cycle Auto & Truck
Attn: Dan Martin
10095 N SR 55
Demotte, IN 46310

Beerman LLP
161 N Clark Street
Suite 3000
Chicago, IL 60601

2401 So. Michigan Building Corp
2401 S. Michigan Avenue
Chicago, IL 60611

Americus Capital LLC
Attn: Joseph P. Simon
2 N. LaSalle Street, Suite 1300
Chicago, IL 60602

Benetta Berke
36 W. Rankdolph
#701
Chicago, IL 60601

465 N. Park
465 N. Park Drive
Chicago, IL 60611

Amex/Bankruptcy
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998

Benita Berke
Johnson Legal Group LLC
140 S. Dearbern St #1510
Chicago, IL 60603

ACE FUNDING / EAGLE PHILIPS
dba Cash Cloud
20200 W. Dixie Hwy, Suite 802
Miami, FL 33180-1920

Amex/Bankruptcy
Po Box 8218
Mason, OH 45040

Bronswick Benjamin PC
Attn: Joseph A. Benjamin, CPA
8750 W. Bryn Mawr, Suite 650
Chicago, IL 60631

ADG
Attn: William H. Kelly, Partner
5810 W. 78th Street, Suite 300
Minneapolis, MN 55439

Askounis & Darcy, P.C.
Attn: Debra Devassy Babu
444 N. Michigan Avenue, Suite 3270
Chicago, IL 60611

Brown Udell Pomerants et al
Michael Pmerantz
225 W. Illinois St #300
Chicago, IL 60654

Adrienne Berke
c/o Johnson Legal Group
140 S. Dearborn ste 1510
Chicago, IL 60603

Automobile Mechanics' Local 701
Benefit Fund Office
361 S. Frontage Road, Suite 100
Burr Ridge, IL 60527

Brown, Udell, Pomerantz, & Delrah
Attn: Michael S. Pomerantz, Esq.
1332 N. Halsted, Suite 100
Chicago, IL 60642

Adrienne Berke
34 Far Hills Drive
Avon, CT 06001

Bank of America
4909 Savarese Circle
Fl1-908-01-50
Tampa, FL 33634

Bryan D. King
Brown, Udell, Pomerantz & Delrahim
225 W. Illinois Street, Suite 300
Chicago, IL 60654

Adrienne Berke
c/o richard Woodward Esq
200 E. 90th Drive
Merrillville, IN 46410

Bank of America
Po Box 982238
El Paso, TX 79998

Capital One/Carson
Attn: Bankruptcy Dept
Po Box 30285
Salt Lake City, UT 84130

ADS/COMENITY/MEIJERMC
9200 S. Western Avenue
Evergreen Park, IL 60805

Barclays Bank Delaware
POB 13337
Philadelphia, PA 19101

Capital One/Carson
Po Box 30253
Salt Lake City, UT 84130

Centier Bank
Attn:Collections
600 E 84th Ave
Merrillville, IN 46410

Citibank
Po Box 6217
Sioux Falls, SD 57117

County Mayo Corp. / Maureen Joy
1335 S. Prairie, #2004
1 N LaSalle St., Ste 600
Chicago, IL 60605


Centier Bank
600 E 84th Ave
Merrillville, IN 46410

Citibank
5800 Corporate PL
Sioux Falls, SD 57108-5027

County Mayo Corporation
c/o Mauck & Baker LLC
1 N LaSalle St., Ste 600
Chicago, IL 60602


Chase Card Services
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850

CNA National Warranty Company
PO Box 2840
Scottsdale, AZ 85252-2840

Credit Services
PO Box 1687 #2147
New York, NY 10040


Chase Card Services
Po Box 15369
Wilmington, DE 19850

Comenity Bank
PO Box 182789
Columbus, OH 43218

CT Corporation System, As Agent/
330 N. Brand Blvd
Suite 700 ATT
Glendale, CA 91203-2308


CHATHAM 8700 LLC
C/O KAREN DALY
10820 S. DREW ST.
Chicago, IL 60643

Comenity Bank/Carsons
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

Department Store National CRedit
Quantum3 Group LLC
PO Box 657
Kirkland, WA 98083-0657


Chatham 8700 LLC
c/o Karen Daly RA
10820 S. Drew St
Chicago, IL 60643

Comenity Bank/Carsons
Po Box 182789
Columbus, OH 43218

Discover Financial Services LLC
Attn: Bankruptcy Department
PO Box 15316
Wilmington, DE 19850


