IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Bankruptcy Case No. 19-28687 |
| MICHAEL HELMSTETTER, ) | Chapter 7 |
| ) | Judge Jacqueline P. Cox |
| Debtor. ) | |

**CERTIFICATE OF SERVICE**

TO:   See the attached service list

I, the undersigned, an attorney, hereby state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, caused a copy of the attached **Amended: Schedules A/B, C, D, E/F, G, H, Exhibit to Amended Schedule B, Statement of Financial Affairs, Summary of Assets and Liabilities, and Creditor Matrix,** to be served on all persons set forth on the attached service list and identified as Registrants through the Court's Electronic Notice for Registrants and, as to all other persons on the attached Service List by mailing a copy of same in an envelope properly addressed and with postage fully prepaid and by depositing same in the U.S. Mail, Lisle, Illinois on or before August 28, 2020.

/s/ Richard L Hirsh

Richard L. Hirsh
RICHARD L. HIRSH, P.C.
1500 Eisenhower Lane, #800
Lisle, IL 60532
630.434.2600
richard@bankruptcy-dupage.com
Attorney #1225936

# SERVICE LIST

## *via U.S. First Class Mail*

465 N. Park
465 N. Park Drive
Chicago, IL 60611-0003

ADG
Attn: William H. Kelly, Partner
5810 W 78th St Suite 300
Minneapolis MN 55439-2614

ADS/COMENITY/MEIJERMC
9200 S. Western Avenue
Evergreen Park, IL 60805-2500

Adrienne Berke
34 Far Hills Drive
Avon, CT 06001-2877

Adrienne Berke
36 W. Randolph Street
Suite 701
Chicago, IL 60601-3502

Alfa Romeo & Fiat of Chicago
2401 S. Michigan Ave
Chicago, IL 60616-2301

American Cycle Auto & Truck
Attn Dan Martin
10095 N SR 55
Demotee IN 46310-9674

Americus Capital LLC
Attn: Joseph P. Simon
2 N. LaSalle Street, Suite 1300
Chicago, IL 60602-3709

Amex/Bankruptcy
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998-1540

Amex/Bankruptcy
Po Box 8218
Mason, OH 45040-8218

Automobile Mechanics' Local 701
Benefit Fund Office
361 S. Frontage Road, Suite 100
Burr Ridge, IL 60527-6162

Bank of America
4909 Savarese Circle
Fl1-908-01-50
Tampa, FL 33634-2413

BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Barclays Bank Delaware
100 West Street
Wilmington, DE 19801-5015

Barclays Bank Delaware
POB 13337
Philadelphia, PA 19101-3337

Beerman LLP
161 N Clark Street
Suite 3000
Chicago, IL 60601-3346

Benita Berke
36 W. Randolph Street
Unit 701
Chicago, IL 60601-3502

Bronswick Benjamin PC
Attn: Joseph A. Benjamin, CPA
8750 W. Bryn Mawr, Suite 650
Chicago, IL 60631-3668

Brown, Udell, et al.
Michael S. Pomerantz, BUPD Law
225 W. Illinois Street, Suite 300
Chicago, IL 60654-7902

Brown, Udell, et al.
Attn: Michael S. Pomerantz, Esq.
1332 N. Halsted, Suite 100
Chicago, IL 60642-2637

Brown, Udell, et al.
Attn: Michael S. Pomerantz, Esq.
225 W. Illinois Street, Suite 300
Chicago, IL 60654-7902

Bryan D. King
Brown, Udell, et al.
225 W. Illinois Street
Chicago, IL 60654-8369

CNA National Warranty Company
PO Box 2840
Scottsdale AZ 85252-2840

CT Corp System, As Agent/Rep
330 N. Brand Blvd
Suite 700 ATT
Glendale, CA 91203-2308

Capital One/Carson
Attn: Bankruptcy Dept
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One/Carson
Po Box 30253
Salt Lake City, UT 84130-0253

JPMorgan Chase Bank NA
Bankruptcy Mail Intake Team
700 Kansas Lane Floor 01
Monroe LA 71203-4774

Chuhak & Tecson PC
Attn David B Shiner
30 S Wacker Drive Suite 2600
Chicago IL 60606-7512

Chuhak & Tecson, P.C.
Attn: Mitchell D. Weinstein, Pres.
30 S. Wacker Drive, Suite 2600
Chicago, IL 60606-7512

