# Curriculum Vitae

## Nick Tancredi, J.D. MLT, CFE

### Attorney/Consultant – 1992 to present

Private practice, Law Offices of Nicola S. Tancredi, concentrating in general corporate law; litigation and internal investigations.

President/CEO, NFC International, Inc., consulting in corporate and financial systems reviews, internal investigations, fraud examinations, and profit recovery audit activities

### Special Counsel/Director, Special Remedies Unit, Defense Logistics Agency Department of Defense - 1988 to 1992

Supervised multi-disciplinary team of experts in contract management, accounting, finance, law and logistics to evaluate and address sensitive or complex contract and logistics matters for DOD activities, other Federal agencies and US Allies.

At the request of the State Department detailed to assist the United Kingdom Department of Procurement, British Embassy, Washington, D.C.

### ACTING REGIONAL COUNSEL, Primary Staff, Defense Contract Administration Services Region, New York – 1990 to 1991

Concurrently held a primary staff position for this contract management activity with responsibility for the management of approximately $140 billion of ongoing contract activity conducted by corporations headquartered in the New York Region for the Department of Defense, other Federal agencies and American allies.

### Chief Litigation/Fraud Counsel, Defense Contract Administration Services Region, Chicago – 1986 to1988

Senior Litigation Counsel for Defense Contract Administration Activity with responsibility for over $20 billion in ongoing service and supply contracts. Supervised region fraud enforcement program. Conducted liaison with Department of Justice, DOD components and investigative activities.

### Special Assistant, Command Counsel, Army Materiel Command - 1984 to 1986.

Reporting to the SES VI Command Counsel of the major procurement activity ($50 billion annually) for the US Army, implemented and supervised first civil fraud recovery program in the Department of the Army. Achieved recoveries in excess of $14 million in first two years of operation.

**Professional certifications**

MLT, Masters of Laws in Taxation, Georgetown University
JD, Licensed to practice in Illinois; Editorial Board Member, DePaul Law Review
CMI, Chicago Management Institute, University of Chicago,
   Booth Graduate School of Business
CFE, Association of Certified Fraud Examiners

**Relevant Military Service**

**Headquarters, Army Criminal Investigation Command - 1981 to 1984**

> One of four senior legal advisors at Headquarters, US Army Criminal Investigation Command. Conducted liaison with Departments of Justice, Defense, Treasury, State, and investigative activities of other Federal agencies, state agencies and US allies, as needed. Awarded Army Meritorious Service Medal for participating in the most sensitive and complex economic and financial crime investigations conducted by the Command

**Chief Trial Attorney, 32d Army Air Defense Command – 1978 to 1981**

> **Chief Prosecutor for a major US Army European command. Tried to verdict over 30 jury trials and hundreds of bench trials.**

**Relevant Education:**

Post Graduate Seminars, Harvard Program on Negotiation, Harvard Law School
CMI Program, Booth Graduate School of Business, University of Chicago
Masters of Law in Taxation, Georgetown University
The Judge Advocate General's School, Basic, University of Virginia
The Judge Advocate General's School Advanced, University of Virginia
Juris Doctorate, DePaul University (admitted in Illinois)

**Other Honors:**
Editorial Board, DePaul Law Review (1976-1977), DePaul University College of Law
Alumni Advisory Board, Harvard Law School Program on Negotiation 1990-1992.
Federal Employee of the Year (Chicago Region), 1989
Exceptional Civilian Service Award, Defense Logistics Agency
Meritorious Civilian Service Award, Defense Logistics Agency
Meritorious Service Medal, Department of the Army

| Contact Information: | Law Offices of Nicola S. Tancredi<br>Two No. TransAm Plaza Dr.,<br>Suite 250<br>Oakbrook Terrace, Il 60181<br>Office: (630) 530-0567<br>email: ntancredilaw@gmail.com | NFC International Inc.<br>105 S. Roselle Rd.<br>Suite 102<br>Schaumburg, Il 60193<br>Office: (312) 341-9227 |



# THE UNITED STATES OF AMERICA

TO ALL WHO SHALL SEE THESE PRESENTS, GREETING: THIS IS TO CERTIFY THAT THE PRESIDENT OF THE UNITED STATES OF AMERICA AUTHORIZED BY EXECUTIVE ORDER, 16 JANUARY 1969 HAS AWARDED

## THE MERITORIOUS SERVICE MEDAL

TO          CAPTAIN NICOLA S. TANCREDI

FOR meritorious service during the period 5 May 1981 to 18 June 1984, while serving as Assistant Staff Judge Advocate, Headquarters, United States Army Criminal Investigation Command. Captain Tancredi has served with distinction, consistently providing high quality legal advice to all elements of the command, especially in connection with the most complex economic crime investigations conducted by the command. In such cases, he was routinely called upon to provide effective liaison with senior officials at the Department of Justice, Defense, and the Army. Captain Tancredi's dedication and devotion to duty reflect the utmost credit upon himself, the United States Army Criminal Investigation Command and the military service.

GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON
THIS    18th    DAY OF    June    19 84

_[signature]_
Major General, USA
Commanding

_[signature]_ John O. Marsh, Jr.
SECRETARY OF THE ARMY

DA FORM 4980-12, APR 81



# DEFENSE LOGISTICS AGENCY

## PRESENTS THE

## EXCEPTIONAL CIVILIAN SERVICE AWARD

### TO

### NICOLA S. TANCREDI

## CITATION

In recognition for his exceptional performance during the investigation, suspension and debarment hearings, negotiation, and settlement of the Sundstrand Corporation Case. His efforts resulted in the U.S. Government recouping over $62 million in repayment of contractor overcharges. He is a credit to the Department of Defense, the Defense Logistics Agency, and the Defense Contract Administration Services Region Chicago.

17 July 1989

Charles Mc Causland
DIRECTOR, DEFENSE LOGISTICS AGENCY



# DEFENSE LOGISTICS AGENCY
# MERITORIOUS CIVILIAN SERVICE AWARD

### PRESENTED TO

### NICOLA S. TANCREDI

### CITATION

Mr. Nicola Tancredi is hereby awarded the DLA Meritorious Civilian Service Award for exceptional meritorious service while serving as Acting Counsel, Defense Contracts Administration Services Region, New York. He improved productivity by creating positions that better served the needs of the region, and formulated the strategy for negotiations with a major contractor to recover potential overpayment of $141.7 million. His outstanding accomplishments and personal dedication reflect great credit upon himself, and the Defense Logistics Agency.

**29 JAN 1990**



JOHN M. THOMSON
BRIGADIER GENERAL, USA
COMMANDER