IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Bankruptcy Case No. 19-28687 |
| MICHAEL HELMSTETTER, ) | Chapter 7 |
| ) | Judge Jacqueline P. Cox |
| Debtor. ) | |

## NOTICE OF FILING

TO:   See attached Service List

PLEASE TAKE NOTICE that on August 31, 2020, the undersigned caused to be filed via ECF with the Clerk of the Bankruptcy Court for the Northern District of Illinois, Eastern Division, **Objection to Chapter 7 Trustee's Motion for Approval of Settlement of Disputes With Kingdom Chevrolet, Inc., and Richard Ruscitti and Transfer of At Least 33% of Shares of Stock of Kingdom Chevrolet Inc., 25% of Shares of South Chicago Nissan d/b/a Western Avenue Nissan to Kingdom Chevrolet, Inc And to Limit Notice to Twenty Largest Creditors**, copy of which is attached hereto and thereby served upon you.

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, hereby state that the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing notice and objections to be served on all persons set forth above identified as Registrants through the Court's Electronic Notice for Registrants before 11:59 p.m. on August 31, 2020, and as to all other persons above by mailing a copy of same in an envelope properly addressed and with postage fully prepaid and by depositing same in the U.S. Mail, Lisle, IL on or about prior to 5:00 p.m.on August 31, 2020.

/s/ Richard L. Hirsh

Richard L. Hirsh
RICHARD L. HIRSH, P.C.
1500 Eisenhower Lane, Suite 800
Lisle, IL 60532
630.434.2600
richard@bankruptcy-dupage.com
Attorney #1225936

**SERVICE LIST VIA ECF**

Patrick Layng, U.S. Trustee

David Herzog, Trustee

Gregory K Stern, Gregory K. Stern, P.C. , representing Trustee David Herzog

Debra Devassy Babu, Askounis & Darcy, PC representing creditor Santander Bank, N.A.

Whitman H. Brisky, Mauck & Baker, LLC representing creditors 2401 So. Michigan Building Corporation and representing County Mayo Corporation

Jamie L Burns, Levenfeld Pearlstein LLC representing creditors Kingdom Chevrolet and representing Richard Ruscitti

Christopher R Schmidgall, Law Office of Garry A. Weiss, P.C. representing creditor Kerri Fallon-Helmstetter

Charles Tatelbaum, Tripp Scott, P.A. representing creditor Nissan North America, Inc.

James M Yannakopoulos, Koransky, Bouwer & Poracky, P.C. representing creditor Centier Bank