Form G5 (20200113_bko)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) Case Number: 19-28687
MICHAEL S. HELMSTETTER )
) Chapter: 7
)
) Honorable Jacqueline Cox
)
)
Debtor(s) )

**STIPULATION AND AGREED ORDER DETERMINING OWNERSHIP OF (A) AT LEAST 33% OF SHARES OF STOCK OF KINGDOM CHEVROLET INC., AND (B) SHARES OF SOUTH CHICAGO NISSAN, D/B/A WESTERN AVENUE NISSAN**

THIS CAUSE COMING ON TO BE HEARD ON David R. Herzog, Chapter 7 Trustee's Motion for Entry of Agreed Order Determining Ownership of (A) At Least 33% of the Shares of Stock of Kingdom Chevrolet Inc., And (B) Shares of South Chicago Nissan, d/b/a Western Avenue Nissan, based on the Stipulation of Counsel contained herein, due and proper notice having been served, this Court having jurisdiction over the parties and subject matter hereto, that this Motion constitutes a core proceeding for which the Court may enter a dispositive Order, as well as having the Constitutional authority to enter this order and being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. The Debtor scheduled ownership of (A) at least 33% of the shares of common stock of Kingdom Chevrolet, Inc., and (B) 25% of the stock of South Chicago Nissan, d/b/a Western Avenue Nissan, as assets of the Debtor owned as of the Petition Date solely by Michael S. Helmstetter and by no other person or entity;

2. Any purported transfer of any one or more shares of Helmstetter's (A) at least 33% of the Kingdom Stock as described in Debtor's Schedules and Statement of Financial Affairs, to (i) Zephyr 2020, Inc., a Nevada corporation solely owned by the Debtor, (ii) the Debtor as trustee of the Helmstetter Family Trust and (iii) the Debtor as trustee of the Helmstetter Childrens' Trust, or to any other person or entity, is a nullity as said transfer was never completed by being registered with the requisite stock registry of Kingdom Chevrolet, Inc., or South Chicago Nissan.

3. The Trustee is the sole owner of (A) at least 33% of the shares of common stock of Kingdom Chevrolet, Inc., and (B) 25% of the stock of South Chicago Nissan, d/b/a Western Avenue Nissan.

STIPULATED AND AGREED:

| Kingdom Chevrolet Inc., and Richard Ruscitti | David R. Herzog Chapter 7 Trustee | Michael S. Helmstetter, Debtor and Trustee of the Helmstetter Family Trust and Children's Trust |
|---|---|---|
| By: _/s/_ Harold D. Israel, Esq. Levenfeld Pearlstein, LLC 2N. LaSalle St., Suite 1300 Chicago, Illinois 60602 | By: _/s/_ Gregory K. Stern, Esq. Gregory K. Stern, P.C. 53 West Jackson Blvd Suite 1442 Chicago, Illinois 60604 | By: _/s/_ Richard L. Hirsh, Esq. Richard L. Hirsh, P.C. 1500 Eisenhower LN Suite 800 Lisle, IL 60532 |

Dated: September 01, 2020

Enter: _/s/ Jacqueline P. Cox_
Honorable Jacqueline Cox
United States Bankruptcy Judge