UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) Chapter 7 |
| MICHAEL S. HELMSTETTER | ) Case No. 19-28687 |
| Debtor | ) Hon. Jacqueline Cox, Presiding |

### NOTICE OF FILING

TO:   Patrick Layng, U.S. Trustee, **via ECF**
**Gregory K. Stern, Attorney for David Herzog, Trustee via ECG**
**David Herzog, Trustee, via ECF**
Harold Israel, Levenfeld Pearlstein, Attorney for Richard Ruscitti and Kingdom, Chevrolet, Inc., LLC 2 N. LaSalle St. Suite 1300 Chicago, Illinois  60602
via 1st class mail     AND EMAIL hisrael@lplegal.com

PLEASE TAKE NOTICE that on January 1, 2020, the undersigned caused to be filed via ECF with the Clerk of the Bankruptcy Court for the Northern District of Illinois, Eastern Division, **DEBTOR'S NOTICE OF APPEAL OF ORDER APPROVING THE SETTLEMENT AGREEMENT BETWEEN TRUSTEE AND KINGDOM CHEVROLET, INC., AND RICHARD RUSCITTI AND TRANSFER OF ASSETS PURSUANT TO SECTION 363(F) FREE AND CLEAR OF ALL LIENS, CLAIMS AND INTERESTS** , a copy of which is attached hereto and hereby served upon you.

/s/ Richard L. Hirsh

### CERTIFICATE OF SERVICE

I, the undersigned, an attorney, hereby state that pursuant to  the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing Notice of Appeal to be served on all persons set forth above identified as Registrants through the Court's Electronic Notice for Registrants on or about 6:00 pm except that parties listed above with street address were erved by 1st class, mail postage prepaid, and properly addressed by deposit in the mail Lisle Illinois on September 15, 2020 at or before 7 pm.

/s/ Richard L. Hirsh

Richard L. Hirsh
RICHARD L. HIRSH, P.C.
1500 Eisenhower Lane, Suite 800
Lisle, IL 60532
630.434.2600
richard@bankruptcy-dupage.com

Attorney #1225936