UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: Michael S. Helmstetter

Case Number: 19 B 28687

Notice of Appeal

Certificate of Mailing

I, ___Meliss Ross___ state that on __09/15/2020__, a copy of the Notice of Appeal, docket entry: ___79___ was served on all parties identified as Registrants on the Court's Electronic Notice for Registrants.

Registrants Served Through the Court's Electronic Notice:

Richard L Hirsh on behalf of Debtor 1 Michael S. Helmstetter
richard@bankruptcy-dupage.com, rlhpc2@bankruptcy-dupage.com
Gregory K Stern on behalf of Trustee David R Herzog
greg@gregstern.com, steve_horvath@ilnb.uscourts.gov
Jamie L Burns on behalf of Creditor Kingdom Chevrolet
jburns@lplegal.com, ikropiewnicka@lplegal.com;rwilliamson@lplegal.com

For other recipients, a copy was served via First Class Mail on: 9/16/2020_____.

Parties Served via First Class Mail:

Harold Israel on behalf of Richard Ruscitti
Levenfeld Pearlstein, LLC
2 N. LaSalle St. Suite 1300
Chicago, Illinois 60602

Jeffrey P. Allsteadt, Clerk
U.S. Bankruptcy Court

___09/16/2020___
Date

___Melissa Ross___
Deputy Clerk