# United States Bankruptcy Court

NORTHERN DISTRICT OF ILLINOIS

219 South Dearborn

Chicago, Illinois 60604

**Jeffrey P. Allsteadt**, Bankruptcy Clerk

| | | |
|---|---|---|
| | Date | 9/16/2020 |
| Thomas G. Bruton | Bankruptcy Case Number | 19 B 28687 |
| United States District Court | | |
| Northern District of Illinois | | |
| 219 S. Dearborn Street | Case Name | Michael S. Helmstetter |
| Chicago, Illinois 60604 | | |
| | Notice of Appeal Filed | 9/15/2020 |
| | Appellant | Michael S. Helmstetter |
| | District Court Number | 20 cv 5485 |
| | District Court Judge | Rebecca R. Pallmeyer |

Dear Sir:

Pursuant to **Bankruptcy Rule 8003** transmitted herewith is the Notice of Appeal.

| | | |
|---|---|---|
| ✓ | Notice of Appeal | ☐ NOA Unpaid Fee Due |
| ☐ | Cross Appeal | ✓ Copy of Docket Sheet |
| ✓ | D.C. Civil Coversheet | ✓ Judgment/Order Being Appealed |
| ✓ | Transmittal Letter | ☐ Informa Pauperis |

Additional Items Included

☐ _____

Previous D C Judge _____    Case Number _____

By Deputy Clerk   Melissa Ross

Rev 03/2015bb