# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| MICHAEL S. HELMSTETTER, | ) | Bankruptcy Case No. 19-28687 |
| | ) | |
| | ) | Chapter 7 |
| | ) | |
| | ) | Judge Jacqueline P. Cox |
| Debtor. | ) | |

---

## ENTRY OF APPEARANCE, REQUEST FOR NOTICE, AND RESERVATION OF RIGHTS

---

Daniel S. Hefter of the law firm of Hefter Law, Ltd., pursuant to Rules 9010 and 2002 of the Federal Rules of Bankruptcy Procedure ("FRBP"), hereby enters and gives notice of his appearance on behalf of Monte N. Merz ("Merz"), a creditor and party in interest in the above-referenced proceedings, and requests that all notices, pleadings, and other documents filed or served in this case (including all notices described in FRBP Rules 2002 and 3017 or given pursuant to Rule 9013-1.1 of the Local Rules of Bankruptcy Procedure) be sent to said law firm at the address below:

Daniel S. Hefter
dhefter@hefter-law.com

E-mail is preferred, but if any documents are to be served by hard copy, they should be sent to:

Daniel S. Hefter
22 W. Washington
Suite 1500
Chicago, IL 60602

PLEASE TAKE NOTICE that the foregoing request includes notices and papers referred to in the rules specified above, and also includes without limitation notices of any plans of reorganization, disclosure statements, orders, pleadings, motions, applications, complaints, demands, hearings, requests for petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing, and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether transmitted or conveyed by mail, delivery, telegraph, telex, electronically or otherwise.

PLEASE TAKE FURTHER NOTICE that neither the within Entry of Appearance nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or conduct, shall constitute a waiver of the following rights of Merz: (a) the right to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court Judge; (b) the right to trial by jury in any proceeding as to any and all matters so triable herein, or in any case, controversy or proceeding related thereto; (c) the right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (d) any and all other rights, claims, actions, defenses, setoffs, recoupments or other matters to which Merz is entitled under any agreements or at law or in equity.

PLEASE TAKE FURTHER NOTICE that the within Entry of Appearance shall not constitute or be construed as a submission or consent to the jurisdiction of the court over Merz. All of the rights set forth above are expressly reserved and preserved unto Merz without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

DATED:  September 17, 2020

**HEFTER LAW, LTD.**

  /s/   Daniel S. Hefter
Daniel S. Hefter

Creditor's Address:

Monte N. Merz
High Country Executive Search
1221 S. Clarkson, Suite 316
Denver, CO 80210

CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of September, 2020, a true and correct copy of the foregoing Entry of Appearance, Request for Notice and Reservation of Rights was served, via e-mail from the Court's CM/ECF system, on counsel for the debtors and all other counsel who have filed appearances in this case.

/s/  Daniel S Hefter

Daniel S Hefter