IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Bankruptcy Case No. 19-28687 |
| MICHAEL HELMSTETTER, ) | Chapter 7 |
| ) | Judge Jacqueline P. Cox |
| Debtor. ) | |

DEBTOR-APPELLANT'S DESIGNATION OF THE RECORD ON APPEAL
AND
STATEMENT OF ISSUES TO BE PRESENTED

Pursuant to Bankruptcy Rule 8009, Debtor-Appellant Michael S. Helmstetter hereby submits his Designation of the Record on Appeal and Statement of the Issues:

I.  Designation of the Record on Appeal

The following are the documents Debtor-Appellant hereby designates to be included in the Record on Appeal.

Filing Date   Doc#   Docket Text

10/09/2019   1   Chapter 7 Voluntary Petition for Individual Fee Amount $335, Filed by J Kevin Benjamin Esq. on behalf of Michael S. Helmstetter (Attachments: # 1 Signature Pages) (Benjamin, J Kevin) (Entered: 10/09/2019)

10/09/2019   3   Certificate of Credit Counseling Filed by J Kevin Benjamin Esq. on behalf of Michael S. Helmstetter. (Benjamin, J Kevin) (Entered: 10/09/2019)

10/10/2019   8   Notice of Chapter 7 Bankruptcy Case. No Proof of Claim Deadline . (Williams, Daphne) (Entered: 10/10/2019)

10/11/2019   9   Personal Financial Management Course for Debtor. (McDuffie, Christel) (Entered: 10/11/2019)

10/12/2019   10   BNC Certificate of Notice - Meeting of Creditors. (RE: 8 Notice of Chapter 7 Bankruptcy Case). No. of Notices: 92. Notice Date 10/12/2019. (Admin.) (Entered: 10/12/2019)

| Date | # | Description |
|---|---|---|
| 10/21/2019 | 13 | Letter of Appointment. Trustee David R Herzog appointed to the case. Filed by U.S. Trustee Patrick S Layng. (Brief, Adam) (Entered: 10/21/2019) |
| 10/22/2019 | 14 | Renotice 341 Meeting . 341(a) meeting to be held on 11/26/2019 at 02:30 PM at 219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, Illinois 60604. (Gutierrez, Evelyn) (Entered: 10/22/2019) |
| 10/22/2019 | 15 | Notice of Appearance and Request for Notice Filed by Jamie L Burns on behalf of Western Avenue Nissan, Inc., Kingdom Chevrolet, Richard Ruscitti. (Burns, Jamie) (Entered: 10/22/2019) |
| 10/23/2019 | 16 | Appearance Filed by Whitman H. Brisky on behalf of 2401 So. Michigan Building Corporation, County Mayo Corporation. (Brisky, Whitman) (Entered: 10/23/2019) |
| 10/23/2019 | 17 | Notice of Motion and Motion to Extend Time to File Schedules or Provide Required Information Filed by Theresa S. Benjamin Esq. on behalf of Michael S. Helmstetter, Western Avenue Nissan, Inc.. Hearing scheduled for 10/30/2019 at 09:30 AM at 219 South Dearborn, Courtroom 680, Chicago, Illinois 60604. (Attachments: # 1 Service List # 2 Proposed Order) (Benjamin, Theresa) Modified on 10/28/2019 PDF Error, Filer to Refile as Amended (Sullivan, Elizabeth). (Entered: 10/23/2019) |
| 10/24/2019 | 18 | Notice of Appearance and Request for Notice Filed by Charles Tatelbaum on behalf of Nissan North America, Inc.. (Tatelbaum, Charles) (Entered: 10/24/2019) |
| 10/24/2019 | 19 | BNC Certificate of Notice - Renotice Meeting of Creditors (RE: 14 Renotice 341 Meeting). No. of Notices: 103. Notice Date 10/24/2019. (Admin.) (Entered: 10/24/2019) |
| 10/29/2019 | 21 | Notice of Motion and Amended Motion to Extend Time to File Schedules or Provide Required Information Filed by Theresa S. Benjamin Esq. on behalf of Michael S. Helmstetter. Hearing scheduled for 10/30/2019 at 09:30 AM at 219 South Dearborn, Courtroom 680, Chicago, Illinois 60604. (Attachments: # 1 Service List) (Benjamin, Theresa) |

