IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Bankruptcy Case No. 19-28687 |
| MICHAEL HELMSTETTER, | ) | Chapter 7 |
| | ) | Judge Jacqueline P. Cox |
| Debtor. | ) | |

## NOTICE OF FILING

TO:   Please see attached Service List

PLEASE TAKE NOTICE that on September 29, 2020 the undersigned caused to be filed via ECF with the Clerk of the Bankruptcy Court for the Northern District of Illinois, Eastern Division, **DEBTOR-APPELLANT'S DESIGNATION OF THE RECORD ON APPEAL AND STATEMENT OF ISSUES TO BE PRESENTED**, attached hereto and thereby served upon you.

/s/ Nicola Tancredi

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, hereby state that the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing notice and reply to be served on all persons set forth above identified as Registrants through the Court's Electronic Notice for Registrants before 11:59 p.m. on September 29, 2020, and as to all other persons above by mailing a copy of same in an envelope properly addressed and with postage fully prepaid and by depositing same in the U.S. Mail, IL on or before prior to 5:00 p.m. on September 30, 2020.

/s/ Nicola Tancredi

Nicola Tancredi
Law Offices of Nicola S. Tancredi
Two No. TransAm Plaza, Dr., Suite 250
Oakbrook Terrace, Illinois 60181
Fax: (630) 618-3746
Cell: (630) 649-4268
ntancredilaw@gmail.com
Attorney #2795736

## SERVICE LIST

*VIA ECF*

Patrick Layng, U.S. Trustee
David Herzog, Trustee
Gregory K Stern, Gregory K. Stern, P.C. , representing Trustee David Herzog
J Kevin Benjamin, Esq., Benjamin Legal Services PLC
Theresa Benjamin, Esq., Benjamin Legal Services PLC
Debra Devassy Babu, Askounis & Darcy, PC representing creditor Santander Bank, N.A.
Whitman H. Brisky, Mauck & Baker, LLC representing creditors 2401 So. Michigan Building Corporation and representing County Mayo Corporation
Jamie L Burns, Levenfeld Pearlstein LLC representing xcreditors Kingdom Chevrolet and representing Richard Ruscitti
Christopher R Schmidgall, Law Office of Garry A. Weiss, P.C. representing creditor Kerri Fallon-Helmstetter
Charles Tatelbaum, Tripp Scott, P.A. representing creditor Nissan North America, Inc.
James M Yannakopoulos, Koransky, Bouwer & Poracky, P.C. representing creditor Centier Bank

*VIA U.S. First Class Mail*

Harold Israel, Levenfeld Pearlstein, LLC
2 N. Lasalle St., Suite 1300
Chicago, IL 60602