# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Michael Helmstetter

Case Number: 19-B-28687

An appearance is hereby filed by the undersigned as attorney for:
Michael Helmstetter

Attorney name (type or print): Nicola S. Tancredi

Firm: Law Offices of Nicola S. Tancredi

Street address: Two North TransAm Plaza Drive, Suite 250

City/State/Zip: Oakbrook Terrace, IL 60181

Bar ID Number: 2795736
(See item 3 in instructions)

Telephone Number: (630) 649-4268

Email Address: ntancredilaw@gmail.com

Are you acting as lead counsel in this case?  ☑ Yes  ☐ No

Are you acting as local counsel in this case?  ☐ Yes  ☑ No

Are you a member of the court's trial bar?  ☐ Yes  ☑ No

If this case reaches trial, will you act as the trial attorney?  ☐ Yes  ☑ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 10/05/2020

Attorney signature:   S/ *Nicola S. Tancredi*

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015