B 203
(12/94)

# United States Bankruptcy Court

_____ __Northern__ ___ District Of ___Illinois___ _____

**In re**

Michael Helmstetter
**Debtor**

Case No. 19-B-28687 _____

Chapter _____7_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept contingent fee, 20% of recoveries --- _____
   to Debtor. Contract attached.

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00 _____

   Balance Due contingent fee, 20% of recoveries to Debtor . . . . . . . $ --- _____

2. The source of the compensation paid to me was:

   ☐ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☐ Debtor          ☒ Other (specify) contingent fee, 20% of recoveries to Debtor

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including: appeal only.

   a. ~~Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;~~

   b. ~~Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;~~

   c. ~~Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;~~

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR (Continued)

d. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters~~

e. [Other provisions as needed]
   Services limited to appeal of September 1, 2020 decision of the
   Bankruptcy Court.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   Anything other than appeal of September 1, 2020 decision of the
   Bankruptcy Court.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for
payment to me for representation of the debtor(s) in this bankruptcy proceedings.

10/5/2020
_____
Date

_____
Signature of Attorney

Law Offices of Nicola S. Tancredi
_____
Name of law firm
ARDC # 2795736

**Law Offices of Nicola S. Tancredi**
Two North Trans Am Plaza Drive, Suite 250
Oak Brook Terrace, Illinois 60181
Office: (630) 649 4268      ntancredilaw@gmail.com

September 10, 2020

### Contract for Limited Legal Services

**Re:** In re MICHAEL HELMSTETTER, Chapter 7, Case No. 19 cv 28687 USBC NDIL

I, MICHAEL HELMSTETTER, an individual and the undersigned client do hereby retain and employ Attorney Nicola S. Tancredi and the Law Offices of Nicola S. Tancredi, ( hereinafter, " Attorney" or " Tancredi "as my attorneys, to represent me individually and handle all matters relating to the appeal of the decision of the US Bankruptcy Court of the Northern District of Illinois entered 9-1-2020 to approve the Settlement Agreement between the Trustee of my bankruptcy estate and Richard Ruscitti. This engagement is limited to that appeal.

As compensation for services provided, I agree to pay Attorney a contingent fee component of twenty per cent (20%) from the gross proceeds and values of any and all recovery(ies) or awards of monies or other items of economic value; to be calculated **before** deducting costs and expenses. Attorney will be reimbursed for any reasonable cost or expenses advanced other than payment of additional attorney fees as long as these expenses have been approved in writing by the client in advance. If there is no recovery or award of attorney fees, Client will not be liable for attorney fees. Tancredi has the right to work with and engage other counsel, accountants and experts to assist them in this matter. Payment of other attorney fees will be handled by Tancredi.

Dated September 10, 2020

*Michael Helmstetter*
Michael Helmstetter, Debtor, 19 cv 28687 USBC, NDIL

The above employment is hereby accepted upon the terms stated herein.

Law Offices of Nicola S. Tancredi

By: *Nicola S. Tancredi*

Date: *Sept 10, 2020*

A copy of this contract has been provided to the client and a copy of this contract will be kept by the attorneys

1