Form G-11

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

## TRANSCRIPT INFORMATION SHEET

Party or Party's Attorney: Pursuant to Bankruptcy Rule 8009(b), please complete the information on this form and file it with the Bankruptcy Court.

| CASE TITLE: In re Michael Helmstetter, Debtor | CASE NUMBER: 19 B 28687 |
|---|---|
| JUDGE: Jacqueline Cox | COURT REPORTER: D&E Court Reporting |

Check one of the boxes below:

- [✓] I am ordering a transcript.
- [ ] I am not ordering a transcript.

Indicate hearing dates for which transcript(s) is required.
September 1, 2020

NAME: Nicola S. Tancredi, Law Offices of Nicola S. Tancredi

DATE: 10-7-2020

ADDRESS: 2 N. Trans Am Plaza Dr., St. 250, Oakbrook Terrace, Il 60181

TELEPHONE: 630 649 4268

SIGNATURE: ARDC #2705736

02/2015bb