IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MICHAEL HELMSTETTER | ) | Case No. 19-BK-28687 |
| | ) | |
| Debtor. | ) | Hon. Judge Jacqueline P. Cox |

**APPELLEE, DAVID HERZOG'S DESIGNATION OF ADDITIONAL CONTENTS OF RECORD ON APPEAL AND STATEMENT OF ISSUES TO BE PRESENTED**

DAVID R. HERZOG, as Chapter 7 Trustee of the Estate of Michael Helmstetter, Appellee in Appeal 20-cv-5485 in the United States District Court for the Northern District of Illinois, Eastern Division, hereby designates the following in accordance with Bankruptcy Rule 8009(a)(2):

A.  ADDITIONAL CONTENTS OF RECORD ON APPEAL:  None.

B.  STATEMENT OF ISSUES TO BE PRESENTED:

1.  Whether Michael Helmstetter, as the Chapter 7 Debtor and Appellant, lacks standing to prosecute the appeal where the administration of assets in his Chapter 7 case will not result in a surplus estate and, as a result, Michael Helmstetter does not have a pecuniary interest in the Chapter 7 Trustee's business decision to enter into the Kingdom Settlement.

Respectfully submitted,

/s/ Gregory K. Stern
Gregory K. Stern
Attorney for Chapter 7 Trustee, Appellee

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID # 6216626)
Dennis E. Quaid (Atty. ID #02267012)
Rachel S. Sandler (Atty. ID #6310248)
53 West Jackson Boulevard, Suite 1442
Chicago, Illinois 60604
(312) 427-1558