UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | ) |
| | ) Chapter 7 |
| MICHAEL S. HELMSTETTER | ) Case No. 19-28687 |
| Debtor | ) Hon. Jacqueline Cox, Presiding |

AMENDMENT TO FORM 107 - Statement of Financial Affairs

Debtor hereby amends his answer to Question #28 of the Statement of Financial Affairs as follows:

#28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

| Date | Creditor/Lender | Source [1] | Business or Personal |
|---|---|---|---|
| 6/19/2018 | SBA | Exh 1, pp 34-36 | personal |
| 9/27/2017 | Nissan North America | Exh 1, pp 147 - 153 | Personal and business |
| 8/28/18 | West Town Bank & Trust | Exh 1, pp 306-312 | Signed blank form with New City Historic Auto Group (NHAG)balance sheet attached |
| Jan 2018 | GM | Exhi 1, 313-382 | business - Kingdom Chevrolet |
| undated | Bosch | Exh 1 p.193 | signed personally but blank |
| 9/20/17 | Nissan Dealer Finance Request | Exh 1 pp 121 - 126 | business for New City Auto Group |
| 11/27/2017 | Nissan North America | Exh 1 pp16 | business |
| undated | Nissan Motor Acceptance | Exh 1 pp115- 116 | business and personal |

---

[1] Unless stated otherwise, Source would refer to the Documents Disclosed in response to question #1 of the Rule 2004 document production.

|  |  |  |  |
|---|---|---|---|

The following documents have been disclosed as responsive to Rule 2004 Request #1, Supplement #2, on

| Date | Lender | Source | Business or Personal |
|---|---|---|---|
| undated, unsigned | unknown | paged 1-9 of Supplemental Disclosure #2 to 2004 Request | Business related: New City Auto Group |
| undated, unsigned | Ultegra | pp. 10-15 of Supplemental Disclosure #2 to 2004 Request | Business for New City Auto Group |
| 11/27/17 | Nissan North America | p.16 of Supplemental Disclosure #2 to 2004 Request | appears to be for business purposes |
| 2/1/2018 | Americus Capital Advisors LLC | pp.17-18 of Supplemental Disclosure #2 to 2004 Request | business |
| 6/22/2017 | Submission to Board of New City Historic Auto Row LLC by its management | pp. 19-33 of Supplemental Disclosure #2 to 2004 Request | business for New City Historic Auto Row – compilation by Gauette, CPA |
| 6/19/18 | SBA | pp. 34-36 of Supplemental Disclosure #2 to 2004 Request | PFS for business purposes |

2

| 5/31/2017 | unknown | pp. 47-63 of Supplemental Disclosure #2 to 2004 Request | income and balance sheets of NCHAR for 2017 |
| --- | --- | --- | --- |
| undated, unsigned | Nissan Motor Acceptance Corp. | P.115-116 of Supplemental Disclosure #2 to 2004 Request | personal financial statement to support possible businessloan |
| 9/20/17 | Nissan Motor Acceptance Corp. | Pp. 124 - 125 Nissan Motor Acceptance Corp. | Business application for financing |
| unsigned, undated | New Horizons Strategic Consulting Inc. | | Personal for business purposes |

Fill in this information to identify your case:

Debtor 1: **Michael S. Helmstetter**

Debtor 2 (Spouse if, filing):

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number (if known): **19-28687**

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No
☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct. This is filed with reference only to Amendment to SOFA question #28

X /s/ *Michael S. Helmstetter*                          X _____
Signature of Debtor 1                                    Signature of Debtor 2

Date  11/11/20                                           Date

Official Form 106Dec                  Declaration About an Individual Debtor's Schedules

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy