| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Michael S. Helmstetter** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS | | |
| Case number | **19-28687** | | |
| (if known) | | | |

■ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy    4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

   ☐ Married
   ■ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ☐ No
   ■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **3419 S. Parnell Avenue** **Chicago, IL 60616-3519** | From-To: **7/2012-1/17, 1/18-1/19** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |
| **PO Box 11703** **Chicago, IL 60611-0625** | From-To: | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |
| **758 N. Larrabee** **Chicago, IL 60654** | From-To: **01/2017-01/2018** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ■ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Debtor 1 | **Michael S. Helmstetter** | | Case number (*if known*) | **19-28687** |
|---|---|---|---|---|

### Part 2: Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

|  | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
|  | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips | $0.00 | ☐ Wages, commissions, bonuses, tips | |
|  | ☐ Operating a business | | ☐ Operating a business | |
|  | ■ Wages, commissions, bonuses, tips | $25,980.00 | ☐ Wages, commissions, bonuses, tips | |
|  | ☐ Operating a business | | ☐ Operating a business | |
| **For last calendar year:** (January 1 to December 31, 2018) | ☐ Wages, commissions, bonuses, tips | $-232,796.00 | ☐ Wages, commissions, bonuses, tips | |
|  | ■ Operating a business | | ☐ Operating a business | |
|  | ☐ Wages, commissions, bonuses, tips | $41,515.00 | ☐ Wages, commissions, bonuses, tips | |
|  | ■ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:** (January 1 to December 31, 2017) | ☐ Wages, commissions, bonuses, tips | $0.00 | ☐ Wages, commissions, bonuses, tips | |
|  | ☐ Operating a business | | ☐ Operating a business | |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
■ Yes. Fill in the details.

|  | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
|  | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | | $0.00 | | |
| | **Operating a Business** | $54,000.00 | | |
| **For last calendar year:** (January 1 to December 31, 2018) | **Rental Income Loss** | $-274,311.00 | | |

| | | | | | 11/12/20 1:28PM |
|---|---|---|---|---|---|
| Debtor 1 | Michael S. Helmstetter | | | Case number (*if known*) | **19-28687** |

| | **Debtor 1** Sources of income Describe below. | **Gross income from each source** (before deductions and exclusions) | **Debtor 2** Sources of income Describe below. | **Gross income** (before deductions and exclusions) |
|---|---|---|---|---|
| **For the calendar year before that: (January 1 to December 31, 2017 )** | Rental Income Loss | $-655,732.00 | | |

---

**Part 3:** **List Certain Payments You Made Before You Filed for Bankruptcy**

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
   - ■ No.  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

     During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?
     - ■ No.  Go to line 7.
     - ☐ Yes  List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
       * Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

   - ☐ Yes.  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
     During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?
     - ☐ No.  Go to line 7.
     - ☐ Yes  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| | | | | |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   - ■ No
   - ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| | | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   - ■ No
   - ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| | | | | |

**Part 4:** **Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   - ☐ No
   - ■ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| | | | |

---

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **State Of Illinois vs MICHAEL HELMSTETTER**<br>11590579 | **STATE TAX LIEN** | **ILLINOIS STATE LIEN REGISTRY** | ☐ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**- 40,071.00** |
| **Last Chance Funding Inc vs MICHAEL HELMSTETTER, ALFA ROMEO AND FIAT OF CHICAG**<br>EC17612312 | **CIVIL JUDGMENT** | **NASSAU COUNTY SUPREME COURT** | ☐ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**- 8,820.00** |
| **Premium Business Solutions Inc v.**<br>**Michael Helmstetter, and Alfa Romeo and Fiat of Chicago and New City Historic Auto Row LLC**<br>EF0077462017 | Civil Judgment | **Orange County Supreme Court**<br>**285 Main Street**<br>**Goshen, NY 10924** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Judgment for $289,144.00** |
| **Pearl Beta Funding Llc vs MICHAEL HELMSTETTER, ALFA ROMEO AND FIAT OF CHICAG**<br>E1617602017 | **CIVIL JUDGMENT** | **NIAGARA COUNTY SUPREME COURT** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Judgment for $75,923.00 6/6/2017** |
| **Joel F. Handler**<br>**v.**<br>**Michael Helmstetter**<br>17-M1-109533 | Civil Judgment - Vacated Judgment 7/9/2018 - regarding breach of contract lawsuit | **Circuit Court of Cook County**<br>**50 West Washington Street**<br>**Room 602**<br>**Chicago, IL 60602** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Judgment for $26,214.00 but Vacated Judgment 7/9/2018** |
| **In Re New City Auto Group, Inc.**<br>18-21890 | Bankruptcy | **U.S. Bankruptcy Court for the Northern District of Indiana (Hammond Division)**<br>**5400 Federal Plaza**<br>**Hammond, IN 46320** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Nissan North America, Inc.**<br>**v.**<br>**New City Auto Group, Inc., Michael Helmsterrer, Steven Dobrofsky aka Steven Dobrovsky, Benetta Berke, LCA Bank Corporation**<br>18-ap-02055-jra | Adversary Proceeding related to Chapter 11 of New City Auto Group, Inc., lead BK case no. 18-21890 | **U.S. Bankruptcy Court, Northern District of Indiana (Hammond Division)**<br>**5400 Federal Plaza**<br>**Hammond, IN 46320** | ■ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**Motion for Default Filed 9/25/2019 and pending** |

