IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Bankruptcy Case No. 19-28687 |
| MICHAEL HELMSTETTER, | ) | Chapter 7 |
| | ) | Judge Jacqueline P. Cox |
| Debtor. | ) | |

### CERTIFICATE OF SERVICE

TO:    See the attached service list

I, the undersigned, an attorney, hereby state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, caused a copy of the attached **Amended Statement of Financial Affairs with Attachments (Amendment to SOFA #28 and signed Declaration),** to be served on all persons set forth in the attached service list and identified as Registrants through the Court's Electronic Notice for Registrants on or before 5:00 P.M. on November 12, 2020.

/s/ Richard L Hirsh

Richard L. Hirsh
RICHARD L. HIRSH, P.C.
1500 Eisenhower Lane, #800
Lisle, IL 60532
630.434.2600
richard@bankruptcy-dupage.com
Attorney #1225936

## SERVICE LIST

### *VIA ECF*

Patrick Layng, U.S. Trustee

David Herzog, Trustee

Gregory K Stern, Gregory K. Stern, P.C. , representing Trustee David Herzog

Debra Devassy Babu, Askounis & Darcy, PC representing creditor Santander Bank, N.A.

Whitman H. Brisky, Mauck & Baker, LLC representing creditors 2401 So. Michigan Building
Corporation and representing County Mayo Corporation

Jamie L Burns, Levenfeld Pearlstein LLC representing creditors Kingdom Chevrolet and representing
Richard Ruscitti

Christopher R Schmidgall, Law Office of Garry A. Weiss, P.C. representing creditor Kerri
Fallon-Helmstetter

Charles Tatelbaum, Tripp Scott, P.A. representing creditor Nissan North America, Inc.

James M Yannakopoulos, Koransky, Bouwer & Poracky, P.C. representing creditor Centier Bank