IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| MICHAEL S. HELMSTETTER, | ) | Case No. 19-28687 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline Cox |
| | | U.S. Bankruptcy Judge |

## NOTICE OF EXAMINATION PURSUANT TO BANKRUPTCY RULE 2004

**TO:**   Michael Helmstetter         Richard Hirsh                     Patrick Laying
c/o Richard Hirsh              Richard L. Hirsh & Assoc.     U.S. Trustee
1500 Eisenhower Ln          1500 Eisenhower Ln           219 S. Dearborn St.
Suite 800                           Suite 800                             Room 804
Lisle, IL 60532                   Lisle, IL 60532                     Chicago, IL 60604

All Counsel and Parties of Record

**PLEASE TAKE NOTICE THAT** pursuant to Bankruptcy Rule 2004 of the Federal Rules of Bankruptcy Procedure, Dennis E. Quaid, Gregory K. Stern and/or Monica C. O'Brien as counsel for David R. Herzog, Trustee of the estate of Michael Helmstetter, Debtor, will take the oral examination of Michael Helmstetter, through Zoom means or teleconference, at the offices of Reporters On Madison, 418 East Madison, Tampa, FL 33602, on **December 29, 2020, at 10:00 a.m.** (**Eastern** Standard Time), pursuant to the order of the Bankruptcy Court of March 17, 2020, a true and correct copy of which is attached hereto as Exhibit A

Said examination shall be recorded by sound and stenographic means.

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, hereby certify that I caused a copy of the foregoing Notice of Examination Pursuant to Bankruptcy Rule 2004 to be served on the above listed addressee(s) upon the foregoing via electronic mail and by placing copies thereof in envelopes properly addressed to the foregoing parties on the 21st day of December 21, 2020.

/s/ Gregory K. Stern
Gregory K. Stern, Esq.

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
Rachel S. Sandler (Atty. ID #6310248)
Dennis E. Quaid (Atty. ID #2267012)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 19-28687
MICHAEL S. HELMSETTER )
) Chapter: 7
)
) Honorable Jacqueline Cox
)
Debtor(s) )

## ORDER GRANTING LEAVE FOR 2004 EXAMINATION OF THE DEBTOR

THIS CAUSE COMING ON TO BE HEARD on the Chapter 7 Trustee's Motion For Leave To Conduct 2004 Examination of the Debtor (the "Motion"), due and proper notice having been served, the Court having jurisdiction over the parties and subject matter, and being otherwise fully advised in the premises:

IT IS HEREBY ORDERED THAT:

1. The Chapter 7 Trustee is granted leave to conduct a 2004 examination of the Debtor, Michael S. Helmstetter ("Helmstetter").

2. Helmsetter is ordered and directed to produce the documents requested by the Chapter 7 Trustee in the Rider attached as Exhibit A to the Motion, care of the Trustee's attorneys, 53 West Jackson Boulevard, Suite 1442, Chicago, Illinois, on or before April 7, 2020.

3. Helmstetter is ordered and directed to produce any additional documents requested by the Chapter 7 Trustee, care of the Trustee's attorneys, 53 West Jackson Boulevard, Suite 1442, Chicago, Illinois, upon 10 days written notice from the Chapter 7 Trustee's attorney

4. Helmstetter is ordered and directed to appear for oral examination upon 10 days written notice from the Chapter 7 Trustee's attorney.

Enter: _Jacqueline P. Cox_
Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: March 17, 2020

**Prepared by:**
Gregory K. Stern (Atty. ID #6183380)
Dennis E. Quaid (Atty ID #2267012)
Monica C. O'Brien (Atty. ID # 6216626)
Rachel S. Sandler (Atty. ID #6310248)
53 West Jackson Boulevard, Suite 1442
Chicago, Illinois 60604
(312) 427-1558

EXHIBIT A

Rev: 20170105_bko