IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| MICHAEL S. HELMSTETTER, | ) | Case No. 19 – 28687 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |
| | ) | |
| | ) | Hearing Date and Time: |
| | ) | January 19, 2021 at 1:00 p.m. |

**COVER SHEET FOR FINAL APPLICATION FOR
PROFESSIONAL COMPENSATION**

| | |
|---|---|
| Name of Applicants: | Gregory K. Stern, Dennis E. Quaid, Monica C. O'Brien, Rachel S. Sandler |
| Authorized to Provide Professional Services to: | David Herzog, Chapter 7 Trustee |
| Date of Order Authorizing Employment: | December 4, 2019 |
| Period for Which Compensation is Sought: | November 27, 2019 through December 30, 2020 |
| Amount of Fees Sought: | $162,416.00 |
| Amount of Expense Reimbursement Sought: | $444.50 |

| This is a(n): | X | Interim Application | | Final Application |
|---|---|---|---|---|
| If this is not the first application filed herein by this professional, disclose as to all prior fee applications: ||||||
| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed | Any Amount Ordered Withheld |
| | | | | |
| | | | | |
| | | | | |

Gregory K. Stern

Date: December 30, 2020      By: _____/s/ Gregory K. Stern