IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| MICHAEL S. HELMSTETTER, | ) | Case No. 19 – 28687 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |
| | ) | |
| | ) | Hearing Date and Time: |
| | ) | January 19, 2021 at 1:00 p.m. |

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, hereby state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing **NOTICE OF TRUSTEE'S ATTORNEYS' FIRST APPLICATION FOR ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF COSTS AND EXPENSES, AUTHORIZATION TO PAY ALLOWED ADMINISTRATIVE CLAIM AND LIMIT NOTICE TO TWENTY LARGEST UNSECURED CREDITORS** to be served on all persons set forth on the attached Service List and identified as Registrants through the Court's Electronic Notice for Registrants, and, as to all other persons on the attached Service List by mailing a copy of same in an envelope properly addressed and with postage fully prepaid and by depositing same in the U.S. Mail, Chicago, Illinois on the 30th day of December 2020.



/s/ Gregory K. Stern
Gregory K. Stern

Gregory K. Stern (Atty. ID #6183380)
Dennis E. Quaid (Atty. ID #02267012)
Monica C. O'Brien (Atty. ID #6216626)
Rachel S. Sandler (Atty. ID #6310248)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558

# SERVICE LIST

**Registrants Served Through The Court's Electronic Notice For Registrants**

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 South Dearborn Street, Room 873
Chicago, Illinois 60604

David R. Herzog
Herzog & Schwartz PC
77 West Washington Street, Suite 1400
Chicago, Illinois 60602

Richard L Hirsh
1500 Eisenhower Lane, Suite 800
Lisle, IL 60532

Debra Devassy Babu
Jamie L Burns
Whitman H. Brisky
Joseph D. Frank
Daniel S. Hefter
Byran D. King
Micha R. Krohn
Christopher R. Schmidgal
Nicola S. Tancredit
Charles Tatelbaum
James M. Yannakopoulos

**Parties Served By United States Mail**
Michael S. Helmstetter
8500 29th Way, Unit 201
Pinellas Park, Florida 33782

ADG
Attn: William H. Kelly, Partner
5810 W. 78th Street, Suite 300
Minneapolis, MN 55439

Beerman LLP
161 N Clark Street, Suite 3000
Chicago, IL 60601

Benetta Berke
36 W. Randolph, #701
Chicago, IL 60601
Chase Card Services
P.O. Box 15298
Wilmington, DE 19850

Ft. Worth Brothers Automotive LLC
c/o Burke Warren McKay Serritella
330 N. Wabash, 21st Floor
Chicago, IL 60611

Illinois Department of Revenue
Bankruptcy Unit
PO Box 19035
Springfield, IL 62794-9035

IRS
PO BOX 7346
Philadelphia, PA 19101-7346

Kerri Fallon
1741a Beachview Court
180 N. La Salle Street, Suite 3700
Crown Point, IN 46307

Oak Group bba Warranty Sol'n Mngt Corp
7125 W. Jefferson Ave., Suite S-200
Denver, CO 80235

Oceantime LLC
3208 NE 10th Street
Pompano Beach, FL 33062-3908

Pearl Capital Business Funding, LLC
525 Washington Blvd, 22nd Floor
Jersey City, NJ 07310

Premium Business Solutions
8019 N. Himes
Tampa, Florida  33611

Reyna Capital Corporation
One Reynolds Way
Kettering, OH 45430

Ridgestone Bank
500 Elm Grove Road, Suite 102
Elm Grove, WI 53122

West Lake Financial Services
4751 Wilshire Blvd., Suite 100
Los Angeles, CA 90010

THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE                                          )          Chapter 7
                                               )
MICHAEL S. HELMSTETTER,                        )          Case No. 19 – 28687
                                               )
                    Debtor.                    )          Hon. Jacqueline P. Cox

**NOTICE OF CHAPTER 7 TRUSTEE'S ATTORNEYS' FIRST APPLICATION FOR
ALLOWANCE OF INTERIM COMPENSATION, REIMBURSEMENT OF COSTS AND
EXPENSES, AUTHORIZATION TO PAY ALLOWED ADMINISTRATIVE CLAIM AND TO
LIMIT NOTICE TO TWENTY LARGEST UNSECURED CREDITORS**

**TO THE DEBTOR, HIS CREDITORS AND ALL PARTIES IN INTEREST:**

        **PLEASE BE ADVISED THAT** Gregory K. Stern, Dennis E. Quaid, Monica C. O'Brien and Rachel S. Sandler, Attorneys for David R. Herzog the Chapter 7 Trustee, filed their First Application for Allowance of Interim Compensation and Reimbursement of Costs and Expenses, Authorization to Pay Allowed Administrative Claim and to Limit Notice to Twenty Largest Unsecured Creditors (the "First Application for Interim Compensation"), requesting, pursuant to §§330 and 331 of the Bankruptcy Code, allowance of compensation in the amount of $162,416.00 for 328.50 hours of professional services rendered from November 27, 2019 through December 30, 2020**,** and reimbursement of costs and expenses in the amount of $444.50.  The Attorneys request payment of unpaid interim compensation and reimbursement of costs and expenses in the total amount of $162,860.50.  The First Application for Interim Compensation is on file with the Clerk of the United States Bankruptcy Court, Northern District of Illinois, and may be inspected at 219 South Dearborn Street, 7th Floor, Chicago, Illinois.

        **BE ADVISED FURTHER THAT** hearing on the First Application for Allowance of Interim Compensation has been scheduled for January 19, 2021, at 1:00 p.m., before the Honorable Jaqueline P. Cox, United States Bankruptcy Judge.  **This motion will be presented and heard electronically using Zoom for Government.**  No personal appearance in court is necessary or permitted. To appear by video, use this link: http://www.zoomgov.com/. Then enter the meeting ID and password.  To appear by telephone, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.  The meeting ID for this hearing is 1612732896 and the password is 778135.  The meeting ID and password can also be found on the judge's page on the court's website.  If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the Court may grant the motion in advance without a hearing.

Gregory K. Stern (Atty. ID #6183380)
Dennis E. Quaid (Atty. ID #02267012)
Monica C. O'Brien (Atty. ID #6216626)
Rachel S. Sandler (Atty. ID #6310248)
53 West Jackson Boulevard, Suite 1442
Chicago, Illinois 60604
(312) 427-1558