IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
|     MICHAEL S. HELMSTETTER, | ) | Case No. 19-28687 |
|     Debtor. | ) | Chapter 7 |
| | ) | Hon. Jacqueline P. Cox |

**NOTICE OF OBJECTION PURSUANT TO
SECOND AMENDED GENERAL ORDER NO. 20-03
"Court Proceedings During COVID-19 Public Emergency"**

Pursuant to the SECOND AMENDED GENERAL ORDER NO. 20-03 "Court Proceedings During COVID-19 Public Emergency, paragraphs 6(b), (c) and (d) the undersigned counsel for Michael S. Helmstetter, debtor will object to INTERIM APPLICATION OF GREGORY K. STERN, MONICA C. O'BRIEN, DENNIS E. QUAID AND RACHEL S. SANDLER FOR PROFESSIONAL COMPENSATION (Docket 110).

/s/ Nicola S. Tancredi

**CERTIFICATE OF SERVICE**

I, Nicola S. Tancredi, an attorney, certify that a copy of this Notice of Objection was served upon the persons listed on the attached service list on January 15, 2021, via electronic notice by Pacer/ECF.

/s/ Nicola S. Tancredi

Nick Tancredi
Law Offices of Nicola S. Tancredi
Two N. Trans Am Plaza, Dr., Suite 250
Oakbrook Terrace, Illinois 60181
Office: (630) 649-4268
ntancredilaw@gmail.com
Attorney #2795736

## SERVICE LIST VIA ECF

The Honorable Jacqueline Cox, USBC

U.S. Bankruptcy Court

Patrick S. Layng, U.S. Trustee

David R. Herzog, Trustee, Herzog & Schwartz PC

Dennis Quaid, Gregory K. Stern, P.C.

Gregory K. Stern, Gregory K. Stern, P.C.

Debra Devassy Babu, Askounis & Darcy, PC

Jamie L Burns, Levenfeld Pearlstein, LLC

Whitman H. Brisky, Mauck & Baker LLC

Christopher R. Schmidgall, Law Office of Garry A. Weiss, PC

Charles Tatelbaum, Tripp Scott PA

James M. Yannakopoulos, Koransky Bouwer & Poracky PC