# United States Bankruptcy Court

NORTHERN DISTRICT OF ILLINOIS

219 South Dearborn

Chicago, Illinois 60604

**Jeffrey P. Allsteadt**, Bankruptcy Clerk

|  |  |
|---|---|
| Date | 2/4/2021 |
| Bankruptcy Case Number | 19 B 28687 |
| Case Name | Michael S. Helmstetter |
| Notice of Appeal Filed | 9/15/2020 |
| Appellant | Michael S. Helmstetter |
| District Court Number | 20 cv 5485 |
| District Court Judge | Rebecca R. Pallmeyer |

Thomas G. Bruton
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, Illinois 60604

Dear Sir:

Pursuant to **Bankruptcy Rule 8010** transmitted herewith is the Record on Appeal. The Record on Appeal consist of:

- ☐ Designation and Statement of Issues
- ☑ Transmittal Letter
- ☐ Copy of Docket Sheet
- ☐ Exhibits
- ☑ Transcript(s)

Additional Items Included

- ☑ Appellant's Transcript(s) of Hearing held: 9/1/2020

☐ Total Volumes Transmitted

The following items will be transmitted as a supplemental to the Record on Appeal

☐ _____

Previous D C Judge _____   Case Number _____

By Deputy Clerk   Melissa Ross

Rev 03/2015bb