IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE ) | | Chapter 7 |
| ) | | |
| MICHAEL HELMSTETTER ) | | Case No. 19-28687 |
| ) | | |
| Debtor. ) | | Hon. Jacqueline P. Cox |
| | | |
| | | February 8, 2021 |

**NOTICE OF FILING RESPONSE OF MICHAEL HELMSTETTER TO AMENDED ATTORNEYS' FIRST APPLICATION FOR ALLOWANCE OF INTERIM COMPENSATION, REIMBURSEMENT OF COSTS AND EXPENSES, AUTHORIZATION TO PAY ALLOWED ADMINISTRATIVE CLAIM AND TO LIMIT NOTICE TO TWENTY LARGEST UNSECURED CREDITORS**

**NOTICE OF FILING**

To: See attached service list

Please take notice that on February 8, 2021, I, the undersigned attorney for Debtor, Michael Helmstetter caused to be filed via the ECF System of the US Bamkruptcy Court for the Northern District of Illinois, **RESPONSE OF MICHAEL HELMSTETTER TO AMENDED ATTORNEYS' FIRST APPLICATION FOR ALLOWANCE OF INTERIM COMPENSATION, REIMBURSEMENT OF COSTS AND EXPENSES, AUTHORIZATION TO PAY ALLOWED ADMINISTRATIVE CLAIM AND TO LIMIT NOTICE TO TWENTY LARGEST UNSECURED CREDITORS,** a copy of which is filed concurrently and served upon you.

                                          Respectfully submitted,

                                          Debtor, MichaeL Helmstetter

                                          By: _____//s//_____
                                                Nicola S. Tancredi
                                                Attorney for Plaintiff/Appellant
                                                Debtor, Michael Helmstetter

## **CERTIFICATE OF SERVICE**

To: See attached service list

I, the undersigned an attorney for Debtor, hereby state that on February 8, 2021, pursuant to the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the Notice of Filing of **RESPONSE OF MICHAEL HELMSTETTER TO AMENDED ATTORNEYS' FIRST APPLICATION FOR ALLOWANCE OF INTERIM COMPENSATION, REIMBURSEMENT OF COSTS AND EXPENSES, AUTHORIZATION TO PAY ALLOWED ADMINISTRATIVE CLAIM AND TO LIMIT NOTICE TO TWENTY LARGEST UNSECURED CREDITORS,** to be served on all persons set forth below identified as Registrants through the Court's Electronic Notice for Registrants on February 8, 2010 prior to midnight;

/s/ Richard L. Hirsh

SERVICE LIST

Patrick Layng, US TRUSTEE via ECF
David Herzog, Trustee via ECF
Gregory K. Stern, Attorney for David Herzog, Trustee via ECF
Dennis Quaid attorney for Trustee   via ECF


Respectfully submitted,

Plaintiff/Appellant Debtor, Michael Helmstetter

By: _____//s//Nicola S. Tancredi
Attorney for Plaintiff/Appellant
Debtor, Michael Helmstetter


Nicola S. Tancredi
Law Offices of Nicola S. Tancredi
Attorney for Plaintiff/Appellant
Debtor, Michael Helmstetter
Two N. Trans Am Plaza, Dr., Suite 250
Oakbrook Terrace, Illinois 60181
Office: (630) 649-4268 Fax: (630) 618-3746
ntancredilaw@gmail.com   ARDC 2795736

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE ) | | Chapter 7 |
| ) | | |
| MICHAEL HELMSTETTER ) | | Case No. 19-28687 |
| ) | | |
| Debtor. ) | | Hon. Jacqueline P. Cox |
| | | |
| | | February 8, 2021 |

**NOTICE OF FILING RESPONSE OF MICHAEL HELMSTETTER TO AMENDED ATTORNEYS' FIRST APPLICATION FOR ALLOWANCE OF INTERIM COMPENSATION, REIMBURSEMENT OF COSTS AND EXPENSES, AUTHORIZATION TO PAY ALLOWED ADMINISTRATIVE CLAIM AND TO LIMIT NOTICE TO TWENTY LARGEST UNSECURED CREDITORS**

**NOTICE OF FILING**

To: See attached service list

Please take notice that on February 8, 2021, I, the undersigned attorney for Debtor, Michael Helmstetter caused to be filed via the ECF System of the US Bamkruptcy Court for the Northern District of Illinois, **RESPONSE OF MICHAEL HELMSTETTER TO AMENDED ATTORNEYS' FIRST APPLICATION FOR ALLOWANCE OF INTERIM COMPENSATION, REIMBURSEMENT OF COSTS AND EXPENSES, AUTHORIZATION TO PAY ALLOWED ADMINISTRATIVE CLAIM AND TO LIMIT NOTICE TO TWENTY LARGEST UNSECURED CREDITORS,** a copy of which is filed concurrently and served upon you.

Respectfully submitted,

Debtor, MichaeL Helmstetter

By: _____//s//_____
Nicola S. Tancredi
Attorney for Plaintiff/Appellant
Debtor, Michael Helmstetter

## **CERTIFICATE OF SERVICE**

To: See attached service list

I, the undersigned an attorney for Debtor, hereby state that on February 8, 2021, pursuant to the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the Notice of Filing of **RESPONSE OF MICHAEL HELMSTETTER TO AMENDED ATTORNEYS' FIRST APPLICATION FOR ALLOWANCE OF INTERIM COMPENSATION, REIMBURSEMENT OF COSTS AND EXPENSES, AUTHORIZATION TO PAY ALLOWED ADMINISTRATIVE CLAIM AND TO LIMIT NOTICE TO TWENTY LARGEST UNSECURED CREDITORS,** to be served on all persons set forth below identified as Registrants through the Court's Electronic Notice for Registrants on February 8, 2010 prior to midnight;

/s/ Richard L. Hirsh

SERVICE LIST

Patrick Layng, US TRUSTEE via ECF
David Herzog, Trustee via ECF
Gregory K. Stern, Attorney for David Herzog, Trustee via ECF
Dennis Quaid attorney for Trustee   via ECF

Respectfully submitted,

Plaintiff/Appellant Debtor, Michael Helmstetter

By: _____//s//Nicola S. Tancredi
Attorney for Plaintiff/Appellant
Debtor, Michael Helmstetter

Nicola S. Tancredi
Law Offices of Nicola S. Tancredi
Attorney for Plaintiff/Appellant
Debtor, Michael Helmstetter
Two N. Trans Am Plaza, Dr., Suite 250
Oakbrook Terrace, Illinois 60181
Office: (630) 649-4268 Fax: (630) 618-3746
ntancredilaw@gmail.com   ARDC 2795736