IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Bankruptcy Case No. 19-28687 |
| MICHAEL HELMSTETTER, ) | Chapter 7 |
| ) | Judge Jacqueline P. Cox |
| Debtor. ) | |

## AMENDMENT TO SCHEDULE B PARAGRAPH 33

Debtor hereby amends his answer to Question #33 of Schedule B as follows:

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**.

CLAIM AGAINST ATTORNEY KEVIN BENJAMIN:

Mr. Benjamin failed to properly advise Debtor of the ramifications of Chapter 7 - - that it was not a vehicle for reorganization to enable the Debtor to "marshal his assets" and at the same time gain protection from Creditors. Kevin Benjamin failed to give the proper explanation and possibilities of Chapter 11 where he could prosecute and liquidate his claims against third parties and at the same time get protection from Creditors. Kevin Benjamin failed to properly explain the possibilities of a Chapter 11 case to enable Michael Helmstetter to protect himself from Creditors and at the same time prosecute claims against third parties which are included in his Amended Schedule B previously filed herein.

Richard L. Hirsh
RICHARD L. HIRSH, P.C.
1500 Eisenhower Lane, Suite 800
Lisle, IL 60532
630.434.2600
richard@bankruptcy-dupage.com
Attorney #1225936

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Michael | S. | Helmstetter |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS | | |
| Case number (if known) | 19-28687 | | |

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules
12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

AMENDMENT TO SCHEDULE B PARAGRAPH 33

X /s/ Michael S. Helmstetter
**Michael S. Helmstetter**
Signature of Debtor 1

Date  4/29/2021

X _____
Signature of Debtor 2

Date _____