IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Bankruptcy Case No. 19-28687 |
| MICHAEL HELMSTETTER, ) | Chapter 7 |
| ) | Judge Jacqueline P. Cox |
| Debtor. ) | |

**CERTIFICATE OF SERVICE**

TO:   Patrick Layng, U.S. Trustee *via ECF*
David Herzog, Trustee *via ECF*
Gregory K Stern, Gregory K. Stern, P.C. , representing Trustee David Herzog *via ECF*
Dennis E. Quaid, representing Trustee David Herzog *via ECF*
Debra Devassy Babu, Askounis & Darcy, PC representing creditor Santander Bank, N.A. *via ECF*
Whitman H. Brisky, Mauck & Baker, LLC representing creditors 2401 So. Michigan Building Corporation and representing County Mayo Corporation *via ECF*
Micah R. Krohn representing Nissan North A
Jamie L Burns, Levenfeld Pearlstein LLC representing creditors Kingdom Chevrolet and representing Richard Ruscitti *via ECF*
Christopher R Schmidgall, Law Office of Garry A. Weiss, P.C. representing creditor Kerri Fallon-Helmstetter *via ECF*
Charles Tatelbaum, Tripp Scott, P.A. representing creditor Nissan North America, Inc. *via ECF*
James M Yannakopoulos, Koransky, Bouwer & Poracky, P.C.
representing creditor Centier Bank *via ECF*
Nick Tancredi, Law Offices of Nicola S. Tancredi, representing debtor Michael Helmstetter *via ECF*
J Kevin Benjamin, Esq., Benjamin Legal Services PLC, 1016 W. Jackson Blvd. Chicago, IL 60607-2914 *via U.S. First Class Mail*

I, the undersigned, an attorney, hereby state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, caused a copy of the attached **Amendment to Schedule B Paragraph 33,** to be served on all persons set forth on the list above and identified as Registrants through the Court's Electronic Notice for Registrants and, as to all other persons listed above by mailing a copy of same in an envelope properly addressed and with postage fully prepaid and by depositing same in the U.S. First Class Mail on or before 5:00 p.m., May 3, 2021.

/s/ Richard L Hirsh

Richard L. Hirsh
RICHARD L. HIRSH, P.C.
1500 Eisenhower Lane, #800
Lisle, IL 60532
630.434.2600
richard@bankruptcy-dupage.com
Attorney #1225936