IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Bankruptcy Case No. 19-28687 |
| MICHAEL HELMSTETTER, | ) | Chapter 7 |
| | ) | Judge Jacqueline P. Cox |
| Debtor. | ) | |

## AMENDMENT TO SCHEDULE B PARAGRAPH 33

Debtor hereby amends his answer to Question #33 of Schedule B and supplements as follows:

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**.

CLAIM AGAINST ATTORNEY KEVIN BENJAMIN:

Mr. Benjamin failed to properly advise Debtor of the ramifications of Chapter 7 - - that it was not a vehicle for reorganization to enable the Debtor to "marshal his assets" and at the same time gain protection from Creditors. Kevin Benjamin failed to give the proper explanation and possibilities of Chapter 11 where he could prosecute and liquidate his claims against third parties and at the same time get protection from Creditors. Kevin Benjamin failed to properly explain the possibilities of a Chapter 11 case to enable Michael Helmstetter to protect himself from Creditors and at the same time prosecute claims against third parties which are included in his Amended Schedule B previously filed herein.

Richard L. Hirsh
RICHARD L. HIRSH, P.C.
1500 Eisenhower Lane, Suite 800
Lisle, IL 60532
630.434.2600
richard@bankruptcy-dupage.com
Attorney #1225936