**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Michael S. Helmstetter** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–7156** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Northern District of Illinois**

Case number:   **19–28687**

---

# Order of Discharge                                                                                                  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Michael S. Helmstetter
   aka Mike Helmstetter

May 3, 2021                                                                     **For the court:**   Jeffrey P. Allsteadt, Clerk
                                                                                                   United States Bankruptcy Court

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                **Order of Discharge**                page 2

United States Bankruptcy Court

Northern District of Illinois

In re:  Case No. 19-28687-JPC

Michael S. Helmstetter  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: admin      Page 1 of 6

Date Rcvd: May 03, 2021      Form ID: 318      Total Noticed: 177

The following symbols are used throughout this certificate:
**Symbol  Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#  Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Michael S. Helmstetter, PO Box 1092, Safety Harbor, FL 34695-1092 |
| 28275786 | + | 2401 S. Michigan Corp, Maureen Joyce, 2401 S Michigan Building Corporation, 1335 S Prairie Ave #2004, Chicago IL 60605-3145 |
| 28790086 | + | 2401 So Michigan Building Corp, c/o Mauck & Baker LLC, 1 N LaSalle St Ste 600, Chicago IL 60602-3981 |
| 28980406 | + | 2401 So. Michigan Building Corporation, Whitman H. Brisky, Mauck & Baker, LLC, 1 N. LaSalle St Suite 600, Chicago IL 60602-3981 |
| 28984639 | + | 2401 So. Michigan Building Corporation, 2401 S Michigan Ave, Chicago IL 60616-2301 |
| 28275787 | + | 465 N. Park, 465 N. Park Drive, Chicago, IL 60611-0003 |
| 29003059 | + | ACE Funding/Eagle Philips, dba Cash Cloud, 20200 W Dixie Hwy, Suite 802, Miami FL 33180-1920 |
| 28790087 | + | ADG, Attn: William H. Kelly, Partner, 5810 W 78th St Suite 300, Minneapolis MN 55439-2614 |
| 28275790 | + | ADS/COMENITY/MEIJERMC, 9200 S. Western Avenue, Evergreen Park, IL 60805-2500 |
| 28983969 | + | Adrienne Berke, c/o Johnson Legal Group, LLC, 140 S. Dearborn St, Suite 1510, Chicago, IL 60603-5214 |
| 28275788 | + | Adrienne Berke, 34 Far Hills Drive, Avon, CT 06001-2877 |
| 28275789 | + | Adrienne Berke, 36 W. Randolph Street, Suite 701, Chicago, IL 60601-3502 |
| 28275791 | | Alfa Romeo & Fiat of Chicago, 2401 S. Michigan Ave, Chicago, IL 60616-2301 |
| 28790082 | + | American Cycle Auto & Truck, Attn Dan Martin, 10095 N SR 55, Demotee IN 46310-9674 |
| 28275792 | + | Americus Capital LLC, Attn: Joseph P. Simon, 2 N. LaSalle Street, Suite 1300, Chicago, IL 60602-3709 |
