IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Bankruptcy Case No. 19-28687 |
| MICHAEL HELMSTETTER, | ) | Chapter 7 |
| | ) | Judge Jacqueline P. Cox |
| Debtor. | ) | |

**DEBTOR'S CHANGE OF ADDRESS**

Address change for Debtor, Michael Helmstetter, as follows:

3939 Night Star Trail
Odessa, FL 33556


Richard L. Hirsh
Richard L. Hirsh, P.C.
1500 Eisenhower Lane, Suite 800
Lisle, IL 60532-2135
630.434.2600
richard@bankruptcy-dupage.com
Attorney #1225936