IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Bankruptcy Case No. 19-28687 |
| MICHAEL HELMSTETTER, ) | Chapter 7 |
| ) | Judge Jacqueline P. Cox |
| Debtor. ) | |

## NOTICE OF MOTION

TO:   See attached Service List

PLEASE TAKE NOTICE that on July 13, 2021, at 1:00 p.m., I will appear before the Honorable Jacqueline P. Cox, or any judge sitting in Judge Cox's place, and present the **Motion to Withdraw as Counsel**, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, (1) use this link: https://www.zoomgov.com/. (2) Enter the meeting ID 1612732896. (3) Enter the passcode 778135.

**To appear by telephone**, (1) call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. (2) Enter the meeting ID 1612732896. (3) Enter passcode 778135.

**When prompted identify yourself by stating your full name.**

**To reach Judge Cox's web page** go to www.ilnb.uscourts.gov and click on the tab for Judges.

**If you object to this motion** and want it called on the presentment date above, you may file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may call the matter regardless.

/s/ Richard L. Hirsh

Document Page 2 of 5

## **CERTIFICATE OF SERVICE**

      I, the undersigned, an attorney, hereby state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing Notice & Motion to be served on all persons set forth above identified as Registrants through the Court's Electronic Notice for Registrants and/or by mailing a copy in an envelope properly addressed with postage fully prepaid and by depositing same in the U.S. First Class Mail from Lisle, Illinois before 11:59 p.m. on June 23, 2021.

                                                                                                       /s/ Richard L. Hirsh

Richard L. Hirsh
Richard L. Hirsh, P.C.
1500 Eisenhower Lane, #800
Lisle, IL 60532
630.434.2600
richard@bankruptcy-dupage.com
Attorney #1225936

**SERVICE LIST**

**VIA ECF**

Patrick Layng, U.S. Trustee

David Herzog, Trustee

Gregory K Stern, Gregory K. Stern, P.C. , representing Trustee David Herzog

Nicola Tancredi, representing Debtor Michael Helmstetter

Debra Devassy Babu, Askounis & Darcy, PC representing creditor Santander Bank, N.A.

Whitman H. Brisky, Mauck & Baker, LLC representing creditors 2401 So. Michigan Building Corporation and representing County Mayo Corporation

Jamie L Burns, Levenfeld Pearlstein LLC representing creditors Kingdom Chevrolet and representing Richard Ruscitti

Christopher R Schmidgall, Law Office of Garry A. Weiss, P.C. representing creditor Kerri Fallon-Helmstetter

Charles Tatelbaum, Tripp Scott, P.A. representing creditor Nissan North America, Inc.

James M Yannakopoulos, Koransky, Bouwer & Poracky, P.C. representing creditor Centier Bank

**VIA U.S. FIRST CLASS MAIL**

Michael Helmstetter, 3939 Night Star Trail, Odessa, FL 33556

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Bankruptcy Case No. 19-28687 |
| MICHAEL HELMSTETTER, ) | Chapter 7 |
| ) | Judge Jacqueline P. Cox |
| Debtor. ) | |

**MOTION TO WITHDRAW AS COUNSEL**

NOW COMES Richard L. Hirsh and makes the following Motion to Withdraw as Counsel for the Debtor Michael Helmstetter, and in support states as follows:

1. The undersigned counsel Richard L. Hirsh appeared for Mr. Helmstetter on or about May 20, 2020.

2. The undersigned has participated in the case as necessary representing Mr. Helmstetter, primarily undertaking three separate major activities, one being the production of thousands of pages of documents in response to the Trustee's Rule 2004 document request.

3. The second major activity in the bankruptcy case was representation of Mr. Helmstetter in a Rule 2004 deposition examination. Those matters have been completed.

4. The third matter being substantial revisions and amendments to the Schedules and Statement of Financial Affairs.

5. At the current time there are no significant activities going on in the chapter 7. Mr. Helmstetter has been granted a discharge after several continuances of the deadline date for objecting to discharge by the Trustee.

6. The other significant activity in this case is the fact that the Debtor, represented by counsel other than the undersigned, filed an appeal of this Court's approval of a

settlement and sale for the sum of $550,000.00.

7. The Debtor is represented in that appeal by attorney Nicola Tancredi. For the purposes of prosecuting the appeal Mr. Tancredi did file an appearance for the Debtor in this case and that appearance remains.

8. The basis for withdrawing is very simple. The undersigned has practiced law for nearly 45 years, recently turned 70 years of age, and has determined to retire. In that respect the undersigned has actually shut down his practice, is no longer taking new cases, and is resolving all outstanding matters.

9. The representation of Mr. Helmstetter was taken on an hourly basis and Mr. Helmstetter has appropriately paid whatever fees are due in this case.

10. Based upon conversations with Mr. Helmstetter, he has no objection to this motion.

WHEREFORE, Richard L. Hirsh moves the Court for entry of an order permitting him to withdraw his appearance.

Respectfully submitted,

/s/ Richard L. Hirsh

Richard L. Hirsh
Richard L. Hirsh, P.C.
1500 Eisenhower Lane, #800
Lisle, IL 60532
630.434.2600
richard@bankruptcy-dupage.com
Attorney #1225936

2