UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 19-28687
MICHAEL S. HELMSTETTER  )
)
)  Chapter: 7
)
)  Honorable Jacqueline P Cox
)
)
Debtor(s)  )

## ORDER ALLOWING WITHDRAWAL OF COUNSEL

THIS MATTER coming to be heard on the motion of Richard L. Hirsh to withdraw as counsel for Mr. Helmstetter, due notice having been given and the Court being duly advised in the premises,

IT IS ORDERED:

A. The motion is granted.

B. The appearance of Richard L. Hirsh for Michael Helmstetter, Debtor, is hereby withdrawn effective July 21, 2021.

Enter:

*Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: July 13, 2021

**Prepared by:**

Richard L. Hirsh
Richard L. Hirsh, P.C.
1500 Eisenhower Lane, #800
Lisle, IL 60532
630.434.2600
richard@bankruptcy-dupage.com
Attorney #1225936