# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| Michael S. Helmstetter | ) | No. 20cv5485 |
| | ) | |
| Appellant, | ) | |
| | ) | |
| | ) | Rebecca R. Pallmeyer |
| v. | ) | Chief Judge |
| | ) | |
| David Herzog, Richard Ruscitti, | ) | |
| Kingdom Chevrolet Inc. | ) | |
| | ) | |
| Appellees. | | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion and Order, the court denies Helmstetter's Motion to Supplement the Record and For Leave to File Special Interrogatories and Requests to Produce and For Alternative Relief [20]; grants the Trustee's Motion to Dismiss Appeal for Lack of Standing By Appellant [14]; and dismisses Helmstetter's Appeal from U.S. Bankruptcy Court Case Number 19 B 28687 [1]. The Clerk is directed to enter judgment in favor of the Trustee. Enter Memorandum Opinion and Order.

Dated: July 13, 2021

_____
Rebecca R. Pallmeyer
United States District Judge