# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

August 13, 2021

**To:** Thomas G. Bruton
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| |
|---|
| Appellate Case No: 21-2486 |
| Caption:<br>IN RE: MICHAEL S. HELMSTETTER,<br>   Debtor - Appellant |
| District Court No: 1:20-cv-05485<br>District Judge Rebecca R. Pallmeyer<br>Clerk/Agency Rep Thomas G. Bruton<br><br>Date NOA filed in District Court: 08/12/2021 |

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**    (form ID: **188**)