IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | Chapter 7 |
| | ) | |
| **MICHAEL HELMSTETTER,** | ) | Case No. 19-28687 |
| | ) | |
| | ) | Hon. Jacqueline P. Cox |
| Debtor. | ) | |
| | ) | |

## NOTICE OF CHANGE OF LAW FIRM NAME

1. Name:                      Debra Devassy Babu

2. Firm:                        Darcy & Devassy PC

3. Street Address:         444 N. Michigan Ave, Ste. 3270

4. City/State/Zip Code:    Chicago, IL 60611

5. Phone number:          (312) 784-2400

6. Email Address:          ddevassy@darcydevassy.com

7. Illinois ARDC:           06282743

8. Name previously filed under:    Askounis & Darcy, PC

9. Active Cases:            Case Captioned Above

10. Reference:              Case No.: 19-28687
                                       *RE: Michael S. Helmstetter*

Date: September 24, 2021

                                         /s/ Debra Devassy Babu
                                         Debra Devassy Babu (ARDC # 06282743)
                                         DARCY & DEVASSY PC
                                         444 North Michigan Avenue, Suite 3270
                                         Chicago, Illinois 60611
                                         (312) 784-2400 (t)/ (312) 784-2410 (f)
                                         ddevassy@darcydevassy.com