

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SANTANDER BANK, N.A., ) | |
| ) | |
| Plaintiff/ Counter-Defendant, ) | |
| ) | |
| v. ) | Case No. 18-cv-201 |
| ) | |
| NEW CITY HISTORIC AUTO ROW LLC, ) | Judge John Robert Blakey |
| d/b/a ALFA ROMEO & FIAT OF CHICAGO, ) | |
| and MICHAEL S. HELMSTETTER ) | |
| ) | |
| Defendants/ Counter-Plaintiffs. ) | |

## ORDER GRANTING MOTION FOR DEFAULT JUDGMENT

THIS MATTER coming before the Court on Plaintiff SANTANDER BANK, N.A.'S ("Santander") Motion for Default Judgment (the "Motion") against Defendant NEW CITY HISTORIC AUTO ROW LLC, d/b/a ALFA ROMEO & FIAT OF CHICAGO ("New City") [153], pursuant to Federal Rule of Civil Procedure 55(a) and (b), due notice having been given, New City failing to appear by counsel, and the Court being advised in the premises,

IT IS HEREBY ORDERED that:

1. The Motion [153] is granted;

2. Judgment shall enter in favor of Santander and against New City on Count III of Santander's Complaint [1] in the amount of $3,611,935.40, plus prejudgment interest in the amount of $805,596.15, plus attorneys' fees and costs in the amount of $611,209.32, for a total judgment of $5,028,740.87,;

3.      New City's pending Counterclaims against Santander [105] are hereby dismissed for want of prosecution; and

4.      Santander having previously been granted an order of replevin on Count I of its Complaint and executing on the same [22], [23], [42], [49], [99], [144], Count II of the Complaint, raised in the alternative to Count I, is hereby dismissed with prejudice.

5.      Additionally, the Court having previously entered a bankruptcy stay order with respect to Defendant Michael S. Helmstetter ("Helmstetter") on Count IV of Santander's Complaint, in light of Helmstetter's Chapter 7 bankruptcy filing in the United States Bankruptcy Court for the Northern District of Illinois in Case No. 19-28687 (the "Bankruptcy Case") [152], the matter is set for further status on the Bankruptcy Case on December 12, 2019 at 9:45 a.m. in Courtroom 1203.

Dated: November 1, 2019

Entered:

_____
John Robert Blakey
United States District Judge