## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| **Michael Helmstetter**, | Bankruptcy No. 19-28687 |
| Debtor. | Honorable Jacqueline P. Cox |

## NOTICE OF OBJECTION

PLEASE TAKE NOTICE that World Business Lenders LLC objects to the Chapter 7 Trustee's Motion to Approve (I) Bidding Procedures, (II) Sale of Causes of Action Free and Clear of Liens, Claims, and Other Interests, and (III) to Limit Notice (Dkt. No. 139) and requests that it be called for presentment.

Dated: September 24, 2021                **World Business Lenders, LLC**

By: */s/ Jeffrey K. Paulsen*
One of His Attorneys

Jeffrey K. Paulsen (6300528)
Thomas H. Griseta (6319206)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel:   (312) 878-6976
Fax:   (847) 574-8233
Email: jpaulsen@wfactorlaw.com

{00207232}