# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MICHAEL HELMSTETTER, | ) | Case No. 19-28687 |
| | ) | |
| | ) | Hon. Jacqueline P. Cox |
| Debtor. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

TO: See attached service list

I, Debra Devassy Babu, hereby certify that on the 24th day of September, 2021, I electronically filed Santander Bank, N.A.'s *Limited Objection to Trustee's Motion Regarding Sale,* in the above-captioned matter, with the Clerk of Court using the CM/ECF system, and served copies onto the below mentioned parties by the Court's electronic notice or by First Class Mail by depositing the same in the U.S. Mail at 444 N. Michigan Avenue, Chicago, Illinois 60611 on the 24th day of September, 2021.

Date:  September 27, 2021                    SANTANDER BANK, N.A.

                                             By:   /s/ Debra Devassy Babu
Debra Devassy Babu                                 One of its Attorneys
Darcy & Devassy PC
444 North Michigan Avenue, Suite 3270
Chicago, Illinois 60611
(312) 784-2400 (t)
ddevassy@darcydevassy.com

**Served via the Court's Electronic Notice:**

Patrick S. Layng
USTPRegion11.ES.ECF@usdoj.gov

David R. Herzog
drhlaw@mindspring.com,
dherzoglaw@gmail.com, il59@ecfcbis.com,
drh@trustesolutions.net,

Nicola Tancredi
ntancredilaw@gmail.com

Jamie L Burns
jburns@lplegal.com,
ikropiewnicka@lplegal.com,
rwilliamson@lplegal.com

Whitman H. Brisky
wbrisky@mauckbaker.com,
WHBCourt@mauckbaker.com,
raguilan@mauckbaker.com,
sthomas@mauckbaker.com
awillis@mauckbaker.com

Christopher R. Schmidgal
bankruptcy@wshlegal.com,
schmidgallwr70654@notify.bestcase.com

Charles Tatelbaum
cmt@trippscott.com,
hbb@trippscott.com
eservice@trippscott.com

James M. Yannakopoulos
jyannako@kblegal.net,
khand@kblegal.net

Bryan D King
bking@bupdlaw.com

Daniel S Hefter
dhefter@hefter-law.com

**Served by U.S. Mail:**

Michael Helmstetter
3939 North Star Trail
Odessa, Florida 33556

ADG
Attn: William H. Kelly, Partner
5810 W. 78th Street, Suite 300
Minneapolis, MN 55439

Beerman LLP
161 N Clark Street
Suite 3000
Chicago, IL 60601

J. Kevin Benjamin
Benjamin Legal Services, PLC
1015 West Jackson Blvd.
Chicago, Illinois 60607

Benetta Berke
c/o Cindy M. Johnson
140 South Dearborn Street, Suite 1510
Chicago, Illinois 60603

Chase Card Services
P.O. Box 15298
Wilmington, DE 19850

FCA, aka Fiat
c/o Quarles & Brady
300 N. LaSalle Street, Suite 4000
Chicago, Illinois 60654

Ft. Worth Brothers Automotive LLC
c/o Burke Warren McKay Serritella
330 N. Wabash 21st Floor
Chicago, IL 60611

Terry Gaouette
8021 Greenmeadow Lane
Greendale, WI 53129

Illinois Department of Revenue
Bankruptcy Unit
PO Box 19035
Springfield, IL 62794-9035

IRS
PO BOX 7346
Philadelphia, PA 19101-7346

Monroe Capital
311 South Wacker Drive, Suite 64
Chicago, Illinois 60606

Oak Group bba Warranty Sol'n Mngt Corp
7125 W. Jefferson Ave., Suite S-200
Denver, CO 80235

Oceantime LLC
3208 NE 10th Street
Pompano Beach, FL 33062-3908

O'Rourke & Moody
c/o Michael C. Moody
55 West Wacker Drive, Suite 1400
Chicago, Illinois 60601

Painted Sky/Adam Wimmer
1225 17th Street, Suite 2650
Denver, CO 80202

Pearl Capital Business Funding, LLC
525 Washington Blvd
22nd Floor
Jersey City, NJ 07310

Premium Business Solutions
8019 N. Himes
Tampa, Florida 33611

Reyna Capital Corporation
One Reynolds Way
Kettering, OH 45430

Ridgestone Bank
500 Elm Grove Road
Suite 102
Elm Grove, WI 53122

Ronald Richardson
329 W. 18th Street
Chicago, Illinois 60616

Ultegra Financial Partners, Inc.
1009 18th Street, Suite 2860
Denver, CO 80202

West Lake Financial Services
4751 Wilshire Blvd.
Suite 100
Los Angeles, CA 90010

World Business Lenders
c/o Thomas H. Griesta
105 West Madison Street, Suite 1500
Chicago, Illinois 60602