UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 7 |
| MICHAEL S. HELMSTETTER, ) | |
| ) | Bankruptcy No. 19-28687 |
| DEBTOR ) | |
| ) | Honorable Jacqueline Cox |

**NOTICE OF OBJECTION**

PLEASE TAKE NOTICE that Michael Helmstetter, Debtor objects to the Chapter 7 Trustee's Motion to Approve (I) Bidding Procedures, (II) Sale of Causes of Action Free and Clear of Liens, Claims, and Other Interests, and (III) to Limit Notice (Dkt. No. 139) and requests that it be called for presentment.

Dated: September 24, 2021

Michael Helmstetter, Debtor by his attorney

/s/ Nicola S. Tancredi
**LAW OFFICE OF NICOLA S. TANCREDI**
Law Office of Nicola Tancredi
Two Trans Am Plaza, Suite 250
Oakbrook Terrace, IL 60181
ARDC No. 2795736

Nicola S. Tancredi, Law Offices of Nicola S. Tancredi
Attorney for Debtor Michael Helmstetter
Two North Trans Am Plaza Drive, Suite 250
Oakbrook Terrace, Il 60181
Office: (630) 649-4268
ntancredilaw@gmail.com
ARDC No. 2795736

1