UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 7 |
| MICHAEL S. HELMSTETTER, | ) | |
| | ) | Bankruptcy No. 19-28687 |
| DEBTOR | ) | |
| | ) | Honorable Jacqueline Cox |

**AMENDED NOTICE OF FILING**

My office attempted to file the Notice of Filing and Notice of Objection via
the Court's ECF system on September 24, 2021. We encountered technical difficulties which appear to be related to the recent upgrading of the ECF system. We also emailed copies to those on the service list per Rule of Bankruptcy Procedure 036.

Attorney Richard Hirsh served as the lead bankruptcy attorney for Debtor from May, 2020 until his recent retirement. A solo practitioner, Attorney Hirsh closed his office upon retirement.

We anticipate that Debtor will engage new bankruptcy counsel in the near future.

                                                    Respectfully submitted,

                                          /s/ Nicola S. Tancredi
                              **LAW OFFICE OF NICOLA S. TANCREDI**
                                  Law Office of Nicola Tancredi
                                  Two TransAm Plaza, Suite 250

Nicola S. Tancredi, Law Offices of Nicola S. Tancredi
Attorney for Debtor Michael Helmstetter
Two North Trans Am Plaza Drive, Suite 250
Oakbrook Terrace, Il 60181
Office: (630) 649-4268
ntancredilaw@gmail.com
ARDC No. 2795736

UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 7 |
| MICHAEL S. HELMSTETTER, ) | |
| ) | Bankruptcy No. 19-28687 |
| DEBTOR ) | |
| ) | Honorable Jacqueline Cox |

**NOTICE OF FILING OF NOTICE OF OBJECTION**

TO:    SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that DEBTOR MICHAEL HELMSTETTER has filed on September 24, 2021, a Notice of Objection to the Trustee's Motion for Approval (I) Bidding Procedures, (II) Sale of Causes of Action Free and Clear of Liens, Claims, and Other Interests, and (III) to Limit Notice (Dkt. No. 139); a copy of which is hereby provided to you.

Michael Helmstetter, Debtor by his attorney

/s/ Nicola S. Tancredi
**LAW OFFICE OF NICOLA S. TANCREDI**
Law Office of Nicola Tancredi
Two TransAm Plaza, Suite 250
Oakbrook Terrace, IL 60181
ARDC No. 2795736

**CERTIFICATE OF SERVICE**

I, Nicola S. Tancredi, Debtor's's attorney, hereby certifies that on September 24, 2021, I served the above and foregoing Notice of Filing of Notice of Objection to the Trustee's Motion for Approval to those listed on the Service List noted above via the ECF, electronic filing system of the US Bankruptcy Court or email as indicated below.

/s/ Nicola S. Tancredi
**LAW OFFICE OF NICOLA S. TANCREDI**
Law Office of Nicola Tancredi
Two TransAm Plaza, Suite 250
Oakbrook Terrace, IL 60181
ARDC No. 2795736

SERVICE LIST

Via ECF

Patrick Layng, United States Trustee

David Herzog, Trustee

Gregory K. Stern, Attorney for Trustee David Herzog


Via Email

Harold Israel, Levenfeld Pearlstein, Attorney for Richard Ruscitti and Kingdom Chevrolet, Inc.

(email: hisrael@lplegal.com)

Dennis Quaid (email: dquaid3@gmail.com)


 Jeffrey Paulsen

 Email: jpaulsen@wfactorlaw.com