# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: | |
| MICHAEL HELMSTETTER, | Case No. 19-28687<br>Chapter 7 |
| Debtor. | Hon. Jacqueline P. Cox |

## NOTICE OF APPEARANCE OF
## JUSTIN M. MERTZ FOR TERRY GAOUETTE

PLEASE TAKE NOTICE THAT the undersigned counsel hereby enters an appearance pursuant to 11 U.S.C. § 1109(b), and Rule 2002 and 9010 of the Federal Rules of Bankruptcy Procedure on behalf of Terry Gaouette and requests that copies of all notices, pleadings and papers filed in this case be served on and for Mr. Gaouette be sent to the following via mail, hand delivery, fax, electronically, or other appropriate means at the addresses indicated below:

| | |
|---|---|
| Attorney name: | Justin M. Mertz |
| Firm: | Michael Best & Friedrich LLP |
| Street address: | 790 N. Water Street, Suite 2500 |
| City/State/Zip: | Milwaukee, WI  53202 |
| Bar ID Number: | 1056938 |
| Telephone Number: | 414.271.6560 |
| E-mail Address: | jmmertz@michaelbest.com |

PLEASE TAKE FURTHER NOTICE FURTHER that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers specified above, but also includes, without limitation, any orders and notices of any application, motion, petition, pleading, request, disclosure statement, plan, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by

mail, hand delivery, electronically, telephone, facsimile or otherwise, which affect the Debtor, property of the Debtor, or any rights or interest of creditors or parties in interest in this bankruptcy case.

PLEASE TAKE FURTHER NOTICE that this request shall not be deemed or construed to be a waiver of any substantive or procedural rights without limitation: (a) to require that where any adversary proceeding is to be initiated against Mr. Gaouette, service shall be made on Mr. Gaouette in accordance with applicable Bankruptcy Rules, the Federal Rules of Civil Procedure, and applicable non-bankruptcy law and that service upon undersigned counsel is insufficient for such purposes; (b) to have final orders in non-core matters entered only after *de novo* review by the United States District Court; (c) to have a trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (d) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (e) any other rights, claims, actions, defenses, setoffs or recoupments to which Mr. Gaouette is or may be entitled in law or at equity.

Dated: September 28, 2021.

**MICHAEL BEST & FRIEDRICH LLP**

*By: s/ Justin M. Mertz*
Justin M. Mertz, Esq., SBN 1056938
jmmertz@michaelbest.com
790 N. Water Street, Suite 2500
Milwaukee, WI 53202
Phone: 414.271.6560

*Attorneys for Terry Gaouette*

038284-0004\31300466.v1