# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re Michael Helmstetter,

        Debtor.

Bankr. No. 19-28687

Chapter 7

Judge Cox

**Order Scheduling Motion to Approve Bidding Procedures, etc. (Dkt. 139)**

All parties may respond to the Trustee's Motion on or before October 16, 2021.

The Trustee may file a Reply (or Replies) to the Responses on or before November 3, 2021.

This Motion is set for a contested hearing on Tuesday, November 16, 2021 at 1:30 p.m.

Judge: *J.Cox  Jacqueline P. Cox*

Date: September 29, 2021