UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 7 |
| MICHAEL S. HELMSTETTER, ) | |
| ) | Bankruptcy No. 19-28687 |
| DEBTOR ) | |
| ) | Honorable Jacqueline Cox |

### NOTICE OF FILING OF NOTICE OF OBJECTION

TO:    SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that DEBTOR MICHAEL HELMSTETTER has filed on December 16, 2021, a Notice of Objection to the Trustee's Motion to Enter Amended Order Approving Bid Procedures and to Limit Notice.

Michael Helmstetter, Debtor by his attorney

/s/ Nicola S. Tancredi
**LAW OFFICE OF NICOLA S. TANCREDI**
Law Office of Nicola Tancredi
Two TransAm Plaza, Suite 250
Oakbrook Terrace, IL 60181
ARDC No. 275638

### CERTIFICATE OF SERVICE

I, Nicola S. Tancredi, Debtor's attorney, hereby certifies that on December 16, 2021, I served the above and foregoing Notice of Filing of Notice of Objection to the Trustee's Motion to Enter Amended Order Approving Bid Procedures and to Limit Notice to those listed on the Service List noted below via the ECF, electronic filing system of the US Bankruptcy Court.

/s/ Nicola S. Tancredi
**LAW OFFICE OF NICOLA S. TANCREDI**
Law Office of Nicola Tancredi
Two TransAm Plaza, Suite 250

Oakbrook Terrace, IL 60181
ARDC No. 275638

**SERVICE LIST**

Patrick S. Layng Office of the U.S. Trustee
Region 11
219 South Dearborn Street, Room 873
Chicago, Illinois 60604

David R. Herzog
Law Offices of David R. Herzog
53 West Jackson Blvd, Suite 1442
Chicago, Illinois 60604

Debra Devassy Babu
Askounis & Darcy, PC
444 North Michigan Avenue, Suite 3270
Chicago, Illinois 60611

Jamie L Burns
Levenfeld Pearlstein, LLC
2 North LaSalle Street, Suite 1300
Chicago, Illinois 60602

Whitman H. Brisky
Mauck & Baker LLC
1 North LaSalle Street, Suite 600
Chicago, Illinois 60602

Christopher R. Schmidgal
Law Office of Garry A. Weiss, PC
Six West 73rd Avenue
Merrillville, Indiana 46410

Charles Tatelbaum
Tripp Scott PA
110 SE 6 Street, 15th Floor
Fort Lauderdale, Florida 33301

James M. Yannakopoulos

Koransky Bouwer & Poracky PC
425 Joliet Street, Suite 425
Dyer, Indiana 46311

Bryan D King Brown
Udell Pomerantz Delrahim
225 W. Illinois, Suite 300
Chicago, IL 60654

Daniel S Hefter
Hefter Law, Ltd.
22 W. Washington, Suite 1500
Chicago, IL 60602

Cindy M. Johnson
Johnson Legal Group, LLC
140 S. Dearborn, Ste 1510
Chicago, IL 60603

Victor J. Allen
 Justin Mertz
Michael, Best & Friedrich, LLP
790 N. Water St., Ste 2500
Milwaukee, WI 53202

Jeffrey Paulsen
Law Offices of Wm J. Factor, Ltd.
105 W. Madison, Ste 1500
Chicago, Il 60602