UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 7 |
| MICHAEL S. HELMSTETTER, | ) | |
| | ) | Bankruptcy No. 19-28687 |
| DEBTOR | ) | |
| | ) | Honorable Jacqueline Cox |

## **ORDER**

THIS CAUSE COMING ON TO BE HEARD ON DEBTOR MICHAEL HELMSTETTER, Motion to Stay Proceedings;

IT IS ORDERED THAT:

Further proceedings in this matter are stayed pending further order of this Court following final disposition of the appeal In Re: Michael Helmstetter, No. 21-2486 before the United States Seventh Circuit Court of Appeals.

Enter:

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated:

Prepared by:

Nicola S. Tancredi
Law Office of Nicola Tancredi
Two TransAm Plaza, Suite 250

Oakbrook Terrace, IL 60181
ARDC No. 275638