IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 19-28687 |
| | ) | |
| | ) | Chapter 7 |
| MICHAEL S. HELMSTETTER | ) | |
| | ) | Honorable Jacqueline Cox |
| | ) | U.S. Bankruptcy Judge |
| Debtor. | ) | Hearing Date & Time: |
| | | **January 11, 2022 at 1:30 p.m**. |

## TRUSTEE'S STATUS REPORT OF BIDS RECEIVED FOR SALE OF CAUSES OF ACTION

DAVID R. HERZOG, Chapter 7 Trustee ("Trustee") hereby reports the status of the bids received by the deadline of January, 4, 2022, by the Trustee for the purchase of certain designated Causes of Action pursuant to the *Chapter 7 Trustee's Motion to Approve (I) Bidding Procedures, (II) Sale of Causes of Action Free and Clear of Liens, Claims, And Other Interests*, and (III) **To Limit Notice** [Docket Item No. 139], and the *Motion to Alter or Amend Judgment/Order* [Docket Item No. 170]:

A. Bids Received:

1. 2401 S. Michigan Building Corporation, County Mayo Corporation and Maureen Joyce ("**Landlords**"): Bid of $5,101.00 from attorney Whitman Brisky for Landlords.

2. Terry Gaouette: Bid of $1,000.00 from attorney Justin Merz for Gaouette.

3. Benitta Berke: Bid of $500.00 from attorney Cindy Johnson for Berke.

4. World Business Lenders: Bid of $1.00 from attorney Jeffrey Paulsen for World Business Lenders.

      5. Santander Bank, N.A.:  No Bids.

      6. F.C.A., a/k/a Fiat:  No Bids.

      7. Nissan North America/Nissan Motor Acceptance Corporation:  No bids.

      8. Keri Fallon: No Bids.

      9. O'Rourke & Moody:  No Bids.

      10. Ronald Richardson:  No Bids.

      11. Adam Wimmer & Painted Sky:  No Bids.

      12. Monty Merz:  No Bids.

      13. Monroe Capital:  No Bids.

      14. Kevin Benjamin:  No Bids.

B. Trustee's Recommendations as to Bids Received:

      1. Accept Bid of Landlords for $5,101.00.

      2. Accept Bid of Terry Gaouette for $1,000.00.

      3. Reject Bid of Benitta Berke for $500.00.

      4. Reject Bid of World Business Lenders for $1.00.

C. Total Price of Accepted Bids:   $6,101.00 – No liens.

Dated:  January 5, 2022

                                                      /s/ Gregory K. Stern
                                                   Attorney for David R. Herzog, Trustee

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
Rachel S. Sandler (Atty ID # 6310248)
Dennis E. Quaid (Atty ID #2267012)
53 West Jackson Boulevard, Suite 1442
Chicago, Illinois 60604
(312) 427-1558