EXHIBIT A TO ORDER APPROVING SALE OF DESIGNATED CAUSES OF ACTION OF THE ESTATE OF MICHAEL S. HELMSTETTER

1. Causes of Action against 2401 S. Michigan Building Corporation, County Mayo Corporation and Maureen Joyce including without limitations, claims, if any, for fraudulent misrepresentation, bad faith and fraudulent inducement by omission of material facts in connection with the execution of the leases for New City premises, claims, if any, in contract and/or replevin for return of security deposits, claims, if any, for conversion of personal property located on the New City premises and claims, if any, for trespass and/or "self-help" in connection with entry on to New City premises.

**Purchasers:** 2401 S. Michigan Building Corporation, County Mayo Corporation and Maureen Joyce

**Purchase Price**: $5,101.00

2. Causes of Action against Terry Gaouette

**Purchaser:** Terry Gaouette

**Purchase Price**: $1,000.00