UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 19-28687
MICHAEL S. HELMSTETTER, )
)
) Chapter: 7
) Honorable Jacqueline P Cox
)
)
Debtor(s) )

**ORDER ALLOWING CHAPTER 7 TRUSTEE'S ATTORNEYS' SECOND APPLICATION FOR ALLOWANCE OF INTERIM COMPENSATION, REIMBURSEMENT OF COSTS AND EXPENSES, AUTHORIZATION TO PAY ALLOWED ADMINISTRATIVE CLAIM AND LIMIT NOTICE TO TWENTY LARGEST UNSECURED CREDITORS**

THIS CAUSE COMING ON TO BE HEARD on Gregory K. Stern, P.C.'s, Attorneys for David R. Herzog, Chapter Chapter 7 Trustee (the "Trustee"), Second Application For Allowance Of Interim Compensation, Reimbursement of Costs and Expenses, Authorization to Pay Allowed Administrative Claim and to Limit Notice to Twenty Largest Unsecured Creditors, due and proper notice having been served and the Court being fully advised in the premises:

IT IS HEREBY ORDERED THAT:

1. Notice to creditors is limited to the Debtor's twenty largest unsecured creditors.

2. Gregory K. Stern, Monica C. O'Brien, Dennis E. Quaid and Rachel S. Sandler pursuant to 11 U.S.C. §§ 330 and 331, are allowed interim compensation of $133,250.00 for services rendered, and reimbursement of costs and expenses of $1,634.07.

3. The Trustee is authorized to pay the unpaid balance of the allowed interim compensation and reimbursement of costs and expenses of $134,884.07 to Gregory K. Stern, P.C. as a priority cost of administration.

Enter: *Jacqueline P. Cox*
_____

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: January 11, 2022

**Prepared by:**

Gregory K. Stern (Atty. ID #6183380)
Dennis E. Quaid (Atty. ID #02267012)
Monica C. O'Brien (Atty. ID #6216626)
Rachel S. Sandler (Atty. ID #6310248)
53 West Jackson Boulevard, Suite 1442
Chicago, Illinois 60604
(312) 427-1558