IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| MICHAEL HELMSTETTER, ) | Case No. 19-28687 |
| ) | |
| Debtor. ) | Hon. Jacqueline P. Cox |

**BENITTA BERKE'S AND WORLD BUSINESS LENDERS' NOTICE OF WITHDRAWAL OF**
**PROPOSED ORDER FILED AT DOCKET 190**

Benitta Berke and World Business Lenders filed a draft proposed order at docket 190, taking from Trustee's proposed order the amounts of sale for certain assets to be sold to them. Unfortunately, Trustee's proposed order listed the right bid amount, but wrong sale amount for the sale to World Business Lenders, which was incorporated into their draft order as well.

A corrected draft proposed order has been uploaded at docket 191.

Benitta Berke and World Business Lenders hereby withdraw the proposed order filed at docket 190.

| Benitta Berke, | World Business Lenders, |
|---|---|
| By: /s/   Cindy M. Johnson | By: /s/ Jeffrey K. Paulsen   . |
| One of her attorneys | One of its attorneys |
| Cindy M. Johnson | Jeffrey K. Paulsen |
| Johnson Legal Group, LLC | Factor Law |
| 140 S. Dearborn Street, Suite 1510 | 105 W. Madison Street, Suite 1500 |
| Chicago, Illinois  60603 | Chicago, Illinois  60602 |
| (312) 345-1306 | 312-878-2969 |