UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 7 |
| MICHAEL S. HELMSTETTER, ) | |
| ) | Bankruptcy No. 19-28687 |
| DEBTOR ) | |
| ) | Honorable Jacqueline Cox |

## NOTICE OF APPEAL

      Notice is hereby given that Plaintiff/Debtor/Appellant hereby appeals from the Order of the United States Bankruptcy Court for the Northern District of Illinois Order entered on the 15th day of February, 2022, [Docket No. 200] APPROVING THE SALE OF DESIGNATED CAUSES OF ACTION OF THE DEBTOR'S ESTATE AGAINST BENITTA BERKE AND WORLD BUSINESS LENDERS FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES PURSUANT TO 11 U.S.C. 363 (F) (copy attached as Exhibit 1 and incorporated by reference) to the United States District Court for the Northern District of Illinois .

      /s/ Nicola S. Tancredi
**LAW OFFICE OF NICOLA S. TANCREDI**
Attorney for Plaintiff/Debtor/Appellant Michael Helmstetter

**LAW OFFICE OF NICOLA S. TANCREDI**
Attorney for Plaintiff/Debtor/Appellant Michael Helmstetter
Two Trans Am Plaza, Suite 250
Oakbrook Terrace, IL 60181
ntancredilaw@gmail.com
(630) 649-4268
ARDC No. 2795736

## CERTIFICATE OF SERVICE

    I, Nicola S. Tancredi, Plaintiff/Debtor/Appellant's attorney, hereby certifies that I served the above and foregoing Notice of Appeal Pursuant to Federal Rule of Civil Procedure 26(a)(1) electronically via the court's ECF system on March 1, 2022.

/s/ Nicola S. Tancredi
**LAW OFFICE OF NICOLA S. TANCREDI**
Law Office of Nicola Tancredi
Two TransAm Plaza, Suite 250
Oakbrook Terrace, IL 60181
ARDC No. 275638

2