Official Form 417A (12/18)

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): Michael S. Helmstetter

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☒ Debtor
   ☐ Creditor
   ☐ Trustee
   ☐ Other (describe) _____

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: Order approving the sale of designated causes of action of the Debtor's Estate Against Benitta Berke and World Busines Lenders Free and Clear of Liens, Claims, Interests, and Encumbrances Pursuant to 11 USC 363(f)

2. State the date on which the judgment, order, or decree was entered: 2-15-22

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Benitta Berke     Attorney: Cindy M. Johnson
   Johnson Legal Group LLC
   140 S. Dearborn St.
   Suite 1510
   Chicago, IL 60603
   312 345-1306 Ext. 101

2. Party: World Business Lenders     Attorney: Jeffrey K. Paulsen
   The Law Office of William J. Factor, Ltd
   105 W. Madison, Suite 1500
   Chicago, IL 60602
   (312) 878-0969

3. Party: Michael S. Helmstetter     Attorney: Nicola S. Tancredi
   Law Offices of Nicola S. Tancredi
   Two N. Trans Am Plaza, Dr., Suite 250
   Oakbrook Terrace, Illinois 60181
   Office: (630) 649-4268

4. Party: David Herzog, Trustee

   Attorney:
   Dennis Quaid
   Gregory K Stern
   Gregory K Stern
   Gregory K. Stern, P.C.
   53 West Jackson Blvd.
   Suite 1442
   Chicago, IL 60604
   312 427-1558

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court.  If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below.  Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

/s/ Nicola S. Tancredi
_____
Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Date: 3-2-22_____

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):
Nicola S. Tancredi
Two N. Trans Am Plaza, Dr., Suite 250
Oakbrook Terrace, Illinois 60181
Office: (630) 649-4268

_____
_____
_____

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:**  If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]