# CIVIL COVER SHEET

The ILND 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(See instructions on next page of this form.)*

## I. (a) PLAINTIFFS

Michael Helmstetter, Debtor Appellant
In Re Michael Helmstetter, 19 b 28687

### DEFENDANTS

See ECF Service List

**(b)** County of Residence of First Listed Plaintiff  Pasco County, FL
*(Except in U.S. plaintiff cases)*

County of Residence of First Listed Defendant
*(In U.S. plaintiff cases only)*
Note: In land condemnation cases, use the location of the tract of land involved.

**(c)** Attorneys *(firm name, address, and telephone number)*

Law Offices of Nicola S. Tancredi
2 N TransAm Plaza Dr. Suite 250
Oakbrook Terrace, Il 60181

Attorneys *(If Known)*

See ECF Service List

## II. BASIS OF JURISDICTION (Check one box, only.)

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question
      *(U.S. Government not a party.)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity
      *(Indicate citizenship of parties in Item III.)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only.)

*(Check one box, only for plaintiff and one box for defendant.)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [x] 1 | Incorporated or Principal Place of Business in This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [x] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Check one box, only.)

| CONTRACT | TORTS | PRISONER PETITIONS | LABOR | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** — **PERSONAL INJURY** | [ ] 510 Motions to Vacate Sentence | [ ] 710 Fair Labor Standards Act | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane — [ ] 530 General | [ ] 530 General | [ ] 720 Labor/Management Relations | [ ] 376 Qui Tam (31 USC 3729 (a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability [ ] 320 Assault, Libel & Slander — [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | [ ] 535 Death Penalty | | [ ] 400 State Reapportionment |
| | [ ] 330 Federal Employers' Liability | **Habeas Corpus:** | [ ] 740 Railway Labor Act | [ ] 410 Antitrust |
| [ ] 140 Negotiable Instrument | [ ] 340 Marine — [ ] 368 Asbestos Personal Injury Product Liability | [ ] 540 Mandamus & Other | [ ] 751 Family and Medical Leave Act | [ ] 430 Banks and Banking |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 345 Marine Product Liability [ ] 350 Motor Vehicle | [ ] 550 Civil Rights [ ] 555 Prison Condition | [ ] 790 Other Labor Litigation | [ ] 450 Commerce [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 355 Motor Vehicle Product Liability | [ ] 560 Civil Detainee - Conditions of Confinement | [ ] 791 Employee Retirement Income Security Act | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loan (Excludes Veterans) | [ ] 360 Other Personal Injury [ ] 362 Personal Injury - Medical Malpractice | **PERSONAL PROPERTY** | | [ ] 480 Consumer Credit |
| [ ] 153 Recovery of Veteran's Benefits | | [ ] 370 Other Fraud | **PROPERTY RIGHTS** | [ ] 485 Telephone Consumer |
| [ ] 160 Stockholders' Suits | | [ ] 371 Truth in Lending | [ ] 820 Copyright | Protection Act (TCPA) |
| [ ] 190 Other Contract | | [ ] 380 Other Personal Property Damage | [ ] 830 Patent | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | | [ ] 385 Property Damage Product Liability | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 196 Franchise | | | [ ] 840 Trademark | |
| | | | [ ] 880 Defend Trade Secrets Act of 2016 (DTSA) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **BANKRUPTCY** | **FORFEITURE/PENALTY** | [ ] 891 Agricultural Arts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | [x] 422 Appeal 28 USC 158 | [ ] 625 Drug Related Seizure of Property 21 USC 881 | **SOCIAL SECURITY** — [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 423 Withdrawal 28 USC 157 | | [ ] 861 HIA (1395ff) — [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | | [ ] 690 Other | [ ] 862 Black Lung (923) |
| [ ] 240 Torts to Land | [ ] 443 Housing/Accommodations | | | [ ] 863 DIWC/DIWW (405(g)) — [ ] 896 Arbitration |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/ Disabilities- Employment | **IMMIGRATION** | | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | [ ] 462 Naturalization Application | | [ ] 864 SSID Title XVI [ ] 865 RSI (405(g)) |
| | [ ] 448 Education | [ ] 463 Habeas Corpus – Alien Detainee (Prisoner Petition) | **FEDERAL TAXES** | [ ] 950 Constitutionality of State Statutes |
| | | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | |
| | | [ ] 465 Other Immigration Actions | [ ] 871 IRS—Third Party 26 USC 7609 | |

## V. ORIGIN (Check one box, only.)

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District (specify)
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION ( Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)

APPEAL OF BANKRUPTCY ORDER

## VII. PREVIOUS BANKRUPTCY MATTERS (For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter previously adjudicated by a judge of this Court. Use a separate attachment if necessary.)

19 b 28687, Judge Cox, 20-cv-05485 Judge Pallmeyer, 21-2486 USCA 7th Cir.

## VIII. REQUESTED IN COMPLAINT:

[ ] Check if this is a **class action** under Rule 23, F.R.CV.P.

Demand $

**CHECK Yes only if demanded in complaint:**
Jury Demand: [ ] Yes  [ ] No

## IX. RELATED CASE(S) IF ANY (See instructions):

Judge 19 b 28687, Judge Cox, 20-cv-05485 Judge   Case Number

## X. Is this a previously dismissed or remanded case?

[ ] Yes  [x] No  If yes, Case #

Name of Judge  *Nicola S. Tancredi*

Date: March 1, 2022

Signature of Attorney of Record

ARDC 2785736