UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 7 |
| MICHAEL S. HELMSTETTER, ) | |
| ) | Bankruptcy No. 19-28687 |
| DEBTOR ) | |
| ) | Honorable Jacqueline Cox |

## AMENDED NOTICE OF APPEAL AND STATEMENT OF ELECTION

**Part 1: Identify the Appellants**

1. Name(s) of appellant(s): Michael S. Helmstetter

2. Position of appellant(s) in the bankruptcy case that is the subject of this appeal: Debtor

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from: Order approving the sale of designated causes of action of the Debtor's Estate Against Benitta Berke and World Business Lenders Free and Clear of Liens, Claims, Interests, and Encumbrances Pursuant to 11 USC 363(f)

2. State the date on which the judgement, order, or decree was entered: 2-15-22

**Part 3: Identify the other parties to the Appeal** List the names of all parties to the judgment, order or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary).

1. Party: Michael S. Helmstetter Attorney: Nicola S. Tancredi Two N. Trans Am Plaza, Dr., Suite 250 Oakbrook Terrace, Illinois 60181 Office: (630) 649-4268

2. Party: David Herzog, Trustee Attorney: Dennis Quaid Gregory K. Stern Gregory K Stern Gregory K. Stern, P.C. 53 West Jackson Blvd. Suite 1442 Chicago, IL 60604 312 427-1558

3. Party: World Business Lenders Attorney: Jeffrey K. Paulsen The Law Office of William J. Factor, Ltd 105 W. Madison, Suite 1500 Chicago, IL 60602 (312) 878-0969

4. Party: Benitta Berke Attorney: Cindy M. Johnson Johnson Legal Group LLC 140 S. Dearborn St. Suite 1510 Chicago, IL 60603 312 345-1306 Ext. 101

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)** If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy

Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

**X** Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

/s/ Nicola S. Tancredi							Date: March 2, 2022

Law Offices of Nicola S. Tancredi
Two N. Trans Am Plaza, Dr., Suite 250
Oakbrook Terrace, Illinois 60181
Office: (630) 649-4268

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[Note to inmate filers: If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]