UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: Michael S. Helmstetter

Case Number: 19 B 28687

Notice of Appeal

Certificate of Mailing

I, Lakeysha Sims state that on 03/01/2022, a copy of the Notice of Appeal, docket entry: 201 was served on all parties identified as Registrants on the Court's Electronic Notice for Registrants.

Registrants Served Through the Court's Electronic Notice:
See Attached

For other recipients, a copy was served via First Class Mail on: 03/02/2022.

Parties Served via First Class Mail:
None

Jeffrey P. Allsteadt, Clerk
U.S. Bankruptcy Court

03/02/2022
Date

Lakeysha Sims
Deputy Clerk

**19-28687 Notice will be electronically mailed to:**

Cindy M. Johnson on behalf of Creditor Benitta Berke
cjohnson@jnlegal.net, KLindsey@jnlegal.net

Jeffrey K. Paulsen on behalf of Creditor World Business Lenders LLC
jpaulsen@wfactorlaw.com, bharlow@wfactorlaw.com; jpaulsen@ecf.inforuptcy.com

Dennis E. Quaid on behalf of Trustee David R Herzog
dquaid3@gmail.com

David R Herzog
drh@dherzoglaw.com, dherzoglaw@gmail.com;il59@ecfcbis.com; drh@trustesolutions.net

Gregory K Stern on behalf of Plaintiff David R. Herzog, Trustee
greg@gregstern.com, steve_horvath@ilnb.uscourts.gov

Theresa S. Benjamin, Esq. on behalf of Debtor 1 Michael S. Helmstetter
theresa@benjaminlaw.com, firmecf@gmail.com; jkb@benjaminlaw.com; g5094@notify.cincompass.com; r54940@notify.bestcase.com

Nicola S Tancredi on behalf of Attorney Nick Tancredi
ntancredilaw@gmail.com