# United States Bankruptcy Court

NORTHERN DISTRICT OF ILLINOIS

219 South Dearborn

Chicago, Illinois 60604

**Jeffrey P. Allsteadt**, Bankruptcy Clerk

| | |
|---|---|
| Date | 03/02/2022 |

Thomas G. Bruton
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, Illinois 60604

| | |
|---|---|
| Bankruptcy Case Number | 19 B 28687 |
| Case Name | Michael S. Helmstetter |
| Notice of Appeal Filed | 03/01/2022 |
| Appellant | Michael S. Helmstetter |
| District Court Number | 22 cv 1100 |
| District Court Judge | Andrea R. Wood |

Dear Sir:

Pursuant to **Bankruptcy Rule 8003** transmitted herewith is the Notice of Appeal.

- [✓] Notice of Appeal
- [ ] NOA Unpaid Fee Due
- [ ] Cross Appeal
- [✓] Copy of Docket Sheet
- [✓] D.C. Civil Coversheet
- [✓] Judgment/Order Being Appealed
- [✓] Transmittal Letter
- [ ] Informa Pauperis

Additional Items Included

- [✓] Amended Notice of Appeal/ Civil Coversheet.

Previous D C Judge _____    Case Number _____

By Deputy Clerk   Lakeysha Sims

Rev 03/2015bb