# EXHIBIT 1

| Fill in this information to identify the case: |
| --- |

Debtor 1   Michael Helmstetter

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court   **Northern District of Illinois**

Case number:  **19–28687**

FILED

**U.S. Bankruptcy Court
Northern District of Illinois**

6/15/2020

**Jeffrey P. Allsteadt, Clerk**

Official Form 410
# Proof of Claim

04/19

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1:  Identify the Claim

**1. Who is the current creditor?**

Brown, Udell, Pomerantz & Delrahim, Ltd.

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Brown, Udell, Pomerantz & Delrahim, Ltd.

Name

Michael S. Pomerantz, BUPD Law
225 W. Illinois Street, Suite 300
Chicago, IL 60654

Contact phone     (312) 475–9900

Contact email
mpomerantz@bupdlaw.com

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

Where should payments to the creditor be sent? (if different)

Name

Contact phone

Contact email

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known)

Filed on

MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing?

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|

| 6. | Do you have any number you use to identify the debtor? | ☐ No<br>☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:     5763 |
|---|---|---|

| 7. | How much is the claim? | $   218443.79    **Does this amount include interest or other charges?**<br>☑ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
|---|---|---|

| 8. | What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as healthcare information.<br><br>Legal services performed |
|---|---|---|

| 9. | Is all or part of the claim secured? | ☐ No<br>☑ Yes. The claim is secured by a lien on property.<br>    **Nature of property:**<br>    ☐ Real estate.   If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410–A) with this *Proof of Claim.*<br>    ☐ Motor vehicle<br>    ☑ Other. Describe:    Settlement proceeds recovered 14CH20208 |
|---|---|---|

**Basis for perfection:**    Statutory attorney lien

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

| | |
|---|---|
| **Value of property:** | $   554625.00 |
| **Amount of the claim that is secured:** | $   166621.52 |
| **Amount of the claim that is unsecured:** | $   51822.27    (The sum of the secured and unsecured amounts should match the amount in line 7.) |

**Amount necessary to cure any default as of the date of the petition:**    $   166621.52

**Annual Interest Rate** (when case was filed)     _____ %

☑ Fixed
☐ Variable

| 10. | Is this claim based on a lease? | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____ |
|---|---|---|

| 11. | Is this claim subject to a right of setoff? | ☑ No<br>☐ Yes. Identify the property: _____ |
|---|---|---|

| Official Form 410 | Proof of Claim | page 2 |
|---|---|---|

| | | | |
|---|---|---|---|
| **12.** | **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☑ No<br>☐ Yes. *Check all that apply:* | **Amount entitled to priority** |

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).  $ _____

☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).  $ _____

☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).  $ _____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).  $ _____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).  $ _____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies  $ _____

\* Amounts are subject to adjustment on 4/1/22 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3:  Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
**18 U.S.C. §§ 152, 157 and 3571.**

Check the appropriate box:

☐  I am the creditor.

☑  I am the creditor's attorney or authorized agent.

☐  I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐  I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   6/15/2020

MM / DD / YYYY

/s/  Michael S. Pomerantz

Signature

Print the name of the person who is completing and signing this claim:

| | |
|---|---|
| Name | Michael S. Pomerantz |
| | First name   Middle name   Last name |
| Title | Partner |
| Company | Brown, Udell, Pomerantz & Delrahim, Ltd. |
| | Identify the corporate servicer as the company if the authorized agent is a servicer |
| Address | 225 W. Illinois St., Suite 300 |
| | Number   Street |
| | Chicago, IL 60654 |
| | City   State   ZIP Code |
| Contact phone | (312) 475–9900    Email   mpomerantz@bupdlaw.com |


**BUPD** LAW
ATTORNEYS & COUNSELORS

February 21, 2018

**RETAINER AGREEMENT**

BROWN UDELL POMERANTZ & DELRAHIM, LTD.
Michael S. Pomerantz • mpomerantz@bupdlaw.com
225 W. Illinois Street, Suite 300
Chicago, IL 60654
Phone: 312.475.9900 • Fax: 312.475.1188
www.bupdlaw.com

## WE WILL PROVIDE YOU WITH LEGAL SERVICES
## IN ACCORDANCE WITH THIS AGREEMENT

1.   NAME OF CLIENT:   Scott Kindybalyk   Michael Helmstetter

2.   ADDRESS   5859 N Kirby   3419 S. Parnell
Chicago, IL 60646   Chicago, IL 60616
PHONE NO:   (847) 494-4921   (773) 892-7547

3.   WORK AUTHORIZED.

   3.1   Services to be Provided.

You have engaged us to represent you, New City Historic Auto Row, LLC., and New City Auto Group, with respect to: (i) general corporate matters; (ii) Santander Bank, N.A. v. New City Historic Auto Row LLC., Case No. 18-CV-201; (iii) certain acquisitions of real estate in the Chicagoland area; and (iv) any other matter(s) for which you request our representation.

   3.2   Other Work.

General consultation as specifically requested by the client, and such other work as may be requested or authorized from time to time by you and your authorized representatives. However, representation in other litigation matters requires a writing to be signed by both client and attorney authorizing such representation.

4.   HOURLY RATES.

Shareholder rates are $495.00 per hour. Partner hourly rates are $425.00-$475.00. Associate hourly rates are $375.00-450.00. Paralegal and law clerk hourly rates are $150.00. Mr. Pomerantz's current rate is $495.00. These rates will not change unless an advance 30-day written notice is given. Brown, Udell, Pomerantz & Delrahim, Ltd., ("BUPD") reserves the right to assign the attorneys to each matter who BUPD determines best suits the client's needs and the economics of the project.

5.   OUT-OF-POCKET EXPENSES.

   5.1   What we charge for:

_____   _____
Client's Initials   BUPD Initials



Our minimum charge for legal services is based on our hourly rates.  This includes meetings, telephone conferences, research, intra-office conferences, court time, all time spent working on your file and travel.  We also charge for our out-of-pocket expenses for outside services (such as messengers, process servers, witness fees, court reporters and overtime secretarial or word processing fees if a client has a legal emergency) and overnight mail, filing fees, parking expenses and travel at 35¢ per mile, and copying charges.

    5.2    What we do not charge for:

We do not charge for costs involved in setting up a file, normal secretarial or word processing time, fax sending or receiving, non-litigation postage or normal mailing.

6.      BILLING INFORMATION.

    6.1    Billing Units.

Time is billed in one-quarter (1/4) hour units.

    6.2    When Billed.

Time is recorded when worked and billed monthly.  You should receive a statement shortly after the 1st of each month.  Delay in our billing does not waive our fees.

    6.3    Questioning Bills.

If we have not heard from you in writing within ten (10) days after sending our statement, we assume the statement is accurate.  Therefore, if you have any questions about your bill, please contact us in writing during that period.

    6.4    Joint & Several Liability.

If we are to represent more than one client, then each of you agrees that your liability for all attorneys' fees and expenses incurred will be joint and several (meaning each of you is liable for the entire amount).  If our services include becoming attorney of record in a lawsuit, you are to be responsible for the bills with respect to each of the parties we represent.  Any allocations or apportionment of liability must be worked out among you as a group and are not our concern.

    6.5    Descriptions.

Bills are generally computer-generated and contain a detailed description of the services performed, the period during which they were performed, and the time involved.

    6.6    Client Trust Account.

Client's Initials      BUPD Initials



A client trust account will be maintained to cover out-of-pocket expenses. This account will be debited as these expenses are incurred and credited with additional deposits as may be required. A statement may be sent to you periodically, requesting additional funds for this account.

6.7    Payment by Credit Card.

We currently offer our clients the convenience of paying by MasterCard or VISA. If you desire to pay an invoice by credit card, simply complete the authorization form attached to the invoice and return to BUPD for processing.

7.    ESTIMATES.

Unless the term "estimate" is used below to indicate that we believe a service will cost a specific amount, we are making no estimate of the amount to be charged. If an estimate is used below, the estimate is premised upon there being no unforeseen contingencies which would require us to devote more time to your matter than is customary for us.

8.    DELINQUENCY.

8.1    Stop Work.

Payment is due within thirty (30) days from each statement's date. If you do not pay promptly or make other arrangements, we reserve the right to cease work on all such matters entrusted to us until satisfactory payment arrangements are made.

8.2    Service Charge.  Not applicable.

8.3    Lien for Unpaid Fees

You agree that BUPD has a lien for unpaid attorney's fees against any recovery, award, settlement or judgment. This lien survives any termination of representation.

9.    TERMINATION.

9.1    By Either Of Us.

The attorney-client relationship may be terminated by either of us for any reason upon written notice to the other.

9.2    Costs Of Transition.

If you terminate this agreement, we will cooperate with you and your new attorney. However, you agree to pay our time and costs incurred in the transition.

9.3    Substitute New Counsel In Litigation.

_____        _____
Client's Initials        BUPD Initials



If we have made a formal or general appearance in a court or other proceeding, you agree to execute a substitution at our request in favor of other counsel or you acting as your own counsel.

10.     ERRORS & OMISSIONS INSURANCE.

Our firm maintains errors and omissions insurance.  To the best of our knowledge, the insurance coverage is applicable to the services to be rendered under this Agreement.

11.     MONITORING THE LAW ON YOUR BEHALF.

        11.1    Limited.

As a matter of course we keep up with changes in the law.  While preparing documents for you or giving you advice, we will take those developments into account.

Also, from time to time we may mail without cost general information about legal developments to clients, former clients and referral sources.

        11.2    Not Automatic.

However, without separate arrangements and a payment of an appropriate fee, once we have given you the advice you requested or provided you draft documents, we do not automatically monitor the law for you or advise you of new developments in the law.

12.     NO TAX ADVICE.

We cannot advise you on whether any issue in litigation or any settlement or resolution of your case has adverse tax consequences.  Please let us know if you need tax advice and we will be happy to refer you to a tax specialist.

13.     INITIAL RETAINER.

        13.1    Advance Payment Retainer.

We will require an initial advance payment retainer fee of $ 10,000 .00 (the "Retainer"), payable to BUPD.  The Retainer will be deposited into BUPD's client trust account.  In the event you refuse to pay the Advance Payment Retainer, BUPD would not accept your case as BUPD needs to allocate time and resources so that we can properly staff and represent you with respect to this matter.  BUPD does not take every case offered to it for representation and as such, are committing its resources to you and thus requesting the Advance Payment Retainer.  This Advance Payment Retainer will be applied against fees.  Once the Retainer has been exhausted, we expect you to pay all bills pursuant to this Agreement.   We reserve the right to require you to deposit another Retainer in the event your initial Retainer is exhausted and you do not pay your bills in a timely manner.

        13.2    Cost Retainer.

_____        _____
Client's Initials        BUPD Initials



**13.3    Trial Retainer.**

If we handle litigation on your behalf, no later than 90 days before trial (or arbitration as the case may be), you agree to deposit upon our written request a trial retainer of $25,000.00 per expected day of trial or arbitration.    Failure to deposit this retainer shall constitute valid grounds for withdrawal of representation by BUPD.

**14.    COUNTERPARTS.**

This Agreement may be executed in counterparts and each counterpart shall be deemed an original. A signature that is transmitted by telecopier or other facsimile equipment shall be deemed an original signature.

**15.    ARBITRATION.**

It is understood and agreed that any claims by you arising out of the rendition or lack of rendition of services under this Agreement, including claims of legal malpractice, shall be determined by submission to final and binding arbitration, and not by a lawsuit or resort to court process except as provided by law for judicial review or enforcement of arbitration proceedings.    This includes any claim that any legal services rendered under this contract were unnecessary or unauthorized or were improperly, negligently or incompetently rendered.

All parties to this contract, by entering into it, are giving up their constitutional right to have any such dispute decided in a court of law before a jury, and instead are accepting the use of arbitration. Client may wish to seek outside advice or counsel concerning this procedure.

The proceedings will be administered by the American Arbitration Association as agreed by the parties in accordance with their then existing rules of Practice and Procedure, with venue in Chicago, Illinois.    Said provision to arbitrate does not apply to any claims brought by BUP against you, the client, for your failure to comply with the terms of this Agreement.

