**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| IN RE<br>    MICHAEL S. HELMSTETTER,<br>        Debtor | ) Case No.: 19-28687<br>) Chapter 7<br>) Hon. Jacqueline P. Cox<br>) |

**NOTICE OF MOTION**

TO: **Attached Service List**

      PLEASE TAKE NOTICE THAT on **March 15, 2022 at 1:30 p.m**., I shall appear before the Honorable Jacqueline P. Cox, via zoom in the Bankruptcy Court for the Northern District of Illinois, Eastern Division, and then and there present the attached **MOTION TO DISMISS TRUSTEE'S ADVERSARY COMPLAINT UNDER RULE 12(B)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE,** a copy of which is hereby served upon you.


Michael S. Pomerantz (ARDC # 6205384)                  */s/ Shelley Smith*
Shelley Smith (ARDC # 6208287)
Brown, Udell, Pomerantz & Delrahim, Ltd.
225 W. Illinois Street, Suite 300
Chicago, IL 60654
312-475-9900
mpomerantz@bupdlaw.com
ssmith@bupdlaw.com

## CERTIFICATE OF SERVICE

The undersigned, a non-attorney, deposes and states that she caused the attached **MOTION TO DISMISS TRUSTEE'S ADVERSARY COMPLAINT UNDER RULE 12(B)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE,** to be served upon all parties of record via the Clerk of the Court CM/ECF system on March 4, 2022.
.

## SERVICE LIST

Patrick S. Layng, U.S. Trustee

David R. Herzog, Herzog & Schwartz PC

Gregory K. Stern, Gregory K. Stern, P.C.

Richard L. Hirsh, Richard L. Hirsh, P.C.

Debra Devassy Babu, Askounis & Darcy, PC

Jamie L Burns, Levenfeld Pearlstein, LLC

Whitman H. Brisky, Mauck & Baker LLC

Christopher R. Schmidgall, Law Office of Garry A. Weiss, PC

Charles Tatelbaum, Tripp Scott PA

James M. Yannakopoulos, Koransky Bouwer & Poracky PC


/s/ Virginia Contreras