IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:                                    )
                                          )
MICHAEL HELMSTETTER,                      )        Case No. 19-28687
                                          )
                    Debtor.               )        Hon. Jacqueline P. Cox

## BERKE'S OBJECTION TO DEBTOR'S
## MOTION TO STAY PROCEEDINGS

Benitta Berke, a creditor in this case and a buyer of one of the alleged causes of

action auctioned by the trustee in this case objects to the Motion to Stay Proceedings

(doc. 211) filed by Michael Helmstetter, the debtor.


                                Respectfully submitted,
                                Benitta Berke,


                                /s/     Cindy M. Johnson
                                One of her Attorneys

Cindy M. Johnson
Carleen L Cignetto
Johnson Legal Group, LLC
140 S. Dearborn Street, Suite 1510
Chicago, Illinois  60603
(312) 345-1306

1