# United States Bankruptcy Court

NORTHERN DISTRICT OF ILLINOIS

219 South Dearborn

Chicago, Illinois 60604

**Jeffrey P. Allsteadt**, Bankruptcy Clerk

To:

Nicola S Tancredi
Law Offices of Nicola S. Tancredi
2 N Trans Am Plaza Dr.,
Suite 250
Oakbrook Terrace, IL 60181

| | |
|---|---|
| Date | 03/16/2022 |
| Case Number | 19 B 28687 |
| Case Name | Michael S. Helmstetter |
| Bankruptcy Judge | Jacqueline P. Cox |
| Notice of Appeal/Cross Appeal Filed/Notice of Appeal with Motion for Leave to Appeal | 03/01/2022 Docket Entry #201 |
| Appellant/Cross Appellant | Michael S. Helmstetter |
| Designation Due Date | 03/15/2022 |
| Date of Telephone Contact/Email | |

Dear Sir/Madam: Pursuant to our phone conversation/email, please be advised, the Bankruptcy Court has received your **Notice of Appeal**, but the following items are still outstanding:

■ Designation of the Record on Appeal and/or Statement of Issues.

☐ The filing fee of $_____ must be paid.

☐ Other

Revised: 12/27/2021 (cw)

By: Lakeysha Sims
Deputy Clerk