UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| MICHAEL S. HELMSTETTER, | ) ) ) ) | Case No. 22 cv 1100 |
| APPELLANT | ) ) |  |
| DAVID HERZOG, Trustee | ) ) | Appeal from 19-28687 USBC NDIL |
| BENITTA BERKE, | ) ) ) ) | Honorable Jacqueline Cox |
| WORLD BUSINESS LENDERS, | ) ) |  |
| APPELLEES. | ) |  |

**DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

NOW COMES Appellant Debtor Michael Helmstetter (hereinafter Appellant), by and through his attorney Nicola S. Tancredi, Law Offices of Nicola S. Tancredi, Oakbrook Terrace, Il., pursuant to Federal Rule of Bankruptcy Procedure 8009(a), hereby designates the following items to be included in the record on appeal:

1. Notice of Motion and Motion to Approve Bid Procedures, Notice of Motion and Motion to Sell Property Free and Clear of Liens 363(f) - Causes of Action. Fee Amount $188,, Notice of Motion and Motion to Limit Notice, DKT 139, 9/14/21

2. Limited Objection to (related document(s): 139 Motion to Approve, Motion to Sell Property Free and Clear of Liens 363(f), Motion to Limit Notice), DKT 142, 9/24/21

3. Notice of Objection Filed by Jeffrey K. Paulsen on behalf of World Business Lenders LLC (RE: 139 Motion to Approve, Motion to Sell Property Free and Clear of Liens 363(f), Motion to Limit Notice) DKT 143, 9/24/21

4. Limited Objection to (related document(s): 139 Motion to Approve, Motion to Sell Property Free and Clear of Liens 363(f), Motion to Limit Notice), DKT 144, 9/24/21

5. Proposed Order - Approving Bid Procedures For Sale of Causes of Action, Limiting Notice and Setting Final Hearing to Consider Approval of Sale, DKT 146, 9/27/21

6. Notice of Objection Filed by Nicola S Tancredi on behalf of Michael S. Helmstetter (RE: 139 Motion to Approve, Motion to Sell Property Free and Clear of Liens 363 (f), Motion to Limit Notice) DKT 148, 9/27/21

7. 9/28/21 Hearing Transcript, DKT 156

8. Order Scheduling (RE: 139 Motion to Approve, Motion to Sell Property Free and Clear of Liens 363(f), Motion to Limit Notice). DKT 157, 9/29/21

9. Limited Objection to (related document(s): 139 Motion to Approve, Motion to Sell Property Free and Clear of Liens 363(f), Motion to Limit Notice) DKT 158, 10/12/21

10. Response to (related document(s): 139 Motion to Approve, Motion to Sell Property Free and Clear of Liens 363(f), Motion to Limit Notice) Filed by Jeffrey K. Paulsen on behalf of World Business Lenders LLC DKT 159, 10/15/21

11. Amended Objection to (related document(s): 139 Motion to Approve, Motion to Sell Property Free and Clear of Liens 363(f), Motion to Limit Notice), DKT 160, 10/15/21

12. Amended Objection to (related document(s): 139 Motion to Approve, Motion to Sell Property Free and Clear of Liens 363(f), Motion to Limit Notice) DKT 161, 10/15/21

13. Objection to (related document(s): 139 Motion to Approve, Motion to Sell Property Free and Clear of Liens 363(f), Motion to Limit Notice) DKT 162, 10/18/21

14. Response to (related document(s): 139 Motion to Approve, Motion to Sell Property Free and Clear of Liens 363(f), Motion to Limit Notice) DKT 163, 11/03/21

15. 11/16/21 Transcript, DKT 166

16. Proposed Order - Approving Bid Procedures For Sale of Causes of Action, Limiting Notice and Setting Final Hearing to Consider Approval of Sale DKT 167, 11/17/21

17. Order Scheduling (RE: 139 Motion to Approve, Motion to Sell Property Free and Clear of Liens 363(f), Motion to Limit Notice). DKT 168, 11/23/21

18. Proposed Order - Amended Order Approving Bid Procedures for Sale of Causes of Action, Limiting Notice and Setting Final Hearing to Consider Approval of Sale 11/29/21, DKT 169

19. Notice of Motion and Motion to Alter or Amend Judgment/Order, DKT 170, 12/6/21

20. Notice of Objection Filed by Nicola S Tancredi on behalf of Michael S. Helmstetter (RE: 170 Motion to Alter or Amend Judgment or Order/New Trial(Rule 9023) DKT 172, 12/16/21

