Form G-11

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

### TRANSCRIPT INFORMATION SHEET

Party or Party's Attorney: Pursuant to Bankruptcy Rule 8009(b), please complete the information on this form and file it with the Bankruptcy Court.

| CASE TITLE: In Re: Michael S. Helmstetter | CASE NUMBER: 19-28687 |
|---|---|
| JUDGE: Honorable Jacqueline Cox | COURT REPORTER: D&E Reporting, Inc. |

**Check one of the boxes below:**

[✓] I am ordering a transcript.

[ ] I am not ordering a transcript.

Indicate hearing dates for which transcript(s) is required.
9/28/21, 11/16/21, 1/25/22, 2/01/22, and 2/15/22

NAME: Nicola S. Tancredi                    DATE: 03/18/22

ADDRESS: Two N. Trans Am Plaza Dr., Suite 250
Oakbrook Terrace, IL 60181

TELEPHONE: 630-649-4268     SIGNATURE: /s/ Nicola S. Tancredi

02/2015bb