```
 1            IN THE UNITED STATES BANKRUPTCY COURT
             FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                        EASTERN DIVISION

 3


 4
    NISSAN NORTH AMERICA,        )   No. 19 A 01001
 5  INC.,                        )
                  Plaintiff,     )   Chicago, Illinois
 6      v.                       )   February 1, 2022
    MICHAEL S. HELMSTETTER,      )   1:00 p.m.
 7            Defendant.         )
    - - - - - - - - - - - - -    )
 8  MICHAEL S. HELMSTETTER,      )
                                 )   No. 19 B 28687
 9            Debtor.            )

10


11
         TRANSCRIPT OF ZOOM VIDEOCONFERENCE PROCEEDINGS
12          BEFORE THE HONORABLE JACQUELINE P. COX

13


14   APPEARANCES:

15
    For Ch. 7 Trustee:     Mr. Dennis Quaid;
16
    For Brown, Udell,
17  Pomerantz & Delrahim,
    Ltd.:                  Ms. Shelley Smith.
18

19

20

21

22

23    Court Reporter:    MARY C. KELLY, CSR
                         United States Courthouse
24                       219 South Dearborn Street
                         Room 661
25                       Chicago, Illinois  60604
```

1      THE CLERK:  Michael Helmstetter.

2      MR. QUAID:  Good morning, Your Honor.

3 Dennis Quaid appearing for the trustee David

4 Herzog.

5      MS. SMITH:  Good afternoon.  This is

6 Shelley Smith.  I am appearing on behalf of the

7 claimant Brown, Udell, Pomerantz & Delrahim.

8      MR. QUAID:  Your Honor, this is the

9 trustee's objection to the secured claim of this

10 creditor.

11     I've talked to counsel.  Although I

12 believe that we could go ahead on a claim objection

13 procedure, counsel has filed a response saying we

14 need an adversary due to the attorneys' lien

15 involved.  So I propose I will file an adversary

16 proceeding in 7 days, and that we continue the

17 claim objection until we have a hearing on the

18 adversary.

19     THE COURT:  All right.  So you're asking

20 for a status hearing maybe in April?

21     MR. QUAID:  Yes, Your Honor, or in mid

22 March.  March 15th would work on the time.

23     And let me ask counsel if they would

24 accept service via e-mail as opposed to U.S. mail?

25     MS. SMITH:  Yes, we will.

1                I was just checking my calendar.
2  April 15th?
3            THE COURT:  March 15.  March.
4            MR. QUAID:  March 15th I proposed.
5            MS. SMITH:  Oh, sorry.  March 15.
6            Yes, that's fine with me.
7            THE COURT:  All right.
8            What I'll do in this matter is reset
9  this to, as suggested, March 15.  That will be at
10 1:30 p.m.
11           MR. QUAID:  Thank you, Your Honor.
12           MS. SMITH:  Thank you.
13           THE COURT:  You're welcome.
14               (Which were all the proceedings had
15                in the above-entitled cause,
16                February 1, 2022, 1:00 p.m.)
17
18 I, MARY C. KELLY, CSR, DO HEREBY CERTIFY THAT THE
   FOREGOING IS A TRUE AND ACCURATE TRANSCRIPT OF
   PROCEEDINGS HAD IN THE ABOVE-ENTITLED CAUSE./S/
19 (f)
20
21
22
23
24
25