IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| MICHAEL HELMSTETTER, | ) | Case No. 19-28687 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |

**BERKE'S OBJECTION TO DEBTOR'S DESIGNATION OF ITEMS
TO BE INCLUDED IN THE RECORD ON APPEAL (doc. 220) FOR ITS FAILURE
TO DESIGNATE TRANSCRIPT OF 1/11/22 WHEN THE COURT HEARD
ARGUMENT ON AND INITIALLY RULED, LEADING TO DEBTOR'S APPEAL**

NOW COMES, Benitta Berke (hereafter "Berke"), the purchaser of an alleged cause of action approved by this Court under order dated 2/15/22 (doc. 200), by her attorneys Cindy M Johnson, and Carleen L Cignetto of Johnson Legal Group, LLC, and objects to the Designation of Items to be Included in the Record on Appeal filed by Michael Helmstetter (hereafter "Debtor"). In support thereof, she states as follows:

1. On January 11, 2022, the trustee in this case made his first presentation to the Court as to what bids he wanted approved by the Court.

2. On that date oral arguments were presented to the Court as to objections by Benitta Berke that her bid was not being accepted.

3. Both Ms. Berke and the trustee's counsel argued as to whether Ms. Berke's bid was to be accepted.

4. At the conclusion of the arguments, the Court ordered the trustee to sell to Berke in accordance with the bid she made.

5. Debtor has omitted the transcript from the 1/11/22 hearing from his designation of documents to be included on the record on appeal.

6. The motion regarding sale was entered and continued twice, first to 1/25/22

1

and then to 2/15/22 and the Debtor has included those transcripts in his designation.

7. Without the transcript from the initial hearing date, Debtor is presenting a skewed record as the Court's reasoning as to why she was entering the order that the trustee accept Ms. Berke's bid would be nowhere in the record.

8.

                                              Respectfully submitted,
                                              Benitta Berke,

                                              /s/     Cindy M. Johnson

Cindy M. Johnson                                       One of her Attorneys
Carleen L Cignetto
Johnson Legal Group, LLC
140 S. Dearborn Street, Suite 1510
Chicago, Illinois  60603
(312) 345-1306