# United States Bankruptcy Court
NORTHERN DISTRICT OF ILLINOIS

219 South Dearborn

Chicago, Illinois 60604

**Jeffrey P. Allsteadt**, Bankruptcy Clerk

|  |  |
|---|---|
| Date | 03/31/2022 |
| Bankruptcy Case Number | 19 B 28687 |
| Case Name | Michael S. Helmstetter |
| Notice of Appeal Filed | 03/01/2022 |
| Appellant | Michael S. Helmstetter |
| District Court Number | 22 cv 1100 |
| District Court Judge | Andrea R. Wood |

Thomas G. Bruton
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, Illinois 60604

Dear Sir:

Pursuant to **Bankruptcy Rule 8010** transmitted herewith is the Record on Appeal. The Record on Appeal consist of:

- ☑ Designation and Statement of Issues
- ☑ Transmittal Letter
- ☑ Copy of Docket Sheet
- ☑ Exhibits
- ☑ Transcript(s)

Additional Items Included

- ☑ Restricted Transcript of Hearing(s) held 09/28/21, 02/01/22 and 02/15/22.
- Cindy Johnson Objection to Appellant Designation and Statement of Issue

- ☐ Total Volumes Transmitted

The following items will be transmitted as a supplemental to the Record on Appeal

- ☑ Restricted Transcript of Hearing(s) 11/16/21 and 01/25/22

Previous D C Judge _____    Case Number _____

By Deputy Clerk  Lakeysha Sims

Rev 03/2015bb