IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| MICHAEL S. HELMSTETTER | ) | Case No. 19-28687 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline A. Cox |
| DAVID R. HERZOG, CHAPTER 7 TRUSTEE OF THE ESTATE OF MICHAEL S. HELMSTETTER, | ) ) ) | |
| PLAINTIFF | ) ) | |
| v. | ) ) | Adv. Proc. 22 -00019 |
| BROWN, UDELL, POMERANTZ & DELRAHIM, LTD., | ) ) ) | |
| DEFENDANT. | ) ) | |

## NOTICE OF FILING

TO:   Attached Service List

**PLEASE TAKE NOTICE THAT** on April 11, 2022, I caused the Plaintiff's RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS ADVERSARY COMPLAINT TO INVALIDATE SECURED CLAIM BASED ON ATTORNEY'S LIEN, a copy of which is attached hereto and thereby served upon you.

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, hereby state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing NOTICE and Memorandum and Response Statement be served on all persons set forth on the attached Service List identified as Registrants through the Court's Electronic Notice for Registrants, and as to all other persons on the attached Service List by mailing a copy of same in an envelope properly addressed and with postage fully prepaid and by depositing same in the U.S. Mail, Chicago, Illinois, on the 11th day of April 2022.

/s/ Gregory K. Stern
Gregory K. Stern

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
Dennis E. Quaid (Atty. ID #2267012)
Rachel S. Sandler (Atty. ID #6310248)
53 West Jackson Boulevard, Suite 1442
Chicago, Illinois 60604
(312) 427-1558

## SERVICE LIST

**Registrants Served Through The Court's Electronic Notice For Registrants**

Michael Pomerantz
Shelley Smith
Brown Udell Pomerantz & Delrahim, Ltd.
225 W. Illinois Street, Suite 300
Chicago, Illinois 60654