# United States Bankruptcy Court
NORTHERN DISTRICT OF ILLINOIS

219 South Dearborn

Chicago, Illinois 60604

**Jeffrey P. Allsteadt**, Bankruptcy Clerk

| | |
|---|---|
| Date | 04/13/2022 |
| Bankruptcy Case Number | 19 B 28687 |
| Case Name | Michael S. Helmstetter |
| Notice of Appeal Filed | 03/01/2022 |
| Appellant | Michael S. Helmstetter |
| District Court Number | 22 cv 1100 |
| District Court Judge | Andrea R. Wood |

Thomas G. Bruton
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, Illinois 60604

Dear Sir:

**Supplemental**   **Supplemental**

Pursuant to **Bankruptcy Rule 8010** transmitted herewith is the Record on Appeal. The Record on Appeal consist of:

☐ Designation and Statement of Issues        ☐ Exhibits
☑ Transmittal Letter                          ☑ Transcript(s)
☐ Copy of Docket Sheet

Additional Items Included

☑ Appellant's restricted transcript(s) of hearing(s) held 11/16/21 and 01/25/22.

☐ Total Volumes Transmitted

The following items will be transmitted as a supplemental to the Record on Appeal

☐ _____

Previous D C Judge _____    Case Number _____

By Deputy Clerk   Lakeysha Sims

Rev 03/2015bb