## LAW OFFICES OF NICOLA S. TANCREDI
Two North Trans Am Plaza Drive, Suite 250
Oakbrook Terrace, IL 60181
Phone: (630) 649-4268 Fax: (630) 618-3746
ntancredilaw@gmail.com

April 7, 2022

*Memorandum for Attorneys Gregory Stern, Esq. and Dennis Quaid*

Re: Offer by Debtor Michael Helmstetter to Purchase Outstanding Claims for twenty-thousand dollars ($ 20,000), U.S. Bankruptcy Court for the Northern District of Illinois, 19 B 28687

Dear Counsel:

This letter serves as confirmation of the offer of my client, Michael Helmstetter, Debtor to purchase for twenty thousand dollars ($ 20,000) the outstanding claims. Funds have been wired from my client trust account in Fifth Third Bank, Oakbrook, Il. to the client trust account directed in the Escrow agreement. These claims are listed below:

1. FCA, or Fiat
2. Santander Bank NA
3. Nissan North America/ Nissan Motor Acceptance Corp.
4. Ultegra Financial Partners
5. Marvell Brickhouse
6. Scott Kindybalyk
7. Collateral Specialists
8. Res/Title Company
9. John Lewis Monroe, Jr.
10. Ronald Richardson,     his mother
11. Greg Richardson and sister
12. Tom Decanter,
13. Tom McDermott, Sr.
14. Bill Haggerty
15. The Indiana Group
16. Summitt Credit Union
17. Wolverine Trading, LLC
18. Trade River
19. Akounis & Darcy, P.C.
20. Michael Moody
21. **N/A – Deleted**
22. Kevin Benjamin
23. Kerri Fallon
24. Dixon Hughes
23. Monroe Capital
24. Bronswick Benjamin
25. ~~Jaimie Coomer~~ Excluded
26. ~~Momentum Strategic Partners~~ Excluded

Excluded from this transaction are the causes of action against the following:

A. Kingdom Chevrolet;
B. Western Avenue Nissan;
C. Richard Ruscitti;
D. Benitta Berke;



EXHIBIT
A



1

E. World Business Lenders;
F. Terry Gaouette and Gaouette & Associates;
G. 2401 S. Michigan Building Corporation;
H. County Mayo, Corp; and,
I. Maureen Joyce.

This list will be attached to the Escrow Agreement

Please confirm receipt or comment as appropriate. This is a top priority matter for my office. I am available as needed.

Sincerely,

Nicola S. Tancredi
One of the attorneys for
Michael Helmstetter, Debtor

Concur

*[signature]* 4/8/22

Michael Helmstetter
Debtor

cc. Michael Helmstetter,
    Debtor