# Please print and save this receipt information for your future reference.

**ILND ATTORNEY ADMISSION PAY.GOV TRANSACTION SYSTEM ALERT REPORT.**
Please review the following transaction information below:

**Agency Tracking Id:** ILNB-PV-ao32811A
**Return Detail:** Successful
**Account Holder Name:** David M. Barnes Jr.
**Transaction Date:** 5/17/2022 2:03:02 PM
**Payment Type:** PLASTIC_CARD
**Transaction Amount:** 150.00
**Masked Account Number:** ************▮
**Billing Address:** ▮
**Billing Address 2:**
**Billing city:** ▮
**Billing State:** VA
**Billing Zip:** VA
**Billing Country:** VA
**Return Code:** 2002
**Approval Code:** 09095I
**Paygov Tracking Id:** 2705CA51

**********************************