UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 19-28687 |
| MICHAEL HELMSTETTER, | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Jacqueline P Cox |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER APPROVING SALE TO MICHAEL HELMSTETTER OF REMAINING CAUSES OF ACTION AND LIMITING NOTICE

THIS CAUSE COMING ON TO BE HEARD ON DAVID R. HERZOG, Chapter 7 Trustee's Motion To Approve Sale To Michael Helmstetter Of Remaining Causes of Action Free And Clear Of Liens, Claims, And Other Interests, and Limiting Notice (the "Sale Motion");

IT IS ORDERED THAT:

1. The Trustee's sale of the Remaining Causes of Action, as defined in the Sale Motion, and the estate's right, title and interest in and to each of the Remaining Causes of Action scheduled by the Debtor and as described in Exhibit A, is approved by the Court.

2. Notice pursuant to Bankruptcy Rules 2002(a) and 6004 is limited to the (i) Debtor and his counsel, (ii) United States Trustee, (iii) the twenty largest creditors, and (iv) all parties that have filed appearances or requested notices through the Court's CM/ECF system, for cause shown.

5. For the avoidance of doubt, the Remaining Causes of Action do not include any causes of action against (i) Kingdom Chevrolet, Inc. ("Kingdom"),(ii) Western Avenue Nissan, Inc. ("Western") (iii) Richard Ruscitti ("Ruscitti"), (iv) Benitta Berke, (v) World Business Lenders, (vi) Terry Gaouette and Gaouette & Associates, (vii) 2401 S. Michigan Building Corporation, (viii) County Mayo Corp., (ix) Maureen Joyce.

Enter: *Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: June 07, 2022

**Prepared by:**

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
Dennis E. Quaid (Atty. ID #02267012)
Rachel S. Sandler (Atty. ID #6310248)
53 West Jackson Boulevard, Suite 1442
Chicago, Illinois 60604/ (312) 427-1558