IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| MICHAEL S. HELMSTETTER, | ) | Case No. 19-28687 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |

## TRUSTEE'S REPORT OF SALE

Pursuant to F.R.B.P. 6004(f), the Trustee hereby reports the results of the sale conducted on January 11, 2022, following the Trustee's Motion to Approve (I) Bidding Procedures, (II) Sale of Causes of Action Free and Clear of Liens, Claims, Encumbrances and Other Interests and (III) Limit Notice, which was granted by Court Order dated January 25, 2022 (Docket #195):

    Sold to:    Maureen Joyce
    Price:     $5,101.00
    Property:  Potential cause of Action against Maureen Joyce

    Sold to:    Terry Gaouette
    Price:     $1,000.00
    Property:  Potential cause of Action against Gaouette & Associates

Dated: August 3, 2022

                                                              David R. Herzog, Trustee in Bankruptcy

Form G5 (20200101_bko)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

| | |
|---|---|
| In Re:<br>MICHAEL S. HELMSTETTER,<br><br><br>Debtor(s) | Case Number: 19-28687<br><br>Chapter: 7<br><br>Honorable Jacqueline Cox |

**ORDER APPROVING THE SALE TO (1) 2401 SOUTH MICHIGAN BUILDING CORP., COUNTY OF MAYO CORP., MAUREEN JOYCE AND (2) TERRY GAOUETTE AND GAOUETTE & ASSOCIATES, OF DESIGNATED CAUSES OF ACTION OF THE DEBTOR'S ESTATE FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES PURSUANT TO 11 U.S.C. §363(f)**

THIS CAUSE COMING ON TO BE HEARD ON David R. Herzog, Chapter 7 Trustee's Motion To Approve (I) Bidding Procedures, (II) Sale Of Causes of Action Free And Clear Of Liens, Claims, And Other Interests and To Limit Notice (the "Sale Motion"); after Notice and Hearing, the Court finding that (A) the court has jurisdiction over the parties and subject matter hereto, (b) venue in this District is proper due to the pendency of the Case in this District, (c) the subject matter of the Sale Motion constitutes a core proceeding as related to the administration of assets of the estate, (d) 2401 South Michigan Building Corp., County Mayo Corp., and Maureen Joyce (hereafter referred to as the "Landlords") consented to the sale by the Trustee of the Debtor's scheduled cause of action against them, (e) Landlords bid the sum of $5,101.00 to purchase the Estate's right, title and interest in the Debtor's cause of action against Landlords; (f) Trustee recommended to the Court the acceptance of the bid of Landlords and approval of the Trustee's sale to Landlords of the Debtor's cause of action against Landlords, (g) Terry Gaouette and Gaouette & Associates (hereinafter referred to as "Gaouette") objected to the Trustee's sale of the Debtor's cause of action against Gaouette, (h) Gaouette bid $1,000.00 to purchase the Estate's right, title and interest in Debtor's cause of action against Gaouette, (i) Trustee recommended to the Court the acceptance of the bid of Gaouette and approval of the Trustee's sale to Gaouette of the Debtor's cause of action against Gaouette; Wherefore:

IT IS ORDERED THAT the Sale Motion is granted as follows:

1. Pursuant to 11 U.S.C. § 363(f), the Trustee is authorized to sell to 2401 South Michigan Building Corp., County Mayo Corp., and Maureen Joyce the estate's right title and interest in the Debtor's cause of action against 2401 South Michigan Building Corp., County Mayo Corp., and Maureen Joyce, free and clear of all Liens, Claims and Interests to the fullest extent permitted by applicable law.

2. The sale to 2401 South Michigan Building Corp., County Mayo Corp., and Maureen Joyce of the designated Causes of Action constitutes a legal, valid, and effective transfer of all right, title and interest of the Trustee and the Debtor's Estate in the Debtor's cause of action against 2401 South Michigan Building Corp., County Mayo Corp., and Maureen Joyce, and shall vest in 2401 South Michigan Building Corp., County Mayo Corp., and Maureen Joyce all of the Trustee's and the Debtor's Estate's right, title and interest in the cause of action against said parties.

3. Pursuant to 11 U.S.C. § 363(f), the Trustee is authorized to sell to Gaouette the estate's right title and interest in the Debtor's cause of action against Terry Gaouette and Gaouette & Associates free and clear of all Liens, Claims and Interests to the fullest extent permitted by applicable law.

4. The sale to Gaouette of the cause of action against Gaouette constitutes a legal, valid, and effective

Form G5 (20200101_bko)

transfer of all right, title and interest of the Trustee and the Debtor's Estate in the Debtor's cause of action against Gaouette, and shall vest in Gaouette all of the Trustee's and the Debtor's Estate's right, title and interest in the cause of action against Terry Gaouette and Gaouette & Associates.

5. The fourteen-day stay of enforcement under the Federal Rules of Bankruptcy Procedure Rule 6004(h) is hereby waived and this Order shall be effective and enforceable immediately upon entry hereof.

Enter:

*Jacqueline Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: January 25, 2022

**Prepared by:**

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
Dennis E. Quaid (Atty. ID #02267012)
53 West Jackson Blvd, Suite 1442
Chicago, Illinois 60604/(312) 427-1558