IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| MICHAEL S. HELMSTETTER, | ) | Case No. 19-28687 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |

## TRUSTEE'S REPORT OF SALE

Pursuant to F.R.B.P. 6004(f), the Trustee hereby reports the results of the sale conducted on June 7, 2022, following the Trustee's Motion to Approve Sale to Michael Helmstetter of Remaining Causes of Action, which was granted by Court Order dated June 7, 2022 (Docket #244):

Sold to:    Debtor Michael Helmstetter
Price:      $20,000.00
Property:   Causes of Action listed below:

1. FCA, or Fiat
2. Santander Bank NA
3. Nissan North America/Nissan Motor Acceptance Corp.
4. Ultegra Financial Partners
5. Marvell Brickhouse
6. Scott Kindybalyk
7. Collateral Specialists
8. Res/Title Company
9. John Lewis Monroe, Jr.
10. Ronald Richardson, his mother
11. Greg Richardson and sister
12. Tom Decanter
13. Tom McDermott, Sr.
14. Bill Haggerty
15. The Indiana Group
16. Summitt Credit Union
17. Wolverine Trading, LLC
18. Trade River
19. Akounis & Darcy, P.C.
20. Michael Moody
21. Kevin Benjamin
22. Kerri Fallon
23. Dixon Hughes
24. Monroe Capital
25. Bronswick Benjamin

Dated: August 3, 2022

_____
David R. Herzog, Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>MICHAEL HELMSTETTER,<br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  19-28687<br><br>Chapter: 7<br><br>Honorable Jacqueline P Cox |

## ORDER APPROVING SALE TO MICHAEL HELMSTETTER OF REMAINING CAUSES OF ACTION AND LIMITING NOTICE

THIS CAUSE COMING ON TO BE HEARD ON DAVID R. HERZOG, Chapter 7 Trustee's Motion To Approve Sale To Michael Helmstetter Of Remaining Causes of Action Free And Clear Of Liens, Claims, And Other Interests, and Limiting Notice (the "Sale Motion");

IT IS ORDERED THAT:

1. The Trustee's sale of the Remaining Causes of Action, as defined in the Sale Motion, and the estate's right, title and interest in and to each of the Remaining Causes of Action scheduled by the Debtor and as described in Exhibit A, is approved by the Court.

2. Notice pursuant to Bankruptcy Rules 2002(a) and 6004 is limited to the (i) Debtor and his counsel, (ii) United States Trustee, (iii) the twenty largest creditors, and (iv) all parties that have filed appearances or requested notices through the Court's CM/ECF system, for cause shown.

5. For the avoidance of doubt, the Remaining Causes of Action do not include any causes of action against (i) Kingdom Chevrolet, Inc. ("Kingdom"),(ii) Western Avenue Nissan, Inc. ("Western") (iii) Richard Ruscitti ("Ruscitti"), (iv) Benitta Berke, (v) World Business Lenders, (vi) Terry Gaouette and Gaouette & Associates, (vii) 2401 S. Michigan Building Corporation, (viii) County Mayo Corp., (ix) Maureen Joyce.

Enter: *Jacqueline P. Cox*

_____
Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: June 07, 2022

**Prepared by:**

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
Dennis E. Quaid (Atty. ID #02267012)
Rachel S. Sandler (Atty. ID #6310248)
53 West Jackson Boulevard, Suite 1442
Chicago, Illinois 60604/ (312) 427-1558

**LAW OFFICES OF NICOLA S. TANCREDI**
Two North Trans Am Plaza Drive, Suite 250
Oakbrook Terrace, IL 60181
Phone: (630) 649-4268 Fax: (630) 618-3746
ntancredilaw@gmail.com

April 7, 2022

*Memorandum for Attorneys Gregory Stern, Esq. and Dennis Quaid*

Re: Offer by Debtor Michael Helmstetter to Purchase Outstanding Claims for twenty-thousand dollars ($ 20,000), U.S. Bankruptcy Court for the Northern District of Illinois, 19 B 28687

Dear Counsel:

This letter serves as confirmation of the offer of my client, Michael Helmstetter, Debtor to purchase for twenty thousand dollars ($ 20,000) the outstanding claims. Funds have been wired from my client trust account in Fifth Third Bank, Oakbrook, Il. to the client trust account directed in the Escrow agreement. These claims are listed below:

1. FCA, or Fiat
2. Santander Bank NA
3. Nissan North America/
   Nissan Motor Acceptance Corp.
4. Ultegra Financial Partners
5. Marvell Brickhouse
6. Scott Kindybalyk
7. Collateral Specialists
8. Res/Title Company
9. John Lewis Monroe, Jr.
10. Ronald Richardson,     his mother
11. Greg Richardson and sister
12. Tom Decanter,
13. Tom McDermott, Sr.
14. Bill Haggerty
15. The Indiana Group

16. Summitt Credit Union
17. Wolverine Trading, LLC
18. Trade River
19. Akounis & Darcy, P.C.
20. Michael Moody
21. **N/A – Deleted**
22. Kevin Benjamin
23. Kerri Fallon
24. Dixon Hughes
23. Monroe Capital
24. Bronswick Benjamin
25. ~~Jaimie Coomer~~ *Excluded*
26. ~~Momentum Strategic Partners~~ *Excluded*

Excluded from this transaction are the causes of action against the following:

A. Kingdom Chevrolet;
B. Western Avenue Nissan;
C. Richard Ruscitti;
D. Benitta Berke;





1

E. World Business Lenders;
F. Terry Gaouette and Gaouette & Associates;
G. 2401 S. Michigan Building Corporation;
H. County Mayo, Corp; and,
I. Maureen Joyce.

This list will be attached to the Escrow Agreement

Please confirm receipt or comment as appropriate. This is a top priority matter for my office. I am available as needed.

Sincerely,

Nicola S. Tancredi
One of the attorneys for
Michael Helmstetter, Debtor

Concur

4/8/22

Michael Helmstetter
Debtor

cc. Michael Helmstetter,
    Debtor

2