UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>MICHAEL HELMSTETTER,<br><br>Debtor(s)<br><br>Plaintiff(s)<br><br>Defendant(s) | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | BK No.: 19-28687<br><br>Chapter: 7<br>Honorable Jacqueline P Cox<br><br>Adv. No.: |

**ORDER AUTHORIZING PAYMENT OF ADMINISTRATIVE EXPENSE FOR INCOME TAXES OF ESTATE AND LIMITING NOTICE**

THIS CAUSE COMING ON TO BE HEARD ON DAVID R. HERZOG, Chapter 7 Trustee's Motion To Authorize Payment of Administrative Expense of Income Taxes to United States Treasury and Illinois Department of Revenue, and to Limit Notice (the "Trustee's Motion");

IT IS ORDERED THAT:

1. The Trustee's Motion is approved by the Court.

2. The Estate's income taxes of (i) $17,272.00 to the United States Treasury and (ii) $8,105.00 to the Illinois Department of Revenue are Administrative Expenses of this Chapter 7 Estate and the Trustee is authorized to satisfy the aforementioned taxes from the funds of the Estate.

3. Notice pursuant to Bankruptcy Rules 2002(a) and 6004 is limited to the (i) Debtor and his counsel, (ii) United States Trustee, (iii) the twenty largest creditors, and (iv) all parties that have filed appearances or requested notices through the Court's CM/ECF system, for cause shown.

Enter: *Jacqueline P. Cox*

Honorable Jacqueline P. Cox
United States Bankruptcy Judge

Dated: August 23, 2022

**Prepared by:**

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
Dennis E. Quaid (Atty. ID #02267012)
Rachel S. Sandler (Atty. ID #6310248)
53 West Jackson Boulevard, Suite 1442
Chicago, Illinois 60604/ (312) 427-1558