# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

August 11, 2022



CERTIFIED COPY
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

Before

DIANE S. SYKES, *Chief Judge*
THOMAS L. KIRSCH II, *Circuit Judge*
CANDACE JACKSON-AKIWUMI, *Circuit Judge*

| No. 21-2486 | IN RE: MICHAEL S. HELMSTETTER, Debtor - Appellant |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:20-cv-05485 | |
| Northern District of Illinois, Eastern Division | |
| District Judge Rebecca R. Pallmeyer | |

The judgment of the District Court is **AFFIRMED** in accordance with the decision of this court entered on this date. Each side to bear their own costs.

Clerk of Court

form name: **c7_FinalJudgment**    (form ID: **132**)