IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| MICHAEL S. HELMSTETTER, | ) | Case No. 19-28687 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |

## TRUSTEE'S REPORT OF SALE

Pursuant to F.R.B.P. 6004(f), the Trustee hereby reports the results of the sale which was part of the mutual settlement agreement and release dated July 24, 2020, following the Trustee's Motion to Approve Compromise or Settlement per Rule 9019 with Kingdom Chevrolet, Inc. And Western Avenue Nissan, Inc., which was approved by Court Order dated September 1, 2022 (Docket #76):

| | |
|---|---|
| Sold to: | Richard Ruscitti, Kingdom Chevrolet, Inc. and Western Avenue Nissan, Inc.("Ruscitti Parties") |
| Price: | $555,000.00 |
| Property: | 33% Interest in Kingdom Chevrolet, Inc. |
| | Alleged 25% Interest in Western Avenue Nissan, Inc. |
| | Alleged interests of Debtor in certain captive re-insurance and advertising companies |
| | Mutual dismissal of causes of action pending in the Circuit Court of Cook County, Illinois by Debtor and the Ruscitti Parties |
| Appeals | (1) Debtor appealed from the Court Order and Chief Judge Pallmeyer's order dated July 13, 2021, in case 20-cv-0548 granted the Trustee's motion and dismissed Helmstetter's appeal. |
| | (2) Debtor appealed to Seventh Circuit Court of Appeals in case number 21-2486 and that Court granted the Trustee's motion and dismissed Helmstetter's appeal on August 11, 2022. |

Dated: October 11, 2022

David R. Herzog, Trustee in Bankruptcy