**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

**Case No.:** 19-28687
**Case Name:** HELMSTETTER, MICHAEL S.
**For the Period Ending:** 10/12/2022

**Trustee Name:** David R. Herzog
**Date Filed (f) or Converted (c):** 10/09/2019 (f)
**§341(a) Meeting Date:** 11/15/2019
**Claims Bar Date:** 08/14/2020

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | | |
| 1 | 2004 Custom Made Soft Tail Mileage: 1500 Other Information: Custom built Motorcyle - also Kari Helmstetter | $1,500.00 | $1,500.00 | | $0.00 | FA |
| 2 | Miscellaneous Household Goods and Furnishings including: A love seat, end tables, sofa tables, kitchen tables and chairs, pots/pans/cookware, one bedroom set with dresser and night stand, lamps and accessories | $1,000.00 | $1,000.00 | | $0.00 | FA |
| 3 | 2 used TV's (55 and 70 Inch) Personal computer/printer, Cell Phone | $1,200.00 | $340.00 | | $0.00 | FA |
| 4 | Some Collectibles | $600.00 | $338.67 | | $0.00 | FA |
| 5 | Firearms including a 9mm Smith and Wesson and 357 Smith and Wesson | $600.00 | $0.00 | | $0.00 | FA |
| 6 | Used Clothing and old wedding rings | $1,000.00 | $0.00 | | $0.00 | FA |
| 7 | Jewelry including rings, watches | $800.00 | $0.00 | | $0.00 | FA |
| 8 | A few books, family pictures | $10.00 | $10.00 | | $0.00 | FA |
| 9 | Cash | $60.00 | $0.00 | | $0.00 | FA |
| 10 | Individual Cheking Account at Navy Federal Credit Union Acct ending in 6622 (Every Day Checking) NFCU Credit Union - PO Box 3100 17.1. Checking Merrifield, VA. 22119-3100 | $10.00 | $0.00 | | $0.00 | FA |
| 11 | Individual Savings Account at Navy Federal Credit Union Acct ending in 1029 (Membership Savings Account) NFCU Credit Union - PO Box 3100 17.2. Savings Merrifield, VA. 22119-3100 | $7.89 | $0.00 | | $0.00 | FA |
| 12 | Individual Checking Account at Pacific Global Bank Acct ending in 0474 (Regular Checking) Pacific Global Bank 2323 S. Wentworth Avenue 17.3. Checking Chicago, Illinois 606016 | $395.00 | $0.00 | | $0.00 | FA |
| 13 | Individual Checking at Beverly Bank & Trust Company Acct ending in 6995 (Total Access Checking) Beverly Bank & Trust Company 10258 S. Western Aven 17.4. Checking Chicago, Illinois 60643 | $162.34 | $0.00 | | $0.00 | FA |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



| | | | |
|---|---|---|---|
| **Case No.:** | 19-28687 | **Trustee Name:** | David R. Herzog |
| **Case Name:** | HELMSTETTER, MICHAEL S. | **Date Filed (f) or Converted (c):** | 10/09/2019 (f) |
| **For the Period Ending:** | 10/12/2022 | **§341(a) Meeting Date:** | 11/15/2019 |
| | | **Claims Bar Date:** | 08/14/2020 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 14 | Individual Account at JP Morgan Chase Bank Acct ending in 0769 (Chase Private Client Checking) JP Morgan Chase Bank, N.A. PO Box 182051 17.5. Checking Columbus, OH. 43218-2051 | $100.00 | $0.00 | | $0.00 | FA |
| 15 | Joint Checking Account at JP Morgan Chase Bank Acct ending in 7182 (Chase Private Client Checking) Joint with Laura A. Lantry (Ex-Wife) JP Morgan Chase Bank, N.A. PO Box 182051 17.6. Checking Columbus, OH. 43218-2051 | $0.35 | $0.00 | | $0.00 | FA |
| 16 | Joint Savings Account at JP Morgan Chase Bank Acct ending in 5197(Chase Private Client Savings) Joint with Laura A. Lantry (Ex-Wife) JP Morgan Chase Bank, N.A. PO Box 182051 17.7. Savings Columbus, OH. 43218-2051 | $3.09 | $0.00 | | $0.00 | FA |
| 17 | Name of entity: % of ownership: Owns 51% Share interest in New City Auto Group Inc., d/b/a Prime Time Nissan (of Schereerville) (Benitta Berke and Steven Dobrofsky own the remaining 49% -24% for Benita Burke and 25% for Steven Dobrofsk) 51% % | $0.00 | $0.00 | | $0.00 | FA |
| 18 | Owns a 33% Interest in Kingdom Chevrolet (Richard Ruscitti owns the remaining 67%) 33% % | $12,000,000.00 | $500,000.00 | | $500,000.00 | FA |
| 19 | Owns a 25% interest in Western Avenue Nissan, Inc., f/k/a South Chicago Nissan, Inc. (Richard Ruscitti owns the remaining 75%) 25% % | $4,000,000.00 | $7,857.14 | | $7,857.14 | FA |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | |
|---|---|---|---|
| **Case No.:** | 19-28687 | **Trustee Name:** | David R. Herzog |
| **Case Name:** | HELMSTETTER, MICHAEL S. | **Date Filed (f) or Converted (c):** | 10/09/2019 (f) |
| **For the Period Ending:** | 10/12/2022 | **§341(a) Meeting Date:** | 11/15/2019 |
| | | **Claims Bar Date:** | 08/14/2020 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 20 | Owner of New City Historic Auto Row LLC - doing business as Alfa Romeo & Fiat of Chicago, doing business as Kingdom Chevrolet, doing business as Kingdom Chevy, doing business as Yamaha and Zero of Chicago Illinois doing business as, Imagine KIA Was 100% owner but Debtor sold 49% of the company (Benitta Berke and Scott Kindybalyk own the remaining 49% - 33% for Benita Burke and 16% for Scott Kindybalyk) 2401 S. Michigan Avenue Chicago, Illinois 60616-2301; dealership shut down | $0.00 | $0.00 | | $0.00 | FA |
| 21 | Alfa Romeo and Fiat of Chicago 2401 S. Michigan Avenue Chicago, Illinois 60616-2301 % | $0.00 | $0.00 | | $0.00 | FA |
| 22 | Owns interest in 2 Reinsurance Companies - owned with 50% | $2,500,000.00 | $7,857.14 | | $7,857.14 | FA |
| 23 | $5000 With @Properties - Security Deposit to move out Randolph Location - may be personally owed to him - though owed to Business - New City Historic Auto Row - as majority owner Debtor may have a claimed | $5,000.00 | $0.00 | | $0.00 | FA |
| 24 | Debtor personally paid $10,000 as an expert witness fee to Dixon Hughes (accounting firm) in the: Michael Helmstetter v. Kingdom Chevrolet, Inc. 2014-CH-20208 Circuit Court of Cook County | $10,000.00 | $0.00 | | $0.00 | FA |
| 25 | $35,000- Maureen Joyce at 2401 s michigan corp/county mayo - Security Deposit - Debtor not sure if he paid individually or if New City Historic LLC paid it | $35,000.00 | $0.00 | | $0.00 | FA |
| 26 | Debtor put shares of Kingdom Chevrolet and South Chicago Nissan into trust called the Zephyr 2020 Inc | Unknown | $7,857.14 | | $7,857.14 | FA |
| 27 | Illinois Drivers License - No Cash Value | $0.00 | $0.00 | | $0.00 | FA |
| 28 | General Motors Chevrolet | Unknown | $0.00 | | $0.00 | FA |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

