UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 7 |
| MICHAEL S. HELMSTETTER, ) | |
| ) | Bankruptcy No. 19-28687 |
| DEBTOR ) | |
| ) | Honorable Jacqueline Cox |

TO:   SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE THAT on December 20, 2022, at 1:00 p.m., I shall appear before the Honorable Jacqueline Cox, or any other judge sitting in her stead and request a hearing on the Motion to Withdraw, a copy of which is attached hereto and thereby served upon you.

This motion will be presented and heard telephonically. To appear and be heard on the motion, you must do the following: To appear by telephone, call (877) 972-8394, Passcode: 5021178

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, these motions will be called on the presentment date. If no Notice of Objection is timely filed, the Court may grant the motions in advance without a hearing.

/s/ Nicola S. Tancredi
**LAW OFFICE OF NICOLA S. TANCREDI**
Law Office of Nicola Tancredi
Two TransAm Plaza, Suite 250
Oakbrook Terrace, IL 60181
ARDC No. 275638

**CERTIFICATE OF SERVICE**

I, Nicola S. Tancredi, Debtor's attorney, hereby certifies that on November 11, 2022, I served the above to those listed on the Service List noted below via the ECF, electronic filing system of the US Bankruptcy Court.

/s/ Nicola S. Tancredi
**LAW OFFICE OF NICOLA S. TANCREDI**
Law Office of Nicola Tancredi
Two TransAm Plaza, Suite 250
Oakbrook Terrace, IL 60181
ARDC No. 275638

**SERVICE LIST**

Gregory Stern
53 W. Jackson Boulevard, Suite 1442
Chicago, Illinois 60604

Patrick S. Layng Office of the U.S. Trustee
Region 11
219 South Dearborn Street, Room 873
Chicago, Illinois 60604

David R. Herzog
Law Offices of David R. Herzog
53 West Jackson Blvd, Suite 1442
Chicago, Illinois 60604

Debra Devassy Babu
Askounis & Darcy, PC
444 North Michigan Avenue, Suite 3270
Chicago, Illinois 60611

Jamie L Burns
Levenfeld Pearlstein, LLC
2 North LaSalle Street, Suite 1300
Chicago, Illinois 60602

Whitman H. Brisky
Mauck & Baker LLC
1 North LaSalle Street, Suite 600
Chicago, Illinois 60602

Christopher R. Schmidgal
Law Office of Garry A. Weiss, PC
Six West 73rd Avenue
Merrillville, Indiana 46410


Charles Tatelbaum
Tripp Scott PA
110 SE 6 Street, 15th Floor
Fort Lauderdale, Florida 33301


James M. Yannakopoulos
Koransky Bouwer & Poracky PC
425 Joliet Street, Suite 425
Dyer, Indiana 46311


Bryan D King Brown
Udell Pomerantz Delrahim
225 W. Illinois, Suite 300
Chicago, IL 60654


Daniel S Hefter
Hefter Law, Ltd.
22 W. Washington, Suite 1500
Chicago, IL 60602


Cindy M. Johnson
Johnson Legal Group, LLC
140 S. Dearborn, Ste 1510
Chicago, IL 60603


Victor J. Allen
 Justin Mertz
Michael, Best & Friedrich, LLP
790 N. Water St., Ste 2500
Milwaukee, WI 53202



Jeffrey Paulsen

Law Offices of Wm J. Factor, Ltd.
105 W. Madison, Ste 1500
Chicago, Il 60602