IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| MICHAEL S. HELMSTETTER, | ) | Case No. 19 – 28687 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |
| | ) | |
| | ) | Hearing Date and Time: |
| | ) | December 20, 2022 at 1:00 p.m. |

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, hereby state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing **NOTICE OF TRUSTEE'S ATTORNEYS' THIRD APPLICATION FOR ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF COSTS AND EXPENSES, AUTHORIZATION TO PAY ALLOWED ADMINISTRATIVE CLAIM AND LIMIT NOTICE TO TWENTY LARGEST UNSECURED CREDITORS** to be served on all persons set forth on the attached Service List and identified as Registrants through the Court's Electronic Notice for Registrants, and, as to all other persons on the attached Service List by mailing a copy of same in an envelope properly addressed and with postage fully prepaid and by depositing same in the U.S. Mail, Chicago, Illinois on the 23rd day of November, 2022.



/s/ Gregory K. Stern
Gregory K. Stern

Gregory K. Stern (Atty. ID #6183380)
Dennis E. Quaid (Atty. ID #02267012)
Monica C. O'Brien (Atty. ID #6216626)
Rachel S. Sandler (Atty. ID #6310248)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558

## SERVICE LIST

**Registrants Served Through The Court's Electronic Notice For Registrants**

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 South Dearborn Street, Room 873
Chicago, Illinois 60604

David R. Herzog
Herzog & Schwartz PC
77 West Washington Street, Suite 1400
Chicago, Illinois 60602

Debra Devassy Babu
Jamie L Burns
Whitman H. Brisky
Daniel S. Hefter
Byran D. King
Christopher R. Schmidgal
Nicola S. Tancredi
Charles Tatelbaum
James M. Yannakopoulos
Jeffrey Paulson
Cindy Johnson

**Parties Served By United States Mail**

Michael Helmstetter
3939 North Star Trail
Odessa, Florida 33556

ADG
Attn: William H. Kelly, Partner
5810 W. 78th Street, Suite 300
Minneapolis, MN 55439

Beerman LLP
161 N Clark Street, Suite 3000
Chicago, IL 60601

Chase Card Services
P.O. Box 15298
Wilmington, DE 19850

Kerri Fallon
1741a Beachview Court
180 N. La Salle Street, Suite 3700
Crown Point, IN 46307

FCA, aka Fiat
c/o Quarles & Brady
300 N. LaSalle Street, Suite 4000
Chicago, Illinois 60654

Ft. Worth Brothers Automotive LLC
c/o Burke Warren McKay Serritella
330 N. Wabash, 21st Floor
Chicago, IL 60611

Illinois Department of Revenue
Bankruptcy Unit
PO Box 19035
Springfield, IL 62794-9035

IRS
PO BOX 7346
Philadelphia, PA 19101-7346

Lessmeister & Samad PLLC
55 West Wacker Drive
Suite 1400
Chicago, Illinois 60601-6060

Monroe Capital
311 South Wacker Drive, Suite 64
Chicago, Illinois 60606

Oak Group bba Warranty Sol'n Mngt Corp
7125 W. Jefferson Ave., Suite S-200
Denver, CO 80235

Oceantime LLC
3208 NE 10th Street
Pompano Beach, FL 33062-3908

O'Rourke & Moody
55 West Wacker Drive, Suite 1400
Chicago, Illinois 60601

Painted Sky/Adam Wimmer
1225 17th Street, Suite 2650
Denver, CO 80202

Pearl Capital Business Funding, LLC
525 Washington Boulevard, 22nd Floor
Jersey City, NJ 07310

Premium Business Solutions
8019 N. Himes
Tampa, Florida 33611

Reyna Capital Corporation
One Reynolds Way
Kettering, OH 45430

Ridgestone Bank
500 Elm Grove Road, Suite 102
Elm Grove, WI 53122

West Lake Financial Services
4751 Wilshire Blvd., Suite 100
Los Angeles, CA 90010

THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| MICHAEL S. HELMSTETTER, | ) | Case No. 19-28687 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |

**NOTICE OF CHAPTER 7 TRUSTEE'S ATTORNEYS' THIRD APPLICATION FOR ALLOWANCE OF INTERIM COMPENSATION, REIMBURSEMENT OF COSTS AND EXPENSES, AUTHORIZATION TO PAY ALLOWED ADMINISTRATIVE CLAIM AND TO LIMIT NOTICE TO TWENTY LARGEST UNSECURED CREDITORS**

**TO THE DEBTOR, HIS CREDITORS AND ALL PARTIES IN INTEREST:**

**PLEASE BE ADVISED THAT** Gregory K. Stern, Dennis E. Quaid, Monica C. O'Brien and Rachel S. Sandler, Attorneys for David R. Herzog the Chapter 7 Trustee, filed their Third Application for Allowance of Interim Compensation and Reimbursement of Costs and Expenses, Authorization to Pay Allowed Administrative Claim and to Limit Notice to Twenty Largest Unsecured Creditors (the "Third Application for Interim Compensation"), requesting, pursuant to §§330 and 331 of the Bankruptcy Code, allowance of compensation in the amount of $157,576.50 for 294.20 hours of professional services rendered from December 1, 2021 through November 21, 2022**,** and reimbursement of costs and expenses in the amount of $2,220.21. The Attorneys request payment of unpaid interim compensation and reimbursement of costs and expenses in the total amount of $159,796.71. The Third Application for Interim Compensation is on file with the Clerk of the United States Bankruptcy Court, Northern District of Illinois, and may be inspected at 219 South Dearborn Street, 7th Floor, Chicago, Illinois.

**BE ADVISED FURTHER THAT** hearing on the Third Application for Allowance of Interim Compensation has been scheduled for December 20, 2022, at 1:00 p.m., before the Honorable Jaqueline P. Cox, United States Bankruptcy Judge either in Courtroom 680, 219 South Dearborn Street, Chicago, Illinois, or electronically as described below. All parties in interest, including the Movant, may appear for the presentment of the Motion either in person or electronically using Zoom for Government.

**To appear by video**, use this link: http://www.zoomgov.com/. Then enter the meeting ID and password.
**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.
**Meeting ID and password.** The meeting ID for this hearing is 1612732896 and the password is 778135. The meeting ID and password can also be found on the judge's page on the court's website.

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the Court may grant the motion in advance without a hearing.

Gregory K. Stern (Atty. ID #6183380)
Dennis E. Quaid (Atty. ID #02267012)
Monica C. O'Brien (Atty. ID #6216626)
Rachel S. Sandler (Atty. ID #6310248)
53 West Jackson Boulevard, Suite 1442
Chicago, Illinois 60604