# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: Michael S. Helmstetter )
                             )      Case No. 19 B 28687
                             )
                             )      Chapter  7
             Debtor(s). )
                             )      Honorable Jacqueline P. Cox

**ORDER GRANTING ATTORNEY WITHDRAWAL**

—————————————

This matter coming before the court on Attorney Nicola S. Tancedi's Motion to Withdraw as Attorney, the parties having been given notice and opportunity to be heard, the court orders as follows:

Nicola S. Tancredi's Motion to Withdraw is Granted.

Dated:                                              ENTER:

                                                  _____

                                                  Jacqueline P. Cox
                                                  United States Bankruptcy Judge

—