UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>Michael S. Helmstetter<br><br>Debtor(s)<br><br>Plaintiff(s)<br><br>Defendant(s) | BK No.: 19-28687<br><br>Chapter: 7<br><br>Honorable Jacqueline P Cox<br><br>Adv. No.: |

**ORDER GRANTING ATTORNEY WITHDRAWAL**

This matter coming before the court on Attorney Nicola S. Tancedi's Motion to Withdraw as Attorney, the parties having been given notice and opportunity to be heard, the court orders as follows:

Nicola S. Tancredi's Motion to Withdraw is Granted.

Enter: *Jacqueline P. Cox*

Honorable Jacqueline P. Cox
United States Bankruptcy Judge

Dated: January 03, 2023