B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District Of Illinois

In re  **Michael Helmstetter**

Case No. 19-28687

**Debtor**

Chapter 7

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 2,000/month plus 1/3 of surplus, retain

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . $ 4,000

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0

2. The source of the compensation paid to me was:

   [X] Debtor     [ ] Other (specify)

3. The source of compensation to be paid to me is:

   [x] Debtor     [ ] Other (specify)

4. [x] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. ~~Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;~~

   b. ~~Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;~~

   c. ~~Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;~~

B2030 (Form 2030) (12/15)

    d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e. [Other provisions as needed]
       Appellate practice, including adversarial matters, and certiorari to Supreme Court.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

1-23-23     Michael Stanley
*Digitally signed by Michael Stanley*
*DN: cn=Michael Stanley, o, ou, email=michael@michaelstanley.co, c=US*
*Date: 2023.01.23 13:24:53 -06'00'*

*Date*     *Signature of Attorney*

Michael Stanley and Associates, P.C.
*Name of law firm*

# LAW OFFICES
# MICHAEL STANLEY AND ASSOCIATES, P.C.

5455 N. Sheridan Road-SUITE 503
CHICAGO, ILLINOIS 60640
(312) 561-4408
FAX (312) 561-4479

December 13, 2022

## ENGAGEMENT LETTER AND FEE ARRANGEMENT

Dear Michael Helmstetter:

Pursuant to our phone conference yesterday and our meeting today, I have agreed to represent you in connection with your personal bankruptcy, case no.: 19-28687; refiling of New City Historic Auto Row, LLC v. O'Rourke & Moody LLP, et al., case no.22-L-2226; and possible filing of a case against various Nissan entities relating to the shuttering of a Nissan car dealership in Indiana.

At this time, I want to thank you for selecting my law firm to represent you in this matter. I also wish to set forth our agreement as to payment of my fees. We have agreed to a retainer of $2,000.00 per month, plus any necessary filing fees payable on the 15th of each month. Additionally, I will receive one-third of the proceeds of any recovery or surplus received from the bankruptcy filing as well as one-third of recovery from ancillary cases including the malpractice case against O'Rourke & Moody LLP; and/or litigation against Nissan described above.

I may send you documents, correspondence, and other information throughout the case. These copies will be your file copies. Please retain them. I will also keep the information in a file in my office, which will be my file. Please bring your copy of the file to all of our meetings so that we both have all the necessary information in front of us. When I have completed all the legal work necessary for your case, I will close my file and store the file for approximately five years. I will destroy the file after that period of time unless you instruct me in writing to keep your file longer.

On behalf of the firm, we are happy to represent you in this matter. If you have any questions, please contact me at your convenience.

Very truly yours,

_____
Michael T. Stanley

I have read this letter and consent to it. Furthermore, I grant and give my informed consent after Michael T. Stanley has proposed the course of conduct, has communicated adequate information, and has explained all material risks of and reasonable available alternatives to the proposed course of conduct.

_____
Michael Helmstetter, December 13 2022

Page 1 of 1