Client: 538765.

| Date | Staff | Hours | Amount | Rate |
|---|---|---|---|---|
| **04/23/2020** | | | | |
| 04/23/2020 | West, Lois | 1.00 | $275.00 | $275.00 |

Review settlement agreement - email to client re: potential tax liability. Phone call with LHP re: terms of settlement agreement.

| | | | | |
|---|---|---|---|---|
| **04/24/2020** | | | | |
| 04/24/2020 | Popowcer, Leonard | 0.50 | $195.00 | $390.00 |

Review settlement agreement - respond to LW re: issues and taxability of same.

| | | | | |
|---|---|---|---|---|
| **04/28/2020** | | | | |
| 04/28/2020 | West, Lois | 1.00 | $275.00 | $275.00 |

Review tax returns forwarded by D. Quaid re: cost basis in investment in Kingdom Chevrolet and potential carryforward losses from individual returns.

| | | | | |
|---|---|---|---|---|
| **03/31/2022** | | | | |
| 03/31/2022 | West, Lois | 0.50 | $150.00 | $300.00 |

Review information received - email to D. Quaid to request additional information re: cost basis of stock sold and settlement agreement.

| | | | | |
|---|---|---|---|---|
| **04/13/2022** | | | | |
| 04/13/2022 | West, Lois | 3.30 | $990.00 | $300.00 |

Prepare federal and state draft returns for 2021 fiduciary income tax returns - calculate potential tax liability. Prepare form 7004 Request to extend time to file returns.

| | | | | |
|---|---|---|---|---|
| **04/19/2022** | | | | |
| 04/19/2022 | Hollander, Debra | 0.25 | $67.50 | $270.00 |

Prepare and e-file extensions

| | | | | |
|---|---|---|---|---|
| **04/28/2022** | | | | |
| 04/28/2022 | West, Lois | 2.20 | $660.00 | $300.00 |

Phone call with Scott Woodward - accountant for Kingdom Chevrolet re: stock basis schedule for M. Helmstetter. Received K-1 forms for 2013 - 2020 - review and compare to tax returns filed by debtor for 2014 - 2018 to track deduction of losses from the S Corp. Various emails with D. Quaid re: basis issues.

| | | | | |
|---|---|---|---|---|
| **05/26/2022** | | | | |
| 05/26/2022 | West, Lois | 0.80 | $240.00 | $300.00 |

Review information from accountant for Kingdom Chevrolet and make revisions to draft tax returns for 2021.

| | | | | |
|---|---|---|---|---|
| **08/01/2022** | | | | |
| 08/01/2022 | West, Lois | 2.00 | $600.00 | $300.00 |

Review K-1 form for 2021 received from Kingdom Chevrolet accountant. Input information into tax software for bankruptcy estate return.

| | | | | |
|---|---|---|---|---|
| **08/02/2022** | | | | |
| 08/02/2022 | West, Lois | 0.50 | $150.00 | $300.00 |

Prepare transmittal letters and 505(b) letters. Draft statement for attachment to returns re: bankruptcy filing.

**08/03/2022**

Client: 538765.
Page: 3

| Date | Name | Hours | Charge | Rate |
|---|---|---|---|---|
| 08/03/2022 | Valdez, Anna M | 0.25 | $31.25 | $125.00 |

Assembled 505b package paper return

| | | | | |
|---|---|---|---|---|
| 08/03/2022 | West, Lois | 2.30 | $690.00 | $300.00 |

Finalize returns and workpapers for year ended 12/31/22.  Calculate late payment penalties and interest.  Make manual changes to returns as required - send to processing.

| | | | | |
|---|---|---|---|---|
| 08/03/2022 | West, Lois | 0.30 | $90.00 | $300.00 |

Final review - check assembly and sign-off on returns for year ended 12/31/21 - forms 1041/1040 and IL-1041/IL-1040.

Invoice Total:   $4,413.75

**Statement of Open Accounts Receivable**

| Invoice | Date | Description | Charge | Credit | Balance |
|---|---|---|---|---|---|
| | | Balance forward as of 12/07/2022 | | | $0.00 |
| 286664 | 12/31/2022 | Invoice | $4,413.75 | | $4,413.75 |

Current Amount Due   $4,413.75