IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| MICHAEL S. HELMSTETTER, | ) | Case No. 19 – 28687 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |

## COVER SHEET FOR SECOND APPLICATION FOR PROFESSIONAL COMPENSATION

| | |
|---|---|
| Name of Applicants: | Lois West, CPA and Kutchins, Robbins & Diamond, Ltd. |
| Authorized to Provide Professional Services to: | David Herzog, Chapter 7 Trustee |
| Date of Order Authorizing Employment: | February 20, 2020 |
| Period for Which Compensation is Sought: | April 23, 2020 through August 3, 2022 |
| Amount of Fees Sought: | $4,413.75 |
| Amount of Expense Reimbursement Sought: | $0.00 |

| This is a(n): | X | Interim Application | | Final Application |
|---|---|---|---|---|

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | |
|---|---|
| | Gregory K. Stern |
| Date: January 26, 2023 | By: _____ /s/ Gregory K. Stern |
| | |