Client:  538765.

| Date | Staff | Hours | Amount | Rate |
|---|---|---|---|---|

**04/23/2020**
04/23/2020   West, Lois                                                                               1.00     $275.00   $275.00
Review settlement agreement - email to client re: potential tax liability.  Phone call with LHP re: terms of settlement agreement.

**04/24/2020**
04/24/2020   Popowcer, Leonard                                                             0.50     $195.00   $390.00
Review settlement agreement - respond to LW re: issues and taxability of same.

**04/28/2020**
04/28/2020   West, Lois                                                                               1.00     $275.00   $275.00
Review tax returns forwarded by D. Quaid re: cost basis in investment in Kingdom Chevrolet and potential carryforward losses from individual returns.

**03/31/2022**
03/31/2022   West, Lois                                                                               0.50     $150.00   $300.00
Review information received - email to D. Quaid to request additional information re: cost basis of stock sold and settlement agreement.

**04/13/2022**
04/13/2022   West, Lois                                                                               3.30     $990.00   $300.00
Prepare federal and state draft returns for 2021 fiduciary income tax returns - calculate potential tax liability.  Prepare form 7004 Request to extend time to file returns.

**04/19/2022**
04/19/2022   Hollander, Debra                                                                0.25     $67.50    $270.00
Prepare and e-file extensions

**04/28/2022**
04/28/2022   West, Lois                                                                               2.20     $660.00   $300.00
Phone call with Scott Woodward - accountant for Kingdom Chevrolet re: stock basis schedule for M. Helmstetter.  Received K-1 forms for 2013 - 2020 - review and compare to tax returns filed by debtor for 2014 - 2018 to track deduction of losses from the S Corp.  Various emails with D. Quaid re: basis issues.

**05/26/2022**
05/26/2022   West, Lois                                                                               0.80     $240.00   $300.00
Review information from accountant for Kingdom Chevrolet and make revisions to draft tax returns for 2021.

**08/01/2022**
08/01/2022   West, Lois                                                                               2.00     $600.00   $300.00
Review K-1 form for 2021 received from Kingdom Chevrolet accountant.  Input information into tax software for bankruptcy estate return.

**08/02/2022**
08/02/2022   West, Lois                                                                               0.50     $150.00   $300.00
Prepare transmittal letters and 505(b) letters.  Draft statement for attachment to returns re: bankruptcy filing.

**08/03/2022**

Client: 538765.
Page: 3

| Date | Name | Hours | Amount | Rate |
|---|---|---|---|---|
| 08/03/2022 | Valdez, Anna M | 0.25 | $31.25 | $125.00 |

Assembled 505b package paper return

| 08/03/2022 | West, Lois | 2.30 | $690.00 | $300.00 |

Finalize returns and workpapers for year ended 12/31/22. Calculate late payment penalties and interest. Make manual changes to returns as required - send to processing.

| 08/03/2022 | West, Lois | 0.30 | $90.00 | $300.00 |

Final review - check assembly and sign-off on returns for year ended 12/31/21 - forms 1041/1040 and IL-1041/IL-1040.

Invoice Total:   $4,413.75

**Statement of Open Accounts Receivable**

| Invoice | Date | Description | Charge | Credit | Balance |
|---|---|---|---|---|---|
| | | Balance forward as of 12/07/2022 | | | $0.00 |
| 286664 | 12/31/2022 | Invoice | $4,413.75 | | $4,413.75 |

Current Amount Due   $4,413.75