UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:   )   BK No.: 19-28687
MICHAEL HELMSTETTER,   )
)   Chapter: 7
)   Honorable Jacqueline P Cox
)
)
)
Debtor(s)   )

**ORDER APROVING SETTLEMENT AGREEMENT BETWEEN DAVID R. HERZOG AS CHAPTER 7 TRUSTEE AND BROWN, UDELL, POMERANTZ ABD DELRAHIM, LTD AND LIMITING NOTICE**

THIS CAUSE COMING ON TO BE HEARD ON DAVID R. HERZOG, Chapter 7 Trustee's Motion To Approve a settlement between the Trustee and Brown, Udell, Pomerantz & Delrahim, Ltd., and to Limit Notice (the "Trustee's Motion");

IT IS ORDERED THAT:

1. The Trustee's Motion and the Settlement agreement are approved by the Court as being fair and reasonable and being in the best interests of the estate and its creditors.

2. The Trustee is authorized to pay from the funds of the estate the sum of $10,000.00 to Brown, Udell, Pomerantz & Delrahim, Ltd., in accordance with the terms of the Settlement Agreement.

3. Brown, Udell, Pomerantz & Delrahim, Ltd. are authorized and directed to perform its obligations in the Settlement Agreement including entering judgment in Adversary Proceeding 22-00019 and withdrawing with prejudice its Proof of Claim No. 6-1.

4. Notice pursuant to Bankruptcy Rules 2002(a) and 6004 is limited to the (i) Debtor and his counsel, (ii) United States Trustee, (iii) the twenty largest creditors, and (iv) all parties that have filed appearances or requested notices through the Court's CM/ECF system, for cause shown.

Enter:   *Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: February 07, 2023

**Prepared by:**

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
Dennis E. Quaid (Atty. ID #02267012)
Rachel S. Sandler (Atty. ID #6310248)
53 West Jackson Boulevard, Suite 1442
Chicago, Illinois 60604/ (312) 427-1558