# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | |
| MICHAEL S. HELMSTETTER, | ) | Honorable Jacqueline M. Cox |
| | ) | |
| Debtor. | ) | Case No. 19-28687 |

## NOTICE OF CHANGE OF ADDRESS

Please take notice that the office of LEVENFELD PEARLSTEIN, LLC, counsel for KINGDOM CHEVROLET, INC., WESTERN AVENUE NISSAN, INC. and RICHARD RUSCITTI, desires to notify the Court and all counsel that, effective January 28, 2023, LEVENFELD PEARLSTEIN, LLC has relocated to the following address:

Levenfeld Pearlstein, LLC
120 S. Riverside Plaza
Suite 1800
Chicago, Illinois 60606
(312) 346-8380

This Court and all parties are hereby instructed to make note of this address change and send all notices, orders, pleadings, and other correspondence regarding the captioned matter to the new address

Dated: February 16, 2023

**KINGDOM CHEVROLET, INC.,
WESTERN AVENUE NISSAN, INC.
and RICHARD RUSCITTI**

By:   *Gary I. Blackman*
      One of Its Attorneys

Gary I. Blackman (ARDC # 6187914)
LEVENFELD PEARLSTEIN, LLC
2 North LaSalle Street – Suite 1300
Chicago, Illinois 60602
(312) 346-8380
(312) 346-8434 (Fax)
gblackman@lplegal.com

LP 22157491.1 \ 40189-119721

## **CERTIFICATE OF SERVICE**

      I, Gary I. Blackman, an attorney, hereby certify that on February 16, 2023, I caused a true and correct copy of the foregoing to be filed with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to all attorneys of record.

                                                      */s/  Gary I. Blackman*