UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 19-28687
MICHAEL HELMSTETTER,  )
)  Chapter: 7
)  Honorable Jacqueline P Cox
)
)
Debtor(s)  )

## ORDER ALLOWING ACCOUNTANTS' FIRST APPLICATION FOR ALLOWANCE OF INTERIM COMPENSATION, REIMBURSEMENT OF COSTS AND EXPENSES; AUTHORIZATION TO PAY ALLOWED ADMINISTRATIVE CLAIM; AND TO LIMIT NOTICE TO TWENTY LARGEST UNSECURED CREDITORS

THIS CAUSE COMING ON TO BE HEARD ON Lois West, CPA and Kutchins, Robbins & Diamond, Ltd., Accountants' First Application for Interim Compensation, Authorizing Payment by the Estate of the Allowed Amount of Compensation and Reimbursement; and Limiting Notice to the Twenty Largest Unsecured Creditors (the "Accountants' Motion");

IT IS ORDERED THAT:

1. Lois West, CPA and Kutchins, Robbins & Diamond, Ltd. pursuant to 11 U.S.C. §§ 330, are allowed interim compensation of $4,413.75 for services rendered.

2. The Trustee is authorized to pay the unpaid balance of the allowed interim compensation and reimbursement of costs and expenses of $4,413.75 to Lois West, CPA and Kutchins, Robbins & Diamond, Ltd. as a priority administration expense.

3. Notice is limited to the Debtor's twenty largest unsecured creditors.

Enter: *Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: February 28, 2023

**Prepared by:**

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
Dennis E. Quaid (Atty. ID #02267012)
Rachel S. Sandler (Atty. ID #6310248)
53 West Jackson Boulevard, Suite 1442
Chicago, Illinois 60604/ (312) 427-1558