IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| MICHAEL S. HELMSTETTER | ) | Case No. 19-28687 |
| | ) | |
| Debtor, | ) | Hon. Jacqueline A. Cox |
| DAVID R. HERZOG, CHAPTER 7 TRUSTEE OF | ) | |
| THE ESTATE OF MICHAEL S. HELMSTETTER, | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | Adv. Proc. 22-00019 |
| | ) | |
| BROWN, UDELL, POMERANTZ & | ) | |
| DELRAHIM, LTD., | ) | |
| | ) | |
| DEFENDANT. | ) | |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM #6-1**

The Debtor, by and through its attorneys, **Brown, Udell, Pomerantz & Delrahim, Ltd.**, does hereby withdraw the Proof of Claim filed on behalf of the Brown, Udell, Pomerantz & Delrahim, Ltd. recorded on the claims register as Claim #6-1.

Dated: March 7, 2023

By: ___/s/ Andrew A. Jacobson___
Andrew A. Jacobson, Attorney for
BROWN, UDELL, POMERANTZ & DELRAHIM, LTD.

Michael Pomerantz (ARDC # 6205384)
Andrew A. Jacobson (ARDC #6211224)
Brown, Udell, Pomerantz & Delrahim, Ltd.
225 W. Illinois St., Suite 300
Chicago, IL 60654
Tel: (312) 475-9900
Fax: (312) 475-1188
ajacobson@bupdlaw.com

## CERTIFICATE OF SERVICE

I, Jayme Teune, non- attorney, certify that a copy of this **NOTICE OF WITHDRAWAL OF PROOF OF CLAIM #6-1**, was served upon all Counsel of Record on March 7, 2023, via electronic notice by Pacer/ECF.

*/s/ Jayme Teune*