Chuhak & Tecson, PC
Attn: David B. Shiner
30 S. Wacker Drive, Suite 2600
Chicago, IL 60606

Commonewealth Edison
3 Lincoln Centre
Villa Park, IL 60181

Diversified Consultant
DCI
Po Box 551268
Jacksonville, FL 32255


Citibank
5800 S. Corporate Place
Po Box 790034
Sioux Falls, SD 57108-5027

Community Tax, LLC
17 N. State Street
Suite 210
Chicago, IL 60602

Eagle Phillips LLC
dba Merchant Cash Cloud
5757 NW 151st Street
Miami Lakes, FL 33014


Citibank
5800 S. Corporate Place
Sioux Falls, SD 57108-5027

Consumer Services Corp.
POB 801
#6873
New York, NY 10001

FCA
901 Warrenville Road
Suite 550
Lisle, IL 60532


Citibank
Attn: Recovery/Centralized Bankruptcy
Po Box 790034
St Louis, MO 63179

Consumer Services, Inc.
3780 Old Norcross Road
Suite 103
Duluth, GA 30096-1741

FCA
c/o The Rubin Law Firm, PLLC
90 Broad Street, 16th Floor
New York, NY 10004

FCA US LLC
c/o Quarles & Brady LLP
300 N. LaSalle Street, Suite 4000
Chicago, IL 60654

FCA US LLC
Quarles & Brady  -- Charles Harper
300 N. LaSAlle St.  #4000
Chicago, IL 60654

Fort Worth Brothers Automotive
c/oBurke Warren MacKay & Serritella
330 N. Wabash Avenue, 21st Floor
Chicago, IL 60611

Fort Worth Brothers Automotive LLC
d/b/a Alfa Romeo Fiat of Fort Worth
400 W Loop 820 S
Fort Worth, TX 76108

Fort Worth Brothers Automotive LLC
c/o Burke Warren & Mackay
330 N. Wabash, #2100
Chicago, IL 60611

Fox Rothschild LLP
Attn: David Doyle
321 N. Clark Street, Suite 800
Chicago, IL 60654

Franklin, Perry & White
c/o FActor Law, Thomas H. Griseta
105 W. Madison, suite 1500
Chicago, IL 60602

Ft. Worth Brothere Automotice LLC
c.o burke WArren McKay Serritella
330 N. Wabash  21st Floor
Chicago, IL 60611

Gaouetter & Associates
8021 Greanmeadow Lane
Greendale, WI 53129

Gordon E. Gouveia II
Fox Rothschild LLP
321 North Clark Street, Suite 800
Chicago, IL 60654

ILL. DEPT. REVENUE
PO BOX 19038
Springfield, IL 62794-9035

ILL. DEPT. REVENUE
PO BOX 19035
Springfield, IL 62794-9035

Illinois Department of Revenue
Bankruptcy Unit
PO Box 19035
Springfield, IL 62794-9035

Illinois Secretary of State Police
103 Roosevelt Rd
Villa Park, IL 60181

Illinois State Disbursement Unit
PO Box 5400
Carol Stream, IL 60197-5400

Imagination KIA
2401 S. Michigan Ave
Chicago, IL 60616-2301

Imagine Cars LLC
2401 S. Michigan Ave
Chicago, IL 60616-2301

Imagine Motorcycles LLC
2401 S. Michigan Ave
Chicago, IL 60616-2301

Insight Tax Group
4520 Dixie Highway NE
Palm Bay, FL 32905

Invest In Tonight LLC
2401 S. Michigan Ave
Chicago, IL 60616-2301

IRS
PO BOX 7346
Philadelphia, PA 19101-7346

James Jacob Lessmeister
Lessmeister & Associates
105 W. Adams, Suite 2020
Chicago, IL 60603

Jennifer Prokop
Office of the U.S. Trustee
100 E. Wayne Street, Suite 555
South Bend, IN 46601

Joel F. Handler
Law Office of Joel Handler
1 E. Wacker Drive, Suite 510
Chicago, IL 60601

Johnson & Krol, LLC
Attn: Jeffrey A. Krol, Esq.
311 S. Wacker Drive, Suite 1050
Chicago, IL 60606

Jonathan William Young
Lock Lord LLP
111 South Wacker Drive
Chicago, IL 60606

JOrdan & Zito
Attn: Gregory J. Jordan, Esq.
55 W. Monroe Street, Suite 3600
Chicago, IL 60603