Citibank
Attn: Recovery/Cent Bankruptcy
Po Box 790034
St Louis, MO 63179-0034

Citibank
Po Box 6217
Sioux Falls, SD 57117-6217

Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD 57108-5027

Comenity Bank
PO Box 182789
Columbus, OH 43218-2789

Comenity Bank/Carsons
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

Comenity Bank/Carsons
Po Box 182789
Columbus, OH 43218-2789

Commonwealth Edison
3 Lincoln Centre
Villa Park IL 60181-4204

Community Tax, LLC
17 N. State Street
Suite 210
Chicago, IL 60602-3560

Consumer Services Corp.
POB 801
#6873
New York, NY 10001

Consumer Services, Inc.
3780 Old Norcross Road
Suite 103
Duluth, GA 30096-1762

Credit Services
PO Box 1687 #2147
New York, NY 10040

Cutler Law Firm P.C
AttnL Robert C. Gainer Esq
1307 50th St
West Des Moines, IA 50266-1782

Department Stores National Bank
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA 98083-0657

Discover Financial Services LLC
Po Box 3025
New Albany OH 43054-3025

Diversified Consultant
DCI
PO Box 551268
Jacksonville, FL 32255-1268

Eagle Phillips LLC
20200 W. Dixie Hwy
Suite 802
Miami, FL 33180-1920

Eagle Phillips LLC
dba Cash Cloud
20200 W Dixie Hwy Suite 802
Miami FL 33180-1920

FCA US LLC
c/o Quarles & Brady LLP
300 N. LaSalle Street, Suite 4000
Chicago, IL 60654-3422

Fort Worth Brothers Automotive
c/o Burke Warren et al.
330 N. Wabash Avenue, 21st Floor
Chicago, IL 60611-3586

Fort Worth Bros Automotive LLC
c/o Burke Warren & Mackay
330 N. Wabash, #2100
Chicago, IL 60611-3673

Fort Worth Bros Automotive LLC
d/b/a Alfa Romeo Fiat of Ft Worth
400 W Loop 820 S
Fort Worth, TX 76108-2679

Fox Rothschild LLP
Attn: David Doyle
321 N. Clark Street, Suite 800
Chicago, IL 60654-4766

Gaouetter & Associates
8021 Creanmeadow Lane
Greendale WI 53129

Gordon E. Gouveia II
Fox Rothschild LLP
321 North Clark Street, Suite 800
Chicago, IL 60654-4766

Illinois Department of Revenue
Bankruptcy Unit
PO Box 19035
Springfield IL 62794-9035

Illinois Secretary of State Police
103 Roosevelt Rd
Villa Park IL 60181-3551

Illinois State Disbursement unit
PO Box 5400
Carol Stream IL 60197-5400

Imagination KIA
2401 S. Michigan Ave
Chicago, IL 60616-2301

Imagine Cars LLC
2401 S. Michigan Ave
Chicago, IL 60616-2301

Imagine Motorcycles LLC
2401 S. Michigan Ave
Chicago, IL 60616-2301

Insight Tax Group
4520 Dixie Highway NE
Palm Bay FL 32905-4343

Internal Revenue Service
Centralized Insolvency
Operation
PO Box 7346

Philadelphia PA 19101-7346
Invest In Tonight LLC
2401 S. Michigan Ave
Chicago, IL 60616-2301

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, et al.
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

James Jacob Lessmeister
Lessmeister & Associates
105 W. Adams, Suite 2020
Chicago, IL 60603-6214

Jennifer Prokop
Office of the U.S. Trustee
100 E. Wayne Street, Suite 555
South Bend, IN 46601-2394

Joel F. Handler
Law Office of Joel Handler
1 E. Wacker Drive, Suite 510
Chicago, IL 60601-2005

Johnson & Krol, LLC
Attn: Jeffrey A. Krol, Esq.
311 S. Wacker Drive, Suite 1050
Chicago, IL 60606-6603

Jonathan William Young
Lock Lord LLP
111 South Wacker Drive
Chicago, IL 60606-4302

Jordan & Zito LLC
Attn Gregory J Jordan Esq
55 W Monroe St Suite 3600
Chicago IL 60603-5026

Jordan & Zito LLC
Attn: Mark R. Zito, Esq.
55 W. Monroe Street
Chicago, IL 60603-5026