| | | |
|---|---|---|
| | | (Entered: 10/29/2019) |
| 10/29/2019 | 22 | Proposed Order - Order on Motion to Extend Time Filed by Theresa S. Benjamin Esq. on behalf of Michael S. Helmstetter (RE: 21 Motion to Extend Time to File Schedules or Provide Required Information). (Benjamin, Theresa) (Entered: 10/29/2019) |
| 10/30/2019 | 24 | Order Granting Motion To Extend Time to File Schedules or Provide Required Information (Related Doc # 21). Incomplete Filings due by 11/4/2019. Signed on 10/30/2019. (Batson, Nicole) (Entered: 10/30/2019) |
| 11/04/2019 | 25 | Disclosure of Compensation of Attorney for Debtor Filed by J Kevin Benjamin Esq. on behalf of Michael S. Helmstetter. (Benjamin, J Kevin) (Entered: 11/04/2019) |
| 11/04/2019 | 26 | Declaration About Individual Debtor's Schedules, Schedules A / B,C,D,E / F,G,H,I,J,with Declaration Filed by J Kevin Benjamin Esq. on behalf of Michael S. Helmstetter (RE: 1 Voluntary Petition (Chapter 7)). (Attachments: # 1 Signature Pages) (Benjamin, J Kevin) (Entered: 11/04/2019) |
| 11/04/2019 | 27 | Chapter 7 Statement of Your Current Monthly Income (Form 122A-1) and Statement of Exemption from Presumption of Abuse Form 122A-1Supp The Debtor has Primarily Non-Consumer Debts. Filed by J Kevin Benjamin Esq. on behalf of Michael S. Helmstetter. (Benjamin, J Kevin) (Entered: 11/04/2019) |
| 11/05/2019 | 28 | Statement of Financial Affairs for Individual Filed by J Kevin Benjamin Esq. on behalf of Michael S. Helmstetter. (Benjamin, J Kevin) (Entered: 11/05/2019) |
| 11/05/2019 | 29 | Statement of Intention for Individuals Filing Under Chapter 7 Filed by J Kevin Benjamin Esq. on behalf of Michael S. Helmstetter. (Attachments: # 1 Signature Pages) (Benjamin, J Kevin) (Entered: 11/05/2019) |
| 11/05/2019 | 30 | Verification of Creditors Filed by J Kevin Benjamin Esq. on behalf of Michael S. Helmstetter (RE: 1 Voluntary Petition (Chapter 7), 26 Declaration About Individual Debtor's Schedules, Schedules). (Attachments: # 1 Signature Pages) (Benjamin, J Kevin) (Entered: 11/05/2019) |