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Santander Bank v. New City Historic Auto Row LLC doing business as Alfa Romeo & Fiat of Chicago and Michael S Helmstetter, Defendants and V. Respondent FCA US LLC, Intervenor Plaintiff, Fort Worth Brothers Automotive, LLC d/b/a Alfa Romeo Fiat of Fort Worth, Counter Claimants Michael S Helmstetter And New City Historic Auto Row LLC v. Counter Claimants V. Counter Defendants Michael S Helmstetter And New City Historic Auto Row LLC Counter Claimant Michael S Helmstetter And New City Historic Auto**<br>**1:18-cv-00201** | **Diversity-Account Receivable - Replevin and Other Relief** | **U.S. District Court for the Northern District of Illinois (Eastern Division) Dirksen Federal Courthouse 219 S. Dearborn Street Chicago, IL 60604** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **SantSantander Bank v. New City Historic Auto Row, Imagine Cars LLC, Imagine Motorcycles LLC, Invest in Tonight LLC - Temptation Transportation LLC and Michael S. Helmstetter**<br>**1:17-cv-06861** | **Diversity-Other Contract** | **United States District Court Northern District of Illinois Eastern Division Dirksent Federal Courthouse 219 S. Dearborn Street Chicago, IL 60604** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Dismissed 10/5/2017** |
| **Last Chance Funding Inc.**<br>**v.**<br>**Michael Helmstetter**<br>**EC17612312** | **Collection** | **Nassau County Supreme Court 100 Supreme Ct Drive Mineola, NY 11501** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Civil Judgment in Nassau County, NY recorded 11/14/2017** |
| **Sherida Shepherd**<br>**v.**<br>**Michael Helmstetter, Tom Ownens, Dan Pulhr, Western Avenue Nissan**<br>**2011-M1-040768** | **Pro Se Complaint filed, not sure what for** | **Circuit Court of Cook County 50 West Washington Street Room 602 Chicago, IL 60602** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**DWP 5/1/2012** |
| **Paint-A-Pole**<br>**v.**<br>**Michael Helmstetter, Rich Rushetti and South Chicago Nissan 2010**<br>**2010-M6-003383** | **Breach of Contract** | **Cook County Sixth Municipal District Courthouse 16501 Kedzie Ave Markham, IL 60428** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Case Dismissed with Prejudice 3/2/2011** |
| **Mark Rooney, James Kanzler and Meninder Bhambra**<br>**v.**<br>**Chatham 8700 LLC, Karen Daly, Patick Daly, Michael Helmstetter, Muhammad Howard, John Monroe and World Business Lenders**<br>**2019-CH-05954** | **Declaratory Judgement Complaint** | **Circuit Court of Cook County 50 West Washington Street Chancery Division Chicago, IL 60602** | ■ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**Answer and Counter Claim filed by some 10/7/2019** |