| 28275794 | + | Amex/Bankruptcy, Po Box 8218, Mason, OH 45040-8218 |
| 28356853 | + | Askounis & Darcy, P.C., Attn: Debra Devassy Babu, 444 N. Michigan Avenue, Suite 3270, Chicago, IL 60611-3906 |
| 28275795 | + | Automobile Mechanics' Local 701, Benefit Fund Office, 361 S. Frontage Road, Suite 100, Burr Ridge, IL 60527-6162 |
| 28856864 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 28275800 | + | Beerman LLP, 161 N Clark Street, Suite 3000, Chicago, IL 60601-3346 |
| 28275801 | | Benita Berke, 36 W. Randolph Street, Unit 701, Chicago, IL 60601-3502 |
| 28983994 | + | Benitta Berke, c/o Johnson Legal Group, LLC, 140 S. Dearborn St, Suite 1510, Chicago, IL 60603-5214 |
| 28275802 | + | Bronswick Benjamin PC, Attn: Joseph A. Benjamin, CPA, 8750 W. Bryn Mawr, Suite 650, Chicago, IL 60631-3668 |
| 28894076 | + | Brown, Udell, Pomerantz & Delrahim, Ltd., Michael S. Pomerantz, BUPD Law, 225 W. Illinois Street, Suite 300, Chicago, IL 60654-7902 |
| 28275803 | + | Brown, Udell, Pomerantz, & Delrahim, Attn: Michael S. Pomerantz, Esq., 225 W. Illinois Street, Suite 300, Chicago, IL 60654-7902 |
| 28275805 | + | Bryan D. King, Brown, Udell, Pomerantz & Delrahim, 225 W. Illinois Street, Chicago, IL 60654-8369 |
| 28790092 | + | CNA National Warranty Company, PO Box 2840, Scottsdale AZ 85252-2840 |
| 28275821 | | CT Corporation System, As Agent/Rep, 330 N. Brand Blvd, Suite 700 ATT, Glendale, CA 91203-2308 |
| 28275809 | + | Centier Bank, 600 E 84th Ave, Merrillville, IN 46410-6366 |
| 28275808 | + | Centier Bank, Attn:Collections, 600 E 84th Ave, Merrillville, IN 46410-6366 |
| 29003063 | + | Chase Card Services, c/o Robertson, Anschultz and Schnei, 6409 Songress Ave Ste 100, Boca Raton FL 33487-2853 |
| 29003079 | + | Chatham 8700 LLC, c/o Karen Daly RA, 10820 S Drew St, Chicago IL 60643-3426 |
| 28790091 | + | Chuhak & Tecson PC, Attn David B Shiner, 30 S Wacker Drive Suite 2600, Chicago IL 60606-7512 |
| 28938101 | + | Chuhak & Tecson, P.C., Attn: Mitchell D. Weinstein, President, 30 S. Wacker Drive, Suite 2600, Chicago, IL 60606-7512 |
| 28275817 | + | Community Tax, LLC, 17 N. State Street, Suite 210, Chicago, IL 60602-3560 |
| 28275818 | | Consumer Services Corp., POB 801, #6873, New York, NY 10001 |
| 28275819 | + | Consumer Services, Inc., 3780 Old Norcross Road, Suite 103, Duluth, GA 30096-1762 |
| 29003066 | + | County Mayo Corp/Makureen Joyce, 1335 S prairie 2004, 1 N LaSalle St 600, Chicago IL 60602-3981 |
| 28980441 | + | County Mayo Corporation, Whitman H. Brisky, Mauck & Baker, LLC, 1 N LaSalle St Suite 600, Chicago IL 60602-3981 |
| 28790095 | + | County Mayo Corporation, c/o Mauck & Baker LLC, 1 N LaSalle St Ste 600, Chicago IL 60602-3981 |
| 28275820 | | Credit Services, PO Box 1687 #2147, New York, NY 10040 |