At the termination of the representation and for a period of thirty (30) days thereafter, and provided there are not outstanding unpaid statements for fees and charges owed by you to our firm, you shall have the right on request to take possession of your file.    In such event, our firm at its expense may make and retain copies of all or portions of the file.    If you do not request possession of the file within such thirty (30) day period, our firm will have no further responsibility for the retention and maintenance of the file and may at its option dispose of all or parts of the file without further notice to you.    The thirty (30) day document retention policy does not apply to documents required to be maintained and destroyed per the requirements of the H.I.P.A.A.

NOTICE:  BY SIGNING THIS RETAINER AGREEMENT YOU ARE AGREEING TO HAVE ANY ISSUE OF LEGAL MALPRACTICE DECIDED BY NEUTRAL ARBITRATION AND YOU ARE GIVING UP YOUR RIGHT TO A JURY OR COURT TRIAL.

_____        _____
Client's Initials        BUPD Initials



I understand and agree to the terms under which BUPD will provide services to me.

DATE: 2/22/18 _____
Scott Kindybalyk

DATE: 2/22/18 _____
Michael S. Helmstetter

DATE: 2/22/18 _____
NEW CITY HISTORIC AUTO ROW, LLC

BY: _____

ITS: _____

DATE: 2/22/18 _____
NEW CITY AUTO GROUP

BY: _____

ITS: _____

BROWN, UDELL, POMERANTZ & DELRAHIM, LTD., AGREES TO THE PROVISIONS OF
THIS AGREEMENT:

DATE: 2/22/18 _____
SIGNATURE ON BEHALF OF BUPD

_____        _____
Client's Initials      BUPD Initials



BUPD LAW
ATTORNEYS & COUNSELORS

BROWN UDELL, POMERANTZ & DELRAHIM, LTD.
225 W. Illinois Street, Suite 300
Chicago, IL 60654
Phone: 312.475.9900 · Fax: 312.475.1188
www.bupdlaw.com
Michael S. Pomerantz · mpomerantz@bupdlaw.com

October 26, 2018

**Via U.S. Mail & Electronic Mail**
Michael Helmstetter
3419 South Parnell Ave.
Chicago, Illinois 60616
mikehelmstetter@hotmail.com

RE:    *Helmstetter v. Rusciti, et al., Case No. 14CH20208 (the "Lawsuit")*

Dear Michael:

The purpose of this letter is to provide you and BROWN UDELL, POMERANTZ & DELRAHIM, LTD ("BUPD") with a written memorandum of the terms and conditions under which, and the extent to which, we are undertaking to represent you in connection with your existing Lawsuit and claims (the "Claims") against Richard Rusciti, Kingdom Chevrolet, Inc. and Western Avenue Nissan, Inc. (the "Defendants").

As you know, per your request, we have already spent some time in telephone conferences with you and investigating the Claims, as well as speaking with your former counsel, Mark Lyman, and a representative of Defendants, a number of which BUPD represented years ago. We understand that you are not happy with your current counsel, and we have agreed to represent you, as described below, in connection with the Claims.

As discussed, we will represent you with respect to the Claims on a hybrid/contingency basis, as outlined herein. If we are successful in negotiating a settlement on your behalf with the Defendants in excess of the most recent written offer of $400,000.00, or if litigation is continued against the Defendants and there is any recovery on your part, including any settlement, then (1) the total gross total dollar amount of any Expenses (as defined below), be twenty one percent (21%) of (1) the total gross total dollar amount of any settlement reached between you and any of the Defendants or any related or affiliated party and (2) the total dollar amount of any judgment entered by a court-of-law, arbitrator, or mediator. In addition, you agree to pay BUPD a reduced hourly rate of $250.00 per hour for any BUPD attorneys which BUPD assigns to this matter, *but only* if there is a recovery on your part, including any settlement reached between you and any of the Defendants or any related or affiliated party, in excess of $400,000.00. This is almost a 50% discount off of our current shareholder rates of $495.00 per hour, in recognition of the contingency portion of our fees. Our current non-shareholder partner hourly rates are $425.00-$475.00, and associate hourly rates are $375.00-450.00.

You hereby agree that BUPD has the authority to settle the Lawsuit and Claims on your behalf in exchange for any amount in excess of $2 million dollars. *($2,500,000.00)* AND 1/3 [handwritten initials]

Irrespective of whether the Claims are settled or continued litigation proves necessary, and irrespective of any outcome, you agree to reimburse our firm, on a monthly basis, for all out-of-pocket expenses and cost charges (including, without limitation, for photocopying, facsimile transmissions, express courier services, long-distance telephone calls, computerized research, travel, and other expenses and charges) which have already been incurred by our firm, or which are hereafter incurred by our firm, in representing you in connection with the Claims (collectively, the "Costs and Expenses"). Statements for Costs and Expenses

will be sent to you on a monthly basis and all rendered statements are payable on receipt. If a client's bill remains unpaid for more than thirty (30) days from the billing date, a service charge of one and one-half percent (1.5%) is added each month to the unpaid balance.

A client has the right to terminate representation by this firm at any time, in which case we ask to be so advised in writing. On the other hand, we reserve the right to withdraw from representing a client in any matter if a client's account remains unpaid for thirty (30) days from the billing date, if a client has misrepresented or failed to disclose material facts to us, if a client chooses not to follow our advice, or if withdrawal is appropriate under the Rules of Professional Conduct. In any event, the client is responsible for the fees and costs to the date of termination or withdrawal, including any reduced hourly fees incurred, plus the above-referenced twenty one percent (21%) contingency fee.

If, at any time, you have questions concerning this statement or of the above-referenced matters, please do not hesitate to contact me. **I remind you that in order to protect the confidentiality of both your communications with us and our advice to you under the attorney-client privilege, please do not divulge them to, or discuss them with, anyone else.**

If the foregoing meets with your approval, please date and sign this letter where indicated and return it to me by facsimile. For purposes of finalizing this letter agreement, any signed document, including this letter, transmitted by facsimile machine shall be treated in all manner and respects as an original document, and the signature of any party on such facsimile document shall be considered an original document and have the same force and effect as an original document. Please keep a signed copy of this letter for your files.

We look forward to working with you.

Very truly yours,

BROWN, UDELL, POMERANTZ & DELRAHIM, LTD.

By: _____
Shareholder

**ACCEPTED and AGREED**
this 26th day of October, 2018.

_____
Michael Helmstetter


BUPD LAW
ATTORNEYS & COUNSELORS

Case: 1:19-cv-02887 Document #: 209-1 Filed: 04/08/22 Page 13 of 49   Case: 1:19-cv-02887 Claim 209-1 2 Filed: 03/04/22 Entered: 03/04/22 14:46:07 Desc

Exhibit 1    Page 13 of 53

225 West Illinois Street, Suite 300 ⋅ Chicago, IL 60654 ⋅ Phone: 312.475.9900 ⋅ Fax: 312.475.1188

BROWN UDELL POMERANTZ & DELRAHIM, LTD.

Invoice submitted to:
Mike Helmstetter
465 N. Park Drive Apt. 308
Chicago, IL 60611

March 17, 2020

In Reference To: Helmstetter v. Rusciti, et al.

Invoice # 158139

Matter # 5763-003-LJ-18

## Professional Fees

| | | Rate | Hours | Amount |
|---|---|---|---|---|
| 11/08/2018 | Michael S. Pomerantz | 250.00 | 2.75 | 687.50 |

Review numerous documents and correspondence; conference with Andrew Jacobson and Shelley Smith; work on outline of case and issues; telephone call to Gary Blackman; telephone call to client.

| 11/08/2018 | Shelley Smith | 250.00 | 0.20 | 50.00 |

Discussed case with Andy Jacobson and read his summary (.20).

| 11/09/2018 | Michael S. Pomerantz | 250.00 | 1.75 | 437.50 |

Review additional emails and documents; conference with Shelley Smith regarding summary memo; correspondence to Gary Blackman.

| 11/09/2018 | Shelley Smith | 250.00 | 2.20 | 550.00 |

Phone call with Michael Pomerantz regarding status and strategy (.20); created chronology and included facts derived from document review (2.0)..

| 11/11/2018 | Shelley Smith | 250.00 | 2.10 | 525.00 |

Reviewed documents and took notes on same for chronology and document requests (2.0); sent email regarding password protected documents to Pomerantz and Cromwell (.10).

| 11/12/2018 | Michael S. Pomerantz | 250.00 | 2.25 | 562.50 |

Various conferences; review documents and flash drive; telephone conference with Gary Blackman; discuss settlement; review file for tax returns and K-1's.

| 11/12/2018 | Michael S. Pomerantz | 250.00 | 0.75 | 187.50 |

Review correspondence from client and Moody regarding substitution of counsel; work on motion.

| 11/13/2018 | Michael S. Pomerantz | 250.00 | 1.25 | 312.50 |

Various conferences and telephone calls; work on motion to substitute, et. al; correspondence with opposing counsel and client.

| 11/13/2018 | Shelley Smith | 250.00 | 2.70 | 675.00 |

Met with Andy Jacobson regarding consent to substitution and motion for substitution of attorneys, drafted motion for substitution of attorneys and circulated same, phone call with Pomerantz, revised and filed Notice of Motion, and Motion for Substitution of Counsel with exhibits (1.20); reviewed documents and continued adding to chronology (1.50);.


BUPDLAW
ATTORNEYS & COUNSELORS

225 West Illinois Street, Suite 300 * Chicago, IL 60654 * Phone: 312.475.9900 * Fax: 312.475.1188

BROWN UDELL POMERANTZ & DELRAHIM, LTD.

| Date | Name | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 11/14/2018 | Michael S. Pomerantz | Review and work on summary of documents and chronology; various telephone calls and correspondences. | 250.00 | 1.75 | 437.50 |
| 11/14/2018 | Shelley Smith | Reviewed documents and added information to chronology; circulated same (2.9). | 250.00 | 2.90 | 725.00 |
| 11/15/2018 | Michael S. Pomerantz | Correspondence and conferences with Andrew Jacobson and Shelley Smith. | 250.00 | 0.75 | 187.50 |
| 11/16/2018 | Michael S. Pomerantz | Telephone call to client; conferences with Andrew Jacobson and Shelley Smith regarding 11/26/2018 hearing, et. al. | 250.00 | 1.00 | 250.00 |
| 11/20/2018 | Michael S. Pomerantz | Correspondence with client and Lindsey. | 250.00 | 0.50 | 125.00 |
| 11/21/2018 | Michael S. Pomerantz | Telephone call with client regarding status and strategy moving forward; correspondence with opposing counsel. | 250.00 | 0.50 | 125.00 |
| 11/21/2018 | Michael S. Pomerantz | Review correspondence and shard distribution information received from client. | 250.00 | 0.25 | 62.50 |
| 11/26/2018 | Michael S. Pomerantz | Conference with Andrew Jacobson; review motion allowing substitution of counsel; telephone call with client. | 250.00 | 1.25 | 312.50 |
| 11/28/2018 | Michael S. Pomerantz | Review file and documents; conference with Andrew Jacobson regarding discovery and requests to admit; work on same; telephone call with client. | 250.00 | 1.25 | 312.50 |
| 11/29/2018 | Michael S. Pomerantz | Telephone call with client; review file and documents; prepare requests to admit; correspondence with opposing counsel. | 250.00 | 2.75 | 687.50 |
| 11/30/2018 | Michael S. Pomerantz | Review numerous correspondence and documents from client regarding insurance and warranty companies, et. al. | 250.00 | 2.00 | 500.00 |
| 12/05/2018 | Michael S. Pomerantz | Telephone calls with client; correspondence with opposing counsel; forward warranty information to Andrew Jacobson. | 250.00 | 0.75 | 187.50 |
| 12/11/2018 | Michael S. Pomerantz | Correspondence to opposing counsel and send along with requests to admit; telephone call with client. | 250.00 | 0.75 | 187.50 |
| 12/12/2018 | Michael S. Pomerantz | Review defendant's notices of records subpoenas to Hyundai, JP Morgan, Nissan and commercial credit; correspondence wit opposing counsel; telephone call; review additional correspondence from opposing counsel regarding RTA. | 250.00 | 1.25 | 312.50 |
| 12/17/2018 | Michael S. Pomerantz | Review defendant's motion to strike requests to admit; conference with Andrew Jacobson regarding same. | 250.00 | 0.50 | 125.00 |
| 12/19/2018 | Michael S. Pomerantz | Correspondence and telephone call with client; telephone call with intermediary regarding potential resolution; review court order entered. | 250.00 | 1.00 | 250.00 |