21. Notice of Motion and Motion To Stay Pending Appeal Filed by Nicola S Tancredi on behalf of Michael S. Helmstetter. DKT 173, 12/16/21

22. Notice of Objection RE: 173 (Motion to Stay Pending Appeal) DKT 174, 12/17/21

23. Proposed Order - Order to Stay Proceedings Filed by Nicola S Tancredi on behalf of Michael S. Helmstetter, DKT 176, 12/17/21

24. Order Denying for the Reasons Stated on the Record Motion To Stay Pending Appeal. (Related Doc # 173 ) DKT 180, 12/21/21

25. Order Scheduling (RE: 170 Motion to Alter or Amend Judgment or Order/New Trial (Rule 9023) DKT 181, 12/22/21

26. Status Report Trustee's Status Report of Bids Received for Sale of Causes of Action Filed by Gregory K Stern on behalf of David R Herzog. DKT 183, 01/05/22

27. Proposed Order - Approving the Sale of Designated Causes of Action of the Debtor's Estate Free and Clear of Liens, Claims, Interests and Encumbrances Pursuant to 11 U.S.C. 363(f) DKT 184, 01/05/22

28. Proposed Order - Approving The Sale to (1) 2401 South Michigan Building Corp., County of Mayo Corp., Maureen Joyce and (2) Terry Gaouette and Gaouette & Associates, of Designated Causes of Action of The Debtor's Estate Free and Clear of Liens, Claims, Interests and Encumbrances Pursuant to 11 U.S.C 363(f) DKT 188, 01/20/22

29. Proposed Order - Approving the Sale of Designated Causes of Action of the Debtor's Estate Against Benitta Berke and World Business Lenders Free and Clear of Liens, Claims, Interests and Encumbrances Pursuant to 11 U.S.C. 363(f) DKT 189, 1/20/22

30. Proposed Order - ORDER APPROVING THE SALE OF DESIGNATED CAUSES OF ACTION OF THE DEBTOR'S ESTATE AGAINST BENITTA BERKE AND WORLD BUSINESS LENDERS FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES PURSUANT TO 11 U.S.C. §363(f) DKT 190, 1/21/22

31. Proposed Order - ORDER APPROVING THE SALE OF DESIGNATED CAUSES OF ACTION OF THE DEBTOR'S ESTATE AGAINST BENITTA BERKE AND WORLD BUSINESS LENDERS FREE AND CLEAR OF LIENS, CLAIMS,

INTERESTS, AND ENCUMBRANCES PURSUANT TO 11 U.S.C. §363(f), DKT 192, 1/21/22

32. Response to (related document(s): 175 Objection to Claim) Filed by Shelley Smith on behalf of Brown, Udell, Pomerantz & Delrahim, Ltd. DKT 194, 1/25/22

33. Order Granting Motion To Sell Property Free and Clear of Liens 363(f) DKT 195, 1/25/22

34. 1/25/22 Hearing Transcript, DKT 196

35. 02/01/22 Hearing Transcript, DKT 197

36. Proposed Order - Approving the Sale of Designated Causes of Action of the Debtor's Estate Against Benitta Berke and World Business Lenders Free and Clear of Liens, Claims, Interests, and Encumbrances Pursuant to 11 U.S.C. Sec. 363(f) DKT 199, 2/15/22

37. Order Granting Motion to Approve (Related Doc # 139), Granting Motion To Sell Property Free and Clear of Liens 363(f) (Related Doc # 139) DKT 200, 2/15/22

38. 2/15/22 Hearing Transcript, DKT

39. Notice of Appeal to District Court. Filed by Nicola S Tancredi on behalf of Michael S. Helmstetter. Fee Amount $298 (RE: 200 Order on Motion to Approve, Order on Motion To Sell Property Free and Clear of Liens 363(f), Order on Motion To Limit Notice). DKT 201, 03/01/22

40. Amended Notice of Appeal Filed by Nicola S Tancredi on behalf of Michael S. Helmstetter. (RE: 201 Notice of Appeal). DKT 204, 03/02/22

    Respectfully submitted,

    /s/ Nicola S. Tancredi

LAW OFFICE OF NICOLA S.TANCREDI

Attorney for Appellant Debtor Michael S. Helmstetter
Two Trans Am Plaza, Suite 250
Oakbrook Terrace, IL 60181
630 649 4268
ntancredilaw@gmail.com
ARDC No. 2795736