**Case No.:** 19-28687
**Case Name:** HELMSTETTER, MICHAEL S.
**For the Period Ending:** 10/12/2022

**Trustee Name:** David R. Herzog
**Date Filed (f) or Converted (c):** 10/09/2019 (f)
**§341(a) Meeting Date:** 11/15/2019
**Claims Bar Date:** 08/14/2020

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 29 | Nissan Franchise; divested with closing of New City Auto Group/franchise terminated; derivative ownership in GM franchise for Kingdom Chevrolet; derivative ownership in franchise for Western Avenue Nissan | Unknown | $0.00 | | $0.00 | FA |
| 30 | 2014 Federal Tax Refund due Debtor as a result of amended 2014 1040X related to 2017 2.5 million dollar loss allowing the amendment. IRS sent amended 1040X back to Debtor May, 2019 as first ex-wife (Kerri Fallon) was still legally married to Debtor in 2014, and they wanted her to sign. Around May 20, 2019 Debtor gave return to daughter to have ex-wife sign off and on June 18, 2019 ex-wife was supposed to send return back and never did. All the income was generated by Debtor and refund was from Debtors wages only. As of June 20, 2019 though Debtor is now in collection status so it is disputable if the $91,196.00 would now even be sent to Debtor Federal | $91,196.00 | $0.00 | | $0.00 | FA |
| 31 | Federal Tax Refund Due Debtor for 2013 1040 X return in Federal | Unknown | $0.00 | | $0.00 | FA |
| 32 | IRS Federal Tax Refunds for Tax years 2014, 2015, 2016 Federal | $313,839.00 | $313,839.00 | | $0.00 | FA |
| 33 | State tax refunds for multiple tax years may be owed Debtor State | Unknown | $0.00 | | $0.00 | FA |
| 34 | Potential cause of action vs first ex-wife Kerri Fallon who has held up a $91,000 tax refund due Debtor for 2014 and as a result the IRS has now put Debtor into collections and most likely that refund due debtor will never come due to her intentional and wilfull and malicious act of refusing to allow Debtor to receive refund by refusing to sign off. | $91,196.00 | $1,176.47 | | $1,176.47 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

**Case No.:** 19-28687
**Case Name:** HELMSTETTER, MICHAEL S.
**For the Period Ending:** 10/12/2022

**Trustee Name:** David R. Herzog
**Date Filed (f) or Converted (c):** 10/09/2019 (f)
**§341(a) Meeting Date:** 11/15/2019
**Claims Bar Date:** 08/14/2020