Jordan & Zito LLC
Attn: Mark R. Zito, Esq.
55 W. Monroe Street
Chicago, IL 60603

Joyhn Monroe, World Business Len
c/o Wm. Factor, FActor Law
105 W. Madison, stuie 1500
Chicago, IL 60602

Karen DAly, Patrick Daly

Leventeld Pearlstein LLC
2 N. LaSalle St, #1300
Chicago, IL 60602

Midwest Orthopaedics at Rush
1611 W. Harrison Street
Chicago, IL 60612

Kerri Fallon
1741a Beachview Court
180 N. La Salle Street, Suite 3700
Crown Point, IN 46307

Levin & Associates
180 North LaSalle Street
Suite 1822
Chicago, IL 60601

Molzahn Rocco Rouse Berge
20 N. Clark Street, Suite 2300
Chicago, IL 60602

Kerri Fallon =-Helmstetter
c/o C. Schmidgal
6 W. 73rd Ave
Merrillville, IN 46410

Lyman Law Firm
227 West Monroe Street
Suite 2650
Chicago, IL 60606

Nancy J. Gargula, UST
100 East Wayne Street
5th Floor
South Bend, IN 46601-2349

Kingdom Chevrolet, Inc.
c/o Karr Herschman Eggert LLP
150 N. Wacker Drive, Suite 940
Chicago, IL 60606

Macys
POB 183083
Columbus, OH 43085

Navy FCU
Attn: Bankruptcy Dept
Po Box 3000
Merrifield, VA 22119

Kingdom Chevy
2401 S. Michigan Ave
Chicago, IL 60616-2301

Manatt Phelps & Phillips, LLP
151 N. Franklin Street
Suite 2600
Chicago, IL 60606

Navy FCU
820 Follin Lane
Vienna, VA 22180

Kohls/Chase Payment Center
POB 2983
Milwaukee, WI 53201-2983

Mark Rooney
c/o David Axelrod & Associates
20 S. Clark Street, Suite 1800
Chicago, IL 60603

New City Auto Group
c/o JOrdan & Zito LLC
55 EWst Monroe Suite 3600
Chicago, IL 60603

Last Chance Funding Inc.
aka The LCF Group
411 Hempstead Turnpike, Suite 101
West Hempstead, NY 11552

Mauck & Baker LLC
Attn: Whitman H. Brisky
1 N LaSalle St., Ste 600
Chicago, IL 60602

New City Auto Group, Inc.
1301 U.S. Highway 41
Schererville, IN 46375

Laura Lantry fka Laura Helmstettler
c/o Levine Wittenberg Shugan & Scha
18400 Maple Creek Drive
Tinley Park, IL 60477

Merchant Cash Cloud
5757 NW 151st Street
Miami Lakes, FL 33014

New City Historic Auto Row LLC
c/o Terry Gaouette, Reg Agent
2401 S. Michigan Avenue
Chicago, IL 60616

LCA Bank Corporation
c/o Seth R. Buitendorp (AMG)
7900 Broadway
Merrillville, IN 46410

Merchants Credit Guide Co
223 West Jackson Boulevard
Suite 700
Chicago, IL 60606

New City Historic Auto Row LLC
Attn: Terry Gaouette, Reg Agent
2401 S. Michigan Avenue
Chicago, IL 60616

Lessmeister & Samad PLLC
55 W., Wacker Dr., ste 1400
Chicago, IL 60601

Michael C. Moody, Esq.
O'Rourke & Moody
55 W. Wacker Drive, Suite 1400
Chicago, IL 60601

New City Historic Auto Row LLC
2401 S. Michigan Avenue
Chicago, IL 60616-2301

New City Historic Row LLC
c/o Terry Gaouette, Reg Agent
2401 S. Michigan Avenue
Chicago, IL 60616

Reyna Capital Corporation
One Reynolds Way
Kettering, OH 45430

Steven Dobrofsky
3280 Oleander Way
Pompano Beach, FL 33062

Nissan Infiniti LT
PO Box 390889
Minneapolis, MN 55439

Richard Ruscitti
c/o Levenfeld Pearlstein LLC
2 N. LaSalle Street, Suite 1300
Chicago, IL 60602

Swope Law Offices LLC
833 W. Lincoln Hwy
305 W
Schererville, IN 46375

Nissan North America, Inc.
c/o Tripp Scott. P.A.
110 S.E. 6th Street, Suite 1500
Fort Lauderdale, FL 33301

Ridgestone Bank
500 Elm Grove Road
Suite 102
Elm Grove, WI 53122

Syncb/PPC
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

O'Rourke LLP
Attn: Michael C. Moody, Esq.
55 W. Wacker Drive, Suite 1400
Chicago, IL 60601