Kohls/Chase Payment Center
POB 2983
Milwaukee, WI 53201-2983

LCA Bank Corporation
c/o Seth R. Buitendorp (AMG)
7900 Broadway
Merrillville, IN 46410-5524

Last Chance Funding Inc.
aka The LCF Group
411 Hempstead Turnpike, Ste 101
West Hempstead, NY 11552-1350

Laura Lantry fka Laura
Helmstetler
c/o Levine Wittenberg et al.
18400 Maple Creek Drive
Tinley Park, IL 60477-2976

Lessmeister & Samad PLLC
55 W. Wacker Dr.
STE 1400
Chicago, IL 60601-1799

Levin & Associates
180 North LaSalle Street
Suite 1822
Chicago, IL 60601-2604

Lyman Law Firm
227 West Monroe Street
Suite 2650
Chicago, IL 60606-5081

Macys
POB 183083
Columbus, OH 43218-3083

Manatt Phelps & Phillips, LLP
151 N. Franklin Street
Suite 2600
Chicago, IL 60606-1939

Mark Rooney
c/o David Axelrod & Associates
20 S. Clark Street, Suite 1800
Chicago, IL 60603-1841

Merchant Cash Cloud
5757 NW 151st St
Miami Lakes FL 33014-2482

Merchants Credit Guide Co
223 West Jackson Boulevard
Suite 700
Chicago, IL 60606-6914

Michael C. Moody, Esq.
O'Rourke & Moody
55 W. Wacker Drive, Suite 1400
Chicago, IL 60601-1799

Midwest Orthopaedics at Rush
1611 W. Harrison Street
Chicago, IL 60612-4861

Molzahn Rocco Rouse Berge
20 N. Clark Street, Suite 2300
Chicago, IL 60602-4377

Nancy J. Gargula, UST
100 East Wayne Street
5th Floor
South Bend, IN 46601-2349

Navy FCU
820 Follin Lane
Vienna, VA 22180-4907

Navy FCU
Attn: Bankruptcy Dept
Po Box 3000
Merrifield, VA 22119-3000

New City Auto Group, Inc.
1301 U.S. Highway 41
Schererville, IN 46375-1313

New City Historic Auto Row LLC
2401 S. Michigan Avenue
Chicago, IL 60616-2301

New City Historic Auto Row LLC
Attn: Terry Gaouette, Reg Agent
2401 S. Michigan Avenue
Chicago, IL 60616-2301

New City Historic Auto Row LLC
c/o Terry Gaouette, Reg Agent
2401 S. Michigan Avenue
Chicago, IL 60616-2301

New City Nissan
dba Primetime Nissa
c/o Jordan & Zito LLC
55 W. Monroe Street, Suite 3600
Chicago, IL 60603-5026

Nissan Infiniti LT
PO Box 390889
Minneapolis, MN 55439

O'Rourke LLP
Attn: Michael C. Moody, Esq.
55 W. Wacker Drive, Suite 1400
Chicago, IL 60601-1799

O'Rourke& Moody
Attn: Michael C. Moody, Esq.
55 W. Wacker Drive, Suite 1400
Chicago, IL 60601-1799

Oak Group
dba Warranty Solutions Mngt Corp
7125 W Jefferson Ave S-200
Denver CO 80235-2333

Oceantime LLC
3208 NE 10th Street
Pompano Beach, FL 33062-3908

Paint-A-Pole
c/o David M. Zerante, Esq.
30 W. Lincoln Hwy
Chicago Heights, IL 60411-2617

Patrick Daly
c/o Daniel G. Berry, Esq.
3012 W 111th Street
Chicago, IL 60655-2239

Pearl Capital Business
Funding, LLC
525 Washington Blvd
22nd Floor
Jersey City, NJ 07310-2606

Premium Business Solutions
8019 N. HImes
Tampa, FL 33614-2761

Reyna Capital Corporation
One Reynolds Way
Kettering, OH 45430-1586

Ridgestone Bank
500 Elm Grove Road
Suite 102
Elm Grove WI 53122-2546

Robert Gainer, Esq.
Cutler Law Firm, P.C.
1307 50th Street
West Des Moines, IA
50266-1699

Rush University Medical
Center
Patient Financial Services
PO Box 4075
Carol Stream IL 60197-4075

Scott Kindybaylk
5859 N. Kirby Avenue
Chicago, IL 60646-6626

Self Help Credit Union
645 E 87th St
Chicago IL 60619-6101

Steven Dobrofsky
dba Steven Dobrovsky
3208 NE 10th Street
Pompano Beach, FL
33062-3908