| Date | # | Description |
|---|---|---|
| 11/05/2019 | 31 | Summary of Assets and Liabilities and Certain Statistical Information for Individual Filed by J Kevin Benjamin Esq. on behalf of Michael S. Helmstetter. (Benjamin, J Kevin) (Entered: 11/05/2019) |
| 11/05/2019 | 32 | Attachment(s) Signed Statement of Financial Affairs Page Filed by J Kevin Benjamin Esq. on behalf of Michael S. Helmstetter (RE: 28 Statement of Financial Affairs). (Benjamin, J Kevin) (Entered: 11/05/2019) |
| 11/05/2019 | 33 | Attachment(s) Signed Statement of Income Page Filed by J Kevin Benjamin Esq. on behalf of Michael S. Helmstetter (RE: 27 Chapter 7 Statement of Your Current Monthly Income (Form 122A-1)/(122A-1Supp)). (Benjamin, J Kevin) (Entered: 11/05/2019) |
| 11/06/2019 | 34 | Adversary case 19-01001. (62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud)), (67 (Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny)): Complaint by Nissan North America, Inc. against Michael S. Helmstetter. Fee Amount $350. Status hearing to be held on 12/10/2019 at 11:00 AM at 219 South Dearborn, Courtroom 613, Chicago, Illinois 60604. (Tatelbaum, Charles) (Entered: 11/06/2019) |
| 11/26/2019 | 35 | Statement Adjourning Meeting of Creditors. Section 341(a) Meeting Continued on 1/6/2020 at 05:00 PM at 219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, Illinois 60604. (Herzog, David) (Entered: 11/26/2019) |
| 11/27/2019 | 36 | Notice of Motion and Application to Employ Gregory K. Stern, Dennis E. Quaid, Monica C. O'Brien and Rachel S. Sandler as Attorney Filed by Gregory K Stern on behalf of David R Herzog. Hearing scheduled for 12/4/2019 at 09:30 AM at 219 South Dearborn, Courtroom 680, Chicago, Illinois 60604. (Attachments: # 1 Affidavit # 2 Proposed Order) (Stern, Gregory) (Entered: 11/27/2019) |
| 11/27/2019 | 37 | Notice of Motion and Motion to Extend Time to File Objection to Discharge Under 727 Filed by Gregory K Stern on behalf of David R Herzog. Hearing scheduled for 12/4/2019 at 09:30 AM at 219 South Dearborn, Courtroom 680, |

|            |    |    |
|------------|----|----|
|            |    | Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Stern, Gregory) (Entered: 11/27/2019) |
| 12/04/2019 | 38 | Appearance Filed by James M Yannakopoulos on behalf of Centier Bank. (Yannakopoulos, James) (Entered: 12/04/2019) |
| 12/04/2019 | 39 | Order Granting Motion Extending Time to File Objection to Discharge Under 727. (Related Doc # 37). Last day to object to discharge is 6/30/2020. Signed on 12/4/2019. (Batson, Nicole) (Entered: 12/05/2019) |
| 12/04/2019 | 40 | Order Granting Application to Employ Gregory K. Stern, and Dennis E. Quaid, and Monica C. O'Brien, and Rachael S. Sandler (Related Doc # 36). Signed on 12/4/2019. (Batson, Nicole) (Entered: 12/05/2019) |
| 01/08/2020 | 41 | Change of Address for Michael S. Helmstetter. Address changed to 8500 29th Way, Unit 201, Pinellas Park, Florida 33782. Filed by J Kevin Benjamin Esq. on behalf of Michael S. Helmstetter. (Benjamin, J Kevin) (Entered: 01/08/2020) |
| 02/18/2020 | 42 | Appearance Filed by Christopher R Schmidgall on behalf of Kerri Fallon-Helmstetter. (Schmidgall, Christopher) (Entered: 02/18/2020) |
| 02/20/2020 | 43 | Notice of Motion and Application to Employ Lois West and Kutchins, Robbins & Diamond, Ltd. as Accountant Filed by Gregory K Stern on behalf of David R Herzog. Hearing scheduled for 3/3/2020 at 09:30 AM at 219 South Dearborn, Courtroom 680, Chicago, Illinois 60604. (Attachments: # 1 Affidavit # 2 Proposed Order) (Stern, Gregory) (Entered: 02/20/2020) |
| 03/03/2020 | 44 | Order Granting Application to Employ Kutchins Robbin & Diamond, Ltd. and Lois West (Related Doc # 43). Signed on 3/3/2020. (Miller, Marvin) (Entered: 03/04/2020) |
| 03/10/2020 | 45 | Notice of Motion and Motion Rule 2004 Examination of Michael Helmstetter, the Debtor Filed by Gregory K Stern on behalf of David R Herzog. Hearing scheduled for 3/17/2020 at 09:30 AM at 219 South Dearborn, Courtroom 680, Chicago, Illinois 60604. (Attachments: # 1 Exhibit # 2 Proposed Order) (Stern, Gregory) (Entered: 03/10/2020) |