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Michael Helmstetter<br>v.<br>Kingdom Chevrolet, Inc., Richard Ruscitti and Western Avenue Nissan<br>2014-CH-20208 | Declaratory Judgment Complaint | Circuit Court of Cook County<br>50 West Washington Street<br>Chicago, IL 60602 | ■ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**11/4/2019 is next court date** |
| Laura L. Helmstetter<br>v.<br>Michael S. Helmstetter<br>2017-D-001855 | Dissolution of Marriage | Circuit Court of Cook County<br>50 West Washington Street<br>Chicago, IL 60602 | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Certificate of Dissolution 1/10/2018** |
| Fort Worth Brothers Automotive<br>v.<br>Alfa Romeo Fiat Chicago, Michael Helmstetter, Scott Kindybalyk and New City Historic Auto Row<br>2017-L-010135 | Fraud Complaint | Circuit Court of Cook County<br>50 West Washington Street<br>Chicago, IL 60602 | ■ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**Status Call 10/9/2019** |
| Kingdom Chevrolet & Western Avenue Nissan<br>v.<br>Dario Camerillo, Community Tax, and Michael Helmstetter<br>2015-L-002134 | Fraud Compmlaint | Circuit Court of Cook County<br>50 West Washington Street<br>Chicago, IL 60602 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| Michael Helmstetter<br>v.<br>Kerri Fallon Helmstetter, Kingdom Chevrolet, Inc., and Western Avenue Nissan, Inc.<br>2014-L-009900 | PETITION TO ISSUE SUBPOENA FILED | Circuit Court of Cook County<br>50 West Washington Street<br>Chicago, IL 60602 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| Gretter Autoland, Inc., Debtor<br>14-02831-als7 | Chapter 11 Bankruptcy (Debtor was a party in interest only) | U. S. Bankruptcy Court Southern District of Iowa (Des Moines) | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| State Of Illinois vs MICHAEL HELMSTETTER<br>11590579 | STATE TAX LIEN | ILLINOIS STATE LIEN REGISTRY | ■ Pending<br>☐ On appeal<br>☐ Concluded<br><br>- 40,071.00 |
| Last Chance Funding Inc vs MICHAEL HELMSTETTER, ALFA ROMEO AND FIAT OF CHICAG<br>EC17612312 | CIVIL JUDGMENT | NASSAU COUNTY SUPREME COURT | ☐ Pending<br>☐ On appeal<br>☐ Concluded<br><br>- 8,820.00 |

| Debtor 1 | Michael S. Helmstetter | | Case number (if known) | 19-28687 |
|---|---|---|---|---|

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case | |
|---|---|---|---|---|
| **Premium Business Solutions Inc vs MICHAEL HELMSTETTER, ALFA ROMEO AND FIAT OF CHICAG**<br>**EF0077462017** | **CIVIL JUDGMENT** | **ORANGE COUNTY SUPREME COURT** | ☐ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**- 289,144.00** | |
| **Pearl Beta Funding Llc vs MICHAEL HELMSTETTER, ALFA ROMEO AND FIAT OF CHICAG**<br>**E1617602017** | **CIVIL JUDGMENT** | **NIAGARA COUNTY SUPREME COURT** | ☐ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**- 75,923.00** | |
| **Handler Joel F vs MICHAE HELMSTETTER**<br>**17M1109533** | **CIVIL JUDGMENT** | **COOK LAW MAGISTRATE - CHICAGO** | ☐ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**- 26,214.00** | |
| **In the Marriage of Michael Helmstetter**<br>**45C01-1101-DC-00066** | **Dissolution of Marriage - Contempt Citation** | **Lake Circuit Court County of Lake**<br>**Crown Point Indiana**<br>**2293 N Main St**<br>**Crown Point, IN 46307** | ■ Pending<br>☐ On appeal<br>☐ Concluded | |
| **Monte M. Merz**<br>**v.**<br>**Michael Helmstetter, Et al.**<br>**19-cv-32608** | | **US District Court**<br>**District of Colorado**<br>**901 19th St**<br>**Denver, CO 80294** | ■ Pending<br>☐ On appeal<br>☐ Concluded | |
| **County Mayo Corporation**<br>**v.**<br>**New City Historic Row, LLC**<br>**2018 M1 717083 & 2018 M1 717084** | **Consolidated Cases** | **Circuit Court of Cook County**<br>**50 West Washington Street**<br>**Room 602**<br>**Chicago, IL 60602** | ■ Pending<br>☐ On appeal<br>☐ Concluded | |
| **Commonwealth Edison**<br>**v.**<br>**New City Historic LLC**<br>**2019 M1 117848** | **Utility Collection** | **Circuit Court of Cook County**<br>**50 West Washington Street**<br>**Room 602**<br>**Chicago, IL 60602** | ■ Pending<br>☐ On appeal<br>☐ Concluded | |
| **Rooney et al v. DAley et al**<br>**19 CH 5954** | **Declaratory INjunctive and other relief** | **cicuit Court of Cook County IL**<br>**50 W. Washington St**<br>**Chicag IL**<br>**Chicago, IL 60602** | ■ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**debtoris a defendant** | |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

■ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

    ■ No
    ☐ Yes. Fill in the details.

    | Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
    |---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

    ■ No
    ☐ Yes

## Part 5: List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

    ■ No
    ☐ Yes. Fill in the details for each gift.

    | Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
    |---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

    ■ No
    ☐ Yes. Fill in the details for each gift or contribution.

    | Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
    |---|---|---|---|

## Part 6: List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

    ■ No
    ☐ Yes. Fill in the details.

    | Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
    |---|---|---|---|

## Part 7: List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
    Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

    ☐ No
    ■ Yes. Fill in the details.

    | Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
    |---|---|---|---|
    | Benjamin Legal Services<br>1016 W. Jackson Blvd<br>Chicago, IL 60607-2914<br>attorneys@benjaminlaw.com | $5,000.00 Legal Retainer;<br>$368.00 Filing fee and costs | October 7, 2019 | $5,368.00 |

| Person Who Was Paid Address Email or website address Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Consumer Education Services, Inc** **3700 Barrett Drive** **Raleigh, NC 27609** **startfreshtoday.com / https://www.cesisolutions.org** **Attorney for Debtor** | **Consumer Credit Counseling Services that are required by Debtor to complete before filing her bankruptcy petition** | **October 7, 2019** | **$24.99** |
| **Acebiz** | | **9/27/2019** | **$1,123.77** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
    Do not include any payment or transfer that you listed on line 16.

    ■ No
    ☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
    Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

    ☐ No
    ■ Yes. Fill in the details.

| Person Who Received Transfer Address Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **cannot recall -- an individual** **none** | **2003 Hummer H-1 (Amended entry on SOFA 8/2020)** | **$49,000  (distress sale, vehicle worth about $100,000)** | **November/December 2017** |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

    ☐ No
    ■ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|
| **Helmstetter Family Trust** | **Trust wasnever funded  (amended entry on SOFA)** | **March 1, 2019** |
| **Helmstetter Children Trust** | **Trust never funded (Amended entry on SOFA)** | **March 1, 2019** |

| Debtor 1 | **Michael S. Helmstetter** | Case number (*if known*) | **19-28687** |
|---|---|---|---|

### Part 8: List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
    Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

    ■ **No**
    ☐ **Yes. Fill in the details.**

    | Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
    |---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

    ■ **No**
    ☐ **Yes. Fill in the details.**

    | Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
    |---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

    ☐ **No**
    ■ **Yes. Fill in the details.**

    | Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
    |---|---|---|---|
    | **East Bank Storage** **1200 W. 35th Street** **Chicago, IL 60609** | **Debtor and Justine Janson** | **Seasonal items, 2 chairs, dolls, camping tent, pictures** | ☐ No ■ Yes |

### Part 9: Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

    ■ **No**
    ☐ **Yes. Fill in the details.**

    | Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
    |---|---|---|---|

### Part 10: Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

| Debtor 1 | Michael S. Helmstetter | Case number (*if known*) | **19-28687** |
|---|---|---|---|

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

**25. Have you notified any governmental unit of any release of hazardous material?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

**Part 11:** Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

■ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **New City Historic Auto Row LLC;<br>dba<br>d/b/a Alfa Romeo & Fiat of Chicago;<br>c/o Terry Gaouette, Reg Agent<br>2401 S. Michigan Ave<br>Chicago, IL 60616-2301** | **Auto Dealership<br>aka NCHAR LLC<br>also dba Yamaha and Zero of Chicago IL;<br>IMagination KIA<br><br>Gaouetter & Associates<br>Attn: Terry Gaouette<br>8021 Greanmeadow Lane<br>Greendale, WI. 53129-0000** | EIN:   **49-74929174**<br><br>From-To   **8/31/2015-Present** |
| **Charring Cross Special Purpose LLC<br>55 W. Wacker Drive<br>14th Floor<br>Chicago, IL 60601-1799** | | EIN:   **47-4929174**<br><br>From-To   **1/12/2018-Present** |

| Debtor 1 | Michael S. Helmstetter | | Case number (*if known*) | 19-28687 |
|---|---|---|---|---|