Case 19-28687   Doc 133   Filed 05/05/21   Entered 05/05/21 23:17:37   Desc Imaged
Certificate of Notice   Page 4 of 8

| District/off: 0752-1 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: May 03, 2021 | Form ID: 318 | Total Noticed: 177 |

| | | |
|---|---|---|
| 28790097 | + | Cutler Law Firm P.C, AttnL Robert C. Gainer Esq, 1307 50th St, West Des Moines, IA 50266-1782 |
| 28275824 | | Eagle Phillips LLC, 20200 W. Dixie Hwy, Suite 802, Miami, FL 33180-1920 |
| 28790098 | + | Eagle Phillips LLC, dba Cash Cloud, 20200 W Dixie Hwy Suite 802, Miami FL 33180-1920 |
| 29003078 | + | Eagle Phillips LLC, dba Merchant Cash Cloud, 5757 NW 151st St, Miami Lakes FL 33014-2482 |
| 29003070 | + | FCA, 901 Warrenville Rd, Suite 550, Lisle IL 60532-4309 |
| 29003071 | + | FCA, c/o The Rubin Law Firm PLLC, 90 Broad St 16th Fl, New York NY 10004-2205 |
| 28275825 | + | FCA US LLC, c/o Quarles & Brady LLP, 300 N. LaSalle Street, Suite 4000, Chicago, IL 60654-3422 |
| 28275826 | + | Fort Worth Brothers Automotive, c/oBurke Warren MacKay & Serritella, 330 N. Wabash Avenue, 21st Floor, Chicago, IL 60611-3586 |
| 28275827 | + | Fort Worth Brothers Automotive LLC, d/b/a Alfa Romeo Fiat of Fort Worth, 400 W Loop 820 S, Fort Worth, TX 76108-2679 |
| 28275828 | + | Fort Worth Brothers Automotive LLC, c/o Burke Warren & Mackay, 330 N. Wabash, #2100, Chicago, IL 60611-3673 |
| 29003067 | + | Franklin, Perry & White, c/o Factor Law, Thomas H Griseta, 105 W Madison Suite 1500, Chicago IL 60602-4602 |
| 28985320 | + | Franklin, Perry, & Willis LLC, 105 W. Madison St., Suite 1500, Chicago, IL 60602-4602 |
| 28790127 | | Gaouetter & Associates, 8021 Creanmeadow Lane, Greendale WI 53129 |
| 29003061 | + | ILL Dept of Revenue, PO Box 19038, Springfield IL 62794-9038 |
| 28790133 | + | Illinois Secretary of State Police, 103 Roosevelt Rd, Villa Park IL 60181-3551 |
| 28790083 | + | Illinois State Disbursement unit, PO Box 5400, Carol Stream IL 60197-5400 |
| 28275832 | | Imagination KIA, 2401 S. Michigan Ave, Chicago, IL 60616-2301 |
| 28275833 | | Imagine Cars LLC, 2401 S. Michigan Ave, Chicago, IL 60616-2301 |
| 28275834 | | Imagine Motorcycles LLC, 2401 S. Michigan Ave, Chicago, IL 60616-2301 |
| 28790134 | + | Insight Tax Group, 4520 Dixie Highway NE, Palm Bay FL 32905-4343 |
| 28275836 | | Invest In Tonight LLC, 2401 S. Michigan Ave, Chicago, IL 60616-2301 |
| 28878474 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 28275837 | + | James Jacob Lessmeister, Lessmeister & Associates, 105 W. Adams, Suite 2020, Chicago, IL 60603-6214 |
| 28275838 | #+ | Jennifer Prokop, Office of the U.S. Trustee, 100 E. Wayne Street, Suite 555, South Bend, IN 46601-2394 |
| 28275839 | + | Joel F. Handler, Law Office of Joel Handler, 1 E. Wacker Drive, Suite 510, Chicago, IL 60601-2005 |
| 28275840 | + | Johnson & Krol, LLC, Attn: Jeffrey A. Krol, Esq., 311 S. Wacker Drive, Suite 1050, Chicago, IL 60606-6603 |
| 28275841 | + | Jonathan William Young, Lock Lord LLP, 111 South Wacker Drive, Chicago, IL 60606-4302 |
| 28275843 | + | Jordan & Zito LLC, Attn: Mark R. Zito, Esq., 55 W. Monroe Street, Chicago, IL 60603-5026 |
| 28275842 | + | Jordan & Zito LLC, Attn: Gregory J. Jordan, Esq., 55 W. Monroe Street, Suite 3600, Chicago, IL 60603-5026 |
| 29003085 | + | Joyhn Monroe, World Business Lender, c/o Wm Factor Factor Law, 105 W Madison Suite 1500, Chicago IL 60602-4602 |
| 28275844 | + | Kerri Fallon, fka Kerri Fallon Helmstetter, 1741 A Beachview Court, Crown Point, IN 46307-9411 |