BUPDLAW
ATTORNEYS & COUNSELORS

BROWN UDELL POMERANTZ & DELRAHIM, LTD.
225 West Illinois Street, Suite 300 • Chicago, IL 60654 • Phone: 312.475.9900 • Fax: 312.475.1188

| Date | Attorney | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 01/09/2019 | Michael S. Pomerantz | Conference with Andrew Jacobson; review court order; telephone call with client. | 250.00 | 0.75 | 187.50 |
| 01/10/2019 | Michael S. Pomerantz | Correspondence with opposing counsel regarding settlement and threats of disqualification; review documents, outline discovery regarding warranty, re-insurance issues. | 250.00 | 1.50 | 375.00 |
| 01/14/2019 | Glenn M. Kanter | Review settlement and discovery status and determine strategy for same going forward. | 250.00 | 0.40 | 100.00 |
| 01/14/2019 | Michael S. Pomerantz | Review file and documents; correspondence to opposing counsel and client regarding settlement; work on discovery regarding warranty/re-insurance issues. | 250.00 | 1.50 | 375.00 |
| 01/17/2019 | Glenn M. Kanter | Review emails re: settlement status and work on discovery requests. | 250.00 | 0.60 | 150.00 |
| 01/17/2019 | Michael S. Pomerantz | Correspondence with opposing counsel and client regarding potential resolution; telephone call with client; telephone call to bankruptcy counsel. | 250.00 | 1.00 | 250.00 |
| 01/22/2019 | Michael S. Pomerantz | Correspondence with client; work on and finalize discovery regarding re-insurance and warranty issues. | 250.00 | 1.50 | 375.00 |
| 01/24/2019 | Michael S. Pomerantz | Correspondence with opposing counsel; work on insurance and warranty issues, discovery and claims. | 250.00 | 1.00 | 250.00 |
| 01/29/2019 | Michael S. Pomerantz | Revise discovery to include requests for tax info, et. al. | 250.00 | 0.50 | 125.00 |
| 02/01/2019 | Michael S. Pomerantz | Numerous telephone calls and correspondence regarding arbitration, et. al. | 250.00 | 0.75 | 187.50 |
| 02/06/2019 | Michael S. Pomerantz | Correspondence with Chuhak regarding Ruscitti IRS issues; telephone call to same; telephone call to client. | 250.00 | 0.50 | 125.00 |
| 02/07/2019 | Michael S. Pomerantz | Review correspondence from client and Ed Lira; telephone call to same. | 250.00 | 0.50 | 125.00 |
| 02/12/2019 | Michael S. Pomerantz | Correspondence with Helmstetter's formal divorce counsel, Andrew Jacobson, etc.; correspondence with Chuhak; research regarding attorney's lien. | 250.00 | 1.50 | 375.00 |
| 02/14/2019 | Michael S. Pomerantz | Several correspondences; finalize and send attorney lien letter; review stipulations from opposing counsel; conference with Andrew Jacobson. | 250.00 | 1.00 | 250.00 |
| 02/18/2019 | Michael S. Pomerantz | Review court order; telephone calls and correspondence with client. | 250.00 | 1.00 | 250.00 |
| 02/25/2019 | Michael S. Pomerantz | Correspondence and telephone calls with client; correspondence with Andrew Jacobson. | 250.00 | 0.50 | 125.00 |
| 02/26/2019 | Michael S. Pomerantz | Telephone call with client; telephone call with Steve Vahola and Mark Lyman regarding prior discovery; conferences with Andrew Jacobson regarding discovery and stipulations; review correspondence from Chuhak; conference with Andrew Jacobson; | 250.00 | 1.25 | 312.50 |


BUPDLAW
ATTORNEYS & COUNSELORS

BROWN UDELL POMERANTZ & DELRAHIM, LTD.

225 West Illinois Street, Suite 300 • Chicago, IL 60654 • Phone: 312.475.9900 • Fax: 312.475.1188

| Date | Timekeeper | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 02/27/2019 | Michael S. Pomerantz | Review several correspondences from client; forward to Andrew Jacobson; telephone call with same. | 250.00 | 0.75 | 187.50 |
| 03/06/2019 | Michael S. Pomerantz | Review Western Ave Nissan and Kingdom Chevy responses to document production requests regarding insurance and warranty; telephone call with Andrew Jacobson. | 250.00 | 1.00 | 250.00 |
| 03/11/2019 | Michael S. Pomerantz | Telephone call with Steve Varhola regarding discovery documents, et al. | 250.00 | 0.25 | 62.50 |
| 03/12/2019 | Michael S. Pomerantz | Review correspondence and document requests from client; correspondence and meeting with Andrew Jacobson. | 250.00 | 0.50 | 125.00 |
| 03/13/2019 | Michael S. Pomerantz | Correspondence with client, Bryan King and Andrew Jacobson regarding discovery issues. | 250.00 | 0.50 | 125.00 |
| 03/18/2019 | Michael S. Pomerantz | Correspondence and telephone call with Steve Varhola regarding document turnover. | 250.00 | 0.50 | 125.00 |
| 03/19/2019 | Michael S. Pomerantz | Numerous correspondence and telephone calls with client and correspondence with Steve Varhola. | 250.00 | 0.75 | 187.50 |
| 03/27/2019 | Michael S. Pomerantz | Correspondence and telephone calls with client and Steve Verhola regarding document turnover, et al; arrange for pick up of thumb drive. | 250.00 | 0.75 | 187.50 |
| 04/01/2019 | Michael S. Pomerantz | Correspondence and telephone call with client. | 250.00 | 0.25 | 62.50 |
| 04/04/2019 | Michael S. Pomerantz | Review correspondence and dealer statements from client. | 250.00 | 0.50 | 125.00 |
| 04/08/2019 | Bryan D. King | Conference with Michael Pomerantz re: status of case; review complaint and related documents. | 250.00 | 1.10 | 275.00 |
| 04/08/2019 | Michael S. Pomerantz | Review correspondence and dealer statements from client; conference with Andrew Jacobson. | 250.00 | 0.50 | 125.00 |
| 04/09/2019 | Bryan D. King | Review case file and documents; prepare notes re: dealership tax return summaries. | 250.00 | 3.40 | 850.00 |
| 04/09/2019 | Michael S. Pomerantz | Review documents; conference's with Andrew Jacobson and Bryan King regarding discovery and document retention and organization. | 250.00 | 1.50 | 375.00 |
| 04/10/2019 | Bryan D. King | Review tax returns and case file; prepare notes re: same; review discovery. | 250.00 | 4.00 | 1,000.00 |
| 04/11/2019 | Bryan D. King | Review draft stipulation re: requests to admit; review document requests; revise notes re: financial statements and tax returns. | 250.00 | 2.40 | 600.00 |
| 04/12/2019 | Bryan D. King | Review discovery records, subpoena responses, and document productions. | 250.00 | 2.10 | 525.00 |
| 04/15/2019 | Bryan D. King | Review discovery documents; revise chronology; conference with M. Pomerantz re: same; conduct fact | 250.00 | 6.40 | 1,600.00 |


BUDPLAW
ATTORNEYS & COUNSELORS

225 West Illinois Street, Suite 300  •  Chicago, IL 60654  •  Phone: 312.475.9900  •  Fax: 312.475.1188

BROWN UDELL POMERANTZ & DELRAHIM, LTD.

research re: financial statements.

| Date | Name | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 04/15/2019 | Michael S. Pomerantz | Conferences with Bryan King; review and organize voluminous documents. | 250.00 | 1.75 | 437.50 |
| 04/16/2019 | Bryan D. King | Review financial statements, tax returns, and other documents; conference call with M. Pomerantz and client re: same; conference call with M. Pomerantz re: same; review bank records and client emails. | 250.00 | 5.40 | 1,350.00 |
| 04/16/2019 | Michael S. Pomerantz | Numerous telephone calls and correspondences with client; review numerous documents and correspondences; work on document organization, discovery and strategy moving forward. | 250.00 | 3.50 | 875.00 |
| 04/17/2019 | Bryan D. King | Review tax returns and financial statements re: fraud claims; conference with A. Jacobson re: case status and strategy; prepare subpoena to attorney for Gerry Gleason's estate. | 250.00 | 3.30 | 825.00 |
| 04/17/2019 | Michael S. Pomerantz | Telephone calls and correspondence with client and Bryan King; work on subpoenas to Gleason Estate parties; et al. | 250.00 | 1.50 | 375.00 |
| 04/18/2019 | Bryan D. King | Prepare subpoena to Hardt, Stern & Kayne; review discovery responses; revise draft protective order. | 250.00 | 3.50 | 875.00 |
| 04/18/2019 | Michael S. Pomerantz | Correspondence with client; forward subpoenas to same; telephone call with same; obtain process server in AZ; further discovery issues. | 250.00 | 1.75 | 437.50 |
| 04/19/2019 | Bryan D. King | Emails re: Arizona subpoena; review general ledger documents and financials; prepare subpoena to Michael Gleason. | 250.00 | 4.50 | 1,125.00 |
| 04/19/2019 | Michael S. Pomerantz | Correspondence and telephone calls with client and Bryan King regarding discovery issues. | 250.00 | 0.75 | 187.50 |
| 04/22/2019 | Bryan D. King | Revise draft protective order; revise proposed stipulations; prepare draft 20(K) letter to opposing counsel re: document requests. | 250.00 | 5.50 | 1,375.00 |
| 04/22/2019 | Michael S. Pomerantz | Work on stipulations and responses to Rusciti discovery; telephone call and correspondence with client and Bryan King. | 250.00 | 1.50 | 375.00 |
| 04/23/2019 | Bryan D. King | Review and analyze accounting records; prepare notes re: cast of characters and documents needed. | 250.00 | 5.10 | 1,275.00 |
| 04/24/2019 | Bryan D. King | Revise draft stipulation in lieu of requests for admission; review court documents; prepare correspondence to opposing counsel re: financial documents and discovery; conference with M. Pomerantz re: discovery issues. | 250.00 | 3.70 | 925.00 |
| 04/24/2019 | Michael S. Pomerantz | Conference with client on proposed discovery stipulations, produced; work on proposed discovery stipulations, protective order and 20(K) letter regarding | 250.00 | 1.50 | 375.00 |



225 West Illinois Street, Suite 300 • Chicago, IL 60654 • Phone: 312.475.9900 • Fax: 312.475.1188

BROWN UDELL POMERANTZ & DELRAHIM, LTD.

reinsurance/warranty issues.

| Date | Name | Rate | Hours | Amount |
|---|---|---|---|---|
| 04/25/2019 | Bryan D. King | 250.00 | 2.00 | 500.00 |

Review court file; review and analyze general ledger accounts and accountant workpapers; revise letters to opposing counsel re: discovery; email re: same.

| Date | Name | Rate | Hours | Amount |
|---|---|---|---|---|
| 04/30/2019 | Michael S. Pomerantz | 250.00 | 0.25 | 62.50 |

Conference with Andrew Jacobson; review correspondence with opposing counsel.

| 05/06/2019 | Michael S. Pomerantz | 250.00 | 1.50 | 375.00 |

Review numerous documents from client; forward certain documents to Bryan King; review correspondence from Hardt and Stern regarding subpoena.

| 05/09/2019 | Bryan D. King | 250.00 | 0.90 | 225.00 |

Phone opposing counsel re: discovery matters; emails re: same.

| 05/13/2019 | Bryan D. King | 250.00 | 0.50 | 125.00 |

Email re: Arizona subpoena; prepare notice of subpoena.

| 05/15/2019 | Bryan D. King | 250.00 | 0.10 | 25.00 |

Phone Arizona attorney re: service of subpoena.

| 05/17/2019 | Bryan D. King | 250.00 | 0.20 | 50.00 |

Emails re: discovery issues.