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 35 | Michael Helmstetter v. Kingdom Chevrolet, Inc., Richard Ruscitti and Western Avenue Nissan, 2014-CH-20208 Circuit Court of Cook County, 1st District. See #3 and 4 in attached Exhibit A to Schedule A. Claim may be personal to debtor or derivative as a shareholder of member of New City Auto Group or New City Historic Row Inc. See #3 and #4 on Exhibit A to Schedule A | $16,000,000.00 | $7,857.14 | | $7,857.14 | FA |
| 36 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 37 | Potential Cause of Action for Consumer Fraud, and Unfair and Deceptive Practices and Breach of Contract against Steve Wileman and Consumer Services Co - debt settlement scam - This is their website http://www.consumerservicesco.com/ and the main number from it 800-201-0742 The same number is tied to a similar website name from four years ago https://capitolconsumerrelief.com.cutestat.com/ | Unknown | $0.00 | | $0.00 | FA |
| 38 | Debtor personally paid $10,000 as an expert witness fee to Dixon Hughes (accounting firm) in the: Michael Helmstetter v. Kingdom Chevrolet, Inc. 2014-CH-20208 Circuit Court of Cook County | $10,000.00 | $0.00 | | $0.00 | FA |
| 39 | $50,000- expenses Monroe Capital - Paid by New City Historic Auto Row LLC - Debtor as majority owner may have an interest - paid for them to give Floor Plan for Car Dealership that number came to fruition. Claim may be personal to debtor or derivative as a shareholder of member of New City Auto Group or New city historic Row, Inc. | $50,000.00 | $1,176.47 | | $1,176.47 | FA |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



**Case No.:** 19-28687
**Case Name:** HELMSTETTER, MICHAEL S.
**For the Period Ending:** 10/12/2022

**Trustee Name:** David R. Herzog
**Date Filed (f) or Converted (c):** 10/09/2019 (f)
**§341(a) Meeting Date:** 11/15/2019
**Claims Bar Date:** 08/14/2020

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 40 | Potential Cause of Action v. Rourke and Moody and Michael Moody of legal malpractice and UDAP claim and Unfair and Deceptive Business Acts and Unfair and Deceptive Practices. See #31 listedon attached Exhibit A to Schedule A. Claim may be personal to debtor or derivative as a shareholder of member of New City Auto Group or New City HIstoric Row Inc. | Unknown | $1,176.47 | | $1,176.47 | FA |
| 41 | Potential cause of action against Gaouetter & Associates and all their dba name and Terry Gaouetter for breach of contract, fraud. misrepresentation and accounting malpractice and UDAP claim and Unfair and Deceptive Business Acts and Unfair and Deceptive Practices. see #26 on Exhibit A to Schedule A. Claim may be personal to debtor or derivative as a shareholder of member of New City Auto Group or New City HIstoric Row Inc. | $3,000,000.00 | $250.00 | | $1,000.00 | $0.00 |
| 42 | Potential Cause of Action for Breach of contract and fraud against Ultegra for entering into agreement to fund inventory and Fraud and Misrepresentation. Fraudulentally taking out loan on collateral. see #7 on Exhibit A to Schedule A. Claim may be personal to debtor or derivative as a shareholder of member of New City Auto Group or New City HIstoric Row Inc. | $1,500,000.00 | $1,176.47 | | $1,176.47 | FA |
| 43 | Potential Cause of Action against FCA for fraudlent shipment of inventory. see #1 on Exhibit A to Schedule A. Claim may be personal to debtor or derivative as a shareholder of member of New City Auto Group or New City HIstoric Row Inc. | $7,500,000.00 | $1,176.47 | | $1,176.47 | FA |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | |
|---|---|---|---|
| **Case No.:** | 19-28687 | **Trustee Name:** | David R. Herzog |
| **Case Name:** | HELMSTETTER, MICHAEL S. | **Date Filed (f) or Converted (c):** | 10/09/2019 (f) |
| **For the Period Ending:** | 10/12/2022 | **§341(a) Meeting Date:** | 11/15/2019 |
| | | **Claims Bar Date:** | 08/14/2020 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 44 | Potential Cause of Action for Bad faith lease against Maureen Joyce 2401 s michigan/county mayo as they knew property was rezoned and it was not zoned for a car dealership where $300,000 was spent in detrimantal reliance. see #5 on Exhibit A to Schedule A. Claim may be personal to debtor or derivative as a shareholder of member of New City Auto Group or New City HIstoric Row Inc. | $1,700,000.00 | $5,101.00 | | $5,101.00 | $0.00 |
| 45 | Potential Cause of Action for Nissan North America for fraudulent shipment of inventory - shipping cars that were never ordered and never requested and Fraud in charging for the cars that were not ordered and resulting injuries. see #2 on Exhibit A to Schedule A. Claim may be personal to debtor or derivative as a shareholder of member of New City Auto Group or New City HIstoric Row Inc. | Unknown | $1,176.47 | | $1,176.47 | FA |
| 46 | Santander Bank v. New City Historic Auto Row LLC doing business as Alfa Romeo & Fiat of Chicago and Michael S Helmstetter, Defendants and V. Respondent FCA US LLC, Intervenor Plaintiff, Fort Worth Brothers Automotive, LLC d/b/a Alfa Romeo Fiat of Fort Worth, Counter Claimants Michael S Helmstetter And New City Historic Auto Row LLC v. Counter Claimants V. Counter Defendants Michael S Helmstetter And New City Historic Auto Row LLC Counter Claimant Michael S Helmstetter And New City Historic Auto | Unknown | $1,176.47 | | $1,176.47 | FA |
| 47 | Claims in 19-cv-01516 | Unknown | $0.00 | | $0.00 | FA |
| 48 | VOID | $0.00 | $0.00 | | $0.00 | FA |