Robertson Anschultz & Schneid
6409 Congress Ave, Ste 100
Boca Raton, FL 33487

Syncb/PPC
Po Box 965005
Orlando, FL 32896

O'Rourke& Moody
Attn: Michael C. Moody, Esq.
55 W. Wacker Drive, Suite 1400
Chicago, IL 60601

Rush Univewrsity Medical Center
Patient Financial Services
PO Box 4075
Carol Stream, IL 60197-4075

Syncb/sams Club Dc
PO Box 965005
Orlando, FL 32896

Oceantime LLC
c/o Johnson Legal Group
140 S. Dearborn st, #1510
Chicago, IL 60603

Santander Bank, N.A.
c/o Askounis & Darcy, P.C.
444 N. Michigan Avenue, Suite 3270
Chicago, IL 60611

Synchrony Bank/Care Credit
POB 965036
Orlando, FL 32896

Paint-A-Pole
c/o David M. Zerante, Esq.
30 W. Lincoln Hwy
Chicago Heights, IL 60411

Scott Kindybaylk
5859 N. Kirby Avenue
Chicago, IL 60646

Tammy Paternoster
17 W. 766 Lowell Lane
Villa Park, IL 60181

Patrick Daly
c/o Daniel G. Berry, Esq.
3012 W 111th Street
Chicago, IL 60655

Self Help Credit Union
645 E. 87th Street
Chicago, IL 60619

Temptation Trtansportation LLC
2401 S. Michigan Ave
Chicago, IL 60616-2301

Pearl Capital Business Funding, LLC
525 Washington Blvd
22nd Floor
Jersey City, NJ 07310

Steven Dobrofsky
dba Steven Dobrovsky
3208 NE 10th Street
Pompano Beach, FL 33062

Terry Gaouette
728 Diamond Lake Road
Mundelein, IL 60060

Premium Business Solutions
8019 N. HImes
Tampa, FL 33611

Steven Dobrofsky
dba Steven Dobrovsky
3280 Oleander Way
Lauderdale By the Sea, FL 33062

Todd E. Feiwell PC
20 N Clark Street
Suite 3300
Chicago, IL 60602

Trade River USA
401 E. Pratt Street
Baltimore, MD 21202

Zavella Inernists, SC
PO Box 64568
Suite 204
Phoenix, AZ 85082-4568

Tripp Scott, P.A.
Charles M. . Tatelbaum
110 S.E. 6th Street, Suite 1500
Fort Lauderdale, FL 33301

US Bank/RMS CC
Attn: Bankruptcy
Po Box 5229
Cincinnati, OH 45201

US Bank/RMS CC
Cb Disputes
Saint Louis, MO 63166

Warranty Solutiions - Oak Group
dba Warranty Solutions Mngt Corp
7125 W. Jefferson Avevnue, S-200
Denver, CO 80235

West Lake Financial Services
4751 Wilshire Blvd.
Suite 100
Los Angeles, CA 90010

Western Avenue Nissan
c/o Levenfeld Pearlstein
2 N. LaSalle St  #1300
Chicago, IL 60602

Westlake Flooring Company LLC
4751 Wilshire Blvd.
Suite 100
Los Angeles, CA 90010-3847

Yamaha and Zero of Chicago Illinois
2401 S. Michigan Ave
Chicago, IL 60616-2301

Zavella Inernists, SC
4200 Cantera Drive
Suite 204
Warrenville, IL 60555

01/2012

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

IN RE:

     **Michael S. Helmstetter**

)
)   Case No. **19-28687**
)   Chapter **7**
)

Debtor(s)

)

## DECLARATION REGARDING ELECTRONIC FILING
## FOR DOCUMENTS FILED AFTER PETITION

Re:   **Amended Summary of Assets and Liabilities, Amended Schedules A - H, Amended Sofa, Amended Creditor Matrix**

(Specify Document)

I (We), **Michael S. Helmstetter** and , the undersigned individual(s), hereby declare under penalty of perjury that I have reviewed the **Amended Summary of Assets and Liabilities, Amended Schedules A - H, Amended Sofa, Amended Creditor Matrix** being filed simultaneously with this Declaration and that the information therein is true and correct.

**Michael S. Helmstetter**

Printed or Typed Name of Debtor or Other Person

Printed or Typed Name of Joint Debtor

Signature of Debtor or Other Person

Signature of Joint Debtor

**August 25, 2020**

Date

Date