Steven Dobrofsky
dba Steven Dobrovsky
3280 Oleander Way
Lauderdale By the Sea, FL
33062-6808

Swope Law Offices LLC
833 W. Lincoln Hwy 305 W
Schererville, IN 46375-1651

Syncb/PPC
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

Syncb/PPC
PO Box 965005
Orlando, FL 32896-5005

Syncb/sams Club Dc
PO Box 965005
Orlando, FL 32896-5005

Synchrony Bank/Care Credit
POB 965036
Orlando, FL 32896-5036

2

## SERVICE LIST

Tammy Paternoster
17 W 766 Lowell Lane
Villa Park IL 60181-3726

Temptation Trtansportation LLC
2401 S. Michigan Ave
Chicago, IL 60616-2301

Terry Gaouette
728 Diamond Lake Road
Mundelein, IL 60060-3501

Todd E. Feiwell PC
20 N Clark Street
Suite 3300
Chicago, IL 60602-5089

Trade River USA
401 E Pratt St
Baltimore MD 21202-3117

US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

US Bank/RMS CC
CB Disputes
Saint Louis, MO 63166

WBL SPO I, LLC
c/o Plunkett Cooney PC
221 N. LaSalle St, Suite 1550
Chicago, IL 60601-1224

West Lake Financial Services
4751 Willshire Blvd
Suite 100
Los Angeles CA 90010-3847

West Town Bt
7820 West 26th Street
North Riverside, IL 60546-1599

Western Avenue Nissan
c/o Karr Eggert LLP
180 N. LaSalle Street, Suite 3700
Chicago, IL 60601-2809

Western Avenue Nissan
c/o Levenfeld Pearlstein
2 N. LaSalle Street, Suite 1300
Chicago, IL 60602-3709

Westlake Flooring Company LLC
4751 Wilshire Blvd. Suite 100
Los Angeles, CA 90010-3847

World Business Lenders
101 Hudson St 33rd Floor
Jersey City, NJ 07302-3905

World Business Lenders
c/o William Jeffrey Factor
105 W. Madison
Chicago, IL 60602-4602

Yamaha and Zero of Chicago IL
2401 S. Michigan Ave
Chicago, IL 60616-2301

Zavella Inernists SC
4200 Cantera Drive Suite 204
Warrenville IL 60555-3040

Michael S. Helmstetter
PO Box 1092
Safety Harbor, FL 34695-1092\\

Eagle Phillips LLC
dba Merchant Cash Cloud
5757 NW 151st St
Miami Lakes FL 33014-2482

FCA
901 Warrenville Rd
Suite 550
Lisle IL 60532-4309

FCA
c/o The Rubin Law Firm PLLC
90 Broad St 16th Fl
New York NY 10004-2205

Franklin, Perry & White
c/o Factor Law, Thomas H Griseta
105 W Madison Suite 1500
Chicago IL 60602-4602

Franklin, Perry, & Willis LLC
105 W. Madison St., Suite 1500
Chicago, IL 60602-4602

ILL Dept of Revenue
PO Box 19038
Springfield IL 62794-9038

Joyhn Monroe
World Business Lender
c/o Wm Factor Factor Law
105 W Madison Suite 1500
Chicago IL 60602-4602

Karen Daly & Patrick Daly
c/o Daniel G. Berry, Esq.
3012 W 111th Street
Chicago, IL 60655-2239

Kerri Fallon
1741a Beachview Court
180 N LaSalle St Suite 3700
Crown Point IN 46307

Kerri Fallon Helmstetter
c/o C. Schmidgal
Merrillville IN 46410

New City Auto Group
c/o Jordan & Zito LLC
55 EWst Monroe Suite 3600
Chicago IL 60603

Oceantime LLC
c/o Johnson Legal Group, LLC
140 S. Dearborn St, Suite 1510
Chicago, IL 60603-5214

Robertson Anschultz & Schneid
6409 Congress Ave Ste 100
Boca Raton FL 33487-2853

Western Avenue Nissan
Kingdom Chevrolet, Inc
c/o Levenfeld Pearlstein
2 N. LaSalle Street, Suite 1300
Chicago, IL 60602-3709

Zavella Inernists, SC
PO Box 64568
Suite 204
Phoenix AZ 85082-4568

3