| Date | Doc # | Description |
|---|---|---|
| 03/17/2020 | 46 | Order Granting Motion for Rule 2004 (Related Doc # 45). Signed on 3/17/2020. (Batson, Nicole) (Entered: 03/18/2020) |
| 04/09/2020 | 47 | Amended Schedules A / B,C,with Declaration Filed by J Kevin Benjamin Esq. on behalf of Michael S. Helmstetter. (Attachments: # 1 Signature Pages) (Benjamin, J Kevin) (Entered: 04/09/2020) |
| 04/09/2020 | 48 | Amended Schedules D,E / F,with Declaration Fee Amount $31 Filed by J Kevin Benjamin Esq. on behalf of Michael S. Helmstetter. (Attachments: # 1 Signature Pages) (Benjamin, J Kevin) (Entered: 04/09/2020) |
| 05/13/2020 | 50 | Initial Report of Assets Trustee has found assets in this estate to be administered for the benefit of creditors, or believes there is a likelihood that such assets will be recovered within a reasonable period of time. The Trustee requests that notice be sent to creditors fixing time for filing claims. Filed by Trustee David R Herzog (RE: 14 Renotice 341 Meeting). (Herzog, David) (Entered: 05/13/2020) |
| 05/14/2020 | 51 | Notice Fixing Time For Filing . Proofs of Claims due by 8/14/2020. Government Proof of Claim due by 8/14/2020. (Batson, Nicole) (Entered: 05/14/2020) |
| 05/16/2020 | 52 | BNC Certificate of Notice - Notice Fixing Time for Filing Claims (RE: 51 Notice Fixing Time For Filing). No. of Notices: 116. Notice Date 05/16/2020. (Admin.) (Entered: 05/16/2020) |
| 05/20/2020 | 53 | Notice of Motion and Motion To Substitute Attorney Filed by Richard L Hirsh on behalf of Michael S. Helmstetter. Hearing scheduled for 5/26/2020 at 01:00 PM at 219 South Dearborn, Courtroom 680, Chicago, Illinois 60604. (Attachments: # 1 Attachment Agreed Substitution of Attorneys # 2 Proposed Order) (Hirsh, Richard) (Entered: 05/20/2020) |
| 05/26/2020 | 54 | Agreed Order Granting Motion to Substitute Attorney , terminating J Kevin Benjamin, Esq.. (Related Doc # 53). Signed on 5/26/2020. (Batson, Nicole) (Entered: 05/27/2020) |

| | | |
|---|---|---|
| 06/09/2020 | 55 | Change of Address for Michael S. Helmstetter. Address changed to PO Box 1092 Safety Harbor FL 34695. Filed by Michael S. Helmstetter . (Batson, Nicole) (Entered: 06/09/2020) |
| 06/10/2020 | 56 | Notice of Motion and Motion to Extend Time to File Objection to Discharge Under 727 Filed by Gregory K Stern on behalf of David R Herzog. Hearing scheduled for 6/23/2020 at 01:00 PM at 219 South Dearborn, Courtroom 680, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Stern, Gregory) (Entered: 06/10/2020) |
| 06/23/2020 | 57 | Order Granting Motion Extending Time to File Objection to Discharge Under 727. (Related Doc # 56). Last day to object to discharge is 9/30/2020. Signed on 6/23/2020. (Batson, Nicole) (Entered: 06/24/2020) |
| 08/11/2020 | 58 | Notice of Motion and Motion for Agreed Order Determining Ownership of at Least 33% of Shares of Stock of Kingdom Chevrolet, Inc. Filed by Gregory K Stern on behalf of David R Herzog. Hearing scheduled for 9/1/2020 at 01:00 PM at 219 South Dearborn, Courtroom 680, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Stern, Gregory) (Entered: 08/11/2020) |
| 08/11/2020 | 59 | Notice of Motion and Motion to Approve Compromise or Settlement per Rule 9019 with Kingdom Chevrolet, Inc., Western Avenue Nissan, Inc. and Richard Ruscitti, Notice of Motion and Motion to Limit Notice Filed by Gregory K Stern on behalf of David R Herzog. Hearing scheduled for 9/1/2020 at 01:00 PM at 219 South Dearborn, Courtroom 680, Chicago, Illinois 60604. (Attachments: # 1 Exhibit Mutual Release and Settlement Agreement # 2 Proposed Order) (Stern, Gregory) (Entered: 08/11/2020) |
| 08/12/2020 | 60 | Individual Estate Property Record and Report Asset Cases (Form 1 and/or Form 2) Filed by Trustee David R Herzog. (Herzog, David) (Entered: 08/12/2020) |
| 08/19/2020 | 61 | Exhibit(s) Mutual Release and Settlement Agreement with new/replaced Affidavit of Loss Stock Certificate as Exhibit A Filed by Gregory K Stern on behalf of David R Herzog (RE: 59 Motion to Approve Compromise or Settlement per Rule |