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed | |
|---|---|---|---|
| **New City Auto Group, Inc.**<br>fdba New City Auto Group, LLC<br>dba Prime Time Nissan, Prime Time Nissan<br>1301 U.S. Highway 41<br>Schererville, IN 46375 | **Auto Dealerships**<br>dba Prime Time Nissan<br>dba Prime Time Nissan of Schererville<br><br>Gaouetter & Associates<br>Attn: Terry Gaouette<br>8021 Greanmeadow Lane<br>Greendale, WI. 53129-0000 | EIN: | 82-2771359 |
| | | From-To | 9/13/2017 - present |
| **Kingdom Chevrolet**<br>6603 S Western Ave<br>Chicago, IL 60636 | **Auto Dealership** | EIN: | |
| | | From-To | 10/16/2009 - pres. |
| **Western Avenue Nissan, Inc.**<br>f/k/a South Chicago Nissan, Inc.<br>7410 S Western Ave<br>Chicago, IL 60636 | **Auto Dealership** | EIN: | |
| | | From-To | 9/17/1998 - pres. |
| **Zephyr 2020 Inc**<br>CT Corporation System RA | never activated or operated; CT Corp, Nevada corporation is RA | EIN: | 83-4038693 |
| | | From-To | March 1, 2019 - Present |
| **KINGDOM ADVERTISING INC.**<br>c/o Adam Berger, Reg Agent<br>20 N. Clark Street<br>suite 2300<br>Chicago, IL 60602 | **Advertising work for Kingdom Chevrolet and NIssan on Western.** | EIN: | 27-3408500 |
| | | From-To | 9/7/2010 - preent |
| **Imagine Cars, LLC**<br>55 E. Jackson Blvd, #600<br>Chicago, IL 60604 | intended for Kia dealership but never activated or funded | EIN: | |
| | | From-To | 6/1/15 - 12/9/16 |
| **Imagine Motorcycles LLC**<br>55 E. Jackson #500<br>Chicago, IL 60604 | intended Yamaha dealership; never funded or activated | EIN: | |
| | | From-To | 6/1/15 - 12/9/16 |
| **Invest in Tonight**<br>3419 S. Parnell<br>Chicago, IL 60616 | never activated or funded | EIN: | |
| | | From-To | 7/17/13 - 1/9/15 |
| **Shatterleg LLC**<br>2681 Roosevelt Blvd<br>unit 110<br>Clearwater, FL 33760 | intended T-Shit company. never operatedor dunded | EIN: | |
| | | From-To | |
| **Re-insurance businesses** | in-house insurance operation operated by Western Ave., and Kingdom Chevrolet | EIN: | |
| | | From-To | |
| **Phoenix Motorwerks** | | EIN: | |
| | | From-To | |

| Debtor 1 | **Michael S. Helmstetter** | Case number *(if known)* | **19-28687** |
|---|---|---|---|

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ No
■ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| **U.S. Small Business Administration** | **March 14, 2018** |
| **New Horizon Strategic Consulting** | **12/21/2016** |
| **Benita Berke**<br>**36 W. Randolph Street**<br>**Unit 701**<br>**Chicago, IL 60601** | **September 26, 2017** |
| **West Town Bank & Trust**<br>**7820 W 26th Street**<br>**Suite 1599**<br>**Chicago, IL 60646** | **August 21, 2018 with co-appicant Benitta Burke** |
| **SEE ATTACHED EXHIBIT A; ADDENDUM AND AMENDEDMENT TO QUESTIONS #28** | |

**Part 12:  Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| /s/ Michael S. Helmstetter | |
|---|---|
| **Michael S. Helmstetter**<br>**Signature of Debtor 1** | **Signature of Debtor 2** |
| Date | Date |

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).