| 29003062 | | Kerri Fallon, 1741a Beachview Court, 180 N LaSalle St Suite 3700, Crown Point IN 46307 |
| 29003083 | | Kerri Fallon Helmstetter, c/o C. Schmidgal, Merrillville IN 46410 |
| 28275845 | + | Kerri Fallon Helmstetter, c/o Karr Eggert LLP, 180 N. La Salle Street, Suite 3700, Chicago, IL 60601-2809 |
| 28652412 | + | Kerri Fallon-Helmstetter, c/o Christopher Schmidgall, 6 W 73rd Avenue, Merrillville, IN 46410-3802 |
| 28275846 | + | Kingdom Chevrolet, Inc., c/o Karr Herschman Eggert LLP, 150 N. Wacker Drive, Suite 940, Chicago, IL 60606-1627 |
| 28275848 | | Kingdom Chevy, 2401 S. Michigan Ave, Chicago, IL 60616-2301 |
| 28275852 | + | LCA Bank Corporation, c/o Seth R. Buitendorp (AMG), 7900 Broadway, Merrillville, IN 46410-5524 |
| 28275850 | + | Last Chance Funding Inc., aka The LCF Group, 411 Hempstead Turnpike, Suite 101, West Hempstead, NY 11552-1350 |
| 28275851 | + | Laura Lantry fka Laura Helmstettler, c/o Levine Wittenberg Shugan & Scha, 18400 Maple Creek Drive, Tinley Park, IL 60477-2976 |
| 28981955 | + | Lessmeister & Samad PLLC, 55 W. Wacker Dr., STE 1400, Chicago, IL 60601-1799 |
| 28275853 | + | Levin & Associates, 180 North LaSalle Street, Suite 1822, Chicago, IL 60601-2604 |
| 28275854 | + | Lyman Law Firm, 227 West Monroe Street, Suite 2650, Chicago, IL 60606-5081 |
| 28275856 | + | Manatt Phelps & Phillips, LLP, 151 N. Franklin Street, Suite 2600, Chicago, IL 60606-1939 |
| 28275857 | + | Mark Rooney, c/o David Axelrod & Associates, 20 S. Clark Street, Suite 1800, Chicago, IL 60603-1841 |
| 28356858 | + | Mauck & Baker LLC, Attn: Whitman H. Brisky, 1 N LaSalle St., Ste 600, Chicago, IL 60602-3981 |
| 28790137 | + | Merchant Cash Cloud, 5757 NW 151st St, Miami Lakes FL 33014-2482 |
| 28275858 | #+ | Merchants Credit Guide Co, 223 West Jackson Boulevard, Suite 700, Chicago, IL 60606-6914 |
| 28275859 | + | Michael C. Moody, Esq., O'Rourke & Moody, 55 W. Wacker Drive, Suite 1400, Chicago, IL 60601-1799 |
| 28275860 | + | Midwest Orthopaedics at Rush, 1611 W. Harrison Street, Chicago, IL 60612-4861 |
| 28275861 | #+ | Molzahn Rocco Rouse Berge, 20 N. Clark Street, Suite 2300, Chicago, IL 60602-5002 |
| 29030657 | + | Monte N. Merz, C/o Daniel S Hefter, Hefter Law, Ltd., 22 W. Washington, Suite 1500, Chicago, IL 60602-1607 |
| 28275862 | | Nancy J. Gargula, UST, 100 East Wayne Street, 5th Floor, South Bend, IN 46601-2349 |
| 29003082 | | New City Auto Group, c/o Jordan & Zito LLC, 55 EWst Monroe Suite 3600, Chicago IL 60603 |
| 28275868 | | New City Historic Auto Row LLC, 2401 S. Michigan Avenue, Chicago, IL 60616-2301 |
| 28275867 | + | New City Historic Auto Row LLC, Attn: Terry Gaouette, Reg Agent, 2401 S. Michigan Avenue, Chicago, IL 60616-2301 |
| 28275866 | + | New City Historic Auto Row LLC, c/o Terry Gaouette, Reg Agent, 2401 S. Michigan Avenue, Chicago, IL 60616-2301 |
| 28275869 | + | New City Nissan dba Primetime Nissa, C/o Jordan & Zito LLC, 55 W. Monroe Street, Suite 3600, Chicago, IL 60603-5026 |
| 28275870 | | Nissan Infiniti LT, PO Box 390889, Minneapolis, MN 55439 |
| 28324131 | + | Nissan North America, Inc., c/o Charles Tatelbaum, Esq. of Tripp Sco, 110 S.E. 6th Street, Suite 1500, Fort Lauderdale, FL 33301-5039 |
| 28275871 | + | Nissan North America, Inc., c/o Tripp Scott. P.A., 110 S.E. 6th Street, Suite 1500, Fort Lauderdale, FL 33301-5039 |
| 28275872 | + | O'Rourke LLP, Attn: Michael C. Moody, Esq., 55 W. Wacker Drive, Suite 1400, Chicago, IL 60601-1799 |