| 05/20/2019 | Bryan D. King | 250.00 | 0.60 | 150.00 |

Review revised draft stipulation; emails re: draft stipulation and discovery issues.

| 05/23/2019 | Michael S. Pomerantz | 250.00 | 0.25 | 62.50 |

Correspondence with client; conference with Bryan King.

| 05/24/2019 | Bryan D. King | 250.00 | 0.20 | 50.00 |

Emails re: answer to counterclaim; review answer to law division complaint.

| 05/29/2019 | Bryan D. King | 250.00 | 0.10 | 25.00 |

Emails re: response to subpoena.

| 05/29/2019 | Michael S. Pomerantz | 250.00 | 0.75 | 187.50 |

Conference with Bryan King; review correspondence regarding Hardt Stern discovery; telephone call to client; review file.

| 05/30/2019 | Bryan D. King | 250.00 | 0.20 | 50.00 |

Emails regarding subpoenas; review documents produced by Gleason attorneys.

| 05/30/2019 | Michael S. Pomerantz | 250.00 | 1.00 | 250.00 |

Review documents received from Hardt Stern; conference with Bryan King.

| 05/31/2019 | Bryan D. King | 250.00 | 0.40 | 100.00 |

Phone opposing counsel re: document requests and protective order; emails re: same.

| 06/03/2019 | Bryan D. King | 250.00 | 0.50 | 125.00 |

Review and revise proposed protective order.

| 06/03/2019 | Michael S. Pomerantz | 250.00 | 1.00 | 250.00 |

Correspondence with client regarding Suburban Bank; work on agreed confidentiality order and strategy moving forward.

| 06/04/2019 | Bryan D. King | 250.00 | 1.70 | 425.00 |

Phone M. Pomerantz re: discovery status and protective order; phone Christina Lutz re: discovery issues; revise proposed stipulation; email re: discovery issues.

| 06/04/2019 | Michael S. Pomerantz | 250.00 | 1.25 | 312.50 |

Correspondence with client regarding bank statements, et al; conference with Bryan King; work on counter


BUPDLAW
ATTORNEYS & COUNSELORS

BROWN UDELL POMERANTZ & DELRAHIM, LTD.

225 West Illinois Street, Suite 300 • Chicago, IL 60654 • Phone: 312.475.9900 • Fax: 312.475.1188

| Date | Attorney | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/05/2019 | Bryan D. King | Attend status hearing; review discovery documents. | 250.00 | 1.10 | 275.00 |
| 06/05/2019 | Michael S. Pomerantz | Review correspondence from client; review agreed confidentiality order and status entered; conference with Bryan King; telephone call to client. | 250.00 | 1.00 | 250.00 |
| 06/10/2019 | Bryan D. King | Prepare answer to counterclaim. | 250.00 | 1.20 | 300.00 |
| 06/10/2019 | Michael S. Pomerantz | Work on answer and affirmative defenses to counter claim; telephone call with client. | 250.00 | 0.75 | 187.50 |
| 06/11/2019 | Bryan D. King | Conference with M. Pomerantz re: answer to counterclaim. | 250.00 | 0.30 | 75.00 |
| 06/11/2019 | Michael S. Pomerantz | Work on answer and affirmative defenses to counter claim of Ruscitti, et al; telephone call to client; conferences with Bryan King; review numerous emails and documents from client. | 250.00 | 1.50 | 375.00 |
| 06/12/2019 | Bryan D. King | Emails re: answer to counterclaim; email re: summary of discovery status and issues. | 250.00 | 0.60 | 150.00 |
| 06/12/2019 | Michael S. Pomerantz | Correspondence from client; telephone call to same; conference with Bryan King regarding next steps; work list of same. | 250.00 | 1.00 | 250.00 |
| 06/18/2019 | Bryan D. King | Emails re: discovery issues and answer to counterclaim. | 250.00 | 0.60 | 150.00 |
| 06/18/2019 | Michael S. Pomerantz | Extended telephone call with client; work on and finalize answer to Ruscitti's counter claims review; correspondence from client. | 250.00 | 1.50 | 375.00 |
| 06/19/2019 | Bryan D. King | Emails re: prior representation of Richard Ruscitti. | 250.00 | 0.20 | 50.00 |
| 06/20/2019 | Bryan D. King | Emails re: alleged conflict of interest. | 250.00 | 0.20 | 50.00 |
| 06/26/2019 | Bryan D. King | Conference with M. Pomerantz re: discovery and litigation strategy; conference with M. Shiba re: motion for summary judgment. | 250.00 | 2.40 | 600.00 |
| 06/26/2019 | Michael Shiba | Analyze case materials to determine best way to draft partial motion for summary judgment. | 250.00 | 0.50 | 125.00 |
| 06/26/2019 | Michael S. Pomerantz | Review file and numerous documents; meeting with Bryan King regarding outstanding issues and strategy moving forward; extended telephone call with M Helmstetter regarding same and documents needed for meeting tomorrow; review numerous emails from client; outline motion for partial ss as to Nissan. | 250.00 | 2.75 | 687.50 |
| 06/27/2019 | Bryan D. King | Emails re: discovery issues; conference with Mike Helmstetter and Mike Pomerantz re: discovery and strategy; phone Steve Varhola re: case file; fact research re: distributions; email re: same; prepare subpoena riders re: cashing of dealership checks. | 250.00 | 4.90 | 1,225.00 |


BUPD LAW
ATTORNEYS & COUNSELORS

225 West Illinois Street, Suite 300 • Chicago, IL 60654 • Phone: 312.475.9900 • Fax: 312.475.1188

BROWN UDELL POMERANTZ & DELRAHIM, LTD.

| Date | Attorney | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/27/2019 | Michael S. Pomerantz | Meeting with client; review numerous documents with same and Bryan D. King; review numerous additional documents from client; work on subpoena to banks and regarding insurance companies. | 250.00 | 3.75 | 937.50 |
| 06/28/2019 | Bryan D. King | Emails re: answer to counterclaim; attention to subpoenas to CNA, GM and Ally Financial; revise proposed stipulation; review tax returns produced by defendants. | 250.00 | 3.10 | 775.00 |
| 06/28/2019 | Michael S. Pomerantz | Review Helmstetter comments to answer; conference with Bryan King; finalize and file same; work on subpoena to SBT, West Town Bank, Lakeside Bank and CNA; work on subpoena to GM and Ally Financial. | 250.00 | 1.50 | 375.00 |
| 07/01/2019 | Bryan D. King | Emails re: answer to counterclaim. | 250.00 | 0.10 | 25.00 |
| 07/01/2019 | Michael Shiba | Analyze file and research re: circumstances under which you can prove stock ownership for summary judgment motion. | 250.00 | 5.00 | 1,250.00 |
| 07/01/2019 | Michael S. Pomerantz | Correspondence to client and SW along w/ protective order & status order. Review & finalize subpoenas to SBT, west town bank, lakeside bank & CNA. | 250.00 | 1.50 | 375.00 |
| 07/02/2019 | Bryan D. King | Prepare subpoenas to Suburban Bank & Trust, West Side Bank, Lakeside Bank, CNA, GM, and Ally Financial; prepare notices of subpoenas. | 250.00 | 1.60 | 400.00 |
| 07/02/2019 | Michael Shiba | Research regarding ways to establish ownership of stock for summary judgment and draft summary judgment motion. | 250.00 | 6.60 | 1,650.00 |
| 07/02/2019 | Michael S. Pomerantz | Work on finalize & serve subpoena to GM an Ally financial. | 250.00 | 1.00 | 250.00 |
| 07/03/2019 | Bryan D. King | Conference with Michael Shiba re: motion for summary judgment; phone M. Pomerantz re: alleged conflict of interest. | 250.00 | 1.00 | 250.00 |
| 07/03/2019 | Michael Shiba | Research regarding summary judgment standard and draft on competing evidence portion of summary judgment motion. | 250.00 | 1.80 | 450.00 |
| 07/03/2019 | Michael Shiba | Analyze file to determine how Helmstetter came to possess stock in Nissan dealerships. | 250.00 | 0.40 | 100.00 |
| 07/05/2019 | Bryan D. King | Prepare letter to opposing counsel re: BUPD prior representation of Richard Ruscitti. | 250.00 | 0.80 | 200.00 |
| 07/08/2019 | Michael Shiba | Analyze purchase documents and edit summary judgment motion to reflect ownership fo dealership. | 250.00 | 3.50 | 875.00 |
| 07/10/2019 | Bryan D. King | Revise letter to opposing counsel re: BUPD prior representation of Richard Ruscitti; email re: same; phone CNA re: subpoena response. | 250.00 | 0.40 | 100.00 |
| 07/10/2019 | Michael S. | Conference with BK; review documents, work on | 250.00 | 1.20 | 300.00 |


BUPDLAW
ATTORNEYS & COUNSELORS

225 West Illinois Street, Suite 300 • Chicago, IL 60654 • Phone: 312.475.9900 • Fax: 312.475.1188

**BROWN UDELL POMERANTZ & DELRAHIM, LTD.**

| Date | Name | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 07/11/2019 | Bryan D. King | Phone Suburban Bank & Trust re: subpoena; email re: same; finalize letter to opposing counsel re: alleged conflict of interest. | 250.00 | 0.50 | 125.00 |
| 07/11/2019 | Michael S. Pomerantz | Correspondence & NCs w/BK regarding bank subpoenas, work on & finalize correspondence to c lutz regarding conflict & prior representation of Rusciti; Review correspondence & CNA info from client. | 250.00 | 1.00 | 250.00 |
| 07/12/2019 | Bryan D. King | Phone CNA re: subpoena; phone GM re: subpoena. | 250.00 | 0.40 | 100.00 |
| 07/17/2019 | Michael S. Pomerantz | Review correspondence stock create & resolutions from client review docs, telephone call to client. | 250.00 | 0.50 | 125.00 |
| 07/22/2019 | Michael S. Pomerantz | Review correspondence from O/C regarding bank subpoenas, as well as motion to quash bank same; Review subpoena response from West Town Bank. | 250.00 | 0.75 | 187.50 |
| 07/24/2019 | Michael S. Pomerantz | Additional correspondence with O/C regarding conflict Review correspondence from client Regarding Paul Naftelco reinsurance Co, & J Huell Briscoeass. | 250.00 | 0.50 | 125.00 |
| 07/29/2019 | Bryan D. King | Review letter from opposing counsel re: prior representation and client files; prepare response re: same. | 250.00 | 1.30 | 325.00 |
| 07/30/2019 | Bryan D. King | Attend hearing re: motion to quash subpoenas; revise letter to Christina Lutz re: prior representation of Rusciti. | 250.00 | 2.30 | 575.00 |
| 07/30/2019 | Michael S. Pomerantz | Conference w/ BK Work on correspondence to O/C regarding conflict issue Review court order regarding motion to Quash Et. Al. | 250.00 | 1.00 | 250.00 |
| 09/23/2019 | Bryan D. King | Emails re: status hearing and 201(k) conference. | 250.00 | 0.20 | 50.00 |
| 09/24/2019 | Michael S. Pomerantz | Conference with Bryan King regarding status, motion to disqualify, third party citations, et. al. | 250.00 | 0.50 | 125.00 |
| 10/02/2019 | Michael S. Pomerantz | Review correspondence from opposing counsel & motion to disqualify Conference with Bryan King. | 250.00 | 1.00 | 250.00 |
| 10/03/2019 | Bryan D. King | Review motion to disqualify. | 250.00 | 0.10 | 25.00 |
| 10/14/2019 | Bryan D. King | Emails re: motion to disqualify and 201(k) conference. | 250.00 | 0.10 | 25.00 |
| 11/04/2019 | Bryan D. King | Attend status hearing. | 250.00 | 0.90 | 225.00 |
| 11/12/2019 | Michael S. Pomerantz | Telephone conference with client regarding forensic accounting, firm, et. al. | 250.00 | 0.50 | 125.00 |
| 11/13/2019 | Michael S. Pomerantz | Correspondence with client & Bryan King counsel. | 250.00 | 0.25 | 62.50 |
| 11/15/2019 | Michael S. Pomerantz | Correspondence & telephone conference with Michael Helmsetter & Bankruptcy counsel regarding forensic | 250.00 | 1.50 | 375.00 |