**Asset Notes:** Duplicate entry. Asset entered in error.

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



| | | | |
|---|---|---|---|
| **Case No.:** | 19-28687 | **Trustee Name:** | David R. Herzog |
| **Case Name:** | HELMSTETTER, MICHAEL S. | **Date Filed (f) or Converted (c):** | 10/09/2019 (f) |
| **For the Period Ending:** | 10/12/2022 | **§341(a) Meeting Date:** | 11/15/2019 |
| | | **Claims Bar Date:** | 08/14/2020 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 49 | $1,340.00 Unused refundable amount from initial $3,000.00 retainer for accounting/tax consultation servies from around the end of 2018 - April 30, 2020's invoice number 170985 showing $1,660.00 in earned professional fees (thus $1,340.00) Linda Mangurten, Office Manager Bronswick Benjamin P.C. Certified Public Accountants 8750 W. Bryn Mawr Ave, Suite 650 Chicago, IL 60631 (847) 808-9800 bronswick.com (u) | $1,340.00 | $0.00 | | $0.00 | FA |
| 50 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 51 | Equipment for sports and hobbies - bicycle and camping gear, Weber Grill, in storage unit leased by a friend (u) | $300.00 | $0.00 | | $0.00 | FA |
| 52 | KINGDOM ADVERTISING, INC. - 49% ownership (u) | Unknown | $7,857.14 | | $7,857.14 | FA |
| 53 | Zephyr 2020, Inc. Company was intended to be 2% owned by the Helmstetter Children's Trust; debtor is unable to find documentation that was ever accomplished. Company never did business of any kind; never fled tax return; Location: 465 N. Park Drive Apt. 308, Chicago, IL 60611-0003; 98%-100% (u) | $0.00 | $0.00 | | $0.00 | FA |
| 54 | Imagine Cars, LLC; 55 E. Jackson ste #600, Chicago, IL. Intended to own Kia franchise; never obtained zoning; never operated; never filed tax returns; 100% (u) | $0.00 | $0.00 | | $0.00 | FA |
| 55 | Imagine Motorcycles, LLC; 55 E. Jackson #600, Chicago, IL; intended to obtain a Yamaha franchise to operate at 800 S. Wells, Chicago. unable to obtain zoning; never operated; never filed tax returns; 100% (u) | $0.00 | $0.00 | | $0.00 | FA |
| 56 | Invest in Tonight, LLC, 3419 S. Parnell, Chicago; never operated or filed tax returns or had any assets; 50% (u) | $0.00 | $0.00 | | $0.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | |
|---|---|---|---|
| **Case No.:** | 19-28687 | **Trustee Name:** | David R. Herzog |
| **Case Name:** | HELMSTETTER, MICHAEL S. | **Date Filed (f) or Converted (c):** | 10/09/2019 (f) |
| **For the Period Ending:** | 10/12/2022 | **§341(a) Meeting Date:** | 11/15/2019 |
| | | **Claims Bar Date:** | 08/14/2020 |

| | 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 57 | Shatterleg LLC, 2681 Roosevelt Blvd, Clearwater, FL; intended to operate a T-Shirt company; never operated; 10% | (u) | $0.00 | $0.00 | | $0.00 | FA |
| 58 | Charring Cross, LLC | (u) | $0.00 | $0.00 | | $0.00 | FA |
| 59 | Phoenix Moterwerks; never operated; 51% | (u) | Unknown | $0.00 | | $0.00 | FA |
| 60 | Trust - Helmstetter Children's Trust was created in 2019. Debtor unable to locate a copy. No assets were transferred into the trust. | (u) | $0.00 | $0.00 | | $0.00 | FA |
| 61 | Trust - Debtor created the Michael Helmstetter Living trust in February 2019. To the best of his knowledge it was never funded with any assets. | (u) | $0.00 | $0.00 | | $0.00 | FA |
| 62 | Intellectual Property; Domain Names hosted by Go Daddy; newcityautogrop.com, primetimeautogroup.com, primetimenissan.com, primetimenissanschererville.com, westernavenissan.com | (u) | Unknown | $7,857.14 | | $7,857.14 | FA |
| 63 | Potential claim against Bennita Berke Breach of Contract; Fraudulent Inducement; Misrepresentation; Claim against Bennita Berke for not contributing the value of her property in return for her ownership stake in New City Historic Auto Row, Inc. potential damages = 51% of the value of 647 W. division St, Chicago IL. see 3 6 on Exhibit A to Schedule A. Claim may be personal to debtor or derivative as a shareholder of member of New City Auto Group or New City HIstoric Row Inc. | (u) | Unknown | $250.00 | | $0.00 | $250.00 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



| | | | |
|---|---|---|---|
| **Case No.:** | 19-28687 | **Trustee Name:** | David R. Herzog |
| **Case Name:** | HELMSTETTER, MICHAEL S. | **Date Filed (f) or Converted (c):** | 10/09/2019 (f) |
| **For the Period Ending:** | 10/12/2022 | **§341(a) Meeting Date:** | 11/15/2019 |
| | | **Claims Bar Date:** | 08/14/2020 |