|  |  |  |
|---|---|---|
|  |  | 9019, Motion to Limit Notice). (Stern, Gregory) (Entered: 08/19/2020) |
| 08/25/2020 | 62 | Notice of Objection Filed by Richard L Hirsh on behalf of Michael S. Helmstetter (RE: 59 Motion to Approve Compromise or Settlement per Rule 9019, Motion to Limit Notice). (Hirsh, Richard) (Entered: 08/25/2020) |
| 08/26/2020 | 63 | Amended Schedules A / B,C,D,E / F,G,H,with Declaration Fee Amount $31, Amended Mailing Matrix,with Declaration Fee Amount $31 Filed by Richard L Hirsh on behalf of Michael S. Helmstetter. (Attachments: # 1 Exhibit Exhibit to Amended Schedule B) (Hirsh, Richard) (Entered: 08/26/2020) |
| 08/26/2020 | 64 | Receipt of Schedules(19-28687) [misc,schaj] ( 31.00) Filing Fee. Receipt number 42492171. Fee Amount $ 31.00 (Hirsh, Richard) (re:Doc# 63) (U.S. Treasury) (Entered: 08/26/2020) |
| 08/26/2020 | 65 | Receipt of List of Creditors/Matrix(19-28687) [misc,listcred] ( 31.00) Filing Fee. Receipt number 42492171. Fee Amount $ 31.00 (Hirsh, Richard) (re:Doc# 63) (U.S. Treasury) (Entered: 08/26/2020) |
| 08/26/2020 | 66 | Amended Statement of Financial Affairs for Individual Filed by Richard L Hirsh on behalf of Michael S. Helmstetter. (Hirsh, Richard) (Entered: 08/26/2020) |
| 08/26/2020 | 67 | Amended Summary of Assets and Liabilities and Certain Statistical Information for Individual Filed by Richard L Hirsh on behalf of Michael S. Helmstetter. (Hirsh, Richard) (Entered: 08/26/2020) |
| 08/26/2020 | 68 | Certificate of Service Filed by Richard L Hirsh on behalf of Michael S. Helmstetter (RE: 63 Schedules, List of Creditors/Matrix, 66 Statement of Financial Affairs, 67 Summary of Assets and Liabilities). (Hirsh, Richard) (Entered: 08/26/2020) |
| 08/27/2020 | 69 | Proposed Order - Order Approving The Settlement Agreement Between Trustee and Kingdom Chevrolet, Inc., and Richard Ruscitti and Transfer of Assets Pursuant to Section 363(f) Free and Clear of All Liens, Claims and Interests Filed by Gregory K Stern on behalf of David R Herzog (RE: 59 Motion |