| Recip ID | | Recipient |
|---|---|---|
| 28275873 | + | O'Rourke& Moody, Attn: Michael C. Moody, Esq., 55 W. Wacker Drive, Suite 1400, Chicago, IL 60601-1799 |
| 28790139 | + | Oak Group, dba Warranty Solutions Mngt Corp, 7125 W Jefferson Ave S-200, Denver CO 80235-2333 |
| 28275874 | | Oceantime LLC, 3208 NE 10th Street, Pompano Beach, FL 33062-3908 |
| 28984039 | + | Oceantime LLC, c/o Johnson Legal Group, LLC, 140 S. Dearborn St, Suite 1510, Chicago, IL 60603-5214 |
| 28275875 | + | Paint-A-Pole, c/o David M. Zerante, Esq., 30 W. Lincoln Hwy, Chicago Heights, IL 60411-2617 |
| 28275876 | + | Patrick Daly, c/o Daniel G. Berry, Esq., 3012 W 111th Street, Chicago, IL 60655-2239 |
| 28275877 | + | Pearl Capital Business Funding, LLC, 525 Washington Blvd, 22nd Floor, Jersey City, NJ 07310-2606 |
| 28275878 | + | Premium Business Solutions, 8019 N. HImes, Tampa, FL 33614-2761 |
| 28275879 | + | Reyna Capital Corporation, One Reynolds Way, Kettering, OH 45430-1586 |
| 28275880 | + | Richard Ruscitti, c/o Karr Eggert LLP, 180 N. LaSalle Street, Suite 3700, Chicago, IL 60601-2809 |
| 28315776 | + | Richard Ruscitti, Kingdom Chevrolet, Inc. and West, 2 N. La Salle, suite 1300, Chicago, Il 60602-3709 |
| 28790142 | + | Ridgestone Bank, 500 Elm Grove Road, Suite 102, Elm Grove WI 53122-2546 |
| 28275882 | + | Robert Gainer, Esq., Cutler Law Firm, P.C., 1307 50th Street, West Des Moines, IA 50266-1699 |
| 29003073 | + | Robertson Anschultz & Schneid, 6409 Congress Ave Ste 100, Boca Raton FL 33487-2853 |
| 28790143 | + | Rush University Medical Center, Patient Financial Services, PO Box 4075, Carol Stream IL 60197-4075 |
| 28275883 | + | Santander Bank, N.A., c/o Askounis & Darcy, P.C., 444 N. Michigan Avenue, Suite 3270, Chicago, IL 60611-3906 |
| 28275884 | + | Santander Bank, N.A., c/o Lock Lord LLP, 111 South Wacker Drive, Chicago, IL 60606-4302 |
| 28275885 | | Santander Chrysler Capital, PO Box 660335, Dallas, TX 75266-0335 |
| 28275886 | + | Scott Kindybaylk, 5859 N. Kirby Avenue, Chicago, IL 60646-6626 |
| 28790145 | + | Self Help Credit Union, 645 E 87th St, Chicago IL 60619-6101 |
| 28275887 | + | Steven Dobrofsky, dba Steven Dobrovsky, 3208 NE 10th Street, Pompano Beach, FL 33062-3908 |
| 28275888 | + | Steven Dobrofsky, dba Steven Dobrovsky, 3280 Oleander Way, Lauderdale By the Sea, FL 33062-6808 |
| 28275894 | | Temptation Trtansportation LLC, 2401 S. Michigan Ave, Chicago, IL 60616-2301 |
| 28275895 | + | Terry Gaouette, 728 Diamond Lake Road, Mundelein, IL 60060-3501 |
| 28275896 | + | Todd E. Feiwell PC, 20 N Clark Street, Suite 3300, Chicago, IL 60602-5089 |
| 28790147 | + | Trade River USA, 401 E Pratt St, Baltimore MD 21202-3117 |
| 28356859 | + | Tripp Scott. P.A., Charles M. . Tatelbaum, 110 S.E. 6th Street, Suite 1500, Fort Lauderdale, FL 33301-5039 |
| 28275898 | | US Bank/RMS CC, Cb Disputes, Saint Louis, MO 63166 |
| 28275899 | + | WBL SPO I, LLC, c/o Plunkett Cooney PC, 221 N. LaSalle St, Suite 1550, Chicago, IL 60601-1224 |
| 28275900 | + | West Town Bt, 7820 West 26th Street, North Riverside, IL 60546-1599 |
| 28275901 | + | Western Avenue Nissan, c/o Karr Eggert LLP, 180 N. LaSalle Street, Suite 3700, Chicago, IL 60601-2809 |
| 28275903 | | Westlake Flooring Company LLC, 4751 Wilshire Blvd., Suite 100, Los Angeles, CA 90010-3847 |
| 28275905 | + | World Business Lenders, c/o William Jeffrey Factor, 105 W. Madison, Chicago, IL 60602-4602 |
| 28275906 | | Yamaha and Zero of Chicago Illinois, 2401 S. Michigan Ave, Chicago, IL 60616-2301 |
| 29003076 | + | Zavella Inernists, SC, PO Box 64568, Suite 204, Phoenix AZ 85082-4568 |