225 West Illinois Street, Suite 300 • Chicago, IL 60654 • Phone: 312.475.9900 • Fax: 312.475.1188

BROWN UDELL POMERANTZ & DELRAHIM, LTD.

| Date | Name | Description | Units | Price | Amount |
|---|---|---|---|---|---|
| 11/18/2019 | Michael S. Pomerantz | Correspondence & conferences with client & Bryan King regarding discovery, forensic accounting, et al. accounting, bankruptcy, et. al. | 0.75 | 250.00 | 187.50 |
| 11/21/2019 | Bryan D. King | Attend hearing re: motion to put case on bankruptcy calendar. | 1.40 | 250.00 | 350.00 |
| 12/03/2019 | Michael S. Pomerantz | Correspondence with client Telephone call to same. | 0.50 | 250.00 | 125.00 |
| 12/12/2019 | Michael S. Pomerantz | Correspondence with client & Bryan King. | 0.25 | 250.00 | 62.50 |
| 01/28/2020 | Michael S. Pomerantz | Conference with Bryan King regarding status, bankruptcy, and trustee Review docs. | 1.00 | 250.00 | 250.00 |
| 02/07/2020 | Michael S. Pomerantz | Telephone conference with Mike H Telephone call to bankruptcy trustee. | 1.00 | 250.00 | 250.00 |
| 02/18/2020 | Michael S. Pomerantz | Telephone conference with client regarding bankruptcy, et al. | 0.50 | 250.00 | 125.00 |
| 02/19/2020 | Michael S. Pomerantz | Review file & documents Correspondence & telephone conference with Bryan King Prepare for conversation with bankruptcy trustee regarding litigating in bankruptcy . | 1.75 | 250.00 | 437.50 |
| 02/21/2020 | Michael S. Pomerantz | Correspondence with bankruptcy trustee Telephone call to same. | 0.25 | 250.00 | 62.50 |
| 02/24/2020 | Michael S. Pomerantz | Conference with Bryan King; correspondence to bankruptcy trustee Extended telephone conference with same Review documents. | 1.25 | 250.00 | 312.50 |
| 02/25/2020 | Michael S. Pomerantz | Correspondence with bankruptcy trustee Review additional documents Conference with Bryan King. | 1.25 | 250.00 | 312.50 |
| 02/27/2020 | Michael S. Pomerantz | Review file and documents in preparation for meeting with bankruptcy trustee Work on summary. | 2.25 | 250.00 | 562.50 |
| 02/28/2020 | Michael S. Pomerantz | Review file regarding attorneys lien Conference with Bryan King Extended meeting with bankruptcy trustee regarding continued representation Telephone call to client. | 2.50 | 250.00 | 625.00 |

Sub-total Fees:                     **$54,087.50**

**Expenses**

| Date | Description | Units | Price | Amount |
|---|---|---|---|---|
| 02/14/2019 | For services rendered by Federal Express-CHGO Inv 646721252 Gary Blackman Levenfeld Pearlstein, LLC 2 N. LaSalle St Chicago IL 60602. | 1.00 | 16.84 | 16.84 |
| 02/14/2019 | For services rendered by Federal Express-CHGO Inv 646721252 Attn: Legal Department Kingdom Chevrolet 6603 S. Western Ave Chicago IL 60636. | 1.00 | 16.84 | 16.84 |
| 02/14/2019 | For services rendered by Federal Express-CHGO Inv 646721252 | 1.00 | 32.84 | 32.84 |



BUPDLAW
ATTORNEYS & COUNSELORS

BROWN UDELL POMERANTZ & DELRAHIM, LTD.
225 West Illinois Street, Suite 300 • Chicago, IL 60654 • Phone: 312.475.9900 • Fax: 312.475.1188

Attn: Legal Dept. Western Ave, Nissan Inc 7410 S. Western Ave
Chicago IL 60636.

| Date | Qty | Amount | Amount |
|---|---|---|---|
| 02/14/2019 | 1.00 | 21.52 | 21.52 |
| For services rendered by Federal Express-CHGO Inv 646721252 Richard Ruscitti 4403 Basswood Lisle IL 60532. | | | |
| 04/18/2019 | 1.00 | 20.00 | 20.00 |
| For services rendered by Hardt, Stem & Kayne, PC Check No 14522 Witness Fee. | | | |
| 04/23/2019 | 1.00 | 21.70 | 21.70 |
| For services rendered by Clerk of the Circuit Court Authorization NO 012760 Chancery Div Fees. | | | |
| 04/23/2019 | 1.00 | 30.00 | 30.00 |
| For services rendered by Clerk of the Circuit Court Check No 14530 Subpoena. | | | |
| 04/24/2019 | 1.00 | 30.63 | 30.63 |
| For services rendered by Clerk of the Circuit Court Authorization No 08798D Chancery Division fees. | | | |
| 04/30/2019 | 1.00 | 310.00 | 310.00 |
| For services rendered by Protek International, Inc Inv 2019-3445 Subpoena service in Arizona. | | | |
| 05/13/2019 | 1.00 | 37.40 | 37.40 |
| For services rendered by Federal Express-CHGO Inv 650019890 John W. Blischak Blischak Law PLLC 3770 N. 7th Street Phoenix AZ 85014. | | | |

**Sub-total Expenses:** $537.77

Amount

**Balance Due:** $54,625.27



BUDPLAW
ATTORNEYS & COUNSELORS

225 West Illinois Street, Suite 300 • Chicago, IL 60654 • Phone: 312.475.9900 • Fax: 312.475.1188

BROWN UDELL POMERANTZ & DELRAHIM, LTD.

Card Holder Signature

Card Holder Address

**Please return this page with your payment.**

Card Holder Name

Amount _____

*Remit to:* Brown Udell Pomerantz & Delrahim, Ltd.
225 W. Illinois St., Suite 300
Chicago, IL 60654

Expiration Date ___ / ___ / ___

Card Number: _____

Amount enclosed: $ _____

( ) Visa ( ) MasterCard ( ) American Express

( ) Credit Card

**Credit Card Authorization**

Payment Type: ( ) Check/Money Order

| | |
|---|---|
| **Total Now Due:** | $54,625.27 |
| Payments Received: | 0.00 |
| Total Current Billing | 54,625.27 |
| Disbursements and Other Costs Incurred | 537.77 |
| Legal Services Rendered | 54,087.50 |
| Interest/Tax | 0.00 |
| **Current Billing Activity** | |
| Previous Statement Balance | 0.00 |

Statement No.: 158139

Statement as of 3/17/2020

Tax Identification No.: 36-2771153

Mike Helmstetter
465 N. Park Drive Apt. 308
Chicago, IL 60611



BUDPLAW
ATTORNEYS & COUNSELORS



BROWN UDELL POMERANTZ & DELRAHIM, LTD.
Andrew A. Jacobson
225 W. Illinois Street, Suite 300
Chicago, IL 60654
Phone: (312) 475-9900 • Fax: (312) 475-1188
Email: AJACOBSON@BUPDLAW.COM
www.bupdlaw.com

February 14, 2019

**VIA CERTIFIED MAIL & FEDERAL EXPRESS**
Gary I. Blackman
Levenfeld Pearlstein, LLC
2 North LaSalle Street, Suite 1300
Chicago, IL 60602
gblackman@lplegal.com

Western Ave. Nissan, Inc.
7410 S. Western Ave.
Chicago, IL 60629

Richard Ruscitti
4403 Basswood
Lisle, IL 60532

Kingdom Chevrolet
6603 S. Western Ave.
Chicago, IL 60636

Re:    Michael Helmstetter v. Richard Ruscitti, et al. (14 CH 20208)

Pursuant to 770 ILCS 5/1, please take notice that Michael Helmstetter has entered into a retainer agreement to compensate us for services rendered and to be rendered in connection with this matter from any amount that may be recovered by way of suit, settlement, or otherwise. Accordingly, Brown, Udell, Pomerantz & Delrahim, Ltd. asserts a lien pursuant to said statute.

Sincerely,

Andrew A. Jacobson

Invoice submitted to:
Mike Helmstetter
3419 South Parnell Ave.
Chicago, IL  60616

September 17, 2018

In Reference To: The Original Alpha Chicago LLC

Invoice # 146000

Matter # 5763-001-TR-18

## Professional Fees

|  |  |  | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/01/2018 | Michael S. Pomerantz | Correspondence with clients; Conference call with Scott K and Mike H. | 495.00 | 0.50 | 247.50 |
| 08/02/2018 | Michael S. Pomerantz | Telephone calls with clients; Conference call with same and bankruptcy counsel. | 495.00 | 0.75 | 371.25 |
|  |  | Sub-total Fees: |  |  | $618.75 |
|  |  |  |  |  | Amount |
|  |  | Previous Balance: |  |  | $8,291.25 |
|  |  | **Balance  Due:** |  |  | **$8,910.00** |

Mike Helmstetter
3419 South Parnell Ave.
Chicago, IL  60616

Tax Identification No.: 36-2977153

Statement as of 9/17/2018

Statement No.: 146000

| | |
|---|---:|
| Previous Statement Balance | 8,291.25 |
| Current Billing Activity | |
| Interest/Tax | 0.00 |
| Legal Services Rendered | 618.75 |
| Disbursements and Other Costs Incurred | 0.00 |
| Total Current Billing | 618.75 |
| Payments Received: | 0.00 |
| **Total Now Due:** | **$8,910.00** |

Payment Type:   (  ) Check/Money Order

(  ) Credit Card

Amount enclosed: $_____

*Remit to:*  Brown Udell Pomerantz & Delrahim, Ltd.
225 W. Illinois St., Suite 300
Chicago, IL 60654

**Please return this page with your payment.**

**Credit Card Authorization**

(  ) Visa     (  ) MasterCard     (  ) American Express

Card Number: _____

Expiration Date _____/_____/_____

Amount _____

Card Holder Name

_____

Card Holder Address

_____

_____

Card Holder Signature

_____

Invoice submitted to:
Mike Helmstetter
3419 South Parnell Ave.
Chicago, IL  60616

August 09, 2018

In Reference To: The Original Alpha Chicago LLC

Invoice # 145183

Matter # 5763-001-TR-18

## Professional Fees

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 07/23/2018 | Michael S. Pomerantz | Correspondence and telephone calls with client regarding UCC sale, financing, bankruptcy, etc...; extended telephone call with bankruptcy counsel; correspondence with client regarding remaining information needed for bankruptcy petition. | 495.00 | 1.00 | 495.00 |

| | Amount |
|---|---|
| Sub-total Fees: | $495.00 |
| | Amount |
| Previous Balance: | $7,796.25 |
| **Balance  Due:** | **$8,291.25** |

Mike Helmstetter
3419 South Parnell Ave.
Chicago, IL  60616

Tax Identification No.: 36-2977153

Statement as of 8/9/2018

Statement No.: 145183

| | |
|---|---:|
| Previous Statement Balance | 7,796.25 |
| Current Billing Activity | |
| Interest/Tax | 0.00 |
| Legal Services Rendered | 495.00 |
| Disbursements and Other Costs Incurred | 0.00 |
| Total Current Billing | 495.00 |
| Payments Received: | 0.00 |
| **Total Now Due:** | **$8,291.25** |



Payment Type:   (  ) Check/Money Order

(  ) Credit
Card

Amount enclosed: $_____

*Remit to:*  Brown Udell Pomerantz & Delrahim,
Ltd.
225 W. Illinois St., Suite 300
Chicago, IL 60654

**Please return this page with your payment.**

**Credit Card Authorization**

(  ) Visa     (  ) MasterCard     (  ) American Express

Card Number: _____

Expiration Date _____/_____/_____

Amount _____

Card Holder Name

_____

Card Holder Address

_____

_____

_____

Card Holder Signature

_____

Invoice submitted to:
Mike Helmstetter
3419 South Parnell Ave.
Chicago, IL  60616