| | 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 64 | Jamie Comer Notary employed by Ruscitti; Notarizing signatures on documents when the signatories were not present; notarizing documents known to the notary to be false; dagaes TBD based on 16.5% of Kingdom and 12% of Western Ave. Nissan. See #8 to Exhibit A to Schedule A. Claim may be personal to debtor or derivative as a shareholder of member of New City Auto Group or New City HIstoric Row Inc. | (u) | Unknown | $7,857.16 | | $7,857.16 | FA |
| 65 | claim against Marvell Brickhouse --Notarizing signatures on documents when the signatories were not present; notarizing documents known to the notary to be false. See #9 to Exhibit A to Schedule A. Claim may be personal to debtor or derivative as a shareholder of member of New City Auto Group or New City HIstoric Row Inc. #9 on Exhibit A to Schedul A Claim may be personal to debtor or derivative as a shareholder of member of New City Auto Group or New City HIstoric Row Inc. | (u) | $1,500,000.00 | $1,176.47 | | $1,176.47 | FA |
| 66 | claim against Bennita Berke and ScottKIndybalyk - Failure to pay consideration for membership in LLC -Since neither individual tendered their consideration to Helmstetter to give up his membership shares in NCHAR. (Also, question of whether they, in fact, have any ownership interest in NCHAR because of their failure to pay for what was supposed to be their interest.) SEe #10 on Exhibit A to Schedule A. Claim may be personal to debtor or derivative as a shareholder of member of New City Auto Group or New City HIstoric Row Inc. | (u) | Unknown | $250.00 | | $0.00 | $250.00 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**



**Case No.:** 19-28687
**Case Name:** HELMSTETTER, MICHAEL S.
**For the Period Ending:** 10/12/2022

**Trustee Name:** David R. Herzog
**Date Filed (f) or Converted (c):** 10/09/2019 (f)
**§341(a) Meeting Date:** 11/15/2019
**Claims Bar Date:** 08/14/2020

| 1 | | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | | | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 67 | Ronald Richardson and others -- Fraud; writing a fraudulent check for $3.5 million, knowing he had insufficient funds; breach of contract; fraudulent inducement to contract. See #16 on Exhibit A to Schedule A. Claim may be personal to debtor or derivative as a shareholder of member of New City Auto Group or New City HIstoric Row Inc. | (u) | $3,500,000.00 | $1,176.47 | | $1,176.47 | FA |
| 68 | claim against Collateral Specialists' --- Tortuous interference with Business Regarding sale of 30 vehicles to FWB and in operation of routine business. Malfeasance of conduct. #12. Claim may be personal to debtor or derivative as a shareholder of member of New City Auto Group or New City HIstoric Row Inc. | (u) | Unknown | $1,176.47 | | $1,176.47 | FA |
| 69 | claim against Stephen Michaels and others --- NCHAR paid Michaels for consulting work never provided. Michaels appears to be a pseudonym for Terry Gaouette. #18 on Exhibit A to Schedule A. Claim may be personal to debtor or derivative as a shareholder of member of New City Auto Group or New City HIstoric Row Inc. | (u) | $25,000.00 | $0.00 | | $0.00 | FA |
| 70 | claim against Adam Wimmer/Painted Sky LLC --- Breach of Contract; Fraudulent Inducement; Misrepresentation; Fraud; Civil RICO; Predatory Lending #19. Claim may be personal to debtor or derivative as a shareholder of member of New City Auto Group or New City HIstoric Row Inc. | (u) | $1,500,000.00 | $0.00 | | $0.00 | FA |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



**Case No.:** 19-28687
**Case Name:** HELMSTETTER, MICHAEL S.
**For the Period Ending:** 10/12/2022

**Trustee Name:** David R. Herzog
**Date Filed (f) or Converted (c):** 10/09/2019 (f)
**§341(a) Meeting Date:** 11/15/2019
**Claims Bar Date:** 08/14/2020

| 1 | | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | | | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 71 | claim against World Business Lenders --- World Business Lenders executed a mortgage in favor of one John Lewis Monroe, Jr. on land without the knowledge or consent of the owner of the land. The land was to be used as collateral for financing for NCHAR and for future dealerships. As a result of the mortgage, the land could not (and still cannot) be used as collateral for financing. #13 on Exhibit A to Schedule A. Claim may be personal to debtor or derivative as a shareholder of member of New City Auto Group or New City HIstoric Row Inc. | (u) | $1,500,000.00 | $0.00 | | $0.00 | $1.00 |
| 72 | RES and/or Title Company -- Res/Title assisted World Business Lenders and John Lewis Monroe, Jr. #14 on Exhibit A to Schedule A. Claim may be personal to debtor or derivative as a shareholder of member of New City Auto Group or New City HIstoric Row Inc. | (u) | $1,500,000.00 | $1,176.47 | | $1,176.47 | FA |
| 73 | claim against -- John Lewis Monroe Jr -- .World Business Lenders executed a mortgage in favor of one John Lewis Monroe, Jr. on land without the knowledge or consent of the owner of the land. The land was to be used as collateral for financing for NCHAR and for future dealerships. As a result of the mortgage, the land could not (and still cannot) be used as collateral for financing. #15 on Exhibit A to Schedule A. Claim may be personal to debtor or derivative as a shareholder of member of New City Auto Group or New City HIstoric Row Inc. | (u) | $1,500,000.00 | $1,176.47 | | $1,176.47 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | |
|---|---|---|---|
| **Case No.:** | 19-28687 | **Trustee Name:** | David R. Herzog |
| **Case Name:** | HELMSTETTER, MICHAEL S. | **Date Filed (f) or Converted (c):** | 10/09/2019 (f) |
| **For the Period Ending:** | 10/12/2022 | **§341(a) Meeting Date:** | 11/15/2019 |
| | | **Claims Bar Date:** | 08/14/2020 |