| Date | Doc # | Description |
|---|---|---|
| | | to Approve Compromise or Settlement per Rule 9019, Motion to Limit Notice). (Stern, Gregory) (Entered: 08/27/2020) |
| 08/27/2020 | 70 | Certificate of Service Filed by Richard L Hirsh on behalf of Michael S. Helmstetter (RE: 63 Schedules, List of Creditors/Matrix, 66 Statement of Financial Affairs, 67 Summary of Assets and Liabilities). (Hirsh, Richard) (Entered: 08/27/2020) |
| 08/28/2020 | 71 | Proposed Order - Order Approving The Settlement Agreement Between Trustee and Kingdom Chevrolet, Inc., and Richard Ruscitti and Transfer of Assets Pursuant to Section 363(f) Free and Clear of All Liens, Claims and Interests Filed by Gregory K Stern on behalf of David R Herzog (RE: 59 Motion to Approve Compromise or Settlement per Rule 9019, Motion to Limit Notice). (Stern, Gregory) (Entered: 08/28/2020) |
| 08/28/2020 | 72 | Appearance Filed by Bryan D King on behalf of Brown, Udell, Pomerantz & Delrahim. (King, Bryan) (Entered: 08/28/2020) |
| 08/28/2020 | 73 | Notice of Objection Filed by Bryan D King on behalf of Brown, Udell, Pomerantz & Delrahim (RE: 59 Motion to Approve Compromise or Settlement per Rule 9019, Motion to Limit Notice). (King, Bryan) (Entered: 08/28/2020) |
| 08/31/2020 | 74 | Objection to (related document(s): 59 Motion to Approve Compromise or Settlement per Rule 9019, Motion to Limit Notice) Filed by Richard L Hirsh on behalf of Michael S. Helmstetter (Attachments: # 1 Exhibit A (Third-Party Spreadsheet) # 2 Exhibit B (Claim Eight Summary) # 3 Exhibit C (Claim Nine Summary) # 4 Exhibit D (Tancredi CV)) (Hirsh, Richard) (Entered: 08/31/2020) |
| 08/31/2020 | 75 | Notice of Filing Filed by Richard L Hirsh on behalf of Michael S. Helmstetter (RE: 74 Objection). (Hirsh, Richard) (Entered: 08/31/2020) |
| 09/01/2020 | 76 | Order Granting Motion to Approve Settlement (Related Doc # 59), Granting Motion To Limit Notice (Related Doc # 59). Signed on 9/1/2020. (Batson, Nicole) (Entered: 09/01/2020) |
| 09/01/2020 | 77 | Order Granting Motion for Agreed Order (Related Doc # 58). Signed on 9/1/2020. (Batson, Nicole) (Entered: 09/02/2020) |