TOTAL: 138

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: FDRHERZOG.COM | May 04 2021 02:18:00 | David R Herzog, Herzog & Schwartz PC, 77 W Washington Suite 1400, Chicago, IL 60602-3228 |
| 28275793 | + | EDI: AMEREXPR.COM | May 04 2021 02:18:00 | Amex/Bankruptcy, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 28275797 | | EDI: BANKAMER.COM | May 04 2021 02:13:00 | Bank of America, Po Box 982238, El Paso, TX 79998 |
| 28790088 | + | EDI: BANKAMER.COM | May 04 2021 02:13:00 | Bank of America, 4909 Savarese Circle, FI1-908-01-50, Tampa FL 33634-2413 |
| 28275796 | + | EDI: BANKAMER.COM | May 04 2021 02:13:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 28275798 | + | EDI: TSYS2.COM | May 04 2021 02:18:00 | Barclays Bank Delaware, POB 13337, Philadelphia, PA 19101-3337 |
| 28275799 | + | EDI: TSYS2.COM | May 04 2021 02:18:00 | Barclays Bank Delaware, 100 West Street, Wilmington, DE 19801-5015 |
| 28275807 | + | EDI: CAPITALONE.COM | May 04 2021 02:18:00 | Capital One/Carson, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 28275806 | + | EDI: CAPITALONE.COM | May 04 2021 02:18:00 | Capital One/Carson, Attn: Bankruptcy Dept, Po |

| District/off: 0752-1 | User: admin | | Page 4 of 6 |
|---|---|---|---|
| Date Rcvd: May 03, 2021 | Form ID: 318 | | Total Noticed: 177 |