July 18, 2018

In Reference To: The Original Alpha Chicago LLC

Invoice # 144571

Matter # 5763-001-TR-18

| **Professional Fees** | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/14/2018 | Michael S. Pomerantz | Several telephone calls and correspondence with clients; Correspondence with lender; Review and revise commitment letter for $2.6 million; Correspondence to clients and send along with revisions to same. | 495.00 | 1.50 | 742.50 |
| 06/21/2018 | Michael S. Pomerantz | Numerous telephone calls and correspondence with Mike Helmstetter; Review SH's AGR (unsigned) received, articles of conversion, etc...; Review Nissan documents and numbers. | 495.00 | 1.75 | 866.25 |
| 06/25/2018 | Michael S. Pomerantz | Review correspondence and documents and termination letter received from clients; Telephone calls with same; Brief research regarding Indiana Law regarding improper dealer termination. | 495.00 | 1.75 | 866.25 |
| 06/26/2018 | Michael S. Pomerantz | Telephone call and correspondence with client regarding potential new matter; Review documents received; Review docket; Decline case with impending trial date. | 495.00 | 1.75 | 866.25 |

|  | |
|---|---|
| Sub-total Fees: | $3,341.25 |
|  | Amount |
| Previous Balance: | $4,455.00 |
| **Balance  Due:** | $7,796.25 |

Mike Helmstetter
3419 South Parnell Ave.
Chicago, IL  60616

Tax Identification No.: 36-2977153

Statement as of 7/18/2018

Statement No.: 144571

| | |
|---|---:|
| Previous Statement Balance | 4,455.00 |
| Current Billing Activity | |
|     Interest/Tax | 0.00 |
|     Legal Services Rendered | 3,341.25 |
|     Disbursements and Other Costs Incurred | 0.00 |
|     Total Current Billing | 3,341.25 |
| Payments Received: | 0.00 |
| **Total Now Due:** | **$7,796.25** |

Payment Type:   (  ) Check/Money Order

               (  ) Credit
               Card

Amount enclosed: $_____

*Remit to:*  Brown Udell Pomerantz & Delrahim, Ltd.
            225 W. Illinois St., Suite 300
            Chicago, IL 60654

**Please return this page with your payment.**

**Credit Card Authorization**

(  ) Visa    (  ) MasterCard    (  ) American Express

Card Number: _____

Expiration Date _____/_____/_____

Amount _____

Card Holder Name

_____

Card Holder Address

_____

_____

Card Holder Signature

_____

Invoice submitted to:
Mike Helmstetter
3419 South Parnell Ave.
Chicago, IL  60616

June 25, 2018

In Reference To: The Original Alpha Chicago LLC

Invoice # 144294

Matter # 5763-001-TR-18

## Professional Fees

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/01/2018 | Michael S. Pomerantz | Telephone calls and correspondence with clients regarding attempted repossession, financing, et.al. | 495.00 | 0.75 | 371.25 |
| 05/02/2018 | Michael S. Pomerantz | Review correspondence from Nissan regarding parts stop, et. al; draft correspondence to Nissan regarding same and cause of floorplan issues; numerous correspondence and telephone calls with client. | 495.00 | 1.50 | 742.50 |
| 05/03/2018 | Michael S. Pomerantz | Numerous correspondence with clients and from Nissan; research regarding Indiana Motor Vehicle Code and Indiana deceptive franchise act. | 495.00 | 1.50 | 742.50 |
| 05/09/2018 | Michael S. Pomerantz | Numerous correspondence with clients regarding moody, financing, et. al. | 495.00 | 1.00 | 495.00 |

|  |  |
|---|---|
| Sub-total Fees: | $2,351.25 |
|  | Amount |
| Previous Balance: | $2,103.75 |
| **Balance  Due:** | **$4,455.00** |

Mike Helmstetter
3419 South Parnell Ave.
Chicago, IL  60616

Tax Identification No.: 36-2977153

Statement as of 6/25/2018

Statement No.: 144294

| | |
|---|---:|
| Previous Statement Balance | 2,103.75 |
| Current Billing Activity | |
|     Interest/Tax | 0.00 |
|     Legal Services Rendered | 2,351.25 |
|     Disbursements and Other Costs Incurred | 0.00 |
|     Total Current Billing | 2,351.25 |
| Payments Received: | 0.00 |
| **Total Now Due:** | **$4,455.00** |

Payment Type:   (  ) Check/Money Order

(  ) Credit Card

Amount enclosed: $_____

*Remit to:*  Brown Udell Pomerantz & Delrahim, Ltd.
225 W. Illinois St., Suite 300
Chicago, IL 60654

**Please return this page with your payment.**

**Credit Card Authorization**

(  ) Visa     (  ) MasterCard     (  ) American Express

Card Number: _____

Expiration Date _____/_____/_____

Amount _____

Card Holder Name

_____

Card Holder Address

_____

_____

Card Holder Signature

_____

Invoice submitted to:
Mike Helmstetter
3419 South Parnell Ave.
Chicago, IL  60616

May 15, 2018

In Reference To: The Original Alpha Chicago LLC

Invoice # 143175

Matter # 5763-001-TR-18

## Professional Fees

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 04/09/2018 | Michael S. Pomerantz | Review correspondence from client; telephone calls with client; conference with Bryan King regarding status and strategy moving forward. | 495.00 | 0.50 | 247.50 |
| 04/27/2018 | Michael S. Pomerantz | Telephone calls and correspondence with client; review threatening correspondence from Nissan; brief research regarding repossession; breach of the peace. | 495.00 | 1.50 | 742.50 |
| 04/29/2018 | Michael S. Pomerantz | Correspondence with client and Terry Gaouette; correspondence to Ace regarding profession and breach of the peace. | 495.00 | 1.00 | 495.00 |
| 04/30/2018 | Michael S. Pomerantz | Telephone calls with client regarding attempted repo; review correspondence from Craig Keys; draft correspondence to client and send along with Breach of Peace research. | 495.00 | 1.25 | 618.75 |

Sub-total Fees:    $2,103.75

## Payments

| | | | Amount |
|---|---|---|---|
| 03/09/2018 | (ck # 64987179) | | 4,328.38 |

Sub-total Payments:    $4,328.38

Amount

Previous Balance:    $4,328.38

**Balance  Due:**    **$2,103.75**

Mike Helmstetter
3419 South Parnell Ave.
Chicago, IL  60616

Tax Identification No.: 36-2977153

Statement as of 5/15/2018

Statement No.: 143175

| | |
|---|---|
| Previous Statement Balance | 4,328.38 |
| Current Billing Activity | |
| Interest/Tax | 0.00 |
| Legal Services Rendered | 2,103.75 |
| Disbursements and Other Costs Incurred | 0.00 |
| Total Current Billing | 2,103.75 |
| Payments Received: | 4,328.38 |
| **Total Now Due:** | **$2,103.75** |

Payment Type:   (  ) Check/Money Order

(  ) Credit
Card

Amount enclosed: $_____

*Remit to:*  Brown Udell Pomerantz & Delrahim, Ltd.
225 W. Illinois St., Suite 300
Chicago, IL 60654

**Please return this page with your payment.**

**Credit Card Authorization**

(  ) Visa     (  ) MasterCard     (  ) American Express

Card Number: _____

Expiration Date _____/_____/_____

Amount _____

Card Holder Name

_____

Card Holder Address

_____

_____

_____

Card Holder Signature

_____

Invoice submitted to:
Mike Helmstetter
3419 South Parnell Ave.
Chicago, IL  60616

October 23, 2018

In Reference To: New City Historic Auto Row LLC adv. Santander Bank, N.A. (18-CV-201)

Invoice # 147143

Matter # 5763-002-LI-18

## Professional Fees

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/01/2018 | Bryan D. King | Review motion to intervene. | 475.00 | 0.30 | 142.50 |
| 10/02/2018 | Michael S. Pomerantz | Review motion to intervene by Fort Worth Bros; review Santander's motion for substitution of counsel and order granting same; correspondence and telephone call with Bryan King regarding 10/9 hearing and withdrawal. | 495.00 | 0.75 | 371.25 |
| 10/03/2018 | Bryan D. King | Prepare motion to withdraw. | 475.00 | 1.30 | 617.50 |
| 10/03/2018 | Michael S. Pomerantz | Review and file motion to withdraw. | 495.00 | 0.50 | 247.50 |
| 10/05/2018 | Margaux Steffy | Review court order requiring service of motion to withdraw on client personally (.2); attention to service issues (.2). | 395.00 | 0.40 | 158.00 |
| 10/05/2018 | Michael S. Pomerantz | Telephone call and correspondence with client regarding motion to withdraw and appearance. | 495.00 | 0.75 | 371.25 |
| 10/08/2018 | Margaux Steffy | Review motion to withdraw in preparation for hearing (.2); preview emails regarding service of motion on client per judge's order (.2); read and respond to email from client regarding hearing location (.2). | 395.00 | 0.60 | 237.00 |
| 10/09/2018 | Margaux Steffy | Appear in Court on Motion to Withdraw. | 395.00 | 1.80 | 711.00 |
| 10/11/2018 | Michael S. Pomerantz | Review order granting motion to withdraw. | 495.00 | 0.25 | 123.75 |

Sub-total Fees:  $2,979.75

## Expenses

| | | Units | Price | Amount |
|---|---|---|---|---|
| 10/03/2018 | For services rendered by Federal Express-CHGO Inv 633299976 Michael Moody New City Historic Auto Row LLC 55 W Wacker Dr Chicago IL 60601. | 1.00 | 19.74 | 19.74 |
| 10/03/2018 | For services rendered by Federal Express-CHGO Inv 633299976 Michael S. Helmstetter New City Historic Auto Row LLC 3419 S. Parnell Ave Chicago IL 60616. | 1.00 | 24.24 | 24.24 |

| | | | | |
|---|---|---|---|---|
| 10/05/2018 | For services rendered by Carlson Investigations, Inc Inv S667346-00 Service on New City Historic Auto Row LLC c/o Michael S. Helmstetter 3419 S. parnell Ave. | 1.00 | 80.00 | 80.00 |

| | |
|---|---|
| Sub-total Expenses: | $123.98 |
| | Amount |
| Previous Balance: | $29,908.54 |
| **Balance Due:** | **$33,012.27** |

Mike Helmstetter
3419 South Parnell Ave.
Chicago, IL  60616

Tax Identification No.: 36-2977153

Statement as of 10/23/2018

Statement No.: 147143

| | |
|---|---:|
| Previous Statement Balance | 29,908.54 |
| Current Billing Activity | |
| Interest/Tax | 0.00 |
| Legal Services Rendered | 2,979.75 |
| Disbursements and Other Costs Incurred | 123.98 |
| Total Current Billing | 3,103.73 |
| Payments Received: | 0.00 |
| **Total Now Due:** | $33,012.27 |

Payment Type:   (  ) Check/Money Order

(  ) Credit Card

Amount enclosed: $_____

*Remit to:*   Brown Udell Pomerantz & Delrahim, Ltd.
225 W. Illinois St., Suite 300
Chicago, IL 60654

**Please return this page with your payment.**

**Credit Card Authorization**

(  ) Visa     (  ) MasterCard     (  ) American Express

Card Number: _____

Expiration Date _____/_____/_____

Amount _____

Card Holder Name

_____

Card Holder Address

_____

_____

Card Holder Signature

_____

Invoice submitted to:
Mike Helmstetter
3419 South Parnell Ave.
Chicago, IL  60616

October 08, 2018

In Reference To: New City Historic Auto Row LLC adv. Santander Bank, N.A. (18-CV-201)

Invoice # 146540

Matter # 5763-002-LI-18

## Professional Fees

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 09/25/2018 | Michael S. Pomerantz | Review correspondence with client and order lifting stay; Correspondence with client and Bryan King. | 495.00 | 0.25 | 123.75 |

|  | |
|---|---|
| Sub-total Fees: | $123.75 |
|  | Amount |
| Previous Balance: | $29,784.79 |
| **Balance  Due:** | **$29,908.54** |

Mike Helmstetter
3419 South Parnell Ave.
Chicago, IL  60616

Tax Identification No.: 36-2977153

Statement as of 10/8/2018

Statement No.: 146540

| | |
|---|---:|
| Previous Statement Balance | 29,784.79 |
| Current Billing Activity | |
| Interest/Tax | 0.00 |
| Legal Services Rendered | 123.75 |
| Disbursements and Other Costs Incurred | 0.00 |
| Total Current Billing | 123.75 |
| Payments Received: | 0.00 |
| **Total Now Due:** | **$29,908.54** |