| | 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 74 | "The Indiana Group" consisting of Tom Decanter, Tom McDermott Sr., and Bill Haggerty. -- The Indiana group was presented by Terry Gaouette as a potential funder for both NCHAR and NCAG. The group met with various representatives from both dealerships for several months offering to supply nearly $29MM in exchange for 49% of both dealerships. When Helmstetter tried to meet at the bank and other locations, it became apparent this may be a scam. On July 13, 2018 the potential deal was terminated. While no money was lost directly to this group, their fraudulent interference lead the officers of New City to spend time that could have been spent pursuing legitimate lenders. #17 on Exhibit A to Schedule A. Claim may be personal to debtor or derivative as a shareholder of member of New City Auto Group or New City HIstoric Row Inc. | (u) | Unknown | $1,176.47 | | $1,176.47 | FA |
| 75 | Monty Merz --- Merz may have conspired with Wimmer, Gaouette and others to defraud Helmstetter and NCHAR through a predatory loan, which funds were never received by NCHAR #22 on Exhibit A to Schedule A. Claim may be personal to debtor or derivative as a shareholder of member of New City Auto Group or New City HIstoric Row Inc. | (u) | Unknown | $0.00 | | $0.00 | FA |
| 76 | New Horizon Strategic Management Consultants, Inc. --- It is believed this company does not exist and is a front for Terry Gaouette. It was used to induce Helmstetter into contracting to sell New Market Tax Credits to pseudo investors, such as Ronald Richardson. #23 on Exhibit A to Schedule A. Claim may be personal to debtor or derivative as a shareholder of member of New City Auto Group or New City HIstoric Row Inc. | (u) | Unknown | $250.00 | | $0.00 | $250.00 |

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

## ASSET CASES



**Case No.:** 19-28687
**Case Name:** HELMSTETTER, MICHAEL S.
**For the Period Ending:** 10/12/2022

**Trustee Name:** David R. Herzog
**Date Filed (f) or Converted (c):** 10/09/2019 (f)
**§341(a) Meeting Date:** 11/15/2019
**Claims Bar Date:** 08/14/2020

| | 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 77 | Amy Lokken -- Assistant to Terry Gaouette, Lokken assisted Gaouette in his dealings with Helmstetter, NCHAR and NCAG. She also was involved in assisting in setting up a bank account ay Summit Credit Union that was used to bank the proceeds of fraud. #24 on Exhibit A to Schedule A. Claim may be personal to debtor or derivative as a shareholder of member of New City Auto Group or New City HIstoric Row Inc. | (u) | Unknown | $250.00 | | $0.00 | $250.00 |
| 78 | Kate Heubner --- Heubner is Lokken's sister. She is a manager of Summit Credit Union. She was involved in assisting in setting up a bank account ay Summit Credit Union that was used to bank the proceeds of fraud. #25 on Exhibit A to Schedule A. Claim may be personal to debtor or derivative as a shareholder of member of New City Auto Group or New City HIstoric Row Inc. | (u) | Unknown | $250.00 | | $0.00 | $250.00 |
| 79 | Trade River --- Breach of Contract; Fraudulent Inducement; Misrepresentation; Fraud; Predatory Lending #29. on Exhibit A to Schedule A. Claim may be personal to debtor or derivative as a shareholder of member of New City Auto Group or New City HIstoric Row Inc. | (u) | Unknown | $1,176.47 | | $1,176.47 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES



**Case No.:** 19-28687
**Case Name:** HELMSTETTER, MICHAEL S.
**For the Period Ending:** 10/12/2022

**Trustee Name:** David R. Herzog
**Date Filed (f) or Converted (c):** 10/09/2019 (f)
**§341(a) Meeting Date:** 11/15/2019
**Claims Bar Date:** 08/14/2020

| | 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 80 | Akounis & Darcy PC (A&D) -- A&D charged at least ` dollars in legal fees to advise Capital Services and CCS in handling the UCC Auction. It was their duty to advise CCS to work with FCA first to follow 815 ILCS 710/9.5 before proceeding to a UCC auction. Furthermore, A&D charged ~ dollars in legal fees to correct errors due to improper handling of the inventory. Furthermore, A&D charged $590 to attend the auction and did not object to the improper actions of Napleton and Fisher in violation of the Sherman Anti-trust laws by working together to reduce the winning bid. #30 on Exhibit A to Schedule A. Claim may be personal to debtor or derivative as a shareholder of member of New City Auto Group or New City HIstoric Row Inc. | (u) | Unknown | $1,176.47 | | $1,176.47 | FA |
| 81 | Summit Credit Union --- Fraud; Accessory to Fraud; Bank Fraud Fraud; Accessory to Fraud; Bank Fraud #2Fraud; Accessory to Fraud; Bank Fraud; see #27 on exhibit A to Schedule A | (u) | Unknown | $1,176.47 | | $1,176.47 | FA |
| 82 | VOID | | $0.00 | $0.00 | | $0.00 | FA |