| Date | # | Description |
|---|---|---|
| 09/09/2020 | 78 | Notice of Motion and Motion to Extend Time to File Objection to Discharge Under 727 Filed by Gregory K Stern on behalf of David R Herzog. Hearing scheduled for 9/22/2020 at 01:00 PM at 219 South Dearborn, Courtroom 680, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Stern, Gregory) (Entered: 09/09/2020) |
| 09/15/2020 | 79 | Notice of Appeal to District Court. Filed by Richard L Hirsh on behalf of Michael S. Helmstetter. Fee Amount $298 (RE: 76 Order on Motion to Approve Compromise or Settlement per Rule 9019, Order on Motion To Limit Notice). Appellant Designation due by 09/29/2020. Transmission of Record Due no later than 10/15/2020. (Attachments: # 1 Exhibit A. ORDER APPEALED)(Hirsh, Richard) (Entered: 09/15/2020) |
| 09/15/2020 | 80 | Receipt of Notice of Appeal(19-28687) [appeal,ntcapl] ( 298.00) Filing Fee. Receipt number 42563624. Fee Amount $ 298.00 (Hirsh, Richard) (re:Doc# 79) (U.S. Treasury) (Entered: 09/15/2020) |
| 09/15/2020 | 81 | Notice of Filing Filing Notice of Appeal Filed by Richard L Hirsh on behalf of Michael S. Helmstetter. (Hirsh, Richard) (Entered: 09/15/2020) |
| 09/16/2020 | 82 | Attachment(s) CIVIL COVER SHEET Filed by Richard L Hirsh on behalf of Michael S. Helmstetter (RE: 79 Notice of Appeal). (Hirsh, Richard) (Entered: 09/16/2020) |
| 09/16/2020 | 83 | Exhibit(s) AMENDED Exhibit A -- Order from Which Appeal is Taken Filed by Richard L Hirsh on behalf of Michael S. Helmstetter (RE: 79 Notice of Appeal). (Hirsh, Richard) (Entered: 09/16/2020) |
| 09/16/2020 | 84 | Certificate of Service (RE: 79 Notice of Appeal). (Myers, Melissa) (Entered: 09/16/2020) |
| 09/16/2020 | 85 | Transmittal of Notice of Appeal to District Court (RE: 79 Notice of Appeal). (Myers, Melissa) (Entered: 09/16/2020) |
| 09/16/2020 | 86 | Notice of Docketing Notice of Appeal, to District Court . Case Number 20 cv 5485 Assigned to Judge: Rebecca R. Pallmeyer (RE: 79 Notice of Appeal). (Myers, Melissa) (Entered: 09/16/2020) |

| | | |
|---|---|---|
| 09/17/2020 | 87 | Notice Appearance Filed by Daniel S Hefter on behalf of Monte Merz. (Hefter, Daniel) (Entered: 09/17/2020) |
| 09/17/2020 | 88 | Appearance for Dennis E. Quaid Filed by Gregory K Stern on behalf of David R Herzog. (Stern, Gregory) (Entered: 09/17/2020) |
| 09/22/2020 | 89 | Order Granting Motion Extending Time to File Objection to Discharge Under 727. (Related Doc # 78). Last day to object to discharge is 11/30/2020. Signed on 9/22/2020. (Batson, Nicole) (Entered: 09/23/2020) |
| 09/28/2020 | 90 | Disclosure of Compensation of Attorney for Debtor Filed by Richard L Hirsh on behalf of Michael S. Helmstetter. (Hirsh, Richard) (Entered: 09/28/2020) |
| 09/29/2020 | __ | Transcript of Proceedings of 9/01/2020 requested from D and E Reporting. |

II. Statement of Issues on Appeal

A. Whether the Court's ruling on September 1, 2020, was a sufficient finding of fact and conclusion of law so as to satisfy the requirements of Rule 52 of the Federal Rules of Civil Procedure as made applicable by Bankruptcy Rule 7052.

B. Whether the Bankruptcy Court abused its discretion in one or more of the following ways:

I. Failing to apprise itself of all facts necessary for an intelligent and objective opinion of the probabilities of ultimate success should the claim be litigated, and specifically making an informed analysis of the potential for a much greater recovery

ii. The bankruptcy court failed to form an educated estimate of the complexity, expense and likely duration of the litigation, and other factors relevant to a full and fair assessment of the wisdom of the proposed settlement.

iii. The bankruptcy court filed to compare the terms of the settlement with the likely rewards of the litigation, despite being presented with a comprehensive summary of the possibility of a recovery much higher that the settlement.

iv. The settlement approved was unreasonable in view of the potential for a much higher recovery.

v. The bankruptcy court accorded too much weight to the trustee's analysis of the settlement

11

and too little weight to the expert business analysis presented by the debtor.

                                      Respectfully submitted,

                                      MICHAEL S. HELMSTETTER

                                      By: /s/ Nicola Tancredi
                                            His Attorney

Nicola Tancredi
Law Offices of Nicola S. Tancredi
Two No. TransAm Plaza, Dr., Suite 250
Oakbrook Terrace, Illinois 60181
Fax: (630) 618-3746
Cell: (630) 649-4268
ntancredilaw@gmail.com
Attorney #2795736