| | | | | |
|---|---|---|---|---|
| | | | | Box 30285, Salt Lake City, UT 84130-0285 |
| 28275813 | + | EDI: CITICORP.COM | May 04 2021 02:18:00 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 28275812 | + | EDI: CITICORP.COM | May 04 2021 02:18:00 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 28953583 | | EDI: CITICORP.COM | May 04 2021 02:18:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 28275814 | + | EDI: WFNNB.COM | May 04 2021 02:18:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 28275815 | + | EDI: WFNNB.COM | May 04 2021 02:18:00 | Comenity Bank/Carsons, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 28275816 | + | EDI: WFNNB.COM | May 04 2021 02:18:00 | Comenity Bank/Carsons, Po Box 182789, Columbus, OH 43218-2789 |
| 28790094 | + | Email/Text: comedbankruptcygroup@exeloncorp.com | May 04 2021 02:27:00 | Commonwealth Edison, 3 Lincoln Centre, Villa Park IL 60181-4204 |
| 28275822 | | EDI: DISCOVER.COM | May 04 2021 02:18:00 | Discover Financial Services LLC, Attn: Bankruptcy Department, PO Box 15316, Wilmington, DE 19850 |
| 28275855 | | EDI: CITICORP.COM | May 04 2021 02:18:00 | Macys, POB 183083, Columbus, OH 43085 |
| 28953584 | | EDI: Q3G.COM | May 04 2021 02:18:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 28275823 | + | EDI: DCI.COM | May 04 2021 02:18:00 | Diversified Consultant, DCI, Po Box 551268, Jacksonville, FL 32255-1268 |
| 28932469 | | Email/Text: rev.bankruptcy@illinois.gov | May 04 2021 02:26:00 | ILLINOIS DEPARTMENT OF REVENUE-BANKRUPTCY, PO BOX 19035, SPRINGFIELD, IL 62794-9035 |
| 28275831 | | Email/Text: rev.bankruptcy@illinois.gov | May 04 2021 02:26:00 | Illinois Department of Revenue, Bankruptcy Unit, PO Box 19035, Springfield, IL 62794-9035 |
| 28275835 | | EDI: IRS.COM | May 04 2021 02:18:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 28275810 | | EDI: JPMORGANCHASE | May 04 2021 02:13:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 28275811 | | EDI: JPMORGANCHASE | May 04 2021 02:13:00 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 28275847 | + | Email/Text: jfriedland@lplegal.com | May 04 2021 02:25:00 | Kingdom Chevrolet, Inc., c/o Levenfeld Pearlstein LLC, 2 N. La Salle Street, Suite 1300, Chicago, IL 60602-3709 |
| 28275849 | | Email/Text: PBNCNotifications@peritusservices.com | May 04 2021 02:24:00 | Kohls/Chase Payment Center, POB 2983, Milwaukee, WI 53201-2983 |
| 28356854 | + | Email/Text: jfriedland@lplegal.com | May 04 2021 02:25:00 | Levenfeld Pearlstein, LLC, Attn: Jamie L. Burns, 2 N. LaSalle Street, Suite 1300, Chicago, IL 60602-3709 |
| 28275864 | + | EDI: NFCU.COM | May 04 2021 02:18:00 | Navy FCU, 820 Follin Lane, Vienna, VA 22180-4907 |
| 28275863 | + | EDI: NFCU.COM | May 04 2021 02:18:00 | Navy FCU, Attn: Bankruptcy Dept, Po Box 3000, Merrifield, VA 22119-3000 |
| 28275881 | + | Email/Text: jfriedland@lplegal.com | May 04 2021 02:25:00 | Richard Ruscitti, c/o Levenfeld Pearlstein LLC, 2 N. LaSalle Street, Suite 1300, Chicago, IL 60602-3709 |
| 28275891 | + | EDI: RMSC.COM | May 04 2021 02:13:00 | Syncb/PPC, Po Box 965005, Orlando, FL 32896-5005 |

Case 19-28687   Doc 133   Filed 05/05/21   Entered 05/05/21 23:17:37   Desc Imaged
Certificate of Notice   Page 7 of 8

| District/off: 0752-1 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: May 03, 2021 | Form ID: 318 | Total Noticed: 177 |

| 28275890 | + EDI: RMSC.COM | May 04 2021 02:13:00 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 28275892 | + EDI: RMSC.COM | May 04 2021 02:13:00 | Syncb/sams Club Dc, PO Box 965005, Orlando, FL 32896-5005 |
| 28275893 | + EDI: RMSC.COM | May 04 2021 02:13:00 | Synchrony Bank/Care Credit, POB 965036, Orlando, FL 32896-5036 |
| 28275897 | EDI: USBANKARS.COM | May 04 2021 02:18:00 | US Bank/RMS CC, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201 |
| 28790148 | + Email/Text: bankruptcynotice@westlakefinancial.com | May 04 2021 02:26:00 | West Lake Financial Services, 4751 Willshire Blvd, Suite 100, Los Angeles CA 90010-3847 |
| 28275902 | + Email/Text: jfriedland@lplegal.com | May 04 2021 02:25:00 | Western Avenue Nissan, Kingdom Chevrolet, Inc, c/o Levenfeld Pearlstein, 2 N. LaSalle Street, Suite 1300, Chicago, IL 60602-3709 |
| 28275904 | + Email/Text: resolutions@wbl.com | May 04 2021 02:25:00 | World Business Lenders, 101 Hudson St, 33rd Floor, Jersey City, NJ 07302-3905 |