Payment Type:   ( ) Check/Money Order

( ) Credit
Card

Amount enclosed: $_____

*Remit to:*   Brown Udell Pomerantz & Delrahim,
Ltd.
225 W. Illinois St., Suite 300
Chicago, IL 60654

**Please return this page with your payment.**

**Credit Card Authorization**

( ) Visa    ( ) MasterCard    ( ) American Express

Card Number: _____

Expiration Date _____/_____/_____

Amount _____

Card Holder Name

_____

Card Holder Address

_____

_____

Card Holder Signature

_____

Invoice submitted to:
Mike Helmstetter
3419 South Parnell Ave.
Chicago, IL  60616

September 17, 2018

In Reference To: New City Historic Auto Row LLC adv. Santander Bank, N.A. (18-CV-201)

Invoice # 146001

Matter # 5763-002-LI-18

## Professional Fees

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/01/2018 | Michael S. Pomerantz | Correspondence with clients; Conference call with Scott K and Mike H. | 495.00 | 0.50 | 247.50 |
| 08/02/2018 | Michael S. Pomerantz | Telephone calls with clients; Conference call with same and bankruptcy counsel. | 495.00 | 0.75 | 371.25 |
| 08/03/2018 | Michael S. Pomerantz | Conference call with Bryan King; Review correspondence from FCA counsel regarding protest; Telephone calls with client; Work on response letter. | 495.00 | 1.00 | 495.00 |
| 08/15/2018 | Bryan D. King | Conference with M. Pomerantz re: status and strategy; conference call w/ M. Pomerantz and client re: same. | 475.00 | 1.00 | 475.00 |
| 08/15/2018 | Michael S. Pomerantz | Extended telephone call with Mike Helmstetter regarding status of bankruptcies and tomorrows status hearing; Review correspondence from same; Conference with Bryan King regarding status hearing tomorrow. | 495.00 | 0.75 | 371.25 |
| 08/16/2018 | Bryan D. King | Attend status hearing. | 475.00 | 1.30 | 617.50 |
| 08/20/2018 | Michael S. Pomerantz | Review correspondence from Mike Helmstetter and Mike Moody, along with Fort Worth Motion; Telephone call to same. | 495.00 | 1.00 | 495.00 |
| 08/24/2018 | Michael S. Pomerantz | Review correspondence from client and Santander article; Conference with Bryan King regarding status of bankruptcy reorg/forward article to same. | 495.00 | 0.75 | 371.25 |

| | | |
|---|---|---|
| Sub-total Fees: | | $3,443.75 |
| | | Amount |
| Previous Balance: | | $26,341.04 |
| **Balance Due:** | | **$29,784.79** |

Mike Helmstetter
3419 South Parnell Ave.
Chicago, IL  60616

Tax Identification No.: 36-2977153

Statement as of 9/17/2018

Statement No.: 146001

| | |
|---|---:|
| Previous Statement Balance | 26,341.04 |
| Current Billing Activity | |
|     Interest/Tax | 0.00 |
|     Legal Services Rendered | 3,443.75 |
|     Disbursements and Other Costs Incurred | 0.00 |
|     Total Current Billing | 3,443.75 |
| Payments Received: | 0.00 |
| **Total Now Due:** | **$29,784.79** |

Payment Type:   (  ) Check/Money Order

(  ) Credit Card

Amount enclosed: $_____

*Remit to:*  Brown Udell Pomerantz & Delrahim, Ltd.
225 W. Illinois St., Suite 300
Chicago, IL 60654

**Please return this page with your payment.**

**Credit Card Authorization**

(  ) Visa    (  ) MasterCard    (  ) American Express

Card Number: _____

Expiration Date _____/_____/_____

Amount _____

Card Holder Name

_____

Card Holder Address

_____

_____

_____

Card Holder Signature

_____

Invoice submitted to:
Mike Helmstetter
3419 South Parnell Ave.
Chicago, IL 60616

August 09, 2018

In Reference To: New City Historic Auto Row LLC adv. Santander Bank, N.A. (18-CV-201)

Invoice # 145184

Matter # 5763-002-LI-18

## Professional Fees

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 07/02/2018 | Michael S. Pomerantz | Numerous correspondence with client and Ultegra regarding take-out loan, et. al; Telephone call with same. | 495.00 | 1.00 | 495.00 |
| 07/03/2018 | Michael S. Pomerantz | Correspondence and telephone calls with clients regarding new loan potential, et. al. | 495.00 | 0.50 | 247.50 |
| 07/05/2018 | Michael S. Pomerantz | Review numerous correspondence from clients and default letters; Telephone calls with same; Review redlined APA from Ultegra and several correspondence with client regarding same; Telephone calls with same. | 495.00 | 0.50 | 247.50 |
| 07/06/2018 | Michael S. Pomerantz | Correspondence and telephone calls with clients; Review notice of UCC sale and correspondence from opposing counsel. | 495.00 | 0.75 | 371.25 |
| 07/09/2018 | Michael S. Pomerantz | Review correspondence from opposing counsel regarding UCC sale; Correspondence to clients and send along with same; Review agreed scheduling order from Illinois Motor Vehicle Review Board; Correspondence to clients and send along with same; Telephone calls with clients regarding above and strategy moving forward. | 495.00 | 1.25 | 618.75 |
| 07/11/2018 | Michael S. Pomerantz | Telephone calls with clients regarding Santander, take-out loan, etc.... | 495.00 | 0.50 | 247.50 |
| 07/13/2018 | Bryan D. King | Review answer to amended counterclaim. | 475.00 | 0.20 | 95.00 |
| 07/16/2018 | Michael S. Pomerantz | Numerous correspondence and telephone calls with Rob Glantz and clients regarding bankruptcy filing; Conference with Bryan King regarding same and tomorrow's status hearing. | 495.00 | 1.75 | 866.25 |
| 07/17/2018 | Bryan D. King | Attend status hearing. | 475.00 | 1.90 | 902.50 |
| 07/17/2018 | Michael S. Pomerantz | Numerous telephone calls and correspondence with client; Review court order entered; Telephone call with bankruptcy counsel. | 495.00 | 1.00 | 495.00 |
| 07/20/2018 | Michael S. | Review correspondence from FCA regarding | 495.00 | 1.25 | 618.75 |

| Date | Name | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | Pomerantz | supplemental notice of termination, et. al; Numerous correspondence and telephone calls with clients regarding same, UCC sale and bankruptcy filing; Review correspondence regarding financing. | | | |
| 07/23/2018 | Michael S. Pomerantz | Telephone calls with client; extended telephone call with bankruptcy counsel; conference call with MH and bankruptcy counsel. | 495.00 | 0.75 | 371.25 |
| 07/24/2018 | Bryan D. King | Review Santander's supplemental disclosures. | 475.00 | 0.30 | 142.50 |
| 07/24/2018 | Michael S. Pomerantz | Numerous telephone calls and correspondence with clients and bankruptcy counsel; several telephone calls and correspondence regarding FCA mediation and UCC sale. | 495.00 | 1.25 | 618.75 |
| 07/25/2018 | Bryan D. King | Review bankruptcy petition; prepare letters to opposing counsel re: same. | 475.00 | 0.70 | 332.50 |
| 07/25/2018 | Michael S. Pomerantz | Numerous telephone calls and correspondence with clients and bankruptcy counsel regarding filings; notices to opposing counsel's and FCA regarding same and meditation. | 495.00 | 1.00 | 495.00 |
| 07/26/2018 | Michael S. Pomerantz | Brief research regarding necessity of notice, pending litigation and arbitration, et. al; correspondence and telephone calls with client regarding same; correspondence with FCA arbitrator; review 5 day demand notice lease from client. | 495.00 | 0.75 | 371.25 |
| 07/27/2018 | Michael S. Pomerantz | Telephone calls and correspondence with clients; review Santander filing etc. | 495.00 | 1.25 | 618.75 |
| 07/30/2018 | Michael S. Pomerantz | Telephone calls and correspondences with clients regarding bankruptcy filing, choice of counsel, etc.... | 495.00 | 1.00 | 495.00 |
| 07/31/2018 | Michael S. Pomerantz | Telephone calls with clients. | 495.00 | 0.75 | 371.25 |

Sub-total Fees: $9,021.25

**Payments**

| Date | | | | | Amount |
|---|---|---|---|---|---|
| 07/25/2018 | (ck # 11844) | | | | 15,000.00 |

Sub-total Payments: $15,000.00

Amount

Previous Balance: $32,319.79

**Balance Due:** **$26,341.04**

Mike Helmstetter
3419 South Parnell Ave.
Chicago, IL  60616

Tax Identification No.: 36-2977153

Statement as of 8/9/2018

Statement No.: 145184

| | |
|---|---:|
| Previous Statement Balance | 32,319.79 |
| Current Billing Activity | |
| Interest/Tax | 0.00 |
| Legal Services Rendered | 9,021.25 |
| Disbursements and Other Costs Incurred | 0.00 |
| Total Current Billing | 9,021.25 |
| Payments Received: | 15,000.00 |
| **Total Now Due:** | **$26,341.04** |

Payment Type:   (  ) Check/Money Order

(  ) Credit Card

Amount enclosed: $_____

*Remit to:*  Brown Udell Pomerantz & Delrahim, Ltd.
225 W. Illinois St., Suite 300
Chicago, IL 60654

**Please return this page with your payment.**

**Credit Card Authorization**

(  ) Visa     (  ) MasterCard     (  ) American Express

Card Number: _____

Expiration Date _____/_____/_____

Amount _____

Card Holder Name

_____

Card Holder Address

_____

_____

_____

Card Holder Signature

_____

Invoice submitted to:
Mike Helmstetter
3419 South Parnell Ave.
Chicago, IL  60616

July 18, 2018

In Reference To: New City Historic Auto Row LLC adv. Santander Bank, N.A. (18-CV-201)

Invoice # 144572

Matter # 5763-002-LI-18

## Professional Fees

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/04/2018 | Bryan D. King | Review motion to dismiss and prepare notes re: same; prepare mandatory initial disclosures. | 475.00 | 2.00 | 950.00 |
| 06/04/2018 | Michael S. Pomerantz | Numerous correspondence with clients; Telephone calls with Scott Kindey and Adam Wimmer regarding financing; Review commitment letter from Wimmer; Review motion to dismiss filed by plaintiff; Conference with Bryan King regarding same and initial disclosures. | 495.00 | 1.50 | 742.50 |
| 06/05/2018 | Bryan D. King | Revise initial disclosures; phone M. Pomerantz re: motion to dismiss and strategy. | 475.00 | 1.30 | 617.50 |
| 06/05/2018 | Michael S. Pomerantz | Numerous telephone calls and correspondence with clients regarding AMD counsel claims, initial disclosures and financing; Review documents and other information received from client; Correspondence and telephone call with opposing counsel regarding potential resolution; Conference call with SK and TG. | 495.00 | 2.50 | 1,237.50 |
| 06/06/2018 | Bryan D. King | Review client documents for initial disclosures; revise initial disclosures. | 475.00 | 2.60 | 1,235.00 |
| 06/06/2018 | Michael S. Pomerantz | Numerous correspondence and telephone calls with clients; Review documents and prepare list of missing information for clients and forward same to clients; Conferences with Bryan King regarding same and tomorrow's hearing. | 495.00 | 1.75 | 866.25 |
| 06/07/2018 | Bryan D. King | Attend hearing re: motion to dismiss counterclaim; revise initial disclosures; conference with M. Pomerantz re: same; review and redact documents for production. | 475.00 | 5.00 | 2,375.00 |
| 06/07/2018 | Michael S. Pomerantz | Numerous correspondence and telephone calls with client regarding potential resolution, Fort Worth Litigation, Alpha Recalls, initial disclosures, etc; Correspondence with opposing counsel; Conferences with Bryan King regarding disclosures. | 495.00 | 2.75 | 1,361.25 |