**Asset Notes:** Asset entered in error.

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | |
|---|---|---|---|
| **Case No.:** | 19-28687 | **Trustee Name:** | David R. Herzog |
| **Case Name:** | HELMSTETTER, MICHAEL S. | **Date Filed (f) or Converted (c):** | 10/09/2019 (f) |
| **For the Period Ending:** | 10/12/2022 | **§341(a) Meeting Date:** | 11/15/2019 |
| | | **Claims Bar Date:** | 08/14/2020 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 83 | CLAIM AGAINST ATTORNEY KEVIN BENJAMIN: Mr. Benjamin failed to properly advise Debtor of the ramifications of Chapter 7 -- that it was not a vehicle for reorganization to enable the Debtor to "marshal his assets" and at the same time gain protection from Creditors. Kevin Benjamin failed to give the proper explanation and possibilities of Chapter 11 where he could prosecute and liquidate his claims against third parties and at the same time get protection from Creditors. Kevin Benjamin failed to properly explain the possibilities of a Chapter 11 case to enable Michael Helmstetter to protect himself from Creditors and at the same time prosecute claims against third parties which are included in his Amended Schedule B previously filed herein. **(u)** | Unknown | $1,176.48 | | $1,176.48 | FA |
| **TOTALS (Excluding unknown value)** | | **$59,840,319.67** | **$898,628.67** | | **$581,101.00** | **Gross Value of Remaining Asset** **$1,251.00** |

**Major Activities affecting case closing:**

06/30/2021 Awaiting decision on appeal of the Kingdom Settlement and Debtor's appeal of sale of two causes of action and litigation of Attorney Pomerantz's claim against the estate.

**Initial Projected Date Of Final Report (TFR):** 06/30/2021 **Current Projected Date Of Final Report (TFR):** 06/30/2023

/s/ DAVID R. HERZOG

DAVID R. HERZOG

# FORM 2



## CASH RECEIPTS AND DISBURSEMENTS RECORD

**Case No.** 19-28687
**Case Name:** HELMSTETTER, MICHAEL S.
**Primary Taxpayer ID #:** **-***0467
**Co-Debtor Taxpayer ID #:**
**For Period Beginning:** 10/13/2021
**For Period Ending:** 10/12/2022

**Trustee Name:** David R. Herzog
**Bank Name:** Veritex Community Bank
**Checking Acct #:** ******8701
**Account Title:**
**Blanket bond (per case limit):** $5,000,000.00
**Separate bond (if applicable):**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 09/08/2021 | | Richard Ruscitti | Pursuant to order dated 9/1/20 (Docket #76) | * | $555,000.00 | | $555,000.00 |
| | {18} | | $500,000.00 | 1129-000 | | | $555,000.00 |
| | {19} | | $7,857.14 | 1129-000 | | | $555,000.00 |
| | {22} | | $7,857.14 | 1129-000 | | | $555,000.00 |
| | {26} | | $7,857.14 | 1129-000 | | | $555,000.00 |
| | {35} | | $7,857.14 | 1129-000 | | | $555,000.00 |
| | {52} | | $7,857.14 | 1129-000 | | | $555,000.00 |
| | {62} | | $7,857.14 | 1129-000 | | | $555,000.00 |
| | {64} | | $7,857.16 | 1129-000 | | | $555,000.00 |
| 09/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $866.71 | $554,133.29 |
| 10/29/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $894.20 | $553,239.09 |
| 11/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $863.96 | $552,375.13 |
| 12/17/2021 | 3001 | Gregory K Stern | Pursuant to order Dated 2/16/2021 (Docket No. 126) | * | | $162,860.50 | $389,514.63 |
| | | | Pursuant to order Dated 2/16/2021 (Docket No. 126) ($162,416.00) | 3210-000 | | | $389,514.63 |
| | | | Pursuant to order Dated 2/16/2021 (Docket No. 126) ($444.50) | 3220-000 | | | $389,514.63 |
| 12/31/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $891.36 | $388,623.27 |
| 01/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $652.55 | $387,970.72 |
| 02/28/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $565.48 | $387,405.24 |
| 03/09/2022 | 3002 | Gregory K Stern | Pursuant to Order dated 1/11/22 (Docket No. 186) | * | | $134,884.07 | $252,521.17 |
| | | | ($133,250.00) | 3210-000 | | | $252,521.17 |
| | | | ($1,634.07) | 3220-000 | | | $252,521.17 |
| 03/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $470.68 | $252,050.49 |
| 04/19/2022 | 3003 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $204.01 | $251,846.48 |