TOTAL: 39

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 29003080 | | Howar Muhammad |
| 29003084 | | Karen Daly, Patrick Daly |
| 28984640 | *+ | 2401 So. Michigan Building Corporation, Whitman H. Brisky, Mauck & Baker, LLC, 1 N LaSalle St Suite 600, Chicago IL 60602-3981 |
| 28984684 | *+ | County Mayo Corporation, Whitman H. Brisky, Mauck & Baker, LLC, 1 N LaSalle St Suite 600, Chicago IL 60602-3981 |
| 28790085 | *+ | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia PA 19101-7346 |
| 28790090 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn Bankruptcy, PO Box 15298, Wilmington DE 19850 |
| 28790136 | *+ | Jordan & Zito LLC, Attn Gregory J Jordan Esq, 55 W Monroe St Suite 3600, Chicago IL 60603-5026 |
| 28790140 | *+ | Oceantime lLC, 3208 NE 10th St, Pompano Beach FL 33062-3908 |
| 28275804 | ##+ | Brown, Udell, Pomerantz, & Delrahim, Attn: Michael S. Pomerantz, Esq., 1332 N. Halsted, Suite 100, Chicago, IL 60642-2637 |
| 28275829 | ##+ | Fox Rothschild LLP, Attn: David Doyle, 321 N. Clark Street, Suite 800, Chicago, IL 60654-4766 |
| 28275830 | ##+ | Gordon E. Gouveia II, Fox Rothschild LLP, 321 North Clark Street, Suite 800, Chicago, IL 60654-4766 |
| 28275865 | ##+ | New City Auto Group, Inc., 1301 U.S. Highway 41, Schererville, IN 46375-1313 |
| 28275889 | ##+ | Swope Law Offices LLC, 833 W. Lincoln Hwy, 305 W, Schererville, IN 46375-1651 |
| 28790146 | ##+ | Tammy Paternoster, 17 W 766 Lowell Lane, Villa Park IL 60181-3726 |
| 28790149 | ##+ | Zavella Inernists SC, 4200 Cantera Drive, Suite 204, Warrenville IL 60555-3040 |

TOTAL: 2 Undeliverable, 6 Duplicate, 7 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2021           Signature:           /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bryan D King | on behalf of Creditor Brown Udell, Pomerantz & Delrahim bking@bupdlaw.com |
| Charles Tatelbaum | on behalf of Creditor Nissan North America Inc. cmt@trippscott.com, hbb@trippscott.com;eservice@trippscott.com |
| Christopher R Schmidgall | on behalf of Creditor Kerri Fallon-Helmstetter bankruptcy@wshlegal.com schmidgallwr70654@notify.bestcase.com |
| Daniel S Hefter | on behalf of Creditor Monte Merz dhefter@hefter-law.com |
| David R Herzog | drhlaw@mindspring.com herzogschwartz@gmail.com;il59@ecfcbis.com;drh@trustesolutions.net |
| Debra Devassy Babu | on behalf of Creditor Santander Bank N.A. ddevassy@askounisdarcy.com, zjohannsen@askounisdarcy.com |
| Dennis E. Quaid | on behalf of Trustee David R Herzog dquaid3@gmail.com |
| Gregory K Stern | on behalf of Trustee David R Herzog greg@gregstern.com steve_horvath@ilnb.uscourts.gov |
| James M Yannakopoulos | on behalf of Creditor Centier Bank jyannako@kblegal.net khand@kblegal.net |
| Jamie L Burns | on behalf of Creditor Kingdom Chevrolet jburns@lplegal.com ikropiewnicka@lplegal.com;rwilliamson@lplegal.com |
| Joseph D Frank | on behalf of Plaintiff Nissan North America Inc. jfrank@fgllp.com, jkleinman@fgllp.com;mmatlock@fgllp.com;csucic@fgllp.com;csmith@fgllp.com |
| Micah R Krohn | on behalf of Plaintiff Nissan North America Inc. mkrohn@fgllp.com, csmith@fgllp.com;mmatlock@fgllp.com;csucic@fgllp.com |
| Nicola S Tancredi | on behalf of Attorney Nick Tancredi ntancredilaw@gmail.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Richard L Hirsh | on behalf of Attorney Nick Tancredi richard@bankruptcy-dupage.com rlhpc2@bankruptcy-dupage.com |
| Theresa S. Benjamin, Esq. | on behalf of Debtor 1 Michael S. Helmstetter theresa@benjaminlaw.com firmecf@gmail.com;jkb@benjaminlaw.com;g5094@notify.cincompass.com;r54940@notify.bestcase.com |
| Whitman H. Brisky | on behalf of Creditor 2401 So. Michigan Building Corporation wbrisky@mauckbaker.com WHBCourt@mauckbaker.com;raguilan@mauckbaker.com;sthomas@mauckbaker.com;awillis@mauckbaker.com |

TOTAL: 17