| 06/08/2018 | Bryan D. King | Emails re: initial disclosure of damages calculations; revise initial disclosures. | 475.00 | 1.40 | 665.00 |
| 06/08/2018 | Michael S. Pomerantz | Continued work on federal disclosures, damages, and interest calculations; Numerous telephone calls and correspondence. | 495.00 | 2.00 | 990.00 |
| 06/11/2018 | Bryan D. King | Phone Terry Gaouette re: interest charges; revise initial disclosures; review documents re: interest charges; phone M. Pomerantz re: same; phone Scott Kindybalyk re: interest charges and initial disclosures. | 475.00 | 2.00 | 950.00 |
| 06/11/2018 | Michael S. Pomerantz | Numerous correspondence and telephone calls; Continued work on initial disclosures and interest damages; Review numerous emails and calculations from client; Telephone call with Jonathan Young at Santander. | 495.00 | 1.75 | 866.25 |
| 06/12/2018 | Michael S. Pomerantz | Review defendant's mandatory initial discovery responses; Conference with Bryan King; Correspondence with client. | 495.00 | 1.00 | 495.00 |
| 06/13/2018 | Bryan D. King | Review plaintiff's initial disclosures. | 475.00 | 0.20 | 95.00 |
| 06/13/2018 | Michael S. Pomerantz | Correspondence and telephone calls with clients. | 495.00 | 0.75 | 371.25 |
| 06/14/2018 | Bryan D. King | Review FCA dealer agreement re: default provisions. | 475.00 | 0.20 | 95.00 |
| 06/15/2018 | Michael S. Pomerantz | Review revised commitment letter; Correspondence with lender and clients; Forward commitment letter to Santander counsel; Correspondence to and from Santander counsel and forward to clients; review $5 million and $20 million commitment letters from Santanders. | 495.00 | 1.50 | 742.50 |
| 06/18/2018 | Michael S. Pomerantz | Telephone calls and correspondence with clients; Correspondence with opposing counsel; Work on Ultegra issues. | 495.00 | 1.50 | 742.50 |
| 06/19/2018 | Bryan D. King | Begin preparing amended counterclaim. | 475.00 | 2.10 | 997.50 |
| 06/19/2018 | Michael S. Pomerantz | Correspondence and telephone calls with clients regarding Santander, Ultegra, et. al; Correspondence with Ultegra. | 495.00 | 1.00 | 495.00 |
| 06/20/2018 | Bryan D. King | Conference with M. Pomerantz re: strategy and settlement; email opposing counsel re: deadline to file amended counterclaim. | 475.00 | 0.30 | 142.50 |
| 06/20/2018 | Michael S. Pomerantz | Telephone calls with clients; Conference with Bryan King regarding amended CDC's; Work on same; Correspondence with opposing counsel regarding same and potential resolution. | 495.00 | 1.25 | 618.75 |
| 06/21/2018 | Bryan D. King | Continue drafting amended counterclaim. | 475.00 | 2.50 | 1,187.50 |
| 06/21/2018 | Michael S. Pomerantz | Numerous telephone calls with clients; Conference call with same and potential lenders; Work on | 495.00 | 1.75 | 866.25 |

| | | amended counter claims. | | | |
|---|---|---|---|---|---|
| 06/22/2018 | Bryan D. King | Revise amended counterclaim; email re: same. | 475.00 | 0.40 | 190.00 |
| 06/22/2018 | Michael S. Pomerantz | Telephone calls and correspondence with clients regarding Ultegra, Indiana investors, et. al; Work on tortious interference claim. | 495.00 | 1.25 | 618.75 |
| 06/25/2018 | Bryan D. King | Phone M. Pomerantz re: counterclaim and strategy; revise amended counterclaim. | 475.00 | 2.20 | 1,045.00 |
| 06/25/2018 | Michael S. Pomerantz | Correspondence and telephone calls with lender and clients; Work on and finalize amended counter claims; Draft correspondence to clients and send along with same; Review numerous correspondence and documents from clients and accountant; Extended conference call with lender and clients. | 495.00 | 2.25 | 1,113.75 |
| 06/26/2018 | Bryan D. King | Legal research re: intentional interference with contract; conference with M. Pomerantz re: amended counterclaim; revise same. | 475.00 | 1.70 | 807.50 |
| 06/26/2018 | Michael S. Pomerantz | Telephone calls and correspondence with clients, lender, et. al regarding potential loan/sale, amended counterclaims, etc; Work on amended verified counterclaims; Telephone calls and correspondence regarding landlord issues. | 495.00 | 1.75 | 866.25 |
| 06/27/2018 | Michael S. Pomerantz | Numerous telephone calls and correspondence with clients; Finalize 1st amended counterclaims and send to client for review and verification; Work on APA/Saleback AGR with Ultegra. | 495.00 | 3.75 | 1,856.25 |
| 06/27/2018 | Michael S. Pomerantz | Correspondence to client regarding Indiana Vehicle Franchise Law and unfair practices; Telephone calls with same and termination notice. | 495.00 | 1.00 | 495.00 |
| 06/28/2018 | Bryan D. King | Prepare amended counterclaim and exhibits for filing. | 475.00 | 0.50 | 237.50 |
| 06/28/2018 | Michael S. Pomerantz | Numerous telephone calls and correspondence with client; Work on Ultegra APA and Buyback AGR. | 495.00 | 3.00 | 1,485.00 |
| 06/29/2018 | Michael S. Pomerantz | Work on and finalize APA/Buy-back AGR with Ultegra; Draft correspondence to client and send along with same; Correspondence and telephone calls with client regarding Lockhart Funding, et. al. | 495.00 | 2.50 | 1,237.50 |

Sub-total Fees:  $29,657.50

**Write-offs**

| 07/23/2018 | Courtesy Discount per Michael Pomerantz | 6,105.00 |
|---|---|---|

Sub-total Write-offs:  $6,105.00

Amount

| | |
|---|---:|
| Previous Balance: | $8,767.29 |
| Total Writeoffs: | $6105.00 |
| **Balance Due:** | **$32,319.79** |

Mike Helmstetter
3419 South Parnell Ave.
Chicago, IL  60616

Tax Identification No.: 36-2977153

Statement as of 7/18/2018

Statement No.: 144572

| | |
|---|---:|
| Previous Statement Balance | 8,767.29 |
| Current Billing Activity | |
| Interest/Tax | 0.00 |
| Legal Services Rendered | 29,657.50 |
| Disbursements and Other Costs Incurred | 0.00 |
| Total Current Billing | 29,657.50 |
| Payments Received: | 6,105.00 |
| **Total Now Due:** | $32,319.79 |

Payment Type:   (  ) Check/Money Order

                (  ) Credit
Card

Amount enclosed: $_____

*Remit to:*  Brown Udell Pomerantz & Delrahim,
Ltd.
225 W. Illinois St., Suite 300
Chicago, IL 60654

**Please return this page with your payment.**

**Credit Card Authorization**

(  ) Visa     (  ) MasterCard     (  ) American Express

Card Number: _____

Expiration Date _____/_____/_____

Amount _____

Card Holder Name

_____

Card Holder Address

_____

_____

_____

Card Holder Signature

_____

## Pre-bill

Closing Date 4/7/2020

Mike Helmstetter
465 N. Park Drive Apt. 308
Chicago, IL 60611

Matter ID: 5763-004-LI-19

Opened: 1/8/2019

Status: Open

YTD Billed Fees:

YTD Costs:

YTD Paid:

Procuring Attorney MSP

Helmstetter General Matter

### Professional Fees

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/21/2018 | 104039 | MSP | (ON HOLD) Correspondence and telephone call with client regarding pending matters and estate planning | 0.50 | 495.00 | 247.50 |
| 11/28/2018 | 104118 | MSP | (ON HOLD) Correspondence and telephone calls with client and Lindsey Marcus regarding estate planning | 0.50 | 495.00 | 247.50 |
| 11/29/2018 | 104121 | MSP | (ON HOLD) Review documents; telephone call with client regarding estate planning, pending matters; correspondence and telephone call with Lindsey Marcus | 1.25 | 495.00 | 618.75 |
| 12/05/2018 | 104883 | MSP | (ON HOLD) Telephone calls with client and Andrew Jacobson; telephone call with bankruptcy counsel; several correspondence with FCA Arbitrator and opposing counsel | 0.75 | 495.00 | 371.25 |
| 12/06/2018 | 104888 | MSP | (ON HOLD) Correspondence with FCA Arbitrator and opposing counsel; conference with Bryan King | 0.50 | 495.00 | 247.50 |
| 12/07/2018 | 104892 | MSP | (ON HOLD) Correspondence with FCA Arbitrator; telephone call with client; review numerous correspondence and documents from client | 2.00 | 495.00 | 990.00 |

| | | | **Pre-bill** | | | |
|---|---|---|---|---|---|---|
| 12/13/2018 | 105154 | MSP | (ON HOLD) Review correspondence from FCA and court order; conference with Bryan King; Review proposed settlement agreement with Nissan; review correspondence from client and bankruptcy counsel; telephone call with client and correspondence with client | 1.75 | 495.00 | 866.25 |
| 12/17/2018 | 105459 | MSP | (ON HOLD) Telephone calls with client, bankruptcy counsel et. al; telephone call with bankruptcy counsel | 1.00 | 495.00 | 495.00 |
| 12/18/2018 | 105460 | MSP | (ON HOLD) Telephone call with client; review numerous correspondence and documents from client; refer client to Kevin Benjamin, bankruptcy counsel | 1.75 | 495.00 | 866.25 |
| 12/20/2018 | 105461 | MSP | (ON HOLD) Telephone call with client; discuss various issues and actions by bankruptcy counsel | 1.00 | 495.00 | 495.00 |
| 01/08/2019 | 105961 | MSP | (ON HOLD) Review correspondence from FCA and motion to dismiss protest; telephone call with client | 1.00 | 495.00 | 495.00 |
| 01/14/2019 | 105975 | MSP | (ON HOLD) Review FCA arbitration materials and correspondence; correspondence to client and bankruptcy counsel regarding same and dismissal or protest action; correspondence to Kuchler (arbitrator) | 1.50 | 495.00 | 742.50 |
| 01/15/2019 | 106329 | MSP | (ON HOLD) Correspondence with mediator, client and bankruptcy counsel; telephone call to bankruptcy counsel, telephone call with client; conference with Bryan King | 1.00 | 495.00 | 495.00 |
| 01/24/2019 | 106637 | MSP | (ON HOLD) Numerous correspondence and telephone calls regarding FCA, et. al. | 0.75 | 495.00 | 371.25 |
| 01/28/2019 | 106898 | MSP | (ON HOLD) Numerous correspondence with client and accountants | 1.00 | 495.00 | 495.00 |
| 01/29/2019 | 106926 | MSP | (ON HOLD) Correspondence and call with client | 0.50 | 495.00 | 247.50 |
| 01/29/2019 | 106927 | MSP | (ON HOLD) Correspondence and call with client | 0.50 | 495.00 | 247.50 |
| 01/31/2019 | 106952 | MSP | (ON HOLD) Numerous correspondence and telephone calls regarding Alpha Mediation, etc... | 0.75 | 495.00 | 371.25 |

## Pre-bill

| Date | Ref | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/05/2019 | 107644 | MSP | (ON HOLD) Review dismissal of Alpha Romeo Bankruptcy; telephone call with client | 0.50 | 495.00 | 247.50 |
| 02/11/2019 | 107779 | MSP | (ON HOLD) Correspondence with James Lessmelster, et. al; telephone call with client. | 0.50 | 495.00 | 247.50 |
| 02/13/2019 | 107791 | MSP | (ON HOLD) Correspondence with James L; forward numerous to same regarding New City; finalize and forward attorney's lien letter to Ruscitti and his counsel. | 1.00 | 495.00 | 495.00 |
| | | | **ON HOLD: 9900.00** | Sub-total Fees: | | $9,900.00 |

| | Fees | Disb | Total | | |
|---|---|---|---|---|---|
| | | | | Total Current Billing: | $0.00 |
| Current A/R Balance | 0.00 | 0.00 | 0.00 | Previous Balance Due: | $0.00 |
| +/- Unbilled Fees/Disb | 9,900.00 | | 9,900.00 | Total Payments: | |
| Balance if billed in full | 9,900.00 | 0.00 | 9,900.00 | Total Write-offs: | |
| | | | | **Total Now Due:** | **$0.00** |