**SUBTOTALS** $555,000.00 $303,153.52

# FORM 2



## CASH RECEIPTS AND DISBURSEMENTS RECORD

**Case No.** 19-28687
**Case Name:** HELMSTETTER, MICHAEL S.
**Primary Taxpayer ID #:** **-***0467
**Co-Debtor Taxpayer ID #:**
**For Period Beginning:** 10/13/2021
**For Period Ending:** 10/12/2022

**Trustee Name:** David R. Herzog
**Bank Name:** Veritex Community Bank
**Checking Acct #:** ******8701
**Account Title:**
**Blanket bond (per case limit):** $5,000,000.00
**Separate bond (if applicable):**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 04/29/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $406.66 | $251,439.82 |
| 05/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $392.65 | $251,047.17 |
| 06/27/2022 | | Michael Helmstetter | Sale of remaining causes of action pursuant to 6/7/22 Order (Docket No. 244) | * | $20,000.00 | | $271,047.17 |
| | {34} | | $1,176.47 | 1129-000 | | | $271,047.17 |
| | {39} | | $1,176.47 | 1129-000 | | | $271,047.17 |
| | {40} | | $1,176.47 | 1129-000 | | | $271,047.17 |
| | {42} | | $1,176.47 | 1129-000 | | | $271,047.17 |
| | {43} | | $1,176.47 | 1129-000 | | | $271,047.17 |
| | {45} | | $1,176.47 | 1129-000 | | | $271,047.17 |
| | {46} | | $1,176.47 | 1129-000 | | | $271,047.17 |
| | {65} | | $1,176.47 | 1129-000 | | | $271,047.17 |
| | {67} | | $1,176.47 | 1129-000 | | | $271,047.17 |
| | {68} | | $1,176.47 | 1129-000 | | | $271,047.17 |
| | {72} | | $1,176.47 | 1129-000 | | | $271,047.17 |
| | {73} | | $1,176.47 | 1129-000 | | | $271,047.17 |
| | {74} | | $1,176.47 | 1129-000 | | | $271,047.17 |
| | {79} | | $1,176.47 | 1129-000 | | | $271,047.17 |
| | {80} | | $1,176.47 | 1129-000 | | | $271,047.17 |
| | {81} | | $1,176.47 | 1129-000 | | | $271,047.17 |
| | {83} | | $1,176.48 | 1149-000 | | | $271,047.17 |
| 06/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $395.16 | $270,652.01 |
| 07/29/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $436.75 | $270,215.26 |
| 08/01/2022 | (41) | Terry Gaouette | Pursuant to Order dated 1/25/22 (Docket #195) | 1129-000 | $1,000.00 | | $271,215.26 |
| 08/01/2022 | (44) | Maureen Joyce | Pursuant to Order dated 1/25/22 (Docket #195) | 1129-000 | $5,101.00 | | $276,316.26 |
| | | | | **SUBTOTALS** | $26,101.00 | $1,631.22 | |

# FORM 2



## CASH RECEIPTS AND DISBURSEMENTS RECORD

**Case No.** 19-28687
**Case Name:** HELMSTETTER, MICHAEL S.
**Primary Taxpayer ID #:** **-***0467
**Co-Debtor Taxpayer ID #:**
**For Period Beginning:** 10/13/2021
**For Period Ending:** 10/12/2022

**Trustee Name:** David R. Herzog
**Bank Name:** Veritex Community Bank
**Checking Acct #:** ******8701
**Account Title:**
**Blanket bond (per case limit):** $5,000,000.00
**Separate bond (if applicable):**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 08/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $445.57 | $275,870.69 |
| 09/06/2022 | 3004 | United States Treasury | EID 61-6650467 / 2021 Form 1041 | 2990-000 | | $17,272.00 | $258,598.69 |
| 09/06/2022 | 3005 | Illinois Dept. of Revenue | EID 61-6650467 / IL-1041-V | 2990-000 | | $8,105.00 | $250,493.69 |
| 09/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $433.58 | $250,060.11 |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **TOTALS:** | $581,101.00 | $331,040.89 | $250,060.11 |
| **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| **Subtotal** | $581,101.00 | $331,040.89 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $581,101.00 | $331,040.89 | |

**For the period of 10/13/2021 to 10/12/2022**

| | |
|---|---|
| Total Compensable Receipts: | $26,101.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $26,101.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $330,174.18 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $330,174.18 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 09/02/2020 to 10/12/2022**

| | |
|---|---|
| Total Compensable Receipts: | $581,101.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $581,101.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $331,040.89 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $331,040.89 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2



## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 19-28687 | **Trustee Name:** | David R. Herzog |
| **Case Name:** | HELMSTETTER, MICHAEL S. | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***0467 | **Checking Acct #:** | ******8701 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 10/13/2021 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 10/12/2022 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $581,101.00 | $331,040.89 | $250,060.11 |

**For the period of 10/13/2021 to 10/12/2022**

| | |
|---|---|
| Total Compensable Receipts: | $26,101.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $26,101.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $330,174.18 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $330,174.18 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 09/02/2020 to 10/12/2022**

| | |
|---|---|
| Total Compensable Receipts: | $581,101.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $581,101.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $331,040.89 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $331,040.89 |
| Total Internal/Transfer Disbursements